CEM

FILED
MARCH 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1260

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Securities and Exchange Commission v. John Lohmeier, Rebecca Townsend, and Enterprise Trust Company | **JUDGE ZAGEL**<br>**MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States Securities & Exchange Commission

| NAME (Type or print) |
|---|
| Steven Levine |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *[signature]* |

| FIRM |
|---|
| Securities and Exchange Commission |

| STREET ADDRESS |
|---|
| 175 W. Jackson Blvd., Suite 900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6226921 | 312-886-1774 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