UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : |
| Defendants. | : |

## NOTICE OF EMERGENCY MOTION

To:   All Counsel on the Attached Certificate of Service

PLEASE TAKE NOTICE that on Monday, March 3, 2008 at 2:00 p.m., or as soon thereafter as it may be heard, Plaintiff, the United States Securities and Exchange Commission ("SEC"), will appear in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the attached Securities and Exchange Commission's Emergency Motion for a Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Relief in the above-captioned lawsuit, a copy of which document is hereby served upon you.

Respectfully submitted,

_____
Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No. 6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: March 3, 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,<br><br>Defendants. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 3rd day of March 2008, I caused copies of the following documents

1. Emergency Motion for a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and Other Ancillary Relief
2. Memorandum In Support of Its Emergency Motion For a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and Other Ancillary Relief
3. Proposed Asset Freeze Order
4. Proposed Temporary Restraining Order and Order for Emergency Relief
5. Motion to File Brief in Excess of 15 Pages
6. Notice of Emergency Motion
7. Complaint
8. Declaration of John Haworth
9. Declaration of Benjamin Morof
10. Compendium of Exhibits

to be served on the John Letteri and Peter Unger, Esq., at their physical and email addresses as listed below, by electronic transmission and overnight delivery, except for item 10 and the exhibits attached to item 9, which I caused to be served via overnight delivery only.

Peter Unger, Esq.
John Letteri, Esq.

Howrey, LLP
1299 Pennsylvania, Ave, NW
Washington, DC 20004-2402
UngerP@howrey.com
LetteriJ@howrey.com

_____
Steven Levine