UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, : : : Plaintiff, : : v. : : ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, : : : : Defendants. : | Civil Action No. |

## MOTION TO FILE BRIEF IN EXCESS OF 15 PAGES

Plaintiff, the United States Securities and Exchange Commission ("SEC"), moves this court for leave to file a brief in excess of 15 pages. The SEC's Memorandum in Support of its Emergency Motion for Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Relief ("Memorandum in Support") discusses numerous issues of fact and law relating to the violations of the federal securities laws alleged by the SEC and the emergency relief requested by the SEC.

The justifications for those allegations and the relief requested caused the SEC to exceed the 15 page limit set forth in Local Rule 7.1. The SEC has included a table of contents and a table of cases with its Memorandum in Support, as required by that Rule.

Respectfully submitted,

/s/

Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: March 3, 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER,<br>and REBECCA A. TOWNSEND,<br><br>Defendants. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 3rd day of March 2008, I caused copies of the following documents

1. Emergency Motion for a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and Other Ancillary Relief
2. Memorandum In Support of Its Emergency Motion For a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and Other Ancillary Relief
3. Proposed Asset Freeze Order
4. Proposed Temporary Restraining Order and Order for Emergency Relief
5. Motion to File Brief in Excess of 15 Pages
6. Notice of Emergency Motion
7. Complaint
8. Declaration of John Haworth
9. Declaration of Benjamin Morof
10. Compendium of Exhibits

to be served on the John Letteri and Peter Unger, Esq., at their physical and email addresses as listed below, by electronic transmission and overnight delivery, except for item 10 and the exhibits attached to item 9, which I caused to be served via overnight delivery only.

Peter Unger, Esq.
John Letteri, Esq.

Howrey, LLP
1299 Pennsylvania, Ave, NW
Washington, DC 20004-2402
UngerP@howrey.com
LetteriJ@howrey.com

_____
Steven Levine

Case 1:08-cv-01260   Document 9   Filed 03/03/2008   Page 4 of 4