UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 3rd day of March 2008, I caused copies of the following documents

1. Emergency Motion for a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and Other Ancillary Relief
2. Memorandum In Support of Its Emergency Motion For a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and Other Ancillary Relief
3. Proposed Asset Freeze Order
4. Proposed Temporary Restraining Order and Order for Emergency Relief
5. Motion to File Brief in Excess of 15 Pages
6. Notice of Emergency Motion
7. Complaint
8. Declaration of John Haworth
9. Declaration of Benjamin Morof
10. Compendium of Exhibits

to be served on the John Letteri and Peter Unger, Esq., at their physical and email addresses as listed below, by electronic transmission and overnight delivery, except for item 10 and the exhibits attached to item 9, which I caused to be served via overnight delivery only.

Peter Unger, Esq.
John Letteri, Esq.

Howrey, LLP
1299 Pennsylvania, Ave, NW
Washington, DC 20004-2402
UngerP@howrey.com
LetteriJ@howrey.com

/s/  Steven Levine_____

Steven Levine