UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. O8 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel |
| Defendants. | : |

**PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF RECEIVER**

Plaintiff, the United States Securities and Exchange Commission ("SEC"), submits this renewed motion for the immediate appointment of a Receiver in this action. In support of this motion, the SEC states as follows:

1. The immediate appointment of a Receiver is necessary and appropriate for the reasons set for in the SEC's Emergency Motion for a Temporary Restraining Order, Asset Freeze, Appointment of a Receiver, and other Ancillary Relief filed on March 3, 2008, and all of the memoranda, declarations, testimony exhibits and other filings made in support of that motion, as well as the arguments presented by counsel at a hearing on the issue on March 4, 2008.

2. The SEC recommends that **Phillip L. Stern** be appointed Receiver. As reflected in his cover letter and resume attached to this motion as Exhibit A, he has substantial experience as a Receiver in SEC actions and in handling complex securities matters, and is well qualified to

handle this receivership. Mr. Stern is prepared to commence work immediately, has sufficient staff and resources to work on an accelerated time schedule, and has offered to reduce his billing rate from his customary $575 hourly rate to $475.

3.    Attached as Exhibit B is a proposed Order Appointing Receiver. As the Order makes clear, the initial term of the Receivership is 28 days, with the Receiver to submit a report within 21 days informing the court of among other things: (a) whether Enterprise has sufficient assets to make all of its clients' whole; (b) whether Enterprise is viable as a going concern; and (c) whether a continuation of the Receivership is appropriate.

## Conclusion

**WHEREFORE**, for the foregoing reasons, the SEC requests that the Court grant the SEC's motion for the immediate appointment of a Receiver and enter the proposed order attached hereto.

Respectfully submitted,

/s/ Steven J. Levine_____
Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: March 5, 2008