UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 5th day of March 2008, I caused copies of the following documents

1. Plaintiff's Renewed Motion for Appointment of Receiver

to be served on the John Letteri and Peter Unger, Esq., at their email addresses as listed below, by electronic transmission.

Peter Unger, Esq.
John Letteri, Esq.
Howrey, LLP
1299 Pennsylvania, Ave, NW
Washington, DC 20004-2402
UngerP@howrey.com
LetteriJ@howrey.com

/s/ Steven Levine

Steven Levine