**NEAL ▪ GERBER ▪ EISENBERG**

Phillip L. Stern
Attorney at Law

Tel 312.269.8488
Fax 312.980.0720
pstern@ngelaw.com

February 29, 2008

<u>Via e-Mail</u>

Steven Levine
Securities and Exchange Commission
175 W. Jackson
Suite 900
Chicago, Illinois 60604

Dear Steve:

I appreciate the opportunity to submit my name for consideration as a receiver in connection with the matter we discussed yesterday. As you know, I have previously been appointed a receiver in three SEC cases. These matters have provided me with a wide range of experience which I believe would be of significant benefit in the matter we discussed.

In March 2001, the United States District Court of the Northern District of Illinois appointed me receiver for three investment companies in the case <u>SEC v. Heartland Advisors</u>. As receiver I had sole responsibility for the evaluation of the viability of the three mutual funds. At the time of my appointment, the three Funds had assets with a face value of approximately $64 million. Most of the Funds' investments were in illiquid municipal bonds that were used to finance, among other things, low cost housing, nursing homes, rehabilitation facilities and gas recovery facilities (the "projects"). Moreover, many of the bonds were in default. We ultimately recovered and distributed to investors approximately $34 million. The final distribution to investors was made in December 2004.

As receiver, I was actively involved in valuing the Funds' investments, negotiating the sale of investments where appropriate, working with trustees of the projects to preserve and where possible, enhance the value of the Funds' investments, and distributing funds to investors. I was responsible for entering into and overseeing accounting and custodial agreements for the Funds. I also had to approve all expenses of the Funds. During the three years, nine months of the Receivership, the Funds' aggregate expenses totaled approximately $1,183,000, some of which were incurred prior to but paid during the Receivership. Included in that amount are our fees and expenses which totaled approximately $512,546.

NEAL, GERBER & EISENBERG LLP

Steven Levine
February 29, 2008
Page 2

      In July 2002, the United States District Court of the Northern District of Illinois appointed me receiver for disgorged funds in <u>SEC v. Ogle</u>, a case which arose out of a fraud committed in connection with the offer and sale of securities. We utilized partial investor lists, trading records and publication of notice in national and local newspapers to identify possible claimants. We evaluated each of the claims and presented a plan of distribution to the court which was approved.

      Several years ago, I was appointed a receiver by the United States District Court in South Bend, Indiana in a case captioned <u>SEC v. Garrity</u>. In that matter, I was responsible for identifying investors, evaluating investor claims, and recovering and liquidating assets which were fraudulently acquired with investor funds. I presented and implemented a plan, which was approved by the court, for the distribution of the proceeds to investors.

      My normal billing rate is $575 per hour. We are willing to cap the rate of any partner working on this matter at $475. In other words, we will charge an attorney's actual billing rate or $475, whichever is lower. In order to reduce cost, we will utilize associates and paralegals whenever appropriate.

      A copy of my resume is enclosed. Please call me at 312-269-8488 if you need any additional information. Once again, thank you for your consideration.

                              Very truly yours,

                              Phillip L. Stern

Enclosure

NGEDOCS: 1509589.1