# PHILLIP L. STERN

Neal Gerber & Eisenberg
2 North LaSalle Street Suite 2200
Chicago, Illinois  60602
(312) 269-8488
(312) 980-0720 (Facsimile)


**Professional Experience**

    Neal Gerber & Eisenberg (April 2007 to present)

        Represent broker dealers, investment companies, investment advisers, public companies, accounting firms, and officers, directors and employees of such entities in Securities and Exchange Commission, NASD, New York Stock Exchange, Chicago Board Options Exchange and Commodity Futures Trading Commission investigations. Conduct internal investigations for regulated entities and public companies.  Litigate complex corporate and commercial matters with an emphasis in the areas of securities, commodities and business law.  Co-Chair of the White Collar Criminal, Regulatory & Internal Investigative Group and Co-Chair of the Corporate Board Services Group.

    Freeman, Freeman & Salzman, P.C. (May 1985 – April 2007)

        Represented the Chicago Mercantile Exchange before the Commodity Futures Trading Commission as well advising Exchange staff regarding compliance and regulatory issues.  Represented broker dealers, investment companies, investment advisers, public companies, accounting firms, and officers, directors and employees of such entities in Securities and Exchange Commission, NASD, New York Stock Exchange, Chicago Board Options Exchange and Commodity Futures Trading Commission investigations.  Conduct internal investigations for regulated entities and public companies.  Litigated complex corporate and commercial matters with an emphasis in the areas of securities, commodities and business law.  Tried cases in federal and state courts, before administrative agencies and self-regulatory organizations.  Participated in arbitrations and mediations.  Mediator in commodity and commercial related disputes.

        Types of matters include payment of differential compensation to brokers, mutual fund share class issues, market timing, late trading, payment for shelf space, trade reporting, accuracy of financial statements, accuracy of books and records of public companies and broker dealers, insider trading, accountant and attorney liability, market manipulation, churning, tender offer violations, proxy rule violations, accounting practices, sale of unregistered securities, broker-dealer sales practices, aiding and abetting, failure to supervise, controlling person liability, the Foreign Corrupt Practices Act, the Investment Company Act, the Investment Advisers Act and commodities fraud.

        Court appointed receiver for three registered investment companies in the case <u>SEC v. Heartland Advisors</u>, Case No. 01 C 1984, in the United States District Court for the Northern District of Illinois.  As receiver, I had sole responsibility for the management of the three mutual funds which, at the time of my appointment, had assets with a face value of approximately $64 Million.  Most of the Funds' investments were in illiquid municipal bonds that were used to finance, among other things, low cost housing, nursing homes, rehabilitation facilities and gas recovery facilities.  I was actively involved in valuing the Funds' investments, selling investments where appropriate, and working with trustees of the projects to enhance the value to the Funds' shareholders.  I was also responsible for

entering into and overseeing accounting and custodial agreements for the Funds.

Court appointed receiver in *SEC v. Ogle*, Case No. 99 C 609, in the United States District Court for the Northern District of Illinois. As receiver I was responsible for the distribution of disgorged funds resulting from a market manipulation. I had to identify those investors who lost money by reason of the manipulation and develop a plan of distribution.

Court appointed receiver in *SEC v. Garrity* in the United States District Court in South Bend, Indiana in another SEC case. In that matter, I was responsible for recovering and liquidating assets which were fraudulently acquired with investor funds.

United States Securities and Exchange Commission (1975-85)

Assistant Regional Administrator, Enforcement (Nov. 1980 - May 1985)

Responsible for the overall enforcement program of the Commission's Chicago Regional Office in nine state area, including the assignment and supervision of investigations conducted by eleven attorneys and seven accountants and investigators. Direct and supervise all litigation arising under the federal securities laws and personally participate in the most complex of these proceedings. Appointed Special Assistant United States Attorney to assist in the prosecution of a case involving, among other things, the market manipulation of two securities.

Chief, Branch of Enforcement (Jan. 1978 - Nov. 1980)

Directed the enforcement efforts of five attorneys and three accountants in investigating and litigating matters arising under the federal securities laws. Personally investigated and litigated the most complex of these matters.

Staff Attorney, Branch of Enforcement (Jun. 1976 - Jan. 1978)

Investigated matters arising under the federal securities laws, including the taking of testimony from witnesses under oath and subpoenaing documents. Prepared civil pleadings, indictments, legal memoranda, discovery requests and responses. Represented the Commission at all stages of district court litigation.

Staff Attorney, Branch of Investment Company Examination (Mar. 1975 - Jun. 1976)

Examined registered investment companies and their related investment advisers and principal underwriters to determine if they were in compliance with the federal securities laws. Conducted investigations and instituted civil injunctive actions and administrative proceedings arising out of these examinations.

Illinois Institute of Technology - Chicago-Kent College of Law (Jan. 1982 - May 1983)
    (taught Securities Regulation)

- 3 -

Chicago Volunteer Legal Services Foundation (May 1976 - Jul. 1977)

**Educational Background**

National Institute for Trial Advocacy, Midwest Region
(Jan. 6-14, 1979 and Jun. 2-10, 1979)

DePaul University Law School, Chicago (J.D. <u>Cum Laude</u>, upper 10%, 1975)
Received various academic awards
Research assistant to three professors
Participated in DePaul Law Clinic program

Lived on Kibbutz Maagan Michael, Doar Na Menashe, Israel (1971-72)
Studied Hebrew and worked in all areas of the 800-person cooperative

DePaul University, Chicago, Illinois (B.S.C. 1971; B average)
Majored in accounting with a general business background
<u>Who's Who Among Students in American Universities and Colleges</u> (1970-71)
Member University Judicial Board
Held several student council offices

**Bar Memberships**

Illinois Supreme Court

United States Court of Appeals for the Seventh Circuit

United States Court of Appeals for the Ninth Circuit

United States District Court for the Northern District of Illinois

United States District Court for the Northern District of Illinois Trial Bar

**Professional Organizations**

American Bar Association

The Decalogue Society of Lawyers

**Participation in Seminars, Conferences and Committees**

Panelist, SEC Enforcement Training Seminar

Judge, National Moot Court Competition

- 4 -

Panelist, Rocky Mountain State-Federal Cooperative Securities Conference

Speaker, Chicago Bar Association

NIRI Midwest Regional Seminar