
Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1260 | **DATE** | 3/3/2008 |
| **CASE TITLE** | SEC vs. Enterprise Trust Company | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion for temporary restraining order, asset freeze order. Motion is granted. Enter Temporary Restraining Order. Enter Asset Freeze Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | OR |
|---|---|---|