Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHK

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1260 | DATE | 3/5/2008 |
| CASE TITLE | SECURITIES AND EXCHANGE COMMISSION vs. ENTERPRISE TRUST COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for entry of order appointing Receiver over Enterprise Trust Company [12] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

3:00

| | Courtroom Deputy Initials: | DW |
|---|---|---|