U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 CV 1260

Securities and Exchange Commission,
                              Plaintiff,
        v.
Enterprise Trust Company et al,
                              Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Phillip L. Stern, Receiver, Enterprise Trust Company

| NAME (Type or print) |  |
| --- | --- |
| Michael Z. Gurland |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Michael Z. Gurland |  |
| FIRM |  |
| Neal Gerber & Eisenberg LLP |  |
| STREET ADDRESS |  |
| 2 North LaSalle Street, Suite 2200 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6274400 | (312) 269-8440 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ] |  |