U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 1260

Securities and Exchange Commission,
                            Plaintiff,
    v.
Enterprise Trust Company et al,
                            Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Phillip L. Stern, Receiver, Enterprise Trust Company

| | |
|---|---|
| NAME (Type or print) Christopher M. Burky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Christopher M. Burky | |
| FIRM Neal Gerber & Eisenberg LLP | |
| STREET ADDRESS 2 North LaSalle Street, Suite 2200 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6236792 | TELEPHONE NUMBER (312) 269-5253 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]  NO [x] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |