IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA TOWNSEND,<br><br>　　　　　Defendants. | Case No.　　08 CV 1260<br><br>Judge James B. Zagel |

TO:　Philip L. Stern　　　　　　　　　　　Steven J. Levine
　　　Neal Gerber & Eisenberg LLP　　　　U.S. Securities and Exchange Commission
　　　Suite 2200　　　　　　　　　　　　　Suite 900
　　　Two North LaSalle Street　　　　　　175 W. Jackson
　　　Chicago, IL 60602　　　　　　　　　Chicago, IL 60604
　　　pstern@ngelaw.com　　　　　　　　　levines@sec.gov

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, March 11, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, we will appear before The Honorable James B. Zagel or before any other judge sitting in his place in Courtroom 2503 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Howrey LLP's Motion to Withdraw Appearance and Lohmeier's Motion to Modify the Asset Freeze Order, copies of which are attached and hereby served upon you.

Dated: March 11, 2008

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen D. Libowsky
　　　　　　　　　　　　　　　　　　　　　Stephen D. Libowsky (No. 6187081)
　　　　　　　　　　　　　　　　　　　　　HOWREY LLP
　　　　　　　　　　　　　　　　　　　　　321 North Clark Street – Suite 3400
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60610
　　　　　　　　　　　　　　　　　　　　　Telephone: 312.595.2252
　　　　　　　　　　　　　　　　　　　　　Facsimile: 312.264.0372
　　　　　　　　　　　　　　　　　　　　　libowskys@howrey.com

## CERTIFICATE OF SERVICE

I, Stephen D. Libowsky, certify that I caused a copy of Howrey LLP's Motion to Withdraw Appearance and Lohmeier's Motion to Modify the Asset Freeze Order to be served by email to Philip L. Stern and Steven J. Levine on this 11th day of March, 2008.

_____
Stephen D. Libowsky