Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1260 | **DATE** | 3/3/2008 |
| **CASE TITLE** | SECURITIES & EXCHANGE COMMISSION vs. ENTERPRISE TRUST COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Enter temporary restraining order and order for emergency relief.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|