UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, <br><br> Defendants. | Civil Action No: 08 CV 1260 <br><br> Judge James B. Zagel |

### Agreed Motion for Entry of Preliminary Injunction Order Against Enterprise Trust Company

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff, the United States Securities and Exchange Commission ("SEC"), by its attorneys, respectfully moves this Court for entry of the attached proposed Preliminary Injunction Order Against Enterprise Trust Company. In support of this motion, the SEC states as follows:

1. On March 3, 2008, the Court issued a Temporary Restraining Order and Order for Emergency Relief ("TRO") against all Defendants in this action, and an Asset Freeze Order against Defendants Enterprise Trust Company ("Enterprise") and John H. Lohmeier ("Lohmeier"), by agreement of the parties.

2. On March 4, 2008, the Court issued a First Modified Asset Freeze Order, by agreement of the parties.

3. On March 5, 2008, the Court entered an order appointing Phillip Stern as Receiver over Enterprise.

4.　　Pursuant to Section VII of the TRO, the TRO and Asset Freeze Order are set to expire at 5 p.m. on March 17, 2008, unless extended by agreement of the parties or the Court. Section VII also provides for a hearing to commence on March 13, 2008 at 10:00 a.m. to determine whether to extend the interim relief granted in the TRO and the Asset Freeze Order until a final adjudication on the merits may be had.

5.　　The purpose of this motion is to convert the TRO to a Preliminary Injunction Order without the need for an evidentiary hearing, and to extend the injunctive relief provided in the Court's prior orders until a final adjudication on the merits may be had.

6.　　Defendant Enterprise Trust Company, through its Receiver, has reviewed this motion and the attached proposed Preliminary Injunction Order and does not oppose either this motion or the terms of the proposed Preliminary Injunction Order.

Respectfully submitted,

/s/

Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

_____
Phillip Stern

RECEIVER for Defendant
Enterprise Trust Company

Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8848

Dated: March 12, 2008