UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08 CV 1260 |
| **ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,** | : Judge James B. Zagel |
| Defendants. | : |

## NOTICE OF MOTION

To:   All Counsel on the Attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, March 13, 2008 at 10:15 a.m., or as soon thereafter as it may be heard, Plaintiff, the United States Securities and Exchange Commission ("SEC"), will appear in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the attached *Agreed Motion for entry of Preliminary Injunction Order Against Enterprise Trust Company* in the above-captioned lawsuit, a copy of which document is hereby served upon you.

Respectfully submitted,

/s/ Steven J. Levine_____
Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Attorneys for Plaintiff
Securities and Exchange Commission

                                              175 W. Jackson Blvd., Suite 900
                                              Chicago, IL 60604
                                              Telephone: (312) 353-7390
Dated: March 12, 2008                           Facsimile: (312) 353-7398