UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,<br><br>Defendants. | Civil Action No: 08 CV 1260<br><br>Judge James B. Zagel |

**Agreed Motion for Entry of Agreed First Extension of Temporary Restraining Order and Order for Emergency Relief Against Defendants Lohmeier and Townsend**

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff, the United States Securities and Exchange Commission ("SEC"), by its attorneys, and defendants John Lohmeier ("Lohmeier") and Rebecca Townsend ("Townsend") respectfully moves this Court for entry of the attached Agreed First Extension of Temporary Restraining Order and Order for Emergency Relief Against Defendants Lohmeier and Townsend. In support of this motion, the SEC states as follows:

1. On March 3, 2008, the Court issued a Temporary Restraining Order and Order for Emergency Relief ("TRO") against all Defendants in this action, and an Asset Freeze Order against Defendants Enterprise Trust Company ("Enterprise") and John H. Lohmeier ("Lohmeier"), by agreement of the parties.

2. On March 4, 2008, the Court issued a First Modified Asset Freeze Order, by agreement of the parties.

3. On March 5, 2008, the Court entered an order appointing Phillip Stern as Receiver over Enterprise.

4. Pursuant to Section VII of the TRO, the TRO and Asset Freeze Order are set to expire at 5 p.m. on March 17, 2008, unless extended by agreement of the parties or the Court. Section VII also provides for a hearing to commence on March 13, 2008 at 10:00 a.m. to determine whether to extend the interim relief granted in the TRO and the Asset Freeze Order until a final adjudication on the merits may be had.

5. On March 11, 2008, the Court granted the motion of Howrey LLP to withdraw as counsel for all Defendants.

6. Defendants Lohmeier and Townsend are now in the process of seeking to retain new counsel.

7. The purpose of this motion is to extend the terms of the TRO injunctive relief provided in the Court's prior orders until at least 5 p.m. on April 14, 2008, in order to provide Defendants Lohmeier and Townsend with the opportunity to retain new counsel and to determine with new counsel whether to consent to or contest conversion of the TRO into a preliminary injunction.

8. Defendants Lohmeier and Townsend have reviewed this motion and the attached proposed Preliminary Injunction Order and do not oppose either this motion or the terms of the proposed Agreed First Extension of Temporary Restraining Order and Order for Emergency Relief Against Lohmeier and Townsend.

Respectfully submitted,

_/s/ Steven J. Levine_

Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No. 6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

_/s/ John H. Lohmeier_

John H. Lohmeier
*Pro Se*

3811 Washington
Oak Brook, IL 60523
(630) 920-9677

_/s/ Rebecca A. Townsend_

Rebecca A. Townsend
*Pro Se*

5149 Grand Avenue
Downers Grove, IL 60515
(630) 230-3605

Dated: March 11, 2008

3