UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : : : : | Judge James B. Zagel |
| Defendants. | : : : | |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 12th day of March 2008, I caused copies of the following documents

1. Agreed Motion for Entry of Preliminary Injunction Order Against Enterprise Trust Company, along with an agreed order and notice of motion; and

2. Agreed Motion for Agreed Order Extending Temporary Restraining Order and Order for Emergency Relief Against Defendants Lohmeier and Townsend, along with an agreed order and notice of motion.

to be served electronically on Defendants John Lohmeier and Rebecca Townsend, their former counsel Stephen Libowsky, and the Receiver for Enterprise Trust Company, Phillip Stern at their email addresses as listed below, and that I additionally caused to be served automatically via the court's ECF system to all persons who are E-filers in this case.

John Lohmeier:       jhlohmeier@aol.com
Rebecca Townsend:    RTTOWNSYND@aol.com
Phillip Stern:       pstern@ngelaw.com
Stephen Libowsky:    LibowskyS@howrey.com

                                    /s/  Steven Levine_____

                                    Steven Levine