UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

MAR - 4 2008
MAR 4, 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel |
| Defendants. | : |

### PLAINTIFF'S AGREED MOTION FOR
### FIRST MODIFIED ASSET FREEZE ORDER

Plaintiff, the United States Securities and Exchange Commission ("SEC"), by its attorneys, respectfully moves this Court for entry of the First Modified Asset Freeze Order, in which the SEC seeks to maintain, in force and effect, Sections I and II of the Asset Freeze Order issued by this Court on March 3, 2008, except as modified by a new Section III which will state as follows:

A. With respect to all securities in all accounts at US Bank in the name of Enterprise Trust Company:

(1) US Bank shall to continue to accept all dividend payments automatically reinvested by the mutual fund companies and transfer such dividend payments to the appropriate Enterprise Trust Company account.

(2) US Bank shall continue to invest all cash income in the Enterprise Trust Company accounts in the sweep investment vehicle known as the First American Prime Obligations Fund Class Y (CUSIP 31846V104).

B. With respect to all accounts at Dorman Trading, LLC in the name of Enterprise Trust Company which contain open securities or commodities positions, George Dragel, Chief Compliance Officer of Traderight Securities, Inc., who holds discretionary authority over the trading in these accounts, shall close all open positions in the accounts.

Respectfully submitted,

*[signature]*

Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No. 6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: March 4, 2008

2