## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 08 cv 1260

Securities and Exchange Commission v. Enterprise Trust Company, John H. Lohmeier, and Rebecca A. Townsend

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John H. Lohmeier and Rebecca A. Townsend

| | |
|---|---|
| **NAME** (Type or print)<br>Nathaniel R. Sinn | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Nathaniel R. Sinn | |
| **FIRM**<br>Belongia & Shapiro, LLP | |
| **STREET ADDRESS**<br>53 W. Jackson Blvd., Suite 315 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284004 | TELEPHONE NUMBER<br>312-662-1030 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