# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Securities and Exchange Commission v. Enterprise Trust Company, John H. Lohmeier, and Rebecca A. Townsend

Case Number: 08 cv 1260

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John H. Lohmeier and Rebecca A. Townsend

| |
|---|
| NAME (Type or print) <br> Kelly A. Saindon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kelly A. Saindon |
| FIRM <br> Belongia & Shapiro, LLP |
| STREET ADDRESS <br> 53 W. Jackson Blvd., Suite 315 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6244793 | TELEPHONE NUMBER <br> 312-662-1030 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |