**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>        v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A.TOWNSEND,<br>              Defendants. | No.  08 CV 1260<br><br>Judge James B. Zagel |

**CERTIFICATE OF SERVICE**

The undersigned attorney, Michael Z. Gurland, caused copies of the **Receiver's First Status Report** to be automatically served on March 25, 2008, via the U.S. District Court's ECF system to all the persons listed below and all other persons known to be e-filers in this case:

| | |
|---|---|
| Mark D. Belongia | mbelongia@belongiashapiro.com |
| Steven Justin Levine | levines@sec.gov |
| Kelly A. Saindon | ksaindon@belongiashapiro.com;<br>lnava@belongiashapiro.com |
| Nathaniel R. Sinn | nsinn@belongiashapiro.com |

By:   /s/  Michael Z. Gurland, Esq.
        Counsel to the Receiver, Phillip L. Stern

ARDC #6274400
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
Michael Z. Gurland, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL  60602-3801
(312) 269-8000
(312) 269-1747 (fax)

Dated: March 26, 2008

NGEDOCS: 021196.0601:1517262.1