## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | :    Civil Action No: 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | :    Judge James B. Zagel |
| Defendants. | : |

### AGREED MOTION FOR ENTRY OF PRELIMINARY INJUNCTION ORDER
### AGAINST DEFENDANTS LOHMEIER AND TOWNSEND

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiff, the United States Securities

and Exchange Commission ("SEC"), and Defendants John H. Lohmeier ("Lohmeier") and

Rebecca A. Townsend ("Townsend"), respectfully move this Court for entry of the attached

proposed Preliminary Injunction Order Against Defendants Lohmeier and Townsend. In support

of this motion, the parties states as follows:

1.      On March 3, 2008, the SEC commenced this action.

2.      On that same day, the Court issued a Temporary Restraining Order and Order for

Emergency Relief ("TRO") against all Defendants in this action, and an Asset Freeze Order

against Defendants Enterprise Trust Company ("Enterprise") and John H. Lohmeier

("Lohmeier"), by agreement of the parties. (Docket No. 16)

3.      On March 4, 2008, the Court issued a First Modified Asset Freeze Order, by

agreement of the parties. (Docket No. 24)

4.     On March 5, 2008, the Court entered an order appointing Phillip Stern as Receiver over Enterprise. (Docket No. 18)

5.     On March 14, the Court entered an Agreed Extension of Temporary Restraining Order and Order for Emergency Relief Against Defendants John H. Lohmeier and Rebecca A. Townsend. (Docket No. 38)

6.     On March 14, the Court entered a Preliminary Injunction Order Against Defendant Enterprise Trust Company (Docket No. 40)

7.     The purpose of this motion is to convert the TRO against Lohmeier and Townsend to a Preliminary Injunction Order without the need for an evidentiary hearing, and to extend the injunctive relief provided in the Court's prior orders until a final adjudication on the merits may be had.

8.     Defendants, through their counsel, have reviewed this motion and the attached proposed Preliminary Injunction Order Against Lohmeier and Townsend and agree to this motion or the terms of such proposed Order.

Respectfully submitted,

FOR PLAINTIFF:

Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Tel: (312) 353-7390
Fax: (312) 353-7398

2

**FOR DEFENDANTS JOHN H. LOHMEIER
AND REBECCA A. TOWNSEND**


Mark D. Belongia
Benjamin P. Shapiro

Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
Tel:  (312) 662-1030
Fax: (312) 662-1040

Dated: March 21, 2008