# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 27th day of March 2008, I caused copies of the following documents

1. Agreed Motion for Entry of Preliminary Injunction Order Against Defendants Lohmeier and Townsend, along with an agreed upon proposed order and notice of motion; and

to be served electronically via the court's ECF system to all persons who are E-filers in this case.

/s/ Steven Levine

Steven Levine