**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

|   |   |   |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No: 08 CV 1260** |
| | : | |
| **ENTERPRISE TRUST COMPANY,** | : | **Judge James B. Zagel** |
| **JOHN H. LOHMEIER,** | : | |
| **and REBECCA A. TOWNSEND,** | : | |
| | : | |
| **Defendants.** | : | |

_____ :

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**ORDER EXTENDING TERM OF RECEIVERSHIP**

Pursuant to Federal Rule of Civil Procedure 66, and by Agreement of all Defendants,

Plaintiff, the United States Securities and Exchange Commission ("SEC"), respectfully moves

this Court for entry of the attached Order Extending Term of Receivership:

1.      On March 3, 2008, the Court issued a Temporary Restraining Order and Order for

Emergency Relief ("TRO") against all Defendants in this action (Docket No. 16), and an Asset

Freeze Order against Defendants Enterprise Trust Company ("Enterprise") and John H.

Lohmeier ("Lohmeier"), by agreement of the parties.  (Docket No. 20)

2.      On March 4, 2008, the Court issued a First Modified Asset Freeze Order, by

agreement of the parties. (Docket No. 24)

3.      On March 5, 2008, the Court entered an order appointing Phillip Stern as

Receiver over Enterprise for a period of at least 28 days, subject to such extensions as the Court

may grant either by motion or on its own initiative. (Docket No. 14)

4.      On March 14, 2008, the Court entered a Preliminary Injunction Order Against

Defendant Enterprise Trust Company.  (Docket No. 40)  Section VI of that order provided that

the March 5 order appointing Receiver "shall remain in full force and effect until further Order

of the Court."

5.      On March 25, 2008, the Receiver filed its first status report.  (Docket No. 44)  The

receiver informed the Court that, among other things, the State of Nevada had suspended

Enterprise Trust Company's license to operate a trust.  The Receiver also noted the poor

condition and unreliability of Enterprises client records, and informed the Court that at least 60

more days would be necessary to complete its review.

6.      On March 27, 2008, the SEC filed an Agreed Motion for Entry of Preliminary

Injunction Against Defendants Lohmeier and Townsend.  (Docket No. 40)  Section VI of that

proposed order also provides that the March 5 order appointing Receiver "shall remain in full

force and effect until further order of the Court."

7.      Although the Preliminary Injunction Order entered against Enterprise Trust

Company already extends the term of the receivership until further order of the Court, the

Receiver has requested that the SEC obtain a separate order so extending the receivership to

assist the Receiver in its dealings with third parties.

8.      The Receiver has also requested that the Order Extending Term of Receivership

Over Enterprise Trust Company clarify that its powers set forth in Section II include the power to

issue subpoenas and to bring and defend actions on behalf of Enterprise Trust Company.

9.      Counsel for defendants Lohmeier and Townsend have been apprised of this

motion and have no objection to the motion or the relief sought therein.

**WHEREFORE,** for the foregoing reasons, the SEC respectfully requests that the Court grant this motion and enter the proposed order attached to this motion.

Respectfully submitted,


/s/ Steven Levine_____
Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398


Dated: March 28, 2008