UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08 CV 1260 |
| **ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER,** and **REBECCA A. TOWNSEND,** | : | Judge James B. Zagel |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 28th day of March 2008, I caused copies of the following documents

1. Plaintiff's Unopposed Motion for Order Extending Term of Receivership, and Notice of Motion

to be served electronically via the court's ECF system to all persons who are E-filers in this case.

/s/ Steven Levine_____

Steven Levine