Activity - TCF Bank - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

https://enterprise1.openbank.com/fitcf/userServlet/app/bank/user/register_view_main?actAcct=8126

Customize Links ☐ Free Hotmail ☐ Windows Marketplace ☐ Windows Media ☐ Windows

## Change Account View

View Account: Totally Free Checking - 1876450586

Choose one:
○ View from 02/18/2008 to 04/18/2008
○ Display the last ___ days of transactions

[Change View]

## Totally Free Checking - 1876450586

JULIE M LOHMEIER
JOHN H LOHMEIER
3811 WASHINGTON ST
OAK BROOK IL 60523-2748

Current Balance Including Pending Transactions: $32,754.10
Current Balance As Of: 04/18/2008 9:43 AM CDT
Year-To-Date Interest: $.00
Last Year's Interest: $.00

dates below.

### Transactions between 02/18/2008 and 04/18/2008

| Date | Transaction | Description | Status | Amount | Image |
|---|---|---|---|---|---|
| 03/04/2008 | ACH Withdrawal | NORTHERN ILL GAS PAYMENT | Posted | -$349.60 | View Image |
| 03/03/2008 | Check 1374 | CHECK | Posted | -$960.00 | |
| 03/03/2008 | ACH Withdrawal | CHASE AUTOPAY | Posted | -$2,170.00 | |
| 02/29/2008 | ACH Withdrawal | FIA CARD SERVICE AUTO PAY | Posted | -$1,367.42 | |
| 02/29/2008 | ACH Withdrawal | AMERICAN EXPRESS DIRECTDEBT | Posted | -$3,358.58 | |
| 02/29/2008 | ACH Deposit | ZACKS INVESTMENT PAYROLL | Posted | $12,605.96 | |
| 02/28/2008 | ATM Withdrawal | ATM JEWEL WESTMONT | Posted | -$60.00 | |
| 02/27/2008 | ACH Withdrawal | CITIBANK-AUTOPAY PAYMENT | Posted | -$29.99 | |
| 02/27/2008 | ACH Deposit | COMED UTIL_BIL | Posted | -$480.98 | |
| 02/26/2008 | Check 1376 | CAROLL0 ENTERPRISE | Posted | $3,134.75 | View Image |
| 02/25/2008 | Check 1375 | CHECK | Posted | -$520.37 | View Image |
| 02/22/2008 | ACH Withdrawal | CHECK | Posted | -$75.00 | View Image |
| 02/22/2008 | ACH Withdrawal | FLAGG CREEK USER UTIL BILL | Posted | -$46.32 | |
| 02/18/2008 | Deposit | DEPOSIT | Posted | $766.63 | |

enterprise1.openbank.com

EXHIBIT A