BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

EDWARD J. LESNIAK
DIRECT DIAL NUMBER
(312) 840-7007
elesniak@burkelaw.com

March 24, 2008

BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

John H. Lohmeier
c/o Enterprise Trust Company
600 Enterprise Drive
Oak Brook, IL 60523

BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

John Lohmeier
3811 Washington Street
Oak Brook, IL 60523-2748

Re: The Leaders Bank Loan No. 100941

Dear Mr. Lohmeier:

Our firm represents The Leaders Bank (the "Bank"), to whom you are indebted under the terms of a Change In Term Agreement dated April 6, 2006 and a Promissory Note dated March 23, 2006 (collectively "Note") in the face principal amount of $445,333.00.

A default has occurred under the Note in that (a) a materially adverse change in your financial condition has occurred with the entry of the Order Appointing Receiver over Enterprise Trust Company dated March 5, 2008 in the case of Securities and Exchange Commission v. Enterprise Trust Company, et al., Case No. 08 CV 126 , pending in the United States District Court for the Northern District of Illinois, or the Bank believes the prospect of payment or performance under the Note is impaired; and (b) the Bank, in good faith, deems itself insecure. Moreover, the Note is payable on demand, and the Bank has determined to demand payment thereof.

Accordingly, demand is hereby made upon you for immediate payment of the loan in full. As of March 24, 2008, the amount owed under the Note is $392,921.14, consisting of $388,429.39 in principal, $1,941.75 in accrued interest, a release fee of $50.000, and $2,500 in attorneys' fees. Interest continues to accrue after March 24, 2008 at the per diem rate of $64.74.



BURKE, WARREN, MACKAY & SERRITELLA, P.C.



Upon receipt of this letter, please remit full payment to The Leaders Bank, 2001 York Road, Oak Brook, Illinois 60523. If you pay by mail, allow a minimum of three business days for delivery, and include the appropriate amount of additional per diem interest.

Sincerely yours,

Edward J. Lesniak

EJL:sc
Enclosures
cc: Evan Kayes