UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,<br><br>      Defendants. | Civil Action No: 08 CV 1260<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

To:    Steven J. Levine, Esq.                    Christopher M. Burky, Esq.
        Steven L. Klawans, Esq.               Michael Z. Gurland, Esq.
        Allison M. Fakhoury, Esq.             Neal, Gerber, Eisenberg, LLP
        Securities and Exchange Commission    Two North LaSalle Street, Ste. 2200
        175 W. Jackson Blvd., Suite 900        Chicago, IL 60602
        Chicago, IL 60604

      PLEASE TAKE NOTICE that on Thursday, April 24, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or whomever may be designated to sit in his stead, in **Court Room 2503** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Defendant John H. Lohmeier's Agreed Motion to Modify Asset Freeze Order, a copy of which is attached and served upon you.

                                                                       Respectfully submitted,

                                                                       /s/ Mark D. Belongia
                                                                       One of his attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P: 312.662.1030
F: 312.662.1040

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 18th day of April, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Christopher M. Burky | cburky@ngelaw.com |
| Michael Z. Gurland | mgurland@ngelaw.com |
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhourya@sec.gov |
| Kelly A. Saindon | ksaindon@belongiashapiro.com |
| Nathaniel R. Sinn | nsinn@belongiashapiro.com |

/s/ Mark D. Belongia
Mark D. Belongia