# EXHIBIT A

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

**PLEASE REMIT PAYMENT TO:**
**NEAL, GERBER & EISENBERG LLP**
**28987 NETWORK PLACE**
**CHICAGO, IL 60673-1289**

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 1

For Services Through March 31, 2008
Our Matter #    021196.0601
                SEC - Enterprise Trust Co. Receivership

| | | | | |
|---|---|---|---|---|
| 03/06/08 | Review court papers in anticipation of conference with staff regarding facts and scope of ETC receivership; participate in conference with staff, including Steve Levine and others; conduct fact gathering interviews with Rebecca Townsend and John Lohmeier at ETC's OakBrook office, reviewing and analyzing documents gathered to date. | | | |
| | C. M. Burky | 5.10 hrs. | 460.00 /hr | $ 2,346.00 |
| 03/06/08 | Meet with SEC re: background; meet with S. Libowsky re: same; meet with P. Stern, M. Gurland and C. Burky re: fact finding and strategy; analyze account holding; telephone conferences with IB re: liquidation. | | | |
| | S.S. Cohen | 4.20 hrs. | 460.00 /hr | $ 1,932.00 |
| 03/06/08 | Review Order Appointing Receiver; TRO; Asset Freeze Order; SEC Complaint; SEC memo of Law in Support of TRO and Declaration of J. Haworth; discussions with P. Stern regarding Receivership and to do list vis-a-vis running of Enterprise Trust Company business; preparation for meetings with Enterprise Trust Company principals and employees. | | | |
| | M.Z. Gurland | 1.80 hrs. | 475.00 /hr | $ 855.00 |
| 03/06/08 | Work at Enterprise Trust Company's Oakbrook Office; meetings with staff members; meeting with J. Lohmeier; meeting with R. Townsend; review of computer systems and demonstrations of Sunguard system; review customer files and inventory of Enterprise Trust Company's records; review of private equity holdings/files and discussions with R. Townsend regarding same; analysis of banking set up, accounting | | | |

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 2

procedures and day-to-day running of the business; review check register and analysed/determined which checks need to be paid.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 4.50 hrs. | 475.00 /hr | $ | 2,137.50 |

03/06/08 Meet with SEC. Meet with Enterprise counsel. Telephone calls with those brokerage firms and banks holding Enterprise assets. Review and analysis of documents. Discussions regarding strategy.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 9.30 hrs. | 475.00 /hr | $ | 4,417.50 |

03/07/08 Strategy conference with P. Stern, M. Gurland, S. Cohen and A. Gilbert regarding outstanding issues and information required from ETC; review and analyze data retrieved from ETC's Sungard system, including status of various account holdings "as of" 2/29/08; review and analyze data received from counsel for Lohmeier and Townsend regarding monthly expenses, bank accounts and asset transfers; receive, review, and analyze Nevada's Order of Summary Suspension of ETC's Trust License and statute related to same; review and analyze files obtained from yesterday's interviews with John Lohmeier and Rebecca Townsend.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 5.10 hrs. | 460.00 /hr | $ | 2,346.00 |

03/07/08 Review and analyze account positions; e-mail M. Ward and S. Libowsky re: related matters; work with Interactive Brokers to liquidate positions; telephone conference with Monroe Securities re: bank stock holdings.

| | | | | |
|---|---|---|---|---|
| S.S. Cohen | 4.20 hrs. | 460.00 /hr | $ | 1,932.00 |

03/07/08 Meetings wilt P. Stern and others regarding plan of action and handling of Enterprise Trust company business; telephone call with J. Lohmeier regarding private equity holdings; bank affiliations and value of assets; telephone call with R. Townsend and S. Libowsky regarding information required by Receiver for purposes of valuing and running business; follow-up phone call with R. Townsend regarding payroll, expenses and outstanding checks; telephone call with Fed Reserve Bank regarding Enterprise Trust Company bank holdings and discussions of same with P. Stern; review Enterprise Trust Company records/information from R. Townsend and J. Lohmeier including financial statements; list of AFC transfers; Sugar Grove analysis; and bank information; e-mail correspondence and telephone call with D. Schwer regarding Sunguard remote access discussions with Navigant regarding information for obtaining bid for work needed on computers and accounting analysis; review Navigant bid; review and analysis of

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 3

Enterprise Trust Company website; discussion with R. Townsend regarding creation of website.

| | | | |
|---|---|---|---|
| M.Z. Gurland | 5.80 hrs. | 475.00 /hr | $ 2,755.00 |

**03/07/08** Telephone calls with SEC and financial institutions. Work on securing assets and documents.  Discussions with possible forensic accounts. Document review. Strategy discussions. Telephone calls with Gonzalez, Nevada Financial authorities and Enterprise counsel.  Review material from Enterprise.

| | | | |
|---|---|---|---|
| P.L. Stern | 6.40 hrs. | 475.00 /hr | $ 3,040.00 |

**03/08/08** Receive and review email correspondence with respect to Lohmeier and Townsend's financial statements and the State of Nevada's summary suspension of ETC's Trust License.

