# EXHIBIT B



Kristofer Swanson, CPA, CFE, CAMS
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

Phillip L. Stern, Esq.
Neal, Gerber & Eisenberg
2 North LaSalle Street
Chicago, IL  60602

April 11, 2008
Project Number: 134067
Invoice Number: 241189

Re:  Receiver for Enterprise Trust Company
     (March 10, 2008 – March 31, 2008)

| Employee | Title | Hours | Fees |
|---|---|---|---|
| Swanson, Kristofer K | Managing Director | 33.70 | $18,535.00 |
| Meadows, David W | Director | 8.50 | 3,697.50 |
| Solomon, Gregory S | Director | 42.40 | 19,504.00 |
| Wegner, Troy T | Associate Director | 84.30 | 34,563.00 |
| Freskos, David | Consultant | 32.80 | 7,708.00 |
| Grau, Andrew P | Consultant | 15.70 | 3,689.50 |
| Robinson, Chris | Consultant | 120.60 | 30,150.00 |
| Schneider, Brian T | Consultant | 49.80 | 12,450.00 |
|  |  | 387.80 | $130,297.00 |

| Expenses | Description | Amount |
|---|---|---|
| Ground Transportation | Cab from Neal Gerber office to 30 S. | $ 4.00 |
| Ground Transportation | Cab from 30 S. office to Neal Gerber. | 6.00 |
| Ground Transportation | Parking at 30 S. office from Enterprise location (David Freskos) | 32.00 |
| Ground Transportation | Cab from Enterprise office in Oak Brook to train station (David Freskos) | 19.00 |
| Meals | Guests: Gregory Solomon, Troy Wegner, Kristofer Swanson, Rebecca Townsend, Lunch meeting with Rebecca Townsend | 35.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 160GB @ 2 Hard Drives | 126.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 250GB @ 2 Hard Drives | 164.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 320GB @ 2 Hard Drives | 212.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 500GB | 129.00 |
|  |  | $ 727.00 |

**TOTAL INVOICE:**   $131,024.00

Net: Due Upon Receipt
NCI Project No.: 134067
EIN: 36-4094854
Invoice #: 241189



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

# REMITTANCE PAGE

Please return this sheet with your payment.

| | |
|---|---|
| Project Name: | Receiver for Enterprise Trust Company |
| Project #: | 134067 |
| Invoice #: | 241189 |
| Invoice Date: | April 11, 2008 |
| Invoice Amount: | $131,024.00 |
| **Please wire your payment to:** | **LaSalle Bank**<br>**135 S. LaSalle**<br>**Chicago, IL 60674**<br>**ABA# 071000505**<br>**Acct# 5800151127** |

or

| | |
|---|---|
| Please mail or Fedex payment to: | Navigant Consulting, Inc.<br>4511 Paysphere Circle<br>Chicago, IL  60674 |

We appreciate the opportunity to assist with this important matter.

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/10/2008 | FRESKOS, DAVID | CONSULTANT | 2.00 | 470.00 | Removed hard drive from 9 custodian computers at Oakbrook office |
| 3/10/2008 | FRESKOS, DAVID | CONSULTANT | 1.00 | 235.00 | Create forensic image of Judyann Pyle's hard drive |
| 3/10/2008 | FRESKOS, DAVID | CONSULTANT | 1.00 | 235.00 | Create forensic image of Rebecca Townsend's hard drive |
| 3/10/2008 | FRESKOS, DAVID | CONSULTANT | 0.50 | 117.50 | Backup images |
| 3/11/2008 | FRESKOS, DAVID | CONSULTANT | 0.75 | 176.25 | Meeting at Neal, Gerber & Eisenberg to discuss next steps for the project |
| 3/11/2008 | FRESKOS, DAVID | CONSULTANT | 3.00 | 705.00 | Onsite forensic image of server 1 hard drive |
| 3/11/2008 | FRESKOS, DAVID | CONSULTANT | 4.00 | 940.00 | Onsite forensic image of server 2 1st hard drive |
| 3/11/2008 | FRESKOS, DAVID | CONSULTANT | 3.25 | 763.75 | Onsite forensic image of server 2 2nd hard drive |
| 3/11/2008 | FRESKOS, DAVID | CONSULTANT | 1.00 | 235.00 | Record server data and fill out NCI tracking info |
| 3/12/2008 | FRESKOS, DAVID | CONSULTANT | 2.00 | 470.00 | Create backup of server images |
| 3/12/2008 | FRESKOS, DAVID | CONSULTANT | 2.80 | 658.00 | Onsite server troubleshoot and restart |
| 3/13/2008 | FRESKOS, DAVID | CONSULTANT | 2.00 | 470.00 | Load backup Sungard database onto NCI server |
| 3/13/2008 | FRESKOS, DAVID | CONSULTANT | 4.50 | 1,057.50 | Rebuild Sungard database for NCI |
| 3/17/2008 | FRESKOS, DAVID | CONSULTANT | 0.50 | 117.50 | Begin to Image John Lohmeier's PC |
| 3/18/2008 | FRESKOS, DAVID | CONSULTANT | 1.00 | 235.00 | Acquire John Lohmeier's individual hard drives |
| 3/18/2008 | FRESKOS, DAVID | CONSULTANT | 3.50 | 822.50 | Pickup John Lohmeier's Desktop Case from Oakbrook |
| | **FRESKOS, DAVID Total** | | **32.80** | **7,708.00** | |
| 3/19/2008 | GRAU, ANDREW P | CONSULTANT | 1.10 | 258.50 | Extraction of daily work files from file server forensic image for review |
| 3/21/2008 | GRAU, ANDREW P | CONSULTANT | 1.20 | 282.00 | Reconstruction of custodian RAID array in preparation for forensic imaging |
| 3/25/2008 | GRAU, ANDREW P | CONSULTANT | 1.60 | 376.00 | Search for deleted XLS files on John Lohmeier forensic image and file server forensic image |
| 3/26/2008 | GRAU, ANDREW P | CONSULTANT | 1.80 | 423.00 | EDoc reporting across John Lohmeier, Rebecca Townsend, and file server forensic images |

