Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1260 | **DATE** | 4/24/2008 |
| **CASE TITLE** | SECURITIES & EXCHANGE COMMISSION vs. ENTERPRISE TRUST CO., ET AL | | |

**DOCKET ENTRY TEXT**

Enter second modified asset freeze order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:08-cv-01260 Document 58 Filed 04/24/2008 Page 1 of 1

08C1260 SECURITIES & EXCHANGE COMMISSION vs. ENTERPRISE TRUST CO., ET AL    Page 1 of 1