UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel |
| Defendants. | : |

### MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS JOHN H. LOHMEIER AND REBECCA A. TOWNSEND

NOW COME Mark D. Belongia, Kelly A. Saindon, and Nathaniel R. Sinn, of Belongia & Shapiro, LLP, attorneys of record for the Defendants JOHN H. LOHMEIER and REBECCA A. TOWNSEND, and pursuant to Local Rule 83.17 and for their Motion to Withdraw as Attorneys of Record, state as follows:

1. John H. Lohmeier and Rebecca A. Townsend (hereinafter collectively the "Defendants") are the two (2) named individual defendants in the above-captioned litigation. Enterprise Trust Company is the other defendant and has been placed under a Receiver.

2. The firm Belongia & Shapiro, LLP (hereinafter "Belongia & Shapiro") was retained by the Defendants to represent both of them jointly in defending this instant litigation filed by the Securities and Exchange Commission (hereinafter "SEC"). Belongia & Shapiro confirmed that it was appropriate to represent both individuals jointly in this matter, and both Lohmeier and Townsend agreed.

3. On March 21, 2008, attorneys Mark D. Belongia, Kelly A. Saindon and Nathaniel R. Sinn of Belongia & Shapiro filed appearances as attorneys of record for the Defendants Lohmeier and Townsend.

4. During the course of their representation of the Defendants, attorneys from Belongia & Shapiro have had extensive contact with the attorneys from the SEC and representing the Receiver. Belongia & Shapiro worked with the aforementioned attorneys to negotiate an agreed motion for presentment to the Court requesting modification of the Asset Freeze Order entered by this Court.

5. Belongia & Shapiro continued to communicate with the attorneys for the SEC and the Receiver and scheduled a meeting between the parties to discuss claims against the Defendants and the possibility of an amicable resolution for Wednesday April 30, 2008. However, said meeting did not occur, as the morning of April 30, 2008, the Defendants Lohmeier and Townsend notified Belongia & Shapiro via email that the Defendants were terminating the services of Belongia & Shapiro. (Please see the Affidavit of Attorney of Record Mark D. Belongia attached hereto).

6. As the Belongia & Shapiro's representation of the Defendants was terminated by Lohmeier and Townsend, Belongia & Shapiro can no longer represent the Defendants in this litigation. Accordingly, the attorneys of record for Lohmeier and Townsend, Mark D. Belongia, Kelly A. Saindon, and Nathaniel R. Sinn, respectfully move this court pursuant to Local Rule 83.17 to withdraw their appearances on behalf of Lohmeier and Townsend.

7. The Defendants request twenty one (21) days to secure a substitute attorney of record in this matter.

WHEREFORE, Mark D. Belongia, Kelly A. Saindon and Nathaniel R. Sinn of Belongia & Shapiro, LLP pray that this Court enter an Order granting them leave to withdraw their Appearances on behalf of the Defendants John H. Lohmeier and Rebecca A. Townsend; that Defendant be granted 21 days to secure substitute counsel; as well as for any other relief this Court deems just and equitable.

Respectfully submitted,

MARK D. BELONGIA, KELLY A. SAINDON & NATHANIEL R. SINN

By: /s/ Mark D. Belongia

By: /s/ Kelly A. Saindon

By: /s/ Nathaniel R. Sinn

Mark D. Belongia, Atty #6269391
mbelongia@belongiashapiro.com
Kelly A. Saindon, Atty # 6244793
ksaindon@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
Tel: 312-662-1030
Fax: 312-662-1040