UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel |
| Defendants. | : |

I, MARK D. BELONGIA, first being sworn on oath, deposes and says that if sworn as a witness I could competently testify to the matters set forth herein from my own personal knowledge:

That the facts contained in Belongia & Shapiro, LLP's attached Motion for Leave to Withdraw as Attorneys of Record for Defendants John H. Lohmeier and Rebecca A. Townsend are true and accurate to the best of my personal knowledge.

FURTHER, AFFIANT SAYETH NOT.

Mark D. Belongia

Subscribed and Sworn to before me this 30TH day of APRIL, 2008.

Notary Public

Official Seal
Lucy Nava
Notary Public State of Illinois
My Commission Expires 04/10/2012