## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| Plaintiff, | : |
| v. | : Civil Action No: 08 CV 1260 |
| **ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,** | : Judge James B. Zagel |
| Defendants. | : |

## NOTICE OF MOTION

To:  Steven J. Levine, Esq.            Christopher M. Burky, Esq.
     Steven L. Klawans, Esq.           Michael Z. Gurland, Esq.
     Allison M. Fakhoury, Esq.         Neal, Gerber, Eisenberg, LLP
     Securities and Exchange Commission  Two North LaSalle Street, Ste. 2200
     175 W. Jackson Blvd., Suite 900   Chicago, IL 60602
     Chicago, IL 60604

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or whomever may be designated to sit in his stead, in **Court Room 2503** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Mark D. Belongia, Kelly A. Saindon and Nathaniel R. Sinn's Motion for Leave to Withdraw as Attorneys of Record, a copy of which is attached and served upon you.

Respectfully submitted,

/s/ Mark D. Belongia
One of his attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P:  312.662.1030
F:  312.662.1040

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 30th day of April, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Christopher M. Burky | cburky@ngelaw.com |
| Michael Z. Gurland | mgurland@ngelaw.com |
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhourya@sec.gov |
| Kelly A. Saindon | ksaindon@belongiashapiro.com |
| Nathaniel R. Sinn | nsinn@belongiashapiro.com |

/s/ Mark D. Belongia
Mark D. Belongia