# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Securities and Exchange Commission

                                        Plaintiff,

v.                                               Case No.: 1:08–cv–01260

                                                         Honorable James B. Zagel

Enterprise Trust Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable James B. Zagel: Motion hearing held on 5/8/2008. MOTION by counsel for Defendants John H. Lohmeier, Rebecca A Townsend to withdraw as attorney [62] is granted. Attorney Mark D Belongia terminated. Status hearing set for 5/16/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.