UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : : Judge: James B. Zagel : : |
| Defendants. | : : |

## ORDER EXTENDING TERM OF RECEIVERSHIP OVER ENTERPRISE TRUST COMPANY

This cause coming to be heard on the unopposed motion filed by Plaintiff Securities and

Exchange Commission ("SEC" or "Commission") on March 28, 2008 seeking a separate order

extending the term of the receivership previously ordered over Enterprise Trust Company. The

Court, being fully advised in the premises, and finding that a proper showing has been made for

the relief granted herein, Plaintiff's motion is GRANTED.

**NOW, THEREFORE, IT IS ORDERED** that the March 5, 2008 Order Appointing

Receiver Over Enterprise Trust Company shall continue to remain in full force and effect until

further order of the Court.

**IT IS FURTHER ORDERED** that the Receiver's powers, as set forth in Section II of

the Order Appointing Receiver Over Enterprise Trust Company, includes the power to issue

subpoenas for documents and testimony, and the power to commence and defend actions on

behalf of Enterprise Trust Company.

SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: __MAR 3 1 2008__ , 2008