# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Securities and Exchange Commission
                                       Plaintiff,

v.                                                          Case No.: 1:08−cv−01260
                                                            Honorable James B. Zagel

Enterprise Trust Company, et al.
                                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, May 16, 2008:


    MINUTE entry before the Honorable James B. Zagel:Status hearing held on 5/16/2008. Defendant Lohmeier answer due by 6/13/2008. Defendant Townsend currently unrepresented. Status hearing set for 6/20/2008 at 10:00 AM.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.