



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Amy ~~E.~~ Gibson Lum

FIRM: Perkins Coie LLP

STREET ADDRESS: 131 S. Dearborn Street, Suite 1700

CITY/STATE/ZIP: Chicago, IL 60603

PHONE NUMBER: 312-324-8662

ARDC NO. (If Member of Illinois State Bar): 6237158

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 1260 | SEC v. Enterprise | Zagel |
| | | |
| | FILED | |
| | MAY 20 2008 | |
| | MICHAEL W. DOBBINS | |
| | CLERK, U.S. DISTRICT COURT | |

Attorney's Signature      Date: 5-20-08

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604