# EXHIBIT A

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

**PLEASE REMIT PAYMENT TO:**
NEAL, GERBER & EISENBERG LLP
28987 NETWORK PLACE
CHICAGO, IL 60673-1289

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Enterprise Trust Company Receivership

May 15, 2008
Invoice 120519
Page 1

For Services Through April 30, 2008
Our Matter #   021196.0601
          SEC - Enterprise Trust Co. Receivership

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/08 | Telephone call with Insurance Provider (regarding medical coverage); telephone call with R. Townsend regarding cancellation of same; review email correspondence regarding same; follow-up on investor correspondence. | M.Z. Gurland | 0.60 hrs. | 475.00 /hr | $ 285.00 |
| 04/01/08 | Telephone calls with State Farm representatives regarding enterprise insurance.  Respond to e-mails. | P.L. Stern | 0.50 hrs. | 475.00 /hr | $ 237.50 |
| 04/01/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 7.30 hrs. | 150.00 /hr | $ 1,095.00 |
| 04/02/08 | Analysis of individual investor accounts per investor correspondence/emails; discussion with investors regarding accounts and individual concerns; review information regarding 401 k plans; review emails regarding ETC business problems; telephone calls with Henry Simon, Chris Crawford, David Moore, Allen Kentoff, Garfield; review information/records regarding LPL clients. | M.Z. Gurland | 3.20 hrs. | 475.00 /hr | $ 1,520.00 |
| 04/02/08 | Review and organize documents; maintain files; respond to information | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | | | | |
| | A. Gilbert | 6.00 hrs. | 150.00 /hr | $ | 900.00 |
| 04/03/08 | Receive and review e-mail correspondence from Michael Gurland regarding medical coverage for former employees, and 401(k) account mandatory distributions; receive and review e-mail correspondence from Mark Bernstein, counsel to Hinsbrook Bank, regarding subpoena compliance; draft e-mail correspondence to Phil Stern regarding documents related to Hinsbrook accounts of Lohmeier and Townsend; receive and review e-mail correspondence from TCF Bank regarding subpoena responses; telephone conference with Trina Leigh at Computershare, Transfer Agent for Republic Bank AZ, regarding documents responsive to subpoena; receive and analyze e-mail correspondence from Ms. Leigh attaching shareholder lists and other information responsive to subpoenas; receive and review e-mail correspondence from Mike Carollo regarding wokers compensation inquiry and information related thereto; receive and analyze documents produced by Valley Bank pursuant to subpoena. | | | | |
| | C. M. Burky | 5.10 hrs. | 460.00 /hr | $ | 2,346.00 |
| 04/03/08 | Review/respond to several investor emails and calls; review information regarding 401k plans; review 401k sponsor agreement; review Enterprise bills (discussion with Receiver regarding same); review certain investor statements and obtained information at request of particular investors; discussion with P. Stern regarding J. Lohmeier assets; email correspondence to J. Lohmeier counsel regarding assets/discovery; telephone call with M. Belongia. | | | | |
| | M.Z. Gurland | 1.80 hrs. | 475.00 /hr | $ | 855.00 |
| 04/03/08 | Review Enterprise email database for Rebecca Townsend and collected information regarding client accounts and relationship with J. Lohmeier. | | | | |
| | M.Z. Gurland | 2.50 hrs. | 475.00 /hr | $ | 1,187.50 |
| 04/03/08 | Communications with Enterprise customers. | | | | |
| | P.L. Stern | 1.70 hrs. | 475.00 /hr | $ | 807.50 |
| 04/03/08 | Review bills; reports of assets - selected accounts; review ISD selected docs for privilege bates and prepare for production; organize | | | | |

