# EXHIBIT B



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

May 12, 2008

Phillip L. Stern, Esq.
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL  60602

RE: Receiver for Enterprise Trust Company

Dear Mr. Stern:

Enclosed is Navigant Consulting's Invoice No. 234635 in the amount of $174,234.50 for
professional fees and expenses incurred from April 1, 2008 through April 30, 2008.  All payments
for professional services are to be made payable to Navigant Consulting, Inc. (please see attached
Remittance Page).

Should you have any questions, please do not hesitate to contact me.  We appreciate the
opportunity to be of assistance in this important matter.

Regards,

Enclosure



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

Phillip L. Stern, Esq.                                        May 12, 2008
Neal, Gerber & Eisenberg LLP                     Project Number: 134067
2 North LaSalle Street                              Invoice Number: 234635
Chicago, IL  60602

Re:   Receiver for Enterprise Trust Company
        (April 1, 2008 – April 30, 2008)

| Employee | Title | Hours | Fees |
|---|---|---|---|
| Swanson, Kristofer | Managing Director | 36.30 | $ 19,965.00 |
| Solomon, Gregory | Director | 64.50 | 29,670.00 |
| Wegner, Troy | Associate Director | 25.80 | 10,578.00 |
| Grau, Andrew | Consultant | 6.90 | 1,621.50 |
| Robinson, Christopher | Consultant | 222.60 | 55,650.00 |
| Schneider, Brian | Consultant | 227.00 | 56,750.00 |
| | **Professional Fees:** | 583.10 | $174,234.50 |
| | **Expenses:** | | - |
| | **TOTAL INVOICE:** | | **$174,234.50** |

Net: Due Upon Receipt
NCI Project No.: 134067
EIN: 36-4094854
Invoice #: 234635



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

## REMITTANCE
## PAGE

Please return this sheet with your payment.

| | |
|---|---|
| Project Name: | Receiver for Enterprise Trust Company |
| Project #: | 134067 |
| Invoice #: | 234635 |
| Invoice Date: | May 12, 2008 |
| Invoice Amount: | $174,234.50 |
| **Please wire your payment to:** | **LaSalle Bank**<br>**135 S. LaSalle**<br>**Chicago, IL 60674**<br>**ABA# 071000505**<br>**Acct# 5800151127** |

or

| | |
|---|---|
| Please mail or Fedex payment to: | Navigant Consulting, Inc.<br>4511 Paysphere Circle<br>Chicago, IL  60674 |

We appreciate the opportunity to assist with this important matter.



