IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>      Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

### NOTICE OF MOTION

To:  Steven J. Levine, Esq.       Mark D. Belongia, Esq.
    Steven L. Klawans, Esq.      Kelly A. Saindon, Esq.
    Allison M. Fakhoury, Esq.     Nathaniel R. Sinn, Esq.
    Securities and Exchange Commission Belongia & Shapiro, LLP
    175 W. Jackson Blvd., Suite 900   53 W. Jackson Blvd., Suite 315
    Chicago, Illinois 60604       Chicago, Illinois 60604

  PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or whomever may be designated to sit in his stead, in **Court room 2503** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Receiver's Motion for Approval and Payment of Fees, a copy of which is attached and served upon you.

                      Respectfully submitted,

                      /s/ Michael Z. Gurland
                      Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, states that on the 27th day of May, 2008 he electronically filed Receiver's Motion for Approval and Payment of Fees and Proposed Order Approving Payment of Receiver's Fees with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhoury@sec.gov |
| Mark D. Belongia | mbelongia@belongiashapiro.com |
| Kelly A. Saindon | ksaindon@belongiashapiro.com |
| Nathaniel R. Sinn | nsinn@belongiashapiro.com |

/s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern