IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A.TOWNSEND,<br>                    Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

**RECEIVER'S MOTION FOR APPROVAL AND PAYMENT OF FEES**

Phillip L. Stern, as Receiver ("Receiver") for Enterprise Trust Company ("Enterprise" or the "Company"), moves this Court, pursuant to the Order Appointing Receiver Over Enterprise Trust Company dated March 5, 2008 (the "Order"), for an order approving payment of the Receiver's fees and expenses incurred for the month of May 2008, to wit, $79,152.61, as well as fees and expenses incurred by Navigant Consulting Company ("Navigant") for the month of May 2008 in the total amount of $258,454.40.

With respect to the fees and expenses incurred by the Receiver, the Order provides that "the Receiver . . . [is] entitled to reasonable compensation from the assets now held by or in the possession or control of or which may be received by Receiver; said amounts of compensation shall be commensurate with their duties and obligations under the circumstances, subject to the approval of the Court . . . ." The Receiver's fees are provided at a discounted rate and capped at an hourly rate not to exceed $475 per hour. The Receiver's fees, excluding expenses, for the

month of May 2008, at the discounted rate, totaled $79,152.61. A copy of the Receiver's discounted bill is attached as Exhibit A.

During this time period, the Receiver spent a substantial amount of time working with Navigant to complete the analysis of all contributions to and withdrawals from each of the accounts maintained by Enterprise for the benefit of its clients. In this regard, the Receiver worked on analysis relating to the valuation and categorization of client accounts with an eye towards the ultimate allocation and distribution of assets.

The Receiver continued to spend considerable time during the month of May collecting and providing information to various government agencies that are investigating Enterprise, as well as responding to inquiries from customers or their representatives. Significant time was also spent preparing for a meeting with John Lohmeier and his counsel in an attempt to get a better understanding of the reasons for the accounting irregularities at Enterprise. At this point, discussions with Mr. Lohmeier and Ms. Townsend have ceased and no cooperation or assistance is being provided by either individual. The lack of cooperation from any Enterprise employees has resulted in extra work for the Receiver and Navigant, adding to the cost of the Receivership.

During the month of May, the Receivership also focused on analysis of Enterprise's email traffic for the purpose of identify additional assets and analyzing potential causes of action against third parties, and spent time pursuing third parties for the return of funds, or for information identifying funds, that could be available for distribution to Enterprise's clients.

With respect to the fees and expenses incurred by Navigant for the month of May 2008 in the total amount of $258,454.40 (Exhibit B), significant work was required to complete the analysis of all contributions made by investors, and to determine all of the withdrawals made by the investors. Specifically, during the month of May, Navigant confirmed all contributions for

an additional 630 accounts of the 1,250 customer and completed analysis for more than half of all distributions made from customer accounts.

Navigant also noted a number of assets recorded within SunGard that were never been received by Enterprise. This required additional work to verify whether the assets existed in the first place. Navigant created a process and commenced its review of the account detail in SunGard relevant to the ultimate distribution and allocation of Enterprise assets, reconciling those transactions to related checks, wire detail or custodial statements. As part of this process, Navigant performed testing to verify contributions and distributions recorded in the bank and broker statements were recorded in SunGard. Over half of the time Navigant spent on Enterprise related matters in the month of May related to the above accounting project.

Additionally, Navigant completed the account reconciliation for the months ended December 31, 2008 and February 29, 2008 to verify that the holdings recorded in SunGard are held by Enterprise Trusts custodians. This work included extracting holdings from SunGard, updating related pricing and summarizing customer holdings. These holdings were individually reconciled to each bank and brokerage statement. Numerous reconciliation issues were identified that caused additional follow-up with the Receiver to discuss the handling of certain assets and the collection of additional financial information that had not been maintained by Enterprise but was needed for a proper audit and accounting.

Navigant also assisted the Receiver with various requests, including, without limitation: (1) Providing deleted files from the hard drives of Enterprise Trust employees; (2) Providing attachments to emails reviewed by the Receiver; (3) Providing the receiver with

analysis related to account categorizations for purposes of distribution; (4) Providing the Receiver with specific account activity for Desert Hills stock; (5) Providing customer statements and other transaction detail; (6) Investigating wire transfers from Legent to an unknown party in New Mexico; (7) Reviewing transactions with parties related to John Lohmeier and Rebecca Townsend; (8) Providing information about certain private equity holdings; and (9) Providing analysis related to sales from Legent in July 2007. Navigant similarly responded to inquiries from and provided information to various governmental agencies that are investigating Enterprise.

By: /s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602-3801
(312) 269-8000
(312) 269-1747

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>　　　　　　　　　Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

### ORDER APPROVING PAYMENT OF RECEIVER'S FEES

Phillip L. Stern, who upon motion of plaintiff, the United States Securities and Exchange Commission, was appointed by this Court to act as Receiver of Enterprise Trust Company, has sought an order from this Court approving payment of his fees and expenses incurred in month of May 2008, to wit, $79,152.61, as well as fees and expenses incurred by Navigant Consulting Company for the month of May 2008 in the total amount of $258,454.40.

IT IS HEREBY ORDERED that the Receiver's motion is GRANTED and the Receiver's and Navigant's invoices submitted to the Court for fees and expenses incurred for the month of May 2008 shall be paid in full in the total amount of, $79,152.61 and $258,454.40, respectively.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable James B. Zagel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _____

NGEDOCS: 1540744.1