| | | | |
|---|---|---|---|
| C. M. Burky | 0.20 hrs. | 460.00 /hr | $ 92.00 |

**03/08/08** Telephone calls with Levine and Libowsky. Prepare and respond to e-mail.  Work on strategy.

| | | | |
|---|---|---|---|
| P.L. Stern | 1.70 hrs. | 475.00 /hr | $ 807.50 |

**03/09/08** Receive, review and respond to various email correspondence regarding outstanding items and preservation of computers.

| | | | |
|---|---|---|---|
| C. M. Burky | 0.60 hrs. | 460.00 /hr | $ 276.00 |

**03/10/08** Receive, review, respond to and analyze various email correspondence and documents related to SEC action, client files, Sungard System, monthly ETC expenses, bank statements and other documents; telephone conference with Rebecca Townsend regarding additional information and analysis needed, and draft emails to Ms. Townsend regarding same.

| | | | |
|---|---|---|---|
| C. M. Burky | 3.90 hrs. | 460.00 /hr | $ 1,794.00 |

**03/10/08** Review and analyze account positions; work with Interactive Brokers to liquidate and balance portfolio positions.

| | | | |
|---|---|---|---|
| S.S. Cohen | 5.90 hrs. | 460.00 /hr | $ 2,714.00 |

**03/10/08** Discussion with Navigant regarding work needed and staffing/resources; telephone call and email correspondence with D. Schwer regarding establishing remote access to SunGard system; discussions and email correspondence with M. Carollo (ETC

Enterprise Trust Company Receivership

Accountant) regarding payroll and banking arrangements; emails from R. Townsend regarding salary and pay raises; discussions with P. Stern regarding payroll; follow-up with M. Carollo regarding accounting/payroll records and spreadsheet and banking information; telephone call with M. Carollo regarding directives for payroll; worked on SunGard system at Neal Gerber and tested remote connections and running of system; telephone call with Navigant and discussions with A. Gilbert regarding computer forensics, copying of hard drives and server and preservation of evidence; telephone call with D. Schwer regarding Enterprise Trust Company systems; discussions with R. Townsend regarding Private Equity Land Holdings; related records; review spreadsheets of customer interests in land and banking deals; collected information involved in establishing land investments; telephone call with Carollo and Associates regarding 1099s; telephone call with Judy Ann Pyle regarding 1099s; SunGard and Goularte 1099s; discussed payroll issues and operation of Enterprise Trust going forward; discussion with Navigant regarding investor files/account statements; review and revise letter to customers; discussion with P. Stern regarding same; review financial statement for J. Lohmeier and R. Townsend; discussion of same with P. Stern.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 5.10 hrs. | 475.00 /hr | $ | 2,422.50 |

03/10/08   Telephone calls with Levine, Libowsky and various investors and brokers. Telephone call with Leaders' counsel. Telephone calls with Townsend and Navigant. Work on customer letter. Review data from Enterprise. Prepare, review and respond to e-mail. Strategic decisions.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 5.60 hrs. | 475.00 /hr | $ | 2,660.00 |

03/10/08   Review consultant proposals; organize documents; meeting with Navigant regarding data preservation; travel to/from Enterprise offices in oak Brook, IL; supervise removal of computer hard drives; remove documents from offices.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 8.50 hrs. | 150.00 /hr | $ | 1,275.00 |

03/11/08   Review and analyze documents with respect to outstanding checks and telephone conference with Rebecca Townsend regarding purpose of distribution in connection with determining payment or reissuance of checks written prior to receivership; review client mailing list and draft email to S. Bethel regarding modifications to same in connection with sending correspondence from receiver to clients; telephone conference with Bob Hamacher at Leaders Bank regarding outstanding checks, and receive and review email correspondence from Mr. Hamacher regarding same; receive, review and begin analysis of client files retrieved from

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 5

ETC offices, including those clients with automatic disbursements; receive and review email correspondence with Nevada Department of Finance regarding examination report; receive, review and respond to email correspondence regarding various issues, including insurance and bond information, distributions, court filings, Sungard contracts and selected customer accounts.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 4.30 hrs. | 460.00 /hr | $ | 1,978.00 |

03/11/08   Review and analyze remaining portfolio; trade out of positions.

| | | | | |
|---|---|---|---|---|
| S.S. Cohen | 4.40 hrs. | 460.00 /hr | $ | 2,024.00 |

03/11/08   Telephone call with Nevada Licensing commission regarding Enterprise Trust Company; follow-up with M. Carollo regarding payroll and tax issues; telephone call with and correspondence with Ari Rosenthal regarding Sugar Grove land deal, accounting and LLC records and related issues; telephone conference with Chris Jones regarding Nevada office; accounting for records, computer and assets in Nevada office; creation of Enterprise Trust Company's website and Asset Freeze Order; follow-up email correspondence with C. Jones; assistance with outstanding issues involving outstanding checks; bank accounts; collection of records; troubleshooting computer issues; and obtaining shares certificates and other records from Enterprise Trust Company and its employees.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 3.30 hrs. | 475.00 /hr | $ | 1,567.50 |

03/11/08   Attend court.  Meetings with Navigant. Telephone calls with numerous customers. Review documents.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 8.30 hrs. | 475.00 /hr | $ | 3,942.50 |