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/26/2008 | GRAU, ANDREW P | CONSULTANT | 1.40 | 329.00 | Email file search across John Lohmeier, Rebecca Townsend, and file server forensic images |
| 3/26/2008 | GRAU, ANDREW P | CONSULTANT | 1.30 | 305.50 | Email extraction and reporting across John Lohmeier, Rebecca Townsend, and file server forensic images |
| 3/28/2008 | GRAU, ANDREW P | CONSULTANT | 3.10 | 728.50 | John Lohmeier AOL email conversion to PST format |
| 3/28/2008 | GRAU, ANDREW P | CONSULTANT | 2.20 | 517.00 | John Lohmeier AOL email de-duplication |
| 3/31/2008 | GRAU, ANDREW P | CONSULTANT | 1.30 | 305.50 | Extraction of Townsend AOL email from file server forensic image |
| 3/31/2008 | GRAU, ANDREW P | CONSULTANT | 0.70 | 164.50 | QC and shipment of de-duplicated John Lohmeier AOL email |
| | **GRAU, ANDREW P Total** | | 15.70 | 3,689.50 | |
| 3/10/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Initial call with Neal, Gerber & Eisenberg to understand the on-site evidence collections and resources. |
| 3/10/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Follow up call with Neal, Gerber & Eisenberg to discuss priority and timing of on-site evidence collections. |
| 3/10/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Coordination of resources and hardware for on-site evidence collection. |
| 3/10/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Discussion with Dave Freskos regarding collected evidence, process and remaining evidence to be collected. |
| 3/11/2008 | MEADOWS, DAVID W | DIRECTOR | 0.50 | 217.50 | Meeting with Phil Stern regarding progress and next steps. |
| 3/11/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Debriefed of meeting with Phil Stern to forensic accounting team with instructions. |
| 3/12/2008 | MEADOWS, DAVID W | DIRECTOR | 2.00 | 870.00 | Worked towards correcting problems with accounting database server so analysis of accounts can continue. |
| 3/12/2008 | MEADOWS, DAVID W | DIRECTOR | 0.20 | 87.00 | Call with Neal, Gerber & Eisenberg regarding status of accounting server and recovery options. |
| 3/13/2008 | MEADOWS, DAVID W | DIRECTOR | 0.50 | 217.50 | Continued coordination of getting the Sungard database running at NCI for analysis. |
| 3/13/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Call with Michael Gurland regarding laptop taken into custody and analysis requirements. |
| 3/14/2008 | MEADOWS, DAVID W | DIRECTOR | 0.50 | 217.50 | Internal status meeting discussing progress, approach and next steps in preparation for meeting with Neal, Gerber & Eisenberg. |
| 3/14/2008 | MEADOWS, DAVID W | DIRECTOR | 0.50 | 217.50 | Quality assurance of evidence inventory and email to Neal, Gerber & Eisenberg of same. |
| 3/17/2008 | MEADOWS, DAVID W | DIRECTOR | 0.50 | 217.50 | Creation of email to Aidan outlining proposed review process including file extensions to be considered |
| 3/17/2008 | MEADOWS, DAVID W | DIRECTOR | 0.20 | 87.00 | Creation of summary regarding work completed to date as related to the data inventory for Neal, Gerber & Eisenberg |