Enterprise Trust Company Receivership

May 15, 2008
Invoice 120519
Page 3

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | documents; file maintenance. | A. Gilbert | 8.50 hrs. | 150.00 /hr | $ 1,275.00 |
| 04/04/08 | Meeting with Navigant; review J. Lohmeier emails. | M.Z. Gurland | 3.50 hrs. | 475.00 /hr | $ 1,662.50 |
| 04/04/08 | Prepare for and meet with Navigant. Enterprise customer communications. | P.L. Stern | 3.00 hrs. | 475.00 /hr | $ 1,425.00 |
| 04/04/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 04/06/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 4.00 hrs. | 150.00 /hr | $ 600.00 |
| 04/07/08 | Receive and review various e-mails regarding US bank statements; Nevada office rent; ETC customer Dan Dykes, President of Carson River Bank; and client inquiry received from Allison Fakhoury at SEC. | C. M. Burky | 1.10 hrs. | 460.00 /hr | $ 506.00 |
| 04/07/08 | Analyze remaining positions in IB account for liquidation. | S.S. Cohen | 0.40 hrs. | 460.00 /hr | $ 184.00 |
| 04/07/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ 1,200.00 |
| 04/08/08 | Receive, review and respond to email correspondence regarding customer David Costa and Nevada office rent. | C. M. Burky | 0.30 hrs. | 460.00 /hr | $ 138.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/08 | Monitor and assess markets for remaining positions at IB. | S.S. Cohen | 0.50 hrs. | 460.00 /hr | $ 230.00 |
| 04/08/08 | Telephone call with Levine. Review e-mails. | P.L. Stern | 0.30 hrs. | 475.00 /hr | $ 142.50 |
| 04/08/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 8.70 hrs. | 150.00 /hr | $ 1,305.00 |
| 04/09/08 | Receive and review response to various e-mails with respect to ETC customer complaints, missing share certificates, Nevada office, outstanding bills, non-transfer of dimension funds; Carson River warrants. | C. M. Burky | 0.70 hrs. | 460.00 /hr | $ 322.00 |
| 04/09/08 | Monitor markets for remaining equity positions at IB. | S.S. Cohen | 0.30 hrs. | 460.00 /hr | $ 138.00 |
| 04/09/08 | Review and respond to ETC customer correspondence. Review outstanding bills and make payment decisions. Telephone calls with Ashworth, Davinci International, customers, Levine and Drexler. | P.L. Stern | 2.60 hrs. | 475.00 /hr | $ 1,235.00 |
| 04/09/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 10.50 hrs. | 150.00 /hr | $ 1,575.00 |
| 04/10/08 | Receive and respond to various emails with respect to documents received pursuant to subpoena from banks and telephone conference with Chris Coury, attorney for Desert Hills Bank; review and analyze documents produced by various banks and compare with customer records with respect to holdings and value. | C. M. Burky | 2.80 hrs. | 460.00 /hr | $ 1,288.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/08 | Telephone call with Leaders Bank personnel. Review and respond to communications from Enterprise customers and others. Review defendants' response to document request. Communications with defense counsel. Telephone call with Levine. Telephone call with Belongia. | P.L. Stern | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |
| 04/10/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 04/11/08 | Review and analyze documents received from banks in response to subpoenas; analyze custom dates contained in ETC's Sungard System regarding valuation and reconciliation of bank shares; draft e-mail to Phil Stern summarizing analysis of valuations, including discrepancies with respect to Valley Capital and Republic Bank AZ; Telephone conference with Chris Coury, counsel for Desert Hills Bank, regarding response to subpoena and information related to current share price; draft e-mail correspondence for and telephone conference with Maria Martinez Marsh at TCF Bank regarding additional information needed in compliance with subpoena; receive and respond to e-mails related to property in Nevada office and issues related to appraisal of ETC office condo; telephone conference with counsel for Rebecca Townsend regarding assistance with appraisal and providing access to offices with respect to same. | C. M. Burky | 4.90 hrs. | 460.00 /hr | $ 2,254.00 |
| 04/11/08 | Telephone calls with Levine, enterprise customers and Dykes. Prepare customer correspondence. Review financial information from Lohmeier. Draft correspondence to defense counsel. Review bank holding data. Analysis of Carson River Bank holdings. Customer account review. Review material from Navigant. | P.L. Stern | 3.80 hrs. | 475.00 /hr | $ 1,805.00 |
| 04/11/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 4.50 hrs. | 150.00 /hr | $ 675.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/13/08 | Create customer files. | A. Gilbert | 4.00 hrs. | 150.00 /hr | $ 600.00 |
| 04/14/08 | Receive, review and analyze email correspondence from counsel for Lohmeier and Townsend with respect to bank accounts; telephone conference with Marcie at TCF Bank regarding compliance with subpoena, including bank statements for Lohmeier; receive and begin analysis of TCF Bank statements; research service of subpoena on Chase Bank, and draft subpoena seeking Townsend bank records; receive, review and analyze email correspondence regarding Lohmeier financial statements; telephone conference with Kevin Stevenson at Valley Capital Bank regarding compliance with subpoena, including information with respect to value of bank stock; receive and review emailed offering circular related to 2007 Valley Bank offering with respect to stock value; telephone conference with counsel for Desert Hills Bank, Chris Coury, regarding subpoena compliance and market value for bank shares; receive and review correspondence from Mr. Coury regarding supplemental information, including value of shares per last transaction in 2006. | C. M. Burky | 4.20 hrs. | 460.00 /hr | $ 1,932.00 |
| 04/14/08 | Review Motion and papers from counsel for J. Lohmeier regarding Asset Freeze Order; condo and Lohmeier Assets; review email correspondence and discussion with P. Stern regarding payroll issues; review correspondence/telephone call with counsel for Accutech regarding money owing to Enterprise Trust Company; review information regarding Desert Hill stocks and Lohmeier holdings. | M.Z. Gurland | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |
| 04/14/08 | Review and respond to communications from customers. Review information from Lohmeier's attorney. Review Republic Bank's subpoena response. Begin preparation for meeting with Lohmeier. Prepare for meeting with Navigant. Review Lohmeier's draft motion to modify asset freeze. | P.L. Stern | 2.60 hrs. | 475.00 /hr | $ 1,235.00 |
| 04/14/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment; create customer files. | | | | |