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/1/2008 | GRAU, ANDREW | 3.10 | $728.50 | Extraction, conversion, QC and shipment of Townsend email from Townsend work computer forensic image |
| 4/1/2008 | GRAU, ANDREW | 2.10 | 493.50 | Conversion, QC and shipment of Townsend email from ETG file server |
| 4/21/2008 | GRAU, ANDREW | 1.10 | 258.50 | Preparation of custodian data inventory and collection status tracking report |
| 4/28/2008 | GRAU, ANDREW | 0.60 | 141.00 | Search for specific file attachment on Lohmeier's forensic image and file server forensic image |
| | **GRAU, ANDREW Total** | **6.90** | **1,621.50** | |
| 4/1/2008 | ROBINSON, CHRIS | 0.50 | 125.00 | Update documents RFC (received from client) log with files received from Neal, Gerber & Eisenberg |
| 4/1/2008 | ROBINSON, CHRIS | 5.60 | 1,400.00 | Ongoing tracing of beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/1/2008 | ROBINSON, CHRIS | 0.40 | 100.00 | Several phone calls with SunGard related to issues generating month end statements with customers |
| 4/1/2008 | ROBINSON, CHRIS | 1.20 | 300.00 | Running queries and building support documentation for a request by Neal, Gerber & Eisenberg related to a specific customer account |
| 4/1/2008 | ROBINSON, CHRIS | 0.30 | 75.00 | Meeting with Scott Solomon and Brian Schneider discussing new documentation requests |
| 4/1/2008 | ROBINSON, CHRIS | 0.80 | 200.00 | Query and build support documentation for market values share prices in SunGard as of 3/5/2008 |
| 4/1/2008 | ROBINSON, CHRIS | 0.40 | 100.00 | Phone call with Aidan Gilbert at Neal, Gerber & Eisenberg to walk through extracting data from SunGard |
| 4/2/2008 | ROBINSON, CHRIS | 8.30 | 2,075.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/2/2008 | ROBINSON, CHRIS | 1.10 | 275.00 | Phone Call with Bernadette from Illinois state attorney's office to instruct on the use of SunGard |
| 4/3/2008 | ROBINSON, CHRIS | 0.40 | 100.00 | Update RFC Log with new Documentation received from Neal, Gerber & Eisenberg |
| 4/3/2008 | ROBINSON, CHRIS | 7.40 | 1,850.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/3/2008 | ROBINSON, CHRIS | 1.30 | 325.00 | Phone calls with SunGard to better understand pricing information on customer account statements for both long and short positions reflected in SunGard |
| 4/4/2008 | ROBINSON, CHRIS | 2.10 | 525.00 | Prepare several summary schedules for status meeting with Neal, Gerber & Eisenberg |
| 4/4/2008 | ROBINSON, CHRIS | 1.10 | 275.00 | Status Meeting with Scott Solomon following the meeting with Neal, Gerber & Eisenberg to plan for future steps regarding contributions and reconciliation issue with SunGard |
| 4/4/2008 | ROBINSON, CHRIS | 2.30 | 575.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/4/2008 | ROBINSON, CHRIS | 2.70 | 675.00 | Run reports from SunGard to pull all contributions and deposits by account and asset from SunGard in order track contributions at a more detailed level |
| 4/7/2008 | ROBINSON, CHRIS | 10.20 | 2,550.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/8/2008 | ROBINSON, CHRIS | 6.90 | 1,725.00 | Trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/8/2008 | ROBINSON, CHRIS | 3.40 | 850.00 | Explain the process of populating investment cost into SunGard by attempting to reconcile US bank transactions to SunGard transactions |
| 4/9/2008 | ROBINSON, CHRIS | 0.30 | 75.00 | Phone call with SunGard to reset Pal admin password |
| 4/9/2008 | ROBINSON, CHRIS | 1.40 | 350.00 | Phone call with Aidan Gilbert at Neal, Gerber & Eisenberg discussing using reporting features in SunGard |
| 4/9/2008 | ROBINSON, CHRIS | 0.70 | 175.00 | Extracted several historical Customer Account Statements from SunGard for use by Neal, Gerber & Eisenberg |
| 4/9/2008 | ROBINSON, CHRIS | 7.80 | 1,950.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/10/2008 | ROBINSON, CHRIS | 8.40 | 2,100.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/10/2008 | ROBINSON, CHRIS | 0.90 | 225.00 | Meet with Scott Solomon to discuss progress and next steps for the project including reconciliations and summary schedules for status meeting on 4/15 |
| 4/10/2008 | ROBINSON, CHRIS | 0.20 | 50.00 | Provided account level detail of short positions for Scott Solomon |
| 4/11/2008 | ROBINSON, CHRIS | 1.50 | 375.00 | Meeting with Kris Swanson, Brian Schneider and Scott Solomon to discuss the status meeting on 4/15 and discuss creating additional analyses including summarizing contributions and deposits findings and schedules detailing fees charged to accounts |
| 4/11/2008 | ROBINSON, CHRIS | 4.50 | 1,125.00 | Answering various requests by Phil Stern at Neal, Gerber & Eisenberg, including extracting historical transaction history for various customers, extracting market value data in the tax lot held by SunGard, and analyzing various transactions involving Carson River Securities |
| 4/11/2008 | ROBINSON, CHRIS | 3.40 | 850.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/12/2008 | ROBINSON, CHRIS | 3.20 | 800.00 | Attempt to trace beginning account balances for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/12/2008 | ROBINSON, CHRIS | 4.80 | 1,200.00 | Begin creating summary schedules of findings related to the vouching of contributions and Deposits and include totals at the account and transaction level |
| 4/13/2008 | ROBINSON, CHRIS | 4.00 | 1,000.00 | Prepare Summary Schedules related to contributions verified for the meeting with Neal, Gerber & Eisenberg on 4/15/2007 |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|------|----------|-------|------|-----------|
| 4/14/2008 | ROBINSON, CHRIS | 2.50 | 625.00 | Update Summary Schedule based on the status meeting in preparation for status meeting on 4/15 |
| 4/14/2008 | ROBINSON, CHRIS | 1.50 | 375.00 | Meet with Brian Schneider, Kris Swanson, and Scott Solomon discussing schedules and topics for status meeting at Neal, Gerber & Eisenberg on 4/15 |
| 4/14/2008 | ROBINSON, CHRIS | 3.40 | 850.00 | Create Summary Schedules for all securities held at the vault by Enterprise Trust in order to determine if there was trading of private stock by Enterprise Trust Customers |
| 4/14/2008 | ROBINSON, CHRIS | 1.50 | 375.00 | Create Summary Schedule of All customer Name and Address information related to each account in SunGard and sent final Work Product to Aidan Gilbert at Neal, Gerber & Eisenberg |
| 4/14/2008 | ROBINSON, CHRIS | 0.50 | 125.00 | Phone call with Kris Swanson and Phil Stern discussing implications of the sale of private stock to a suspense account listed in SunGard account detail |
| 4/15/2008 | ROBINSON, CHRIS | 6.20 | 1,550.00 | Create a summary tracking sheet to attempt to trace all withdrawals and disbursements for various customer accounts within SunGard using account opening documentation provided by Neal, Gerber & Eisenberg |
| 4/15/2008 | ROBINSON, CHRIS | 1.00 | 250.00 | Extracted all activity from SunGard related to Lillia Kim's accounts to determine whether or not she has a balance in her accounts |
| 4/15/2008 | ROBINSON, CHRIS | 0.50 | 125.00 | Recommended questions for the consideration of the Receiver for the Interview with John Lohmeier |
| 4/15/2008 | ROBINSON, CHRIS | 0.50 | 125.00 | Extracted all activity from SunGard related to account 995475 and sent in PDF to Phil Stern at Neal, Gerber & Eisenberg |
| 4/15/2008 | ROBINSON, CHRIS | 1.30 | 325.00 | Scan and Send to Phil Stern at Neal, Gerber & Eisenberg the account activity related to the private sale of Carson River Bank stock within Enterprise Trust |
| 4/16/2008 | ROBINSON, CHRIS | 2.40 | 600.00 | Pull together several schedules for Phil at Neal, Gerber & Eisenberg including transaction history for all 38 related party accounts, the current position of all customers with positions in the First American Prime Fund per SunGard, and the current position of Enterprise Trust in the First American Prime Fund per US bank Holdings. |
| 4/16/2008 | ROBINSON, CHRIS | 7.30 | 1,825.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |
| 4/17/2008 | ROBINSON, CHRIS | 9.30 | 2,325.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |
| 4/18/2008 | ROBINSON, CHRIS | 0.50 | 125.00 | Extracted from SunGard all account history for Account 000655. E-mailed findings and transaction detail to Michael Gurland at Neal Gerber |
| 4/18/2008 | ROBINSON, CHRIS | 1.20 | 300.00 | Attempt to reconcile share amounts from 3rd party documentation provided by Neal, Gerber & Eisenberg for Private Bank Stock |
| 4/18/2008 | ROBINSON, CHRIS | 6.50 | 1,625.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/18/2008 | ROBINSON, CHRIS | 0.30 | 75.00 | Extracted Judiann Pyle's address and phone number from SunGard to answer a request from Michael at Neal Gerber |
| 4/19/2008 | ROBINSON, CHRIS | 2.50 | 625.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |
| 4/21/2008 | ROBINSON, CHRIS | 1.20 | 300.00 | Export from SunGard and create a schedule summarizing all distributions for Michael Gurland at Neal, Gerber & Eisenberg |
| 4/21/2008 | ROBINSON, CHRIS | 1.00 | 250.00 | Discussion with Scott Solomon regarding the progress and future steps to trace all SunGard withdrawals and disbursements to third party documentation |
| 4/21/2008 | ROBINSON, CHRIS | 7.40 | 1,850.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |
| 4/22/2008 | ROBINSON, CHRIS | 9.50 | 2,375.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |
| 4/23/2008 | ROBINSON, CHRIS | 0.80 | 200.00 | Discussions with Scott Solomon regarding data issues in tracing withdrawals and contributions to third party statements |
| 4/23/2008 | ROBINSON, CHRIS | 7.20 | 1,800.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal, Gerber & Eisenberg to entries within SunGard |
| 4/23/2008 | ROBINSON, CHRIS | 1.60 | 400.00 | Discussions with Kris Swanson, Scott Solomon, and Brian Schneider on deliverables and possible distribution methods |
| 4/24/2008 | ROBINSON, CHRIS | 9.30 | 2,325.00 | Flag codings within SunGard that don't represent actual Contributions and Deposit Securities |
| 4/25/2008 | ROBINSON, CHRIS | 8.10 | 2,025.00 | Flag codings within SunGard that don't represent actual Contributions and Deposit Securities |
| 4/28/2008 | ROBINSON, CHRIS | 7.80 | 1,950.00 | Create summary and support schedules for contributions and deposit securities to exclude contributions identified as potentially miscoded |
| 4/28/2008 | ROBINSON, CHRIS | 3.20 | 800.00 | Attempt to Flag potentially miscoded Contributions and Deposit Securities transactions listed in SunGard |
| 4/29/2008 | ROBINSON, CHRIS | 1.20 | 300.00 | Discuss with Troy Wegner the current progress related to contributions, deposits, and withdrawals |
| 4/29/2008 | ROBINSON, CHRIS | 8.50 | 2,125.00 | Complete summary and support schedules identifying codings within SunGard that don't represent contributions and deposit securities |
| 4/30/2008 | ROBINSON, CHRIS | 5.20 | 1,300.00 | Create Summary Schedules of Contributions for meeting with Neal, Gerber & Eisenberg on Friday May 2 |
| 4/30/2008 | ROBINSON, CHRIS | 1.80 | 450.00 | Attempt to trace all withdrawals and disbursements for various customer accounts from 3rd party documentation provided by Neal Gerber & Eisenberg to entries within SunGard |
| 4/30/2008 | ROBINSON, CHRIS | 2.40 | 600.00 | Development of SunGard data queries and analysis of transaction history data with Troy Wegner |
| | **ROBINSON, CHRIS Total** | **222.60** | **55,650.00** | |