03/11/08   Index and organize documents; edit and revise Enterprise customer list to create mailing list of active customers; review and organize correspondence; meet with Navigant regarding continuing data preservation efforts; travel to/from Enterprise Trust Company office in Oak Brook, Illinois; supervise imaging of servers.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 9.50 hrs. | 150.00 /hr | $ | 1,425.00 |

03/12/08   Receive, review and respond to various email correspondence with respect to ETC customer files, contact information for key persons regarding assets and information, ETC's Nevada office and ETC insurance policies; receive email from Doug Kramer, State Farm Insurance agent, and analyze documents regarding ETC's coverage;

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 6

telephone conference with Ginger Burns at CNA Surety claim center regarding scope of bond coverage and notice requirements; draft email to P. Stern regarding same; draft and revise correspondence to CNA Surety regarding receivership and claim for coverage under bond; telephone conferences with Rebecca Townsend regarding operation issues and additional information related to insurance coverage.

| | | | | | |
|---|---|---|---|---|---|
| C. M. Burky | 5.50 hrs. | 460.00 /hr | $ | 2,530.00 |

03/12/08    Work with IB to liquidate portfolio positions.

| | | | | | |
|---|---|---|---|---|---|
| S.S. Cohen | 3.40 hrs. | 460.00 /hr | $ | 1,564.00 |

03/12/08    Review Agreed Orders; discussion with P. Stern regarding Attorney-Client waiver and asset issues; review Howrey motion; review reports from SunGard system; discussions with auditors regarding same; discussions with Chris Jones; review analysis of info regarding physical securities certificates and other holdings of Enterprise Trust Company; review investor records; discussion with accountant regarding fees and information needed; coordination of payment issues.

| | | | | | |
|---|---|---|---|---|---|
| M.Z. Gurland | 1.40 hrs. | 475.00 /hr | $ | 665.00 |

03/12/08    Telephone with various investors and their financial advisors. Telephone calls with Townsend, Levine, US Bank, Leaders Bank, Pittacora and Libowsky. Review of material from Libowsky. Discussions with Navigant. Review, prepare and respond to e-mails. Review transaction information.

| | | | | | |
|---|---|---|---|---|---|
| P.L. Stern | 6.30 hrs. | 475.00 /hr | $ | 2,992.50 |

03/12/08    Travel to/from Oak Brook; review mail, gather documents and files for copying; supervise attempts to repair the server; secure stock and real estate share certificates; distribute documents for review; phone conference with R. Townsend to gather data.

| | | | | | |
|---|---|---|---|---|---|
| A. Gilbert | 7.50 hrs. | 150.00 /hr | $ | 1,125.00 |

03/13/08    Receive and respond to email correspondence from counsel for ETC client Back Bay Shutters regarding return of checks delivered to ETC; receive and review various notices from federal court regarding minute orders and motion for preliminary injunction; receive and respond to various email correspondence with respect to ETC client files, Navigant Consulting's analysis, delivery of files from ETC's Nevada office and the State of Nevada's examination report; review and analyze documents and data with respect to Sungard System and client files, as

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 7

well as information with respect to purpose and nature of regularly scheduled distribution to ETC clients.

| | | | | | |
|---|---|---|---|---|---|
| C. M. Burky | 4.10 hrs. | 460.00 /hr | $ | 1,886.00 |

03/13/08   Telephone conference with P. Stern regarding whether ERISA impacts how loss may be allocated to retirement accounts.

| | | | | |
|---|---|---|---|---|
| P. S. Cain | 0.30 hrs. | 475.00 /hr | $ | 142.50 |

03/13/08   Conferences with P. Stern and P. Cain on priority given to pension plan investments.

| | | | | |
|---|---|---|---|---|
| J.J. Bakker | 1.20 hrs. | 450.00 /hr | $ | 540.00 |

03/13/08   Work with IB to liquidate portfolio positions.

| | | | | |
|---|---|---|---|---|
| S.S. Cohen | 3.10 hrs. | 460.00 /hr | $ | 1,426.00 |

03/13/08   Review contents of boxes from Enterprise Trust Company's Nevada offices; client records; asset and computer information; review report of Nevada Examiner's office; analysis of assets and liability and collection/review of information regarding same.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 1.70 hrs. | 475.00 /hr | $ | 807.50 |

03/13/08   Telephone calls with banks and brokerage firms regarding transfer of assets. Prepare written instructions concerning transfer of funds and securities. Telephone calls with clients and their advisors. Telephone calls with Levine and Belongia. Discussions with Navigant. Review and respond to correspondence. Telephone calls with Baldwin and Libowsky.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 5.10 hrs. | 475.00 /hr | $ | 2,422.50 |

03/13/08   Create detailed index of all those certificates found so far; identify missing share certificates; review and organize documents; answer email relating to receivership; review correspondence.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 7.50 hrs. | 150.00 /hr | $ | 1,125.00 |

03/14/08   Telephone conferences with Rebecca Townsend regarding facts related to Hermoso Account and Fambrini letter as well as client Gene Bellini; receive and review email from Ms. Townsend regarding same; review email from Ms. Townsend regarding same; draft, revise and finalize correspondence to Christopher Lega, counsel for ETC client Back Bay Shutters, regarding return of checks sent to ETC; receive, review and