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/17/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Call to Aidan Gilbert to narrow and clarify focus of forensic computer image review |
| 3/18/2008 | MEADOWS, DAVID W | DIRECTOR | 0.20 | 87.00 | Quality assurance of process to forensically image John Lohmeier's computer. |
| 3/19/2008 | MEADOWS, DAVID W | DIRECTOR | 0.20 | 87.00 | Assistance with locating and exporting daily work files for accounting review |
| 3/20/2008 | MEADOWS, DAVID W | DIRECTOR | 0.20 | 87.00 | Troubleshooting of John Lohmeier RAID drives for Encase imaging and analysis |
| 3/21/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Assistance with John Lohmeier RAID drive configuration so the drives can be imaged for analysis |
| 3/24/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Final assistance with John Lohmeier RAID drive issues which resulted in successful imaging of the PC. |
| 3/24/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Call with Aiden Gilbert confirming John Lohmeier PC review process and return of PC to Oak Brook. |
| 3/26/2008 | MEADOWS, DAVID W | DIRECTOR | 0.30 | 130.50 | Review of AOL email findings for John Lohmeier & Rebecca Townsend in preparation for call with Counsel. |
| 3/26/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Confirmation & clarification of AOL email search request from Neal, Gerber & Eisenberg (Conference Call). |
| 3/27/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Coordination of AOL email conversion tool processing. |
| 3/28/2008 | MEADOWS, DAVID W | DIRECTOR | 0.20 | 87.00 | Review of email processing and findings for extraction and conversion of John Lohmeier & Rebecca Townsend AOL email. |
| 3/28/2008 | MEADOWS, DAVID W | DIRECTOR | 0.10 | 43.50 | Call to Phil Stern discussing AOL email processing progress and confirming he would like the email de-duplicated to decrease attorney review time. |
| | **MEADOWS, DAVID W Total** | | 8.50 | 3,697.50 | |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Meet with Troy Wegner to discuss objectives of the project |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Create binders and lead schedules from documents received from client received data - Legent |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Meet with Eva Gonzales to discuss organization of binders and lead schedules of Client received data |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - Legent |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 1.00 | 250.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - Legent |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.50 | 125.00 | Conference call with Troy Wegner, Navigant IT personnel, and Sungard Personnel in order to be granted access to Charlotte Navigator in order to get access to required Enterprise data |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.70 | 175.00 | Review, log and organize documents received fom Neal Gerber & Eisenberg - US Bank |

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 1.30 | 325.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - LPL |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 1.20 | 300.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - OptionXpress |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.50 | 125.00 | Conference call with Troy Wegner, Navigant IT personnel, and Sungard Personnel in order to resolve an issue regarding access to Charlotte Navigator in order to get access to required Enterprise data |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.70 | 175.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - OptionXpress |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 2.20 | 550.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - Interactive Brokers |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 1.70 | 425.00 | Update documents received log to include all documents received from the client including Include Filename, Path, and Description of File |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.70 | 175.00 | Review Boxes of Enterprise Trust Company custodian accounts sent by client |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Review Boxes of custodian account sent by Neal, Gerber & Eisenberg and discuss findings with Troy Wegner |
| 3/13/2008 | ROBINSON, CHRIS | CONSULTANT | 1.00 | 250.00 | Review, log and organize documents received from Neal Gerber & Eisenberg - Dorman Trading |
| 3/14/2008 | ROBINSON, CHRIS | CONSULTANT | 0.30 | 75.00 | Meet with Scott Solomon to discuss work done the previous day |
| 3/14/2008 | ROBINSON, CHRIS | CONSULTANT | 1.50 | 375.00 | Familiarize understanding and knowledge of reports run in Sungard with Troy Wegner |
| 3/14/2008 | ROBINSON, CHRIS | CONSULTANT | 2.50 | 625.00 | Identify and attempt to reconcile the 13.2 million dollar margin call issued by OptionXpress by asset type from source document contained in Enterprise documents sent by the SEC |
| 3/14/2008 | ROBINSON, CHRIS | CONSULTANT | 2.00 | 500.00 | For Assets amounts that can be reconciled using Sungard, extract the relevant customer data related to the sale of each asset identified in the February 13th, 2008 OptionXpress margin call |
| 3/14/2008 | ROBINSON, CHRIS | CONSULTANT | 2.50 | 625.00 | Create summary schedules and build supporting documentation identifying customer level detail of the accounts impacted by the February 13th, 2008 OptionXpress margin call |
| 3/14/2008 | ROBINSON, CHRIS | CONSULTANT | 0.30 | 75.00 | Create a unique list of customers impacted by the February 13th OptionXpress margin cal |
| 3/17/2008 | ROBINSON, CHRIS | CONSULTANT | 0.40 | 100.00 | Meet with Troy Wegner to discuss Sungard reports |
| 3/17/2008 | ROBINSON, CHRIS | CONSULTANT | 2.10 | 525.00 | Print and copy summary of transaction reports for 221 accounts identified as part of the OptionXpress margin call |
| 3/17/2008 | ROBINSON, CHRIS | CONSULTANT | 0.70 | 175.00 | Call with Sungard to further understand reporting capabilities |