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |           |            |    |          |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|----|----------|
|            | A. Gilbert                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 7.20 hrs. | 150.00 /hr | $  | 1,080.00 |
| 04/15/08   | Receive and review correspondence from Illinois State Department of Employment regarding deficiency, and draft email to Mike Corollo regarding same.                                                                                                                                                                                                                                                                                                                |           |            |    |          |
|            | C. M. Burky                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 0.30 hrs. | 460.00 /hr | $  | 138.00   |
| 04/15/08   | Preparation for and meeting with Navigant/SEC; responses to investor inquiries; review investor information/statements; review spreadsheets regarding Carson River Bank transactions.                                                                                                                                                                                                                                                                               |           |            |    |          |
|            | M.Z. Gurland                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 2.50 hrs. | 475.00 /hr | $  | 1,187.50 |
| 04/15/08   | Prepare for meeting with Lohmeier. Telephone call with Navigant and review information from Navigant regarding bank stocks. Telephone calls with Townsend. Meetings with Navigant and SEC.                                                                                                                                                                                                                                                                          |           |            |    |          |
|            | P.L. Stern                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 5.10 hrs. | 475.00 /hr | $  | 2,422.50 |
| 04/15/08   | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment; create customer files.                                                                                                                                                                                            |           |            |    |          |
|            | A. Gilbert                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 7.00 hrs. | 150.00 /hr | $  | 1,050.00 |
| 04/16/08   | Review and analyze Lohmeier bank statements produced by TCF Bank; telephone conference with counsel for TCF Bank regarding back-up documents for deposits; telephone conference with Rebecca Townsend regarding Zack Investments payroll deposit for Julie Lohmeier and draft email to P. Stern regarding same; telephone conference with Ed Lesniak, counsel for Leaders Bank, regarding additional production pursuant to subpoena; address issues with IT Department regarding ETC web pages and conduct additional background investigation on John Lohmeier. |           |            |    |          |
|            | C. M. Burky                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 2.20 hrs. | 460.00 /hr | $  | 1,012.00 |
| 04/16/08   | Review email correspondence regarding suspense accounts; telephone call with First American Funds/U.S. Bank regarding same; review account records and information from Navigant regarding bank stock/cash transfers.                                                                                                                                                                                                                                               |           |            |    |          |
|            | M.Z. Gurland                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.30 hrs. | 475.00 /hr | $  | 142.50   |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/08 | Telephone calls with defendants' counsel, Levine and counsel for Leaders Bank. Review and respond to investor correspondence. Analysis of activity in customer accounts. | P.L. Stern | 2.50 hrs. | 475.00 /hr | $ 1,187.50 |
| 04/16/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment; create customer files. | A. Gilbert | 6.50 hrs. | 150.00 /hr | $ 975.00 |
| 04/17/08 | Receive and review e-mail correspondence from R. Townsend regarding IL Employment Security Department inquiry for John Lohmeier. | C. M. Burky | 0.20 hrs. | 460.00 /hr | $ 92.00 |
| 04/17/08 | Continue liquidation of IB holdings; review and respond to e-mail with M. Ward and S. Mitman re: profit and loss analysis. | S.S. Cohen | 0.60 hrs. | 460.00 /hr | $ 276.00 |
| 04/17/08 | Review information regarding Townsend salary; email correspondence with accountant regarding salary issues; review correspondence from SEC; review related party transactions data. | M.Z. Gurland | 0.30 hrs. | 475.00 /hr | $ 142.50 |
| 04/17/08 | Telephone calls with Levine, ETC customer Illinois Department of Employment Security and OptionXpress. Review and respond to customer communications. Review data from Navigant. Review and comment on proposed motion to modify asset freeze. Review condo appraisal. | P.L. Stern | 2.00 hrs. | 475.00 /hr | $ 950.00 |
| 04/17/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 2.00 hrs. | 150.00 /hr | $ 300.00 |
| 04/18/08 | Receive and respond to various e-mails with respect to outstanding analysis and documents, including those with respect to Lenders Bank | | | | |