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|------|----------|-------|------|-----------|
| 4/1/2008 | SCHNEIDER, BRIAN | 0.50 | 125.00 | Discussions with Scott Solomon about Work Plan and Project Deliverables |
| 4/1/2008 | SCHNEIDER, BRIAN | 2.30 | 575.00 | Verify 3rd Party Bank Statements with SunGard from 2/15/2008 to 3/5/2008 |
| 4/1/2008 | SCHNEIDER, BRIAN | 3.50 | 875.00 | Verify contributions in SunGard were recorded properly |
| 4/1/2008 | SCHNEIDER, BRIAN | 2.90 | 725.00 | Verify contributions in SunGard were recorded properly |
| 4/1/2008 | SCHNEIDER, BRIAN | 0.30 | 75.00 | Discussions with Kris Swanson regarding Options Express Statements |
| 4/2/2008 | SCHNEIDER, BRIAN | 0.50 | 125.00 | Updated Project Deliverables after comments from Scott Solomon |
| 4/2/2008 | SCHNEIDER, BRIAN | 4.10 | 1,025.00 | Verify contributions in SunGard were recorded |
| 4/2/2008 | SCHNEIDER, BRIAN | 3.50 | 875.00 | Verify contributions in SunGard were recorded |
| 4/2/2008 | SCHNEIDER, BRIAN | 0.70 | 175.00 | Call with Navigant IT for gaining access to SunGard |
| 4/2/2008 | SCHNEIDER, BRIAN | 0.40 | 100.00 | Call with SunGard Customer Service for gaining access to SunGard |
| 4/2/2008 | SCHNEIDER, BRIAN | 0.60 | 150.00 | Extract customer information from SunGard System at request of the Receiver |
| 4/3/2008 | SCHNEIDER, BRIAN | 1.30 | 325.00 | Organize/Document Bank Statements Received from Client |
| 4/3/2008 | SCHNEIDER, BRIAN | 0.70 | 175.00 | Discussions with SunGard relating to a technical issue with the SunGard System |
| 4/3/2008 | SCHNEIDER, BRIAN | 3.90 | 975.00 | Verify contributions in SunGard were recorded |
| 4/3/2008 | SCHNEIDER, BRIAN | 3.40 | 850.00 | Verify contributions in SunGard were recorded |
| 4/4/2008 | SCHNEIDER, BRIAN | 1.40 | 350.00 | Discussions with Scott Solomon about Work Plan and Project Deliverables |
| 4/4/2008 | SCHNEIDER, BRIAN | 3.30 | 825.00 | Verify contributions in SunGard were recorded |
| 4/4/2008 | SCHNEIDER, BRIAN | 3.70 | 925.00 | Verify contributions in SunGard were recorded |
| 4/7/2008 | SCHNEIDER, BRIAN | 3.10 | 775.00 | Verify contributions in SunGard were recorded |
| 4/7/2008 | SCHNEIDER, BRIAN | 0.80 | 200.00 | Reconcile investment cost of contributions in SunGard to Market Values |
| 4/7/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Reconcile contributions in SunGard to US Bank |
| 4/7/2008 | SCHNEIDER, BRIAN | 2.30 | 575.00 | Verify contributions in SunGard were recorded |
| 4/7/2008 | SCHNEIDER, BRIAN | 1.40 | 350.00 | Reconcile Investment Cost of contributions in SunGard to Market Values |