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 8

respond to various emails regarding CNA Surety Company and other operational and investigative issues; receive and review email from Chris Jones regarding ETC's website; telephone conference with C. Kehoe in NGE IT Department regarding preservation and modification to ETC's website and draft email correspondence to C. Kehoe regarding same; strategy conference with P. Stern, M. Gurland and A. Gilbert regarding outstanding issues and analysis and responses to continued customer inquiries.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 5.80 hrs. | 460.00 /hr | $ | 2,668.00 |

03/14/08    Analyze account statements and positions; work with IB to liquidate positions; meet with receiver re: strategy.

| | | | | |
|---|---|---|---|---|
| S.S. Cohen | 2.80 hrs. | 460.00 /hr | $ | 1,288.00 |

03/14/08    Meeting with Navigant and P. Stern regarding accounting work to be done and computer forensics; telephone call with M. Carollo and T. Wegner regarding accounting issues; telephone call with M. Carollo regarding future pay periods; billing; tax issues and J. Lohmeier information/records; meeting with counsel for J. Lohmeier and R. Townsend (Belongia and Shapiro); review mail from investors; review Enterprise Trust Company condo mortgage documents and ETC business loan records; review information regarding share certificates; follow-up with Navigant regarding ETC's laptops; meeting with P. Stern regarding investor calls and items to follow-up on in week of 3/17; telephone call with B. Greiman regarding Sugar Grove Holdings.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 3.60 hrs. | 475.00 /hr | $ | 1,710.00 |

03/14/08    Telephone calls with customers.  Review and respond to e-mails. Telephone calls with Financial Institution. Meetings with Navigant and defendants' counsel. Telephone calls with Levine.  Meeting regarding open issues. Telephone call with Cole from State of Illinois.  Telephone call regarding real estate deal.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 6.80 hrs. | 475.00 /hr | $ | 3,230.00 |

03/14/08    Meetings with Navigant regarding data review, requirements, etc.; assemble documents requested by attorneys; phone conference with R. Townsend to gather necessary data; conference with P. Stern, M. Gurland, C. Burky and S. Cohen regarding staffing and work assignments; email to and phone conference with R. Townsend regarding missing share certificates.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 5.50 hrs. | 150.00 /hr | $ | 825.00 |

Enterprise Trust Company Receivership

| | | | | | |
|---|---|---|---|---|---|
| 03/16/08 | Receive and review email correspondence from Rebecca Townsend regarding pending assets and forward same to M. Gurland and A. Gilbert. | | | | |
| | C. M. Burky | 0.20 hrs. | 460.00 /hr | $ | 92.00 |
| 03/16/08 | Respond to inquiries from Enterprise customers; update index and task lists; organize documents and update files. | | | | |
| | A. Gilbert | 4.00 hrs. | 150.00 /hr | $ | 600.00 |
| 03/17/08 | Strategy conference with A. Gilbert and S. Cohen regarding outstanding issues with respect to ETC assets, dismantling of website and establishing email account for receiver; telephone conferences with T. Quigg, NGE IT Department, regarding new email account and access to same by team; draft, receive and respond to emails from C. Kehoe, NGE IT Department, regarding Enterprise websites and modifying same; telephone conference with C. Kehoe regarding same and draft email to P. Stern regarding recommendations with respect to same; receive, review and respond to various email correspondence from Rebecca Townsend regarding Pending Asset Report and telephone conferences with Ms. Townsend regarding same; receive, review and respond to various emails from M. Gurland, A. Gilbert and others regarding share certificates, private equity deals, warrants, client inquiries, Forms 1099 for clients, certificates of deposit and other issues; review and analyze reports and documents with respect to same; telephone conference with Allison Fakoury at SEC regarding ETC's representation of assets under management. | | | | |
| | C. M. Burky | 6.10 hrs. | 460.00 /hr | $ | 2,806.00 |
| 03/17/08 | Meet with receiver members and review key documents to determine next steps; e-mail Monroe Securities re: bank stock valuation; work with IB to liquidate positions. | | | | |
| | S.S. Cohen | 3.60 hrs. | 460.00 /hr | $ | 1,656.00 |
| 03/17/08 | Returned investor calls and followed-up on investor issues including discussions with Darlene Harris, Matt Gulisano, Jim Newkirk, Sharon Dowler, Neil Dhuta, Alex Pitz (UBS), Jerry and Carol Brocchini, Gary Gilmore, Chris Crawford, D. Kinzl, Phyllis Sherman, Irene Yunt, Shirley Thompson, attorney Tom Drexler (Gene Rellini), Scott Duncan, Dr. Garfield, Chris Murry, Ruben Diaz, Cindy Leich, Gladys Bussey, Ellen Brooks, Ross Garrett, Osias Blum and Paul and Diane Kelley; email correspondence with investors and their advisors, | | | | |

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 10

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 6.90 hrs. | 475.00 /hr | $ | 3,277.50 |

03/17/08    Travel to/from Oak Brook to retrieve additional stock certificates and asset information; review communications from Enterprise customers and forward to appropriate attorney for follow up; e-mail and calls with attorneys regarding customer inquiries; file maintenance.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |