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/17/2008 | ROBINSON, CHRIS | CONSULTANT | 1.70 | 425.00 | Create additional Analyses related to the OptionXpress margin call (breakdown of dollars by account type & include account type in previous analyses) |
| 3/17/2008 | ROBINSON, CHRIS | CONSULTANT | 1.50 | 375.00 | Begin to reconcile beginning account balances for the 221 accounts identified as part of the OptionXpress margin call |
| 3/17/2008 | ROBINSON, CHRIS | CONSULTANT | 0.60 | 150.00 | Discuss strategy and processes for beginning balance reconciliations with Scott Solomon |
| 3/18/2008 | ROBINSON, CHRIS | CONSULTANT | 8.50 | 2,125.00 | Trace beginning balances for various customer accounts in Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/18/2008 | ROBINSON, CHRIS | CONSULTANT | 0.40 | 100.00 | Call with Sungard to further understand reporting capabilities |
| 3/18/2008 | ROBINSON, CHRIS | CONSULTANT | 0.50 | 125.00 | Meet with Scott Solomon and Troy Wagner to discuss further steps to reconcile Sungard beginning balances |
| 3/19/2008 | ROBINSON, CHRIS | CONSULTANT | 6.50 | 1,625.00 | Attempt to trace beginning balances for various customer accounts in Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/19/2008 | ROBINSON, CHRIS | CONSULTANT | 0.60 | 150.00 | Call with Sungard with various questions regarding accessing data within Sungard |
| 3/19/2008 | ROBINSON, CHRIS | CONSULTANT | 2.40 | 600.00 | Verify account types for accounts which a beginning balances had previously been reconciled |
| 3/19/2008 | ROBINSON, CHRIS | CONSULTANT | 0.30 | 75.00 | Meet with Scott Solomon to discuss current progress on account balance reconciliation |
| 3/20/2008 | ROBINSON, CHRIS | CONSULTANT | 5.50 | 1,375.00 | Attempt to trace beginning balances for various customer accounts in Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/20/2008 | ROBINSON, CHRIS | CONSULTANT | 3.50 | 875.00 | Meet with Kris Swanson, Troy Wegner, and Scott Solomon to discuss progress and future project plans |
| 3/24/2008 | ROBINSON, CHRIS | CONSULTANT | 2.20 | 550.00 | Attempt to trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/24/2008 | ROBINSON, CHRIS | CONSULTANT | 2.10 | 525.00 | Create summary schedule for Michael Gurland of Account, Account Type, Account Code, Status, and Market Value of all accounts identified in Sungard. |
| 3/24/2008 | ROBINSON, CHRIS | CONSULTANT | 0.40 | 100.00 | Create summary schedule for Michael Gurland that contains a count of unique customers and number of accounts in the Transaction History Table, the Account Synoptic Table, and the Name and Address lookup table |
| 3/24/2008 | ROBINSON, CHRIS | CONSULTANT | 2.50 | 625.00 | Create support schedules that break out the detail of each customer identified in Sungard |
| 3/24/2008 | ROBINSON, CHRIS | CONSULTANT | 1.00 | 250.00 | Meet with Scott Solomon and Kris Swanson to prepare for meeting with Neal, Gerber & Eisenberg |
| 3/24/2008 | ROBINSON, CHRIS | CONSULTANT | 0.30 | 75.00 | Meet with Scott Solomon and Kris Swanson to discuss duties and tasks going forward |