    documents, Illinois Department of Employment Security inquiry, bank subpoenaes and documents and communications received in response thereto and sale of Private Bank stock; review and analyze Navigant reconciliations with respect to transactions in various bank stocks as well as documents produced by Gateway Bank and Desert Hills Corporation; telephone conference with Chris Coury, counsel for Desert Hills, and review and analyze shareholders list produced by Mr. Coury pursuant to subpoena; telephone conference with counsel for Republic Bank AZ regarding share priced marked to market; draft e-mail to PJS regarding same and compare with ETC Sungard System customer prices; receive and review proposed Order submitted by counsel for Lohmeister and Townsend in connection with SEC action.

    C. M. Burky     4.70 hrs.     460.00 /hr     $     2,162.00

04/18/08     Review related party transactions/spreadsheets for Lohmeier, Townsend, Pyle, Diekers, others holding bank stocks; review Lohmeier asset information; review Julie Lohmeier and William Diecker records for subpoena requests; continued email database searches; telephone calls with SEC and discussions with Receiver regarding asset tracking and related parties; telephone call with M. Belongia regarding related party subpoenas; review proposed orders from SEC/Belongia; email correspondence with SEC regarding SunGard related party records; review Locke Haven Escrow Account information; discussions/email correspondence regarding payroll (Townsend).

    M.Z. Gurland     5.80 hrs.     475.00 /hr     $     2,755.00

04/18/08     Telephone calls with Levine, customers and OptionsXpress. Review and respond to customer correspondence. Review and comment on proposed order to modify asset freeze. Respond to inquiry regarding Condo Association fees. Review Leaders Bank loan documents in connection with proposed modification to freeze order. Review private bank stock activity. Telephone calls with thinkorswin brokerage firm. Asset search. Review e-mails to try to identify additional assets.