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/7/2008 | SCHNEIDER, BRIAN | 2.00 | 500.00 | Verify contributions in SunGard were recorded |
| 4/8/2008 | SCHNEIDER, BRIAN | 3.20 | 800.00 | Verify contributions in SunGard were recorded |
| 4/8/2008 | SCHNEIDER, BRIAN | 2.70 | 675.00 | Reconcile Investment Cost of contributions in SunGard to Market Values |
| 4/8/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Reconcile contributions in SunGard to US Bank |
| 4/8/2008 | SCHNEIDER, BRIAN | 1.30 | 325.00 | Reconcile investment cost of contributions in SunGard to Market Values |
| 4/8/2008 | SCHNEIDER, BRIAN | 2.00 | 500.00 | Verify contributions in SunGard were recorded |
| 4/9/2008 | SCHNEIDER, BRIAN | 2.00 | 500.00 | Verify contributions in SunGard were recorded |
| 4/9/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Reconcile contributions in SunGard to US Bank |
| 4/9/2008 | SCHNEIDER, BRIAN | 1.50 | 375.00 | Reconcile Investment Cost of contributions in SunGard to Market Values |
| 4/9/2008 | SCHNEIDER, BRIAN | 3.20 | 800.00 | Verify contributions in SunGard were recorded |
| 4/9/2008 | SCHNEIDER, BRIAN | 3.60 | 900.00 | Verify contributions in SunGard were recorded |
| 4/10/2008 | SCHNEIDER, BRIAN | 1.30 | 325.00 | Review Documents Received by Client |
| 4/10/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Reconcile contributions in SunGard to US Bank |
| 4/10/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Discussions with Scott Solomon on Reconciling contributions in SunGard to US Bank |
| 4/10/2008 | SCHNEIDER, BRIAN | 0.40 | 100.00 | Analyzed short sale transactions labeled as security deposits in SunGard |
| 4/10/2008 | SCHNEIDER, BRIAN | 3.20 | 800.00 | Verify contributions in SunGard were recorded |
| 4/10/2008 | SCHNEIDER, BRIAN | 2.90 | 725.00 | Verify contributions in SunGard were recorded |
| 4/11/2008 | SCHNEIDER, BRIAN | 0.70 | 175.00 | Reconcile investment cost of contributions in SunGard |
| 4/11/2008 | SCHNEIDER, BRIAN | 1.50 | 375.00 | Discussions with Scott Solomon and Kris Swanson on Project Deliverables |
| 4/11/2008 | SCHNEIDER, BRIAN | 0.30 | 75.00 | Review Documents Received by Client |
| 4/11/2008 | SCHNEIDER, BRIAN | 3.20 | 800.00 | Verify contributions in SunGard were recorded |
| 4/11/2008 | SCHNEIDER, BRIAN | 3.60 | 900.00 | Verify contributions in SunGard were recorded |
| 4/12/2008 | SCHNEIDER, BRIAN | 2.50 | 625.00 | Verify contributions in SunGard were recorded |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/12/2008 | SCHNEIDER, BRIAN | 2.20 | 550.00 | Reconcile investment cost of contributions in SunGard |
| 4/12/2008 | SCHNEIDER, BRIAN | 3.70 | 925.00 | Verify contributions in SunGard were recorded |
| 4/14/2008 | SCHNEIDER, BRIAN | 1.20 | 300.00 | Verify 3rd Party Bank Statements with SunGard |
| 4/14/2008 | SCHNEIDER, BRIAN | 1.40 | 350.00 | Discussions with Scott Solomon, Kris Swanson, and Chris Robinson on weekly meeting with Receiver |
| 4/14/2008 | SCHNEIDER, BRIAN | 3.60 | 900.00 | Verify 3rd Party bank statements with SunGard |
| 4/14/2008 | SCHNEIDER, BRIAN | 0.60 | 150.00 | Review Documents Provided and Requested by Client |
| 4/14/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Verify 3rd Party bank statements with SunGard |
| 4/14/2008 | SCHNEIDER, BRIAN | 0.80 | 200.00 | Review documents provided and requested by Client |
| 4/14/2008 | SCHNEIDER, BRIAN | 1.50 | 375.00 | Reconcile Investment cost of contributions in SunGard |
| 4/14/2008 | SCHNEIDER, BRIAN | 1.60 | 400.00 | Reconcile investment cost of contributions in SunGard |
| 4/15/2008 | SCHNEIDER, BRIAN | 0.90 | 225.00 | Prepare deliverables for weekly meeting with Receiver |
| 4/15/2008 | SCHNEIDER, BRIAN | 1.90 | 475.00 | Verify recording SunGard to 3rd Party bank statements with SunGard |
| 4/15/2008 | SCHNEIDER, BRIAN | 0.50 | 125.00 | Discussions with Kris Swanson on deliverables for weekly meeting with Receiver |
| 4/15/2008 | SCHNEIDER, BRIAN | 3.20 | 800.00 | Verify Cash contributions were Recorded in SunGard |
| 4/15/2008 | SCHNEIDER, BRIAN | 2.40 | 600.00 | Verify Distributions were Recorded in SunGard |
| 4/15/2008 | SCHNEIDER, BRIAN | 1.50 | 375.00 | Verify Distributions were Recorded in SunGard |
| 4/16/2008 | SCHNEIDER, BRIAN | 3.40 | 850.00 | Verify Distributions were Recorded in SunGard properly |
| 4/16/2008 | SCHNEIDER, BRIAN | 1.90 | 475.00 | Verify 3rd Party Bank Statements with SunGard |
| 4/16/2008 | SCHNEIDER, BRIAN | 3.90 | 975.00 | Verify Distributions were Recorded in SunGard properly |
| 4/17/2008 | SCHNEIDER, BRIAN | 1.00 | 250.00 | Verify Distributions were Recorded in SunGard properly |
| 4/17/2008 | SCHNEIDER, BRIAN | 1.30 | 325.00 | Prepare Summary Sheet of Documents Received |
| 4/17/2008 | SCHNEIDER, BRIAN | 0.70 | 175.00 | Review Documents Provided and Requested by Client |
| 4/17/2008 | SCHNEIDER, BRIAN | 1.60 | 400.00 | Verify 3rd Party Bank Statements with SunGard as of 3/7/08 |