03/18/08    Receive, review and respond to email correspondence with C. Kehoe, NGE IT Department, regarding dismantling Enterprise websites; draft emails to P. Stern and others regarding same; review correspondence to ETC customers regarding representations regarding SEC Action and draft disclosure statement with respect to same for inclusion onto Enterprise websites; review sites after alteration to reflect SEC Action; receive and review draft paragraph for initial report to federal court regarding ETC portfolio and trading subsequent to receivership; receive, review and analyze additional payroll documents received from State of California and telephone conference with accountant Mike Carrollo regarding same; draft email to P. Stern regarding payroll withholding, amount of liability and necessity of payment; receive and begin review and analysis of asset summary as of February 29, 2008, including comparison to summary provided to SEC by ETC on September 27, 2007.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 5.10 hrs. | 460.00 /hr | $ | 2,346.00 |

03/18/08    Review and analyze remaining portfolio positions; work with IB to liquidate remaining positions.

| | | | | |
|---|---|---|---|---|
| S.S. Cohen | 3.90 hrs. | 460.00 /hr | $ | 1,794.00 |

03/18/08    Continued calls to investors and follow-up on investor questions/concerns including review of information and/or discussions with Michiko Yee, Michael Coleman, Harry Haralanpopoulos, Rick Scarlatti, Diane and Paul Sweeney, Brocchini, Frances Ruffallo, Carol McGuire, Michael Lottis, Ramona Block, Randy Schaeffer, American Funds, Zelda Thomas, UBS (Cathy Cane), Linda Turria, Jean Sweeney, Earl Reibold, Leroy Peters, tom Drexel, Nascimento Ferreira and Jesse Perry; review investor correspondence and emails; review information from D. Disraeli; review Enterprise Trust Company insurance information; discussion with State Farm; telephone call with R. Townsend regarding pending asset accounts; errors in reporting in SunGard and tracking of client funds; analysis and tracking of funds for several client accounts.

Enterprise Trust Company Receivership

|  | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 7.10 hrs. | 475.00 /hr | $ | 3,372.50 |

03/18/08   Review asset lists and compare to index of share certificates on file; conference with accountants regarding files needed; review and organize contents of files sent from Nevada office; assist C. Burky and M. Gurland in gathering information regarding location and value of bank stocks and real estate holding; review and organize documents for the files.

|  | | | | |
|---|---|---|---|---|
| A. Gilbert | 7.00 hrs. | 150.00 /hr | $ | 1,050.00 |

03/19/08   Receive, review and analyze various emails and documents from Rebecca Townsend, including those with respect to lease agreements, tax returns, private equity deals and asset summaries as of February 29, 2008; telephone conferences with Ms. Townsend regarding asset summary and asset class breakdown, as well as reduction in assets under management and funds "held away" on behalf of certain clients; review and analyze asset runs and draft email to Ms. Townsend regarding follow-up issues with respect to same; receive and review emails from A. Gilbert and Navigant consultants regarding investigation and analysis, and reconciliation issues with ETC's client database.

|  | | | | |
|---|---|---|---|---|
| C. M. Burky | 4.80 hrs. | 460.00 /hr | $ | 2,208.00 |

03/19/08   Work with IB to continue liquidation of portfolio.

|  | | | | |
|---|---|---|---|---|
| S.S. Cohen | 1.20 hrs. | 460.00 /hr | $ | 552.00 |

03/19/08   Follow-up calls with investors, Michiko Yee and Tom Drexel; review correspondence from Mr. Drexel; telephone call with Gene Fambrini, Jim Gibson, Charlene Ratzlaff, Michael Graves, Pamela Wood, Paul Rachett; review correspondence from R. Townsend regarding Enterprise Trust Company assets loan and bates documents; follow-up on investor emails; telephone calls with Anna Frikins regarding 1099s, Janice Dempsey, Paula Simas, and Nancy Thomas; review related investor information; review correspondence from R. Townsend.

|  | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 3.40 hrs. | 475.00 /hr | $ | 1,615.00 |

03/19/08   Review communications from Enterprise customers and forward to appropriate attorney for follow up; e-mail and phone calls with R. Townsend regarding document and data requests; review customer other files to provide data for customer communications; draft language for first status report; calls with Navigant Consulting to identify

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 12

documents necessary to their work.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 6.00 hrs. | 150.00 /hr | $ | 900.00 |

03/20/08    Draft email to Rebecca Townsend regarding additional information regarding current asset summary and breakdown; telephone conference with Ms. Townsend regarding same; office conference with A. Gilbert and M. Gurland regarding miscellaneous client and asset issues and scheduling of conference with Navigant Consulting regarding record discrepancies.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 2.90 hrs. | 460.00 /hr | $ | 1,334.00 |

03/20/08    Telephone call with Jim Gibson regarding mismanagement of his managed account and lack of awareness of options/short positions; telephone call with S. Levine (SEC); telephone call with investors and responded to investor emails including Sally Hall, Richard Meyers, Teresa Hendren, Lowell Perkins, Samuel Montgomery/Grant McKeehan, Lester Taub, Ron Sabraw, and clients of D. Disraeli; review specific client statements; follow-up with S. Levine (and telephone call with T. Wegner and S. Levine regarding customer records/spreadsheets); review materials and demand from D. Disraeli regarding consulting fees; follow-up with P. Stern and SEC regarding above; review of SunGard report from ETC, email correspondence with Navigant regarding same; worked on status report for court; discussion with individuals working on liquidations, asset analysis, accounting of client funds/losses and responses to directives in court order of 3/5/08.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 5.30 hrs. | 475.00 /hr | $ | 2,517.50 |