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/25/2008 | ROBINSON, CHRIS | CONSULTANT | 9.30 | 2,325.00 | Attempt to trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 4.70 | 1,175.00 | Attempt to trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 0.30 | 75.00 | Call with Sungard to learn more about fee structure on accounts |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Export data relating to Fee Structure and run query to apply to all accounts with transaction history |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 1.00 | 250.00 | Update previously completed documentation to show the assets liquidated by John Lohmeier on February 12, 2008 from OptionXpress |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 1.20 | 300.00 | Create documentation for requesting 3rd party brokerage statements to reconcile in order to attempt to reconcile Sungard on a quarterly basis. |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 0.10 | 25.00 | Meeting with Brian Schneider and Kris Swanson to discuss progress on beginning balance reconciliation documentation |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 0.20 | 50.00 | Call with Scott Solomon and Brian Schneider regarding Fee Schedule Reports, Quarterly Reconciliations and the indexing of a CD imaged from John Lohmeier's hard drive |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 2.10 | 525.00 | Attempt to reconcile transaction history in Sungard to account balance statements in daily reconciliation files provided by Neal, Gerber & Eisenberg |
| 3/26/2008 | ROBINSON, CHRIS | CONSULTANT | 1.10 | 275.00 | Study the Fee Structure schedules to gain an understanding of how calculations are applied to each account |
| 3/27/2008 | ROBINSON, CHRIS | CONSULTANT | 0.70 | 175.00 | Run queries on Sungard financial data for export into excel to generate summary fee schedule files |
| 3/27/2008 | ROBINSON, CHRIS | CONSULTANT | 3.60 | 900.00 | Create and format summary reports of fee schedule by account for full detail, by month, and in total |
| 3/27/2008 | ROBINSON, CHRIS | CONSULTANT | 5.10 | 1,275.00 | Trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/28/2008 | ROBINSON, CHRIS | CONSULTANT | 9.00 | 2,250.00 | Trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/29/2008 | ROBINSON, CHRIS | CONSULTANT | 7.60 | 1,900.00 | Trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 3/31/2008 | ROBINSON, CHRIS | CONSULTANT | 9.10 | 2,275.00 | Trace beginning account balances for various customer accounts within Sungard using account opening documentation provided by Neal, Gerber & Eisenberg |
| **ROBINSON, CHRIS Total** | | | 120.60 | 30,150.00 | |

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.40 | 100.00 | Meet with Chris Robinson to discuss objectives of the project |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Read through of SEC Complaint |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.30 | 75.00 | Discussions with Chris Robinson on how to reconcile Account Beginning Balance |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Review of Account Documents provided by Enterprise |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Begin to Reconcile Account Beginning Balance and Creation of Binders |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.30 | 75.00 | Discussions with Scott Solomon on distinguishing managed vs custodian accounts |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.30 | 75.00 | Review of All Transactional Database |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Call with Scott Solomon to Discuss Progress and Timelines |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Discussions with Chris Robinson on organization, process, and documentation of reconciliation of Account Beginning Balance |
| 3/25/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 2.00 | 500.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 3.00 | 750.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.40 | 100.00 | Call with Scott Solomon on Account opening balances and quarterly reconciliations |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Review and Creation of Index for John Lohmeier XLS Docs |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.30 | 75.00 | Discussion with Kris Swanson on prior margin calls and quarterly reconciliations |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/26/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Organize and Quality Control Check of Beginning Balance Binders |
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Documentation of tasks/time entry |
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Obtain Access to AT_A Server and Charlotte Navigator |



Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.00 | 250.00 | Discussion with Scott Solomon on engagement details and scope |
| 3/27/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.90 | 475.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/28/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/28/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Discussions with Scott Solomon on Quarterly Account Balances and Reconciliations |
| 3/28/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile 3rd Party Cash Balances for Q1 2008 |
| 3/28/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile 3rd Party Assets for Year End 2007 |
| 3/28/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Discussions with Scott Solomon on Quarterly Account Balances and Reconciliations |
| 3/28/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 3.00 | 750.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/29/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/29/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Troubleshoot Access to Charlotte Navigator |
| 3/29/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/29/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 3.50 | 875.00 | Reconcile 3rd Party Assets for Year End 2007 |
| 3/31/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 3.00 | 750.00 | Reconcile 3rd Party Assets for Year End 2007 |
| 3/31/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Discussions with Scott Solomon on Quarterly Account Balances and Reconciliations |
| 3/31/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 0.50 | 125.00 | Troubleshoot Access to Charlotte Navigator |
| 3/31/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.50 | 375.00 | Reconcile 3rd Party Cash Balances |
| 3/31/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 1.00 | 250.00 | Reconcile Account Beginning Balance and Creation of Binders |
| 3/31/2008 | SCHNEIDER, BRIAN T | CONSULTANT | 2.40 | 600.00 | Reconcile 3rd Party Assets for Year End 2007 |
| **SCHNEIDER, BRIAN T Total** | | | **49.80** | **12,450.00** | |



Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/14/2008 | SOLOMON, GREGORY S | DIRECTOR | 2.30 | 1,058.00 | Review of the documents provided by the SEC |
| 3/14/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.90 | 414.00 | Walkthrough of customer accounts and transaction activity. |
| 3/14/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.80 | 368.00 | Meeting with Michael Gurland to discuss accounting issues. |
| 3/14/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.50 | 230.00 | Review of 11 boxes sent to Navigant containing customer files. |
| 3/16/2008 | SOLOMON, GREGORY S | DIRECTOR | 3.40 | 1,564.00 | Reconcile current balances within Sungard to Bank/Broker Statements |
| 3/17/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.40 | 644.00 | Review documents produced by Neal, Gerber & Eisenberg. |
| 3/17/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.60 | 276.00 | Review reports generated from Sungard and identify reconciliation issues. |
| 3/18/2008 | SOLOMON, GREGORY S | DIRECTOR | 2.20 | 1,012.00 | Review documentation, reconciliation, and balance issues between Sungard and Broker/Bank statements including conversation with |
| 3/18/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.20 | 552.00 | Review documentation created by Chris Robinson regarding the February 13, 2007 Options Express |
| 3/19/2008 | SOLOMON, GREGORY S | DIRECTOR | 3.10 | 1,426.00 | Preparation for meeting with Rebecca Townsend on Friday. |
| 3/20/2008 | SOLOMON, GREGORY S | DIRECTOR | 2.30 | 1,058.00 | Review of the documents provided by the SEC |
| 3/20/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.60 | 736.00 | Review opening balance, activity and closing balances for accounts impacted by the risk call. |
| 3/21/2008 | SOLOMON, GREGORY S | DIRECTOR | 3.10 | 1,426.00 | Meeting with Rebecca Townsend to discuss Sungard, accounting for the Trust and other topics. |
| 3/21/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.40 | 644.00 | Discussion with Troy Wegner regarding Sungard tables and reconciliation issues. |
| 3/21/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.40 | 184.00 | Preparation for meeting with Rebecca Townsend. |
| 3/21/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.20 | 92.00 | Drafting of paragraph for receiver describing procedures to date. |
| 3/23/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.80 | 828.00 | Preparing schedules for meeting with Neal, Gerber & Eisenberg and SEC |
| 3/23/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.50 | 690.00 | Meeting with Neal, Gerber & Eisenberg and the SEC to discuss preliminary findings. |
| 3/26/2008 | SOLOMON, GREGORY S | DIRECTOR | 2.40 | 1,104.00 | Review of client population and identifying non-client accounts (i.e., suspense accounts, reserve accounts) |
| 3/26/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.60 | 276.00 | Preparing additional document requests for client. |
| 3/26/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.50 | 230.00 | Follow up discussion with Rebecca Townsend regarding location of Daily Reconciliation Files. |



Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/27/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.40 | 644.00 | Review work product relating to client contributions. |
| 3/28/2008 | SOLOMON, GREGORY S | DIRECTOR | 3.20 | 1,472.00 | Review of the documents provided by the Neal, Gerber & Eisenberg (Documents from the Main Vault) |
| 3/28/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.20 | 552.00 | Discussion of issues and next steps with Brian Schneider and Chris Robinson. |
| 3/31/2008 | SOLOMON, GREGORY S | DIRECTOR | 2.10 | 966.00 | Analyzed account of John Lohmeier for 12/31/07 to understand fees and calculation of Market Value. |
| 3/31/2008 | SOLOMON, GREGORY S | DIRECTOR | 1.80 | 828.00 | Preparation of Fee Schedule to illustrate how fees were charged to Enterprise Customers. |
| 3/31/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.30 | 138.00 | Discussion with Sungard regarding printing large volume of reports for prior period balances. |
| 3/31/2008 | SOLOMON, GREGORY S | DIRECTOR | 0.20 | 92.00 | Discussion with Aidan Gilbert about status of documents requested from Neal, Gerber & Eisenberg. |
| **SOLOMON, GREGORY S Total** | | | **42.40** | **19,504.00** | |
| 3/11/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 1.00 | 550.00 | Preliminary review of account documents and Sungard accounting data. |
| 3/11/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 1.00 | 550.00 | Preliminary review of summary reports and account roll-forward data. |
| 3/12/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 1.00 | 550.00 | Continuing review of summary reports and account data. |
| 3/14/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 3.00 | 1,650.00 | Preparation for and participation in meeting with Receiver |
| 3/16/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 0.60 | 330.00 | Ongoing review and analysis of documents/data provided by client. |
| 3/17/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 0.70 | 385.00 | Ongoing review and analysis of documents/data provided by client. |
| 3/18/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 1.10 | 605.00 | Ongoing review and analysis of documents/data provided by client. |
| 3/20/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 4.50 | 2,475.00 | Ongoing review and analysis of documents/data provided by client. |
| 3/21/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 3.50 | 1,925.00 | Preparation for and participation in interview of Rebecca Townsend. |
| 3/21/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 3.00 | 1,650.00 | Ongoing review and analysis of ETC documents and data, and bank/brokerage statements. |
| 3/24/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 3.00 | 1,650.00 | Preparation for and participation in meeting with Receiver and SEC. |
| 3/24/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 0.70 | 385.00 | Ongoing review of documents and data provided by Receiver. |
| 3/25/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 2.80 | 1,540.00 | Ongoing review of documents and data provided by Receiver. |



Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/25/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 0.50 | 275.00 | Preparation for and participation in calls with Receiver's team. |
| 3/26/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 4.50 | 2,475.00 | Ongoing review of documents and data provided by Receiver. |
| 3/26/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 0.50 | 275.00 | Preparation for and participation in teleconference with M. Gurland. |
| 3/27/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 0.50 | 275.00 | Ongoing review of documents and data provided by Receiver. |
| 3/31/2008 | SWANSON, KRISTOFER K | MANAGING DIR | 1.80 | 990.00 | Ongoing review of documents and data provided by Receiver. |
| **SWANSON, KRISTOFER K Total** | | | **33.70** | **18,535.00** | |
| 3/11/2008 | WEGNER, TROY T | ASSOCIATE DIR | 3.00 | 1,230.00 | Generation of Sungard reports for Neal, Gerber & Eisenberg |
| 3/11/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.70 | 697.00 | Analysis of Sungard reports for Neal, Gerber & Eisenberg |
| 3/11/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.80 | 328.00 | Review of project scope and work stream |
| 3/11/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Review of Sungard reporting system |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.50 | 615.00 | Review of broker data files |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.00 | 410.00 | Call with Sungard IT group to trouble shoot remote computer |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.00 | 410.00 | Call with NCI Discover Services Investigators to trouble shoot remote computer |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.80 | 328.00 | Call with Sungard IT group to trouble shoot remote computer |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.80 | 328.00 | Call with NCI Discovery Services Investigators to trouble shoot remote computer |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Update meeting on project status with attorneys |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Trouble shooting remote computer |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Review and analysis of Sungard generated reports |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Conversations with Sungard IT and NCI discovery services on parallel Sungard data restoration tasks |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Review of Judge's order appointing receiver documentation |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Trouble shooting remote computer with connectivity to Sungard |



Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Conversations with Attorneys on trouble shooting server |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Call with Rebecca Thompson to trouble shoot remote computer |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Conversations with attorneys on parallel Sungard data restoration tasks |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.20 | 82.00 | Call with Dale Schwiere on remote computer operation |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.20 | 82.00 | Conversations with attorneys on copying documents |
| 3/12/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.20 | 82.00 | Conversations with attorneys on data files |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.00 | 820.00 | Developed Sungard Reports |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.00 | 820.00 | Review of Sungard report functionalities |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.00 | 820.00 | Generation of Sungard reports |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.50 | 615.00 | Review of Brokerage and SEC financial statements |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Trouble shooting remote computer |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Call with NCI IT department on fire wall work around to gain access to remote computer |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Upload of software and connection to local Sungard database |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Questions with Sungard on report generation |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Calls with Sungard and Navigant IT to upload local Sungard database |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Coordination of printing, organization and binder development regarding brokerage and SEC financials |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.20 | 82.00 | Call with Dale Schwiere on remote computer operation |
| 3/13/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.10 | 41.00 | Travel to Neal, Gerber & Eisenberg office |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.40 | 984.00 | Review of the Sungard reporting system and generation of reports |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.00 | 820.00 | Preparation for and meetings held with attorneys discussing project scope, timelines, deliverables and tasks |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.00 | 410.00 | Project team meetings discussing strategic approach |