    P.L. Stern     5.40 hrs.     475.00 /hr     $     2,565.00

04/21/08     Office conference with S. Levine from SEC, P. Stern and M. Gurland regarding outstanding issues and information; continued drafting of correspondence to counsel for Desert Hills Bank, Chris Coury regarding follow-up information pursuant to subpoena; telephone conference with Mr. Coury regarding same.

    C. M. Burky     2.40 hrs.     460.00 /hr     $     1,104.00

Enterprise Trust Company Receivership  
May 15, 2008  
Invoice 120519  
Page 10

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/21/08 | Continue liquidation of IB positions. | S.S. Cohen | 0.30 hrs. | 460.00 /hr | $ 138.00 |
| 04/21/08 | Draft Subpoenas for Julie Lohmeier, J. W. Diecker and J. Pyle; draft correspondence to same individuals and M. Belongia regarding subpoena; research related party transactions and review records from Navigant; review subpoenas; discussion with P. Stern regarding same; review email correspondence from M. Belongia; review/analysis of ETC disbursement records; review of documents relating to J. Pyle. | M.Z. Gurland | 4.80 hrs. | 475.00 /hr | $ 2,280.00 |
| 04/21/08 | Meet with Levine and Gurland. Discuss subpoenas with Gurland and Burky. Review and respond to customer communications. Review material from Navigant. | P.L. Stern | 2.50 hrs. | 475.00 /hr | $ 1,187.50 |
| 04/22/08 | Receive and review email correspondence from counsel for Lohmeier and Townsend regarding insurance on office condo; telephone conference with Doug Kramer at State Farm Insurance regarding coverage and payment of premiums, and draft email correspondence to P. Stern confirming current effective status of insurance premiums. | C. M. Burky | 0.60 hrs. | 460.00 /hr | $ 276.00 |
| 04/22/08 | Review records regarding Condo; telephone call with broker for Enterprise clients; review evidence inventory. | M.Z. Gurland | 0.40 hrs. | 475.00 /hr | $ 190.00 |
| 04/22/08 | Telephone calls with Enterprise customers. Review and respond to correspondence. Review account data to respond to customer inquiries. | P.L. Stern | 1.20 hrs. | 475.00 /hr | $ 570.00 |
| 04/23/08 | Review detail from Navigant regarding accounting problems; addressed issues regarding review of computer evidence. | M.Z. Gurland | 0.30 hrs. | 475.00 /hr | $ 142.50 |
| 04/23/08 | Review and respond to communications from customers and others. | P.L. Stern | 0.50 hrs. | 475.00 /hr | $ 237.50 |
| 04/23/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; | | | | |

Enterprise Trust Company Receivership                                May 15, 2008
                                                                     Invoice 120519
                                                                     Page 11