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/17/2008 | SCHNEIDER, BRIAN | 2.80 | 700.00 | Reconcile Market Values of Assets held in SunGard and Not Held in SunGard |
| 4/17/2008 | SCHNEIDER, BRIAN | 2.70 | 675.00 | Verify 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/18/2008 | SCHNEIDER, BRIAN | 1.60 | 400.00 | Reconcile Prices and Holdings in SunGard as of 12/31/07 |
| 4/18/2008 | SCHNEIDER, BRIAN | 0.70 | 175.00 | Document Discrepancies between SunGard and 3rd Party Bank Statements as of 12/31/07 |
| 4/18/2008 | SCHNEIDER, BRIAN | 3.70 | 925.00 | Reconcile Prices and Holdings in 3rd Party Bank Statements as of 12/31/07 |
| 4/18/2008 | SCHNEIDER, BRIAN | 2.40 | 600.00 | Verify 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/21/2008 | SCHNEIDER, BRIAN | 3.10 | 775.00 | Verify 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/21/2008 | SCHNEIDER, BRIAN | 6.40 | 1,600.00 | Verify 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/21/2008 | SCHNEIDER, BRIAN | 1.20 | 300.00 | Discussions with Scott Solomon on Reconciliation of 12/31/07 |
| 4/22/2008 | SCHNEIDER, BRIAN | 1.60 | 400.00 | Extract customer data on behalf of Receiver |
| 4/22/2008 | SCHNEIDER, BRIAN | 2.80 | 700.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/22/2008 | SCHNEIDER, BRIAN | 5.20 | 1,300.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/22/2008 | SCHNEIDER, BRIAN | 1.30 | 325.00 | Verify 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/23/2008 | SCHNEIDER, BRIAN | 1.60 | 400.00 | Discussions with Kris Swanson, Scott Solomon, and Chris Robinson on Deliverables and Possible Distribution Methods |
| 4/23/2008 | SCHNEIDER, BRIAN | 3.80 | 950.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/23/2008 | SCHNEIDER, BRIAN | 3.60 | 900.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/23/2008 | SCHNEIDER, BRIAN | 1.20 | 300.00 | Extract customer data on behalf of Receiver |
| 4/24/2008 | SCHNEIDER, BRIAN | 3.40 | 850.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 2/29/08 |
| 4/24/2008 | SCHNEIDER, BRIAN | 3.60 | 900.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/24/2008 | SCHNEIDER, BRIAN | 0.80 | 200.00 | Extract customer data on behalf of Receiver |
| 4/24/2008 | SCHNEIDER, BRIAN | 2.60 | 650.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |
| 4/25/2008 | SCHNEIDER, BRIAN | 4.40 | 1,100.00 | Reconcile Un-Confirmed Contributions |
| 4/25/2008 | SCHNEIDER, BRIAN | 3.80 | 950.00 | Reconcile Discrepancies between 3rd Party Bank Statements with SunGard as of 12/31/07 |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|------|----------|-------|------|-----------|
| 4/28/2008 | SCHNEIDER, BRIAN | 2.40 | 600.00 | Reconcile un-confirmed contributions in SunGard |
| 4/28/2008 | SCHNEIDER, BRIAN | 3.80 | 950.00 | Confirm February purchases in Interactive Brokers with SunGard |
| 4/28/2008 | SCHNEIDER, BRIAN | 1.70 | 425.00 | Verify 3rd party bank statements with SunGard as of 2/29/08 |
| 4/28/2008 | SCHNEIDER, BRIAN | 3.40 | 850.00 | Confirm February purchases in Interactive Brokers with SunGard at the request of the SEC |
| 4/29/2008 | SCHNEIDER, BRIAN | 1.20 | 300.00 | Verify 3rd party bank statements with SunGard as of 12/31/07 |
| 4/29/2008 | SCHNEIDER, BRIAN | 3.30 | 825.00 | Confirm February purchases in Interactive Brokers with SunGard |
| 4/29/2008 | SCHNEIDER, BRIAN | 1.70 | 425.00 | Verify 3rd party bank statements with SunGard as of 2/29/08 |
| 4/29/2008 | SCHNEIDER, BRIAN | 1.40 | 350.00 | Reconcile discrepancies between 3rd party bank statements with SunGard as of 2/29/08 |
| 4/29/2008 | SCHNEIDER, BRIAN | 2.50 | 625.00 | Verify 3rd party bank statements with SunGard as of 2/29/08 |
| 4/30/2008 | SCHNEIDER, BRIAN | 3.30 | 825.00 | QC 2/29/08 bank reconciliation |
| 4/30/2008 | SCHNEIDER, BRIAN | 3.70 | 925.00 | Verify 3rd party bank statements with SunGard as of 2/29/08 |
| 4/30/2008 | SCHNEIDER, BRIAN | 2.40 | 600.00 | Classify asset types in 2/29/08 Bank reconciliation |
| | **SCHNEIDER, BRIAN Total** | **227.00** | **56,750.00** | |
| 4/1/2008 | SOLOMON, GREGORY | 1.30 | 598.00 | Extract documentation for Kathryn Deveraux and provide analysis in response to questions by Neal, Gerber & Eisenberg |
| 4/1/2008 | SOLOMON, GREGORY | 0.80 | 368.00 | Meeting with Chris Robinson and Brian Schneider (separately) to address questions and issues relating to verifying contributions |
| 4/2/2008 | SOLOMON, GREGORY | 0.50 | 230.00 | Provided Account Statement of Christopher Crawford to Neal, Gerber & Eisenberg |
| 4/2/2008 | SOLOMON, GREGORY | 3.70 | 1,702.00 | Review of vault documents received from Neal, Gerber & Eisenberg and confirmed amounts accounted for within SunGard |
| 4/3/2008 | SOLOMON, GREGORY | 4.20 | 1,932.00 | Review of accounting for short sales including a call with Becky Townsend and a subsequent call with SunGard |
| 4/3/2008 | SOLOMON, GREGORY | 2.40 | 1,104.00 | Review of work performed by Chris Robinson and Brian Schneider |
| 4/3/2008 | SOLOMON, GREGORY | 2.70 | 1,242.00 | Review of weekly findings and preparation for meeting with Receiver |
| 4/4/2008 | SOLOMON, GREGORY | 1.30 | 598.00 | Meeting with Receiver to discuss progress |
| 4/4/2008 | SOLOMON, GREGORY | 1.40 | 644.00 | Meeting with Brian Schneider and Chris Robinson to discuss changes and modifications after meeting with Receiver Met with Brian Schneider for additional 20 minutes |
| 4/10/2008 | SOLOMON, GREGORY | 0.80 | 368.00 | Discussions with Aidan Gilbert following up on status of document productions |