03/20/08    Calls with Navigant Consulting to identify documents necessary to their work; e-mail and phone calls with R. Townsend regarding document and data requested; review communications from Enterprise customers and forward to appropriate attorney for follow up; review customer other files to provide data for customer communications; draft language for first status report; e-mail and calls with attorneys regarding customer inquiries.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 5.50 hrs. | 150.00 /hr | $ | 825.00 |

03/21/08    Telephone conferences with Rebecca Townsend regarding Asset Summary & Annotated Listing of Assets to reflect "pending" assets and those held by clients; analyze and compare new asset list with documents and information previously provided by ETC to SEC, and draft emails to Group with respect to same; review and analyze index of daily work files obtained from ETC offices, as well as documents

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 13

related to assets and private equity investments.

| | | | |
|---|---|---|---|
| C. M. Burky | 3.30 hrs. | 460.00 /hr | $ 1,518.00 |

03/21/08   Telephone conference with D. Kanter re: bank stock valuation; work with IB re: continued liquidation of account positions.

| | | | |
|---|---|---|---|
| S.S. Cohen | 1.30 hrs. | 460.00 /hr | $ 598.00 |

03/21/08   Telephone call with investors including Gary Gilmore (follow-up) regarding trade right; Frank Thomas; Jeeta Dhutia; Dorothy Jones; Helen Penning; Disraeli customers; telephone conference with Enterprise Trust Company's Executive Staffing Co. (M. Birella); review information from Navigant regarding client funds, Lillia Kim, and Fambiani customers; review spreadsheets; worked on status report; asset analysis, review of "escrows" set up for real estate venture, discussion of same with R. Townsend.

| | | | |
|---|---|---|---|
| M.Z. Gurland | 3.30 hrs. | 475.00 /hr | $ 1,567.50 |

03/21/08   Time for week of March 17. Telephone calls ETC clients. Review, prepare and respond to e-mails. Respond to customer inquires.

| | | | |
|---|---|---|---|
| P.L. Stern | 3.10 hrs. | 475.00 /hr | $ 1,472.50 |

03/21/08   E-mails to Enterprise banks requesting statements; organize documents provided by e-mail; e-mail and calls with attorneys regarding customer inquiries.

| | | | |
|---|---|---|---|
| A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |

03/22/08   Receive and review email correspondence from Maureen Buckley at Leaders Bank detailing account balances and outstanding loans.

| | | | |
|---|---|---|---|
| C. M. Burky | 0.20 hrs. | 460.00 /hr | $ 92.00 |

03/23/08   Review and respond to e-mails. Review documents relating to status of assets and customer issues.

| | | | |
|---|---|---|---|
| P.L. Stern | 1.90 hrs. | 475.00 /hr | $ 902.50 |

03/23/08   Organize documents collected to date from Enterprise.

| | | | |
|---|---|---|---|
| A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |

03/24/08   Receive, review and respond to emails from Rebecca Townsend and others regarding asset summary.

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 14

|  |  |  |  |  |
|---|---|---|---|---|
| C. M. Burky | 0.60 hrs. | 460.00 /hr | $ | 276.00 |

03/24/08   Responded to investor calls and emails; meetings with SEC, Navigant and P. Stern; worked on status report; discussions regarding Disraeli claim; review analysis of SunGard system for SEC and for use in drafting status report; meeting with S. Solomon regarding SunGard deficiencies; review correspondence from ETC accountant; review information regarding custodial accounts and representation of same in SunGard; review bank information regarding consolidated accounts; discussion with S. Cohen regarding liquidations; telephone call with Gene Fambrini, pulled and reviewed information for Lilia Kim; pulled and review information for Disraeli clients; responded to Disraeli email.

|  |  |  |  |  |
|---|---|---|---|---|
| M.Z. Gurland | 4.20 hrs. | 475.00 /hr | $ | 1,995.00 |

03/24/08   Meetings with SEC and Navigant. Telephone calls with SEC, Navigant, Enterprise clients and their representatives. Work on report to court. Review client related documents.

|  |  |  |  |  |
|---|---|---|---|---|
| P.L. Stern | 5.00 hrs. | 475.00 /hr | $ | 2,375.00 |

03/24/08   Meeting with SEC and Navigant; gather and review documents requested by SEC and Navigant; assemble data on assets and bank stocks; travel to/from Oak Brook to gather additional documents as requested by attorneys.

|  |  |  |  |  |
|---|---|---|---|---|
| A. Gilbert | 6.00 hrs. | 150.00 /hr | $ | 900.00 |

03/25/08   Receive, review and revise Receiver's first status report; draft subpoenas and riders to subpoenas for service on banks -- Carson City, Desert Hills, Gateway, Leaders, RepublicBankAz, TCF, Valley Capital, and WCB Holdings; receive, review and respond to emails, and review and analyze documents with respect to asset report follow-up and location of Warrants and Certificates; issues with Receiver email and response to customer inquiries and computer imaging.