**NAVIGANT CONSULTING**

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.00 | 410.00 | Call with Sungard reporting group to discuss report capabilities |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Development of fees incurred to date schedules |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Review of customer, broker and sec financial statements |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Generation of Sungard reports |
| 3/14/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Project management task list |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 3.20 | 1,312.00 | Reconciliation of custodian statements to Sungard reports |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.10 | 861.00 | Generation and reconciliation of Sungard reports to custodian documents |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.70 | 697.00 | Generation of Sungard reports for account reconciliation |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.10 | 451.00 | Generation of Sungard reports for account reconciliation |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.00 | 410.00 | Review of custodian documents and SEC complaint |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Generation of Sungard reports for account reconciliation |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.20 | 82.00 | Call with Sungard on report design and development |
| 3/17/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.20 | 82.00 | Research of specific account activity per Neal, Gerber & Eisenberg attorney's request |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 3.10 | 1,271.00 | Development of Sungard reports for account reconciliation |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.10 | 861.00 | Development of access database to analyze Sungard data |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.90 | 779.00 | Generation of Sungard reports for account reconciliation |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.90 | 369.00 | Review of Sungard database underlying SQL server tables |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Call with Rebecca Townsend on trade processing and data flows |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Call with Sungard on report design and development |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Research of Sungard data tables and their reconciliation with one another |
| 3/18/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.10 | 41.00 | Call with attorneys on tax documentation |

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.50 | 1,025.00 | Design and development of data queries to report account level metrics |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.40 | 984.00 | Design and development of data queries to reconcile Sungard database tables |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.20 | 902.00 | Reconciliation of Sungard database tables to determine appropriate source data |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.30 | 533.00 | Upload of Sungard data extracts into MS Access database for additional analyses |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.30 | 533.00 | Development of Sungard reports |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.60 | 246.00 | Call with Sungard on report design and development |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Extraction of security prices on 3/5/2008 from Sungard underlying SQL Server data tables for reconciliation with brokerage statements. |
| 3/19/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Review of account level and summary reconciliation reports. |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 3.20 | 1,312.00 | Design and development of data queries to report account level metrics |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.90 | 779.00 | Review of brokerage statements and reconciliation with customer accounts |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.30 | 533.00 | Upload of Sungard data extracts into MS Access database for additional analyses |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.30 | 533.00 | Generation of Sungard reports for account reconciliation |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.10 | 451.00 | Project management strategy and work stream meeting to stream line deliverable production |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.80 | 328.00 | Design and development of data queries to reconcile Sungard database tables |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.80 | 328.00 | Dissemination of Sungard database information to team members |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.60 | 246.00 | Review of account level and summary reconciliation reports. |
| 3/20/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.40 | 164.00 | Call with Sungard on report design and development |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 3.00 | 1,230.00 | Interview with Rebecca Townsend on account reconciliations, accounting process, daily reconciliations, Sungard reporting and |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 2.20 | 902.00 | Design and development of data queries to report account level metrics |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 1.00 | 410.00 | Consolidation of information gathered during interview with Rebecca Townsend |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Development of system and accounting related questions for interview with Rebecca Townsend |

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Fees Summary: March 10, 2008 - March 31, 2008

| Date | Employee | Title | Hours | Fees | Narrative |
|---|---|---|---|---|---|
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.50 | 205.00 | Research of specific account activity per Neal, Gerber & Eisenberg attorney's request |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Research of fixed income daily pricing information within Sungard |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Generation of Sungard check register reports |
| 3/21/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.10 | 41.00 | Call with Sungard on SQL Server data tables supporting Sungard |
| 3/31/2008 | WEGNER, TROY T | ASSOCIATE DIR | 0.30 | 123.00 | Download, setup and install bundled monthly statement printing software from Sungard. |
| | **WEGNER, TROY T Total** | | 84.30 | 34,563.00 | |
| | **Grand Total** | | 387.80 | 130,297.00 | |

# NAVIGANT CONSULTING

Receiver for Enterprise Trust Company

Expense Summary

| Expenses | Description | Amount |
|---|---|---|
| Ground Transportation | Cab from Neal Gerber office to 30 S. | $ 4.00 |
| Ground Transportation | Cab from 30 S. office to Neal Gerber. | 6.00 |
| Ground Transportation | Parking at 30 S. office from Enterprise location (David Freskos) | 32.00 |
| Ground Transportation | Cab from Enterprise office in Oak Brook to train station (David Freskos) | 19.00 |
| Meals | Guests: Gregory Solomon, Troy Wegner, Kristofer Swanson, Rebecca Townsend, Lunch meeting with Rebecca Townsend | 35.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 160GB @ 2 Hard Drives | 126.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 250GB @ 2 Hard Drives | 164.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 320GB @ 2 Hard Drives | 212.00 |
| Computer Hard Drive | Computer Hard Drive - Seagate Internal 500GB | 129.00 |
| | | $ 727.00 |