| | | | | | |
|---|---|---|---|---|---|
| | make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | | | | |
| | A. Gilbert | 6.40 hrs. | 150.00 /hr | $ | 960.00 |
| 04/24/08 | Telephone conference with C. Coury, counsel for Desert Hills Bank, regarding information provided in response to subpoena. | | | | |
| | C. M. Burky | 0.20 hrs. | 460.00 /hr | $ | 92.00 |
| 04/24/08 | Attendance in Court; discussions with SEC counsel; follow-up on Navigant issues; review of email correspondence and bank information regarding outstanding document requests; review Bank Holdings records. | | | | |
| | M.Z. Gurland | 2.60 hrs. | 475.00 /hr | $ | 1,235.00 |
| 04/24/08 | Telephone calls with Department of Labor and SEC Washington. Review and respond to e-mails. | | | | |
| | P.L. Stern | 0.80 hrs. | 475.00 /hr | $ | 380.00 |
| 04/24/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | | | | |
| | A. Gilbert | 6.20 hrs. | 150.00 /hr | $ | 930.00 |
| 04/25/08 | Review and respond to -email re: account losses. | | | | |
| | S.S. Cohen | 0.30 hrs. | 460.00 /hr | $ | 138.00 |
| 04/25/08 | Telephone call with Department of Labor. Respond to customer communications. Telephone call with Lesniak regarding possible sale of condo. | | | | |
| | P.L. Stern | 0.70 hrs. | 475.00 /hr | $ | 332.50 |
| 04/28/08 | Preparation for 4/30 meeting with J. Lohmeier and SEC; review Lohmeier records; continued analysis of accounting/record keeping and other deficiencies in operations of Enterprise; review Lohmeier deposition transcript; review latest financial details/runs from Navigant; review documents from Lohmeier's counsel. | | | | |
| | M.Z. Gurland | 6.80 hrs. | 475.00 /hr | $ | 3,230.00 |
| 04/28/08 | Responding to customer inquiries. Prepare for meeting with Lohmeier. | | | | |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Review material from Navigant. Review and respond to e-mails. | P.L. Stern | 0.50 hrs. | 475.00 /hr | $ 237.50 |
| 04/28/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 6.00 hrs. | 150.00 /hr | $ 900.00 |
| 04/29/08 | Telephone call with Levine. Respond to customer communications. | P.L. Stern | 0.40 hrs. | 475.00 /hr | $ 190.00 |
| 04/29/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 6.50 hrs. | 150.00 /hr | $ 975.00 |
| 04/30/08 | Receive and review email correspondence and attached letter from Illinois Department of Employment Security and draft emails to P. Stern regarding same. | C. M. Burky | 0.40 hrs. | 460.00 /hr | $ 184.00 |
| 04/30/08 | Review draft analysis of potential losses; discussion with Navigant regarding same; review subpoena responses of W. Dieker and Julie Lohmeier; draft letter to John Lohmeier regarding court Order requiring cooperation and may 8, 2008 deadline; telephone call with M. Belongia; telephone call with S. Levine; review materials from SEC regarding same transactions. | M.Z. Gurland | 1.30 hrs. | 475.00 /hr | $ 617.50 |
| 04/30/08 | Respond to customer inquiries. Telephone call with Levine. Review and revise letter to Lohmeier. | P.L. Stern | 0.60 hrs. | 475.00 /hr | $ 285.00 |
| 04/30/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment. | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |

Enterprise Trust Company Receivership                May 15, 2008
                                                    Invoice 120519
                                                    Page 13

| | |
|---|---:|
| Total Fees For Professional Services ................................................................ $ | 70,065.00 |

Reimbursable Costs

| | |
|---|---:|
| Professional Fees - Vendor: Peterson Appraisal Group - Appraisal on Commercial Condominium (50% deposit) | 500.00 |
| Professional Fees - Vendor: Peterson Appraisal Group final payment for appraisal on commercial condominium | 500.00 |
| Outside Copy Service - Vendor: Landmark Document Services - copies of Enterprise customer files req by SEC | 2,328.88 |
| Reproduction of Documents | 197.55 |
| Facsimile Transmission | 2.00 |
| Federal Express Charges | 124.01 |
| Messenger Services | 76.91 |
| Postage | 38.29 |
| Total Reimbursable Costs ................................................................................. $ | 3,767.64 |

Totals For This Matter

| | |
|---|---:|
| Current Amount Due ........................................................................................ $ | 73,832.64 |
| Total Due ........................................................................................................... $ | 73,832.64 |

Enterprise Trust Company Receivership                                          May 15, 2008
                                                                               Invoice 120519

## INVOICE SUMMARY

For Services Through April 30, 2008
Our Matter #   021196.0601
               SEC - Enterprise Trust Co. Receivership

Current Amount Due.................................................................................... $   73,832.64

Total Due ....................................................................................................... $   73,832.64

|  | Summary Of Fees | | |
|---|---|---|---|
|  | Hours | Rate/Hr | Dollars |
| C. M. Burky | 30.10 | 460.00 | 13,846.00 |
| S.S. Cohen | 2.40 | 460.00 | 1,104.00 |
| M.Z. Gurland | 39.10 | 475.00 | 18,572.50 |
| P.L. Stern | 39.10 | 475.00 | 18,572.50 |
| A. Gilbert | 119.80 | 150.00 | 17,970.00 |
| TOTAL | 230.50 |  | 70,065.00 |