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|------|----------|-------|------|-----------|
| 4/10/2008 | SOLOMON, GREGORY | 1.20 | 552.00 | Reviewed documents produced by Receiver |
| 4/10/2008 | SOLOMON, GREGORY | 1.30 | 598.00 | Review work product of staff - reconciliation of security holdings |
| 4/10/2008 | SOLOMON, GREGORY | 0.90 | 414.00 | Meeting with Kris Swanson, Brian Schneider and Chris Robinson to discuss contribution analysis |
| 4/11/2008 | SOLOMON, GREGORY | 1.50 | 690.00 | Meeting with Kris Swanson, Brian Schneider and Chris Robinson discussing objectives for weekly meeting |
| 4/14/2008 | SOLOMON, GREGORY | 2.60 | 1,196.00 | Review of work product and meeting with Chris Robinson, Brian Schneider and Kris Swanson regarding work performed |
| 4/14/2008 | SOLOMON, GREGORY | 2.10 | 966.00 | Preparation for meeting with Receiver, accumulating findings to date |
| 4/15/2008 | SOLOMON, GREGORY | 1.90 | 874.00 | Meeting with Receiver and SEC to present findings to date |
| 4/16/2008 | SOLOMON, GREGORY | 0.10 | 46.00 | Prepared related party analysis and sent detail to Michael Gurland of Neal, Gerber & Eisenberg |
| 4/17/2008 | SOLOMON, GREGORY | 1.60 | 736.00 | Prepared written questions for the Receiver for interview with John Lohmeier |
| 4/17/2008 | SOLOMON, GREGORY | 0.80 | 368.00 | Preparing schedules at request of SEC - Analysis of Stock Certificates |
| 4/17/2008 | SOLOMON, GREGORY | 0.70 | 322.00 | Analysis of Carson River Bank Holdings conducted at the request of the Receiver |
| 4/18/2008 | SOLOMON, GREGORY | 1.30 | 598.00 | Preparing schedules at request of SEC - Analysis of Stock Certificates |
| 4/21/2008 | SOLOMON, GREGORY | 0.40 | 184.00 | Review of distributions testing methodology |
| 4/21/2008 | SOLOMON, GREGORY | 1.20 | 552.00 | Meeting with Brian Schneider to discuss and review December month end reconciliation |
| 4/21/2008 | SOLOMON, GREGORY | 1.00 | 460.00 | Meeting with Chris Robinson to discuss work plan and extractions from SunGard |
| 4/22/2008 | SOLOMON, GREGORY | 2.70 | 1,242.00 | Review distributions analysis with Chris Robinson |
| 4/22/2008 | SOLOMON, GREGORY | 1.30 | 598.00 | Meeting with Kris Swanson to update him and discuss next steps |
| 4/23/2008 | SOLOMON, GREGORY | 1.50 | 690.00 | Review and analyze valuation of short positions in first quarter of 2008 |
| 4/23/2008 | SOLOMON, GREGORY | 1.60 | 736.00 | Discussions with Kris Swanson, Brian Schneider and Kris Robinson on Deliverables and Possible Distribution Methods |
| 4/24/2008 | SOLOMON, GREGORY | 3.40 | 1,564.00 | Review of contributions analysis |
| 4/24/2008 | SOLOMON, GREGORY | 0.80 | 368.00 | Follow up with Receiver regarding pending document requests |
| 4/25/2008 | SOLOMON, GREGORY | 2.30 | 1,058.00 | Prepared schedules proposing various distribution scenarios |
| 4/25/2008 | SOLOMON, GREGORY | 1.20 | 552.00 | Designed distribution scenarios for recommendation to the receiver |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/25/2008 | SOLOMON, GREGORY | 0.90 | 414.00 | Follow up relating to questions from Receiver regarding potential reasons for shortfall |
| 4/28/2008 | SOLOMON, GREGORY | 1.60 | 736.00 | Analyze methodology and documentation of total contributions number |
| 4/28/2008 | SOLOMON, GREGORY | 2.40 | 1,104.00 | Analyze methodology and documentation of total distributions number |
| 4/28/2008 | SOLOMON, GREGORY | 0.50 | 230.00 | Provide SEC listing of Vault documents |
| 4/28/2008 | SOLOMON, GREGORY | 0.60 | 276.00 | Provide SEC listing of assets not received by ETC |
| 4/29/2008 | SOLOMON, GREGORY | 0.40 | 184.00 | Meeting with Troy Wegner to discuss distribution analysis |
| 4/29/2008 | SOLOMON, GREGORY | 3.30 | 1,518.00 | Analyze security purchases through Options Express in mid February at request of SEC |
| 4/29/2008 | SOLOMON, GREGORY | 0.50 | 230.00 | Ongoing preparation for coming meeting with the Receiver and SEC |
| 4/29/2008 | SOLOMON, GREGORY | 1.10 | 506.00 | Reviewed account reconciliation for February 29, 2008 |
| 4/30/2008 | SOLOMON, GREGORY | 0.70 | 322.00 | Discuss development of SunGard data queries and analysis of transaction history data with Troy Wegner |
| | **SOLOMON, GREGORY Total** | **64.50** | **29,670.00** | |
| 4/1/2008 | SWANSON, KRISTOFER | 1.60 | 880.00 | Ongoing review of documents and data to provide to the Receiver |
| 4/2/2008 | SWANSON, KRISTOFER | 0.80 | 440.00 | Ongoing review of documents and data to provide to the Receiver |
| 4/3/2008 | SWANSON, KRISTOFER | 2.80 | 1,540.00 | Ongoing review of documents and data to provide to the Receiver |
| 4/4/2008 | SWANSON, KRISTOFER | 1.50 | 825.00 | Ongoing review of documents and data to provide to the Receiver |
| 4/4/2008 | SWANSON, KRISTOFER | 1.60 | 880.00 | Preparation for and participation in meeting with Receiver |
| 4/7/2008 | SWANSON, KRISTOFER | 1.20 | 660.00 | Ongoing review of documents and work performed by staff |
| 4/8/2008 | SWANSON, KRISTOFER | 0.40 | 220.00 | Ongoing review of documents and work performed by staff |
| 4/9/2008 | SWANSON, KRISTOFER | 0.60 | 330.00 | Ongoing review of documents and work performed by staff |
| 4/10/2008 | SWANSON, KRISTOFER | 2.20 | 1,210.00 | Ongoing review of documents and work performed by staff |
| 4/11/2008 | SWANSON, KRISTOFER | 0.30 | 165.00 | Ongoing review of documents and work performed by staff |
| 4/11/2008 | SWANSON, KRISTOFER | 1.50 | 825.00 | Meeting with Scott Solomon, Brian Schneider and Chris Robinson to discuss work product and testing |
| 4/14/2008 | SWANSON, KRISTOFER | 2.50 | 1,375.00 | Review of work product with Scott Solomon and meetings with Brian Schneider and Chris Robinson regarding findings |



Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|---|---|---|---|---|
| 4/15/2008 | SWANSON, KRISTOFER | 3.60 | 1,980.00 | Preparation for and participation in meeting with Receiver and SEC |
| 4/15/2008 | SWANSON, KRISTOFER | 0.50 | 275.00 | Meeting with Brian Schneider to discuss work product |
| 4/16/2008 | SWANSON, KRISTOFER | 1.20 | 660.00 | Ongoing review of documents and data provided by Receiver, including preparations for the Receiver's meeting on with Mr Lohmeier |
| 4/21/2008 | SWANSON, KRISTOFER | 0.80 | 440.00 | Ongoing review of documents and data provided by receiver |
| 4/22/2008 | SWANSON, KRISTOFER | 1.20 | 660.00 | Preparation of summary of issues encountered to date re: accounting for customer assets |
| 4/22/2008 | SWANSON, KRISTOFER | 1.30 | 715.00 | Meeting with Scott Solomon to discuss status update and next steps |
| 4/23/2008 | SWANSON, KRISTOFER | 1.90 | 1,045.00 | Ongoing development of potential distribution methodologies |
| 4/23/2008 | SWANSON, KRISTOFER | 1.60 | 880.00 | Discussions with Scott Solomon, Brian Schneider and Kris Robinson on Deliverables and Possible Distribution Methods |
| 4/24/2008 | SWANSON, KRISTOFER | 2.50 | 1,375.00 | Ongoing review of documents and work product produced by staff |
| 4/25/2008 | SWANSON, KRISTOFER | 1.50 | 825.00 | Ongoing review of documents and work product produced by staff |
| 4/28/2008 | SWANSON, KRISTOFER | 1.50 | 825.00 | Ongoing development of a potential equitable distribution plan, including a meeting with Scott Solomon |
| 4/28/2008 | SWANSON, KRISTOFER | 0.20 | 110.00 | Preparation for and participation in teleconference with counsel |
| 4/30/2008 | SWANSON, KRISTOFER | 1.50 | 825.00 | Ongoing preparations for meetings with counsel and SEC; preparation for and participation in teleconference with counsel |
| | **SWANSON, KRISTOFER Total** | 36.30 | 19,965.00 | |
| 4/10/2008 | WEGNER, TROY | 1.50 | 615.00 | Isolation of SunGard cash and vault related transactions in MS access |
| 4/10/2008 | WEGNER, TROY | 0.50 | 205.00 | Upload of contemporaneous SunGard data sets into MS Access for analyses of contribution transactions |
| 4/10/2008 | WEGNER, TROY | 2.00 | 820.00 | Design and development of advanced SQL queries for the quantification of In-kind contribution transactions and their relation to US Bank data sets |
| 4/10/2008 | WEGNER, TROY | 1.00 | 410.00 | Team meeting on contribution quantification methodologies and strategies |
| 4/11/2008 | WEGNER, TROY | 2.80 | 1,148.00 | Design and development of advanced SQL queries for SunGard custodial vs managed care transactions |
| 4/11/2008 | WEGNER, TROY | 1.70 | 697.00 | Team meeting for discussion of fee schedules |
| 4/11/2008 | WEGNER, TROY | 2.60 | 1,066.00 | Design and development of advanced SQL queries for the quantification of In-kind contribution transactions and their relation to US Bank data sets |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Fees Summary: April 1, 2008 - April 30, 2008