|  |  |  |  |  |
|---|---|---|---|---|
| C. M. Burky | 2.80 hrs. | 460.00 /hr | $ | 1,288.00 |

03/25/08   Work with IB to liquidate portfolio; review and revise status report re: liquidation; meet with P. Stern and M. Gurland re: same.

|  |  |  |  |  |
|---|---|---|---|---|
| S.S. Cohen | 1.40 hrs. | 460.00 /hr | $ | 644.00 |

03/25/08   Telephone call with S. Levein regarding status report; discussions with P Stern regarding status report; review and finalize report; telephone call with M. Buckley, Leaders Bank; review Bank loan information and

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 15

data regading Lohmeier fund transfer, and transaction detail reports from SunGard; review appraisal and LLC documents for Land Investments; review tax lot holding details; review investor corerspondence; correspondence from IL Department of Securities.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 2.30 hrs. | 475.00 /hr | $ | 1,092.50 |

03/25/08   Telephone calls with investors and their representatives. Telephone call with Baldwin concerning California litigation. Telephone calls regarding Disraeli's claim for funds due. Work on status report. Review various schedules relating to ETC assets. Draft correspondence to ETC customers. Review correspondence. Review and respond to e-mails. Work on bank subpoenas. Telephone call with Levine.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 6.30 hrs. | 475.00 /hr | $ | 2,992.50 |

03/25/08   Calls with Navigant Consulting to identify documents necessary to their work; e-mail and phone calls with R. Townsend regarding document and data requests; review communications from Enterprise customers and forward to attorneys for follow up; e-mail and calls with attorneys regarding customer inquiries.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |

03/25/08   Delivered courtesy copies to judge's chambers for M. Gurland.

| | | | | |
|---|---|---|---|---|
| K. J. Augusta | 0.40 hrs. | 75.00 /hr | $ | 30.00 |

03/26/08   Research Pershing LLC legal department information and telephone conference with Robin Lester at Pershing regarding service of Asset Freeze Order; draft correspondence to Mr. Lester transmitting same; send, receive and respond to email correspondence, and analyze documents with respect to website link to provide customers with court papers; bank subpoenas and riders and follow-up requests to Rebecca Twonsend regarding location of assets and clarification on asset summary; telephone conference with Ms. Townsend regarding follow-up information; receive and review outstanding ETC invoices for Condo Association fees and Humana Insurance premiums; telephone conference with G. Boyle and J. Bakker regarding employment and benefits issues with respect to non-payment, and draft email correspondence to P. Stern regarding recommendations with respect to non-payment at this time.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 3.30 hrs. | 460.00 /hr | $ | 1,518.00 |

03/26/08   Conference with C. Burky on COBRA/group health plan matters.

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 16

|  |  |  |  |  |
|---|---|---|---|---|
| J.J. Bakker | 0.20 hrs. | 450.00 /hr | $ | 90.00 |

03/26/08    Telephone calls with Enterprise customers and their representatives. Review and respond to e-mail requests for information. Draft letter to Enterprise customers. Review and comment on subpoenas. Telephone call with Navigant.

|  |  |  |  |  |
|---|---|---|---|---|
| P.L. Stern | 4.10 hrs. | 475.00 /hr | $ | 1,947.50 |

03/26/08    Review and distribute documents; review correspondence and distribute to appropriate attorney for follow up; update mailing list; prepare mass mailing for merge/printing; calls to US Bank, Leaders Bank, and LPL regarding gaps in statements in our files.

|  |  |  |  |  |
|---|---|---|---|---|
| A. Gilbert | 10.70 hrs. | 150.00 /hr | $ | 1,605.00 |

03/27/08    Receive, review and respond to various emails from A. Gilbert, Rebecca Townsend and others regarding Related Party ETC clients, invoices, follow-up requests regarding location of assets; continued drafting and review of subpoenas and riders for service on banks, and draft correspondence transmitting same; draft email correspondence to Scott Solomon at Navigant regarding statements from Interactive Brokers and other data needed in connection with same.

|  |  |  |  |  |
|---|---|---|---|---|
| C. M. Burky | 3.20 hrs. | 460.00 /hr | $ | 1,472.00 |

03/27/08    Work to liquidate remaining IB portfolio positions.

|  |  |  |  |  |
|---|---|---|---|---|
| S.S. Cohen | 0.80 hrs. | 460.00 /hr | $ | 368.00 |

03/27/08    ETC client calls.  Transfer agent calls. Telephone call with Levine.

|  |  |  |  |  |
|---|---|---|---|---|
| P.L. Stern | 0.90 hrs. | 475.00 /hr | $ | 427.50 |

03/27/08    Review communications from Enterprise customers and forward to appropriate attorney for follow up; e-mail and phone calls with R. Townsend regarding document and data requests; review customer other files to provide data for customer communications; calls with Navigant Consulting to identify documents necessary to their work; calls to US Bank and Leaders Bank regarding gaps in statements; prepare mailing of letter to Enterprise customers.

|  |  |  |  |  |
|---|---|---|---|---|
| A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |

03/28/08    Receive and review emails from Rebecca Townsend regarding check register and discretionary and custodial accounts; telephone conference