| Date | Employee | Hours | Fees | Narrative |
|------|----------|-------|------|-----------|
| 4/11/2008 | WEGNER, TROY | 0.90 | 369.00 | Review of SQL query data output and development of summary report related to SunGard custodial vs managed care transactions |
| 4/29/2008 | WEGNER, TROY | 0.90 | 369.00 | Development of SunGard Transaction type code data queries and excel models |
| 4/29/2008 | WEGNER, TROY | 1.20 | 492.00 | Discuss with Chris Robinson the current progress related to contributions, deposits, and withdrawals |
| 4/29/2008 | WEGNER, TROY | 0.40 | 164.00 | Meeting with S Solomon discussing Distribution Analysis of SunGard Data |
| 4/29/2008 | WEGNER, TROY | 1.10 | 451.00 | Documentation supporting data codes used in contribution and distribution analyses along with SunGard definitions and SunGard data code extracts |
| 4/29/2008 | WEGNER, TROY | 0.70 | 287.00 | Review of SunGard Books Online Documentation regarding data code use |
| 4/29/2008 | WEGNER, TROY | 0.30 | 123.00 | Call with SunGard regarding data code use and documentation |
| 4/29/2008 | WEGNER, TROY | 1.40 | 574.00 | Review of SunGard data pertaining to contributions and distributions, Development of SQL data queries |
| 4/30/2008 | WEGNER, TROY | 1.40 | 574.00 | Development of excel model quantifying relevant SunGard distribution transactions |
| 4/30/2008 | WEGNER, TROY | 4.20 | 1,722.00 | Development of SunGard data queries and analysis of transaction history data |
| 4/30/2008 | WEGNER, TROY | 1.20 | 492.00 | Development of SunGard Distribution data examples with supporting clarification notes |
| | **WEGNER, TROY Total** | 25.80 | 10,578.00 | |
| | **Grand Total** | **583.10** | **$ 174,234.50** | |