Enterprise Trust Company Receivership

with Ms. Townsend regarding private equity transactions and contact information for Platinum Bank shares and Metropolitan Bank; telephone conference with Danielle Hofstetter at Pershing LLC regarding Asset Freeze Order; telephone conference with Joanne Leterno at Hinsdale Bank regarding subpoena served on Hinsbrook Bank; telephone conference with Kevin Stephenson, COO of Valley Capital Bank, regarding subpoena; receive and review email from A. Gilbert regarding Tax ID and SSNs for ETC, Lohmeier and Townsend; draft correspondence to Pershing LLC forwarding same per their request; telephone conference with counsel for Leaders Bank regarding subpoena and limiting scope of same.

| | | | | |
|---|---|---|---|---|
| C. M. Burky | 2.60 hrs. | 460.00 /hr | $ | 1,196.00 |

03/28/08    Continue to monitor account for purpose of liquidation.

| | | | | |
|---|---|---|---|---|
| S.S. Cohen | 0.80 hrs. | 460.00 /hr | $ | 368.00 |

03/28/08    Telephone calls with ETC customers and their representatives. Telephone call with FINRA. Review and respond to customer correspondence. Telephone calls with Levine and Navigant. Review material from Navigant.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 2.00 hrs. | 475.00 /hr | $ | 950.00 |

03/28/08    Calls and e-mail with R. Townsend to identify where scanned copies of missing documents might be located in the computer files; identify new documents to provide to Navigant; file maintenance.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 2.50 hrs. | 150.00 /hr | $ | 375.00 |

03/30/08    File maintenance.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 2.00 hrs. | 150.00 /hr | $ | 300.00 |

03/31/08    Returned investor calls; review correspondence regarding condo ownership.

| | | | | |
|---|---|---|---|---|
| M.Z. Gurland | 0.30 hrs. | 475.00 /hr | $ | 142.50 |

03/31/08    Telephone calls with Enterprise clients. Review, respond to and initiate e-mails.

| | | | | |
|---|---|---|---|---|
| P.L. Stern | 0.40 hrs. | 475.00 /hr | $ | 190.00 |

03/31/08    Calls and e-mails with Navigant to identify missing data sets; multiple calls and e-mails to US Bank, Leaders Bank, and LPL regarding

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323
Page 18

missing data sets; e-mail and calls with attorneys regarding customer
inquiries; arrange for setup of electronic database of Lohmeier e-mail.

| | | | | |
|---|---|---|---|---|
| A. Gilbert | 6.00 hrs. | 150.00 /hr | $ | 900.00 |

Total Fees For Professional Services............................................................... $    132,874.50

Reimbursable Costs

| | |
|---|---|
| Outside Copy Service - Vendor: C2 LEGAL - heavy litigation, index tabs | 286.24 |
| Outside Copy Service - Vendor: 24 Seven Discovere, LLC - litigatin copies | 2,380.29 |
| Parking/Mileage - Vendor: Petty Cash - o/t parking per CMB 3/6-7/08 | 60.00 |
| Outside Copy Service - Vendor: Landmark Document Services - Level C Black and White Copies | 382.40 |
| Outside Copy Service - Vendor: Landmark Document Services - level D black and white copies | 3,061.76 |
| Outside Copy Service - Vendor: Landmark Document Services - Level D Black and White copies | 3,833.12 |
| Parking/Mileage - Vendor: Aidan Gilbert - mileage to receive assignments at Enterprise Truck Company in Oak Brook, IL per AOG 3/10-12/08 | 65.15 |
| Supplies - Vendor: Federal Express - Fragile Large Laptop and 12X9X6 boxes purchased at FedEx store for packages sent from Henderson, NV 3/12/08 | 26.93 |
| Parking/Mileage - Vendor: Petty Cash - mileage to/from Enterprise Offices to retrieve documents per AOG 3/17 & 3/24/08 | 39.39 |
| Reproduction of Documents | 243.45 |
| Facsimile Transmission | 56.00 |
| Federal Express Charges | 183.13 |
| Messenger Services | 5.50 |
| Postage | 724.72 |

Total Reimbursable Costs.......................................................................... $    11,348.08

Totals For This Matter

Current Amount Due................................................................................ $    144,222.58

Total Due ............................................................................................... $    144,222.58

Enterprise Trust Company Receivership

April 11, 2008
Invoice 118323

## INVOICE SUMMARY

For Services Through March 31, 2008
Our Matter #    021196.0601
                SEC - Enterprise Trust Co. Receivership

Current Amount Due.................................................................................................... $    144,222.58

Total Due ................................................................................................................... $    144,222.58

### Summary Of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. M. Burky | 69.70 | 460.00 | 32,062.00 |
| P. S. Cain | 0.30 | 475.00 | 142.50 |
| J.J. Bakker | 1.40 | 450.00 | 630.00 |
| S.S. Cohen | 41.00 | 460.00 | 18,860.00 |
| M.Z. Gurland | 60.00 | 475.00 | 28,500.00 |
| P.L. Stern | 73.20 | 475.00 | 34,770.00 |
| A. Gilbert | 119.20 | 150.00 | 17,880.00 |
| K. J. Augusta | 0.40 | 75.00 | 30.00 |
| TOTAL | 365.20 |  | 132,874.50 |