# EXHIBIT A

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

**PLEASE REMIT PAYMENT TO:**
**NEAL, GERBER & EISENBERG** LLP
**28987 NETWORK PLACE**
**CHICAGO, IL 60673-1289**

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Enterprise Trust Company Receivership

June 9, 2008
Invoice 122104
Page 1

For Services Through May 31, 2008
Our Matter #   021196.0601
                SEC - Enterprise Trust Co. Receivership

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/08 | Draft email to accountant Mike Carollo forwarding correspondence from Illinois Department of Employment Security; receive and review Mr. Carollo's response to same. | C. M. Burky | 0.30 hrs. | 460.00 /hr | $ 138.00 |
| 05/01/08 | Meeting with SEC and Navigant to review computer files for Lohmeier, Townsend and Pyle; discussions with S.L., S.S..and K. S. regarding above; review client agreements and computer records regarding same; review updated loss information; discussion regarding loss allocations; | M.Z. Gurland | 4.20 hrs. | 475.00 /hr | $ 1,995.00 |
| 05/01/08 | Telephone calls with customers. Respond to customer written inquires. Review documents from Julie Lohmeier. Review and respond to e-mails. Review information from OptionsXpress. | P.L. Stern | 2.70 hrs. | 475.00 /hr | $ 1,282.50 |
| 05/02/08 | Meeting with Receiver and Navigant to discuss updates and strategies on addressing deficiencies in customer contributions/withdrawal information; discussions regarding allocation models and end-game; review detail from Navigant regarding SunGard accounting deficiencies and impact on analysis; review contributions summary sheets; review email correspondence with SEC. | M.Z. Gurland | 1.80 hrs. | 475.00 /hr | $ 855.00 |
| 05/02/08 | Respond to customer inquiries. Attend meeting with Navigant. | | | | |

Enterprise Trust Company Receivership

June 9, 2008
Invoice 122104
Page 2

| | | | | |
|---|---|---|---|---|
| | P.L. Stern | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |
| 05/05/08 | Review Moroff declaration and Options Express materials; review records from SEC investigation; drafted letter to investors; review Navigant materials and documents from P. Stern, and revise letter; discussions with investors regarding inquiries/account balances and other concerns; followed-up on related party subpoenas and discovery; review spreadsheets from Scott Solomon. | | | |
| | M.Z. Gurland | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |
| 05/05/08 | Respond to customer correspondence. Telephone calls with customers. Work on update letter to customers. | | | |
| | P.L. Stern | 1.30 hrs. | 475.00 /hr | $ 617.50 |
| 05/05/08 | Research Pinkley accounts. Obtain customer account information and other attorney requests. | | | |
| | A. Gilbert | 2.00 hrs. | 150.00 /hr | $ 300.00 |
| 05/06/08 | Meeting at Navigant to review recovered computer files on ETC server and hard drives of ETC employees; correspondence with prospective counsel for J. Lohmeier; review analysis of accounts by fee type and spreadsheets containing comparisons of trading activity amongst "strategy clients"; review information from R. Townsend; telephone call with investors; review of investor account statements for managed account clients; review of documents recovered from deleted ETC computer records. | | | |
| | M.Z. Gurland | 5.20 hrs. | 475.00 /hr | $ 2,470.00 |
| 05/06/08 | Respond to customer inquiries. Finalize letter to customers. Review e-mails. Review example of documents recovered from Enterprise computers. | | | |
| | P.L. Stern | 1.10 hrs. | 475.00 /hr | $ 522.50 |
| 05/06/08 | Obtain customer account information and other attorney requests. Phone calls regarding pending assets. E-mails to Navigant regarding customer account questions. | | | |
| | A. Gilbert | 3.00 hrs. | 150.00 /hr | $ 450.00 |
| 05/07/08 | Receive, review and respond to emails with respect to Sungard remote access and cancellation of services to ETC office; receive and review | | | |

|         |                                                                                                                                                                                                                                                                                                                                                                     |            |             |    |          |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-------------|----|----------|
|         | correspondence regarding California Department of Employment Security.                                                                                                                                                                                                                                                                                              |            |             |    |          |
|         | C. M. Burky                                                                                                                                                                                                                                                                                                                                                         | 0.20 hrs.  | 460.00 /hr  | $  | 92.00    |
| 05/07/08 | Complete liquidation of equity portion of portfolio.                                                                                                                                                                                                                                                                                                               |            |             |    |          |
|         | S.S. Cohen                                                                                                                                                                                                                                                                                                                                                          | 0.30 hrs.  | 460.00 /hr  | $  | 138.00   |
| 05/07/08 | Preparation for and telephone call with W. Dieker regarding related party transfers, Lohmeier representations and account records relating to bank stock purchases; review SEC analysis regarding strategy clients; analysis of evidence destruction issues; email correspondence with SEC, Navigant; telephone call with P. Freschetti; telephone call with T. Pinckley. |            |             |    |          |
|         | M.Z. Gurland                                                                                                                                                                                                                                                                                                                                                        | 1.80 hrs.  | 475.00 /hr  | $  | 855.00   |
| 05/07/08 | Obtain customer account information and other attorney requests. Phone calls regarding pending assets. E-mails to Navigant regarding customer account questions.                                                                                                                                                                                                    |            |             |    |          |
|         | A. Gilbert                                                                                                                                                                                                                                                                                                                                                          | 4.00 hrs.  | 150.00 /hr  | $  | 600.00   |
| 05/08/08 | Attendance in court on Motion by M. Belongia; related discussion with M. Belongia and SEC; telephone call with P. Stern and S.L. regarding computer evidence issues; review contribution and withdrawal analysis from Navigant; review I.B. Account records; review additional analysis from Navigant regarding deleted computer files.                              |            |             |    |          |
|         | M.Z. Gurland                                                                                                                                                                                                                                                                                                                                                        | 2.40 hrs.  | 475.00 /hr  | $  | 1,140.00 |
| 05/08/08 | Telephone calls with Levine and ETC clients. Review and approve payment of bills. Review documents recovered from ETC computers. Review material prepared by Navigant. Review and respond to e-mail. review ETC e-mails.                                                                                                                                             |            |             |    |          |
|         | P.L. Stern                                                                                                                                                                                                                                                                                                                                                          | 2.90 hrs.  | 475.00 /hr  | $  | 1,377.50 |
| 05/08/08 | Research to identify AFC customers. E-mail/phone conference with Leaders Bank regarding requests for information. Finalize customer's change of beneficiary and letter to client regarding the same. Conference with banks regarding deposit information.                                                                                                            |            |             |    |          |
|         | A. Gilbert                                                                                                                                                                                                                                                                                                                                                          | 7.50 hrs.  | 150.00 /hr  | $  | 1,125.00 |
| 05/09/08 | Review emails between related parties and discussion of same with P.                                                                                                                                                                                                                                                                                                |            |             |    |          |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Stern; review information regarding vault documents and SEC subpoenas. |  |  |  |  |
|  | M.Z. Gurland | 0.30 hrs. | 475.00 /hr | $ | 142.50 |
| 05/09/08 | Telephone calls with ETC clients. Respond to client written inquiries. Review material from Navigant and ETC e-mails. Telephone calls with Levine. Telephone call with Navigant. |  |  |  |  |
|  | P.L. Stern | 3.90 hrs. | 475.00 /hr | $ | 1,852.50 |
| 05/09/08 | Call to SunGard regarding ETC contract; phone conference with Navigant staff regarding services which must be retained. |  |  |  |  |
|  | A. Gilbert | 2.00 hrs. | 150.00 /hr | $ | 300.00 |
| 05/12/08 | Telephone calls with ETC clients. Respond to ETC client written correspondence. |  |  |  |  |
|  | P.L. Stern | 0.90 hrs. | 475.00 /hr | $ | 427.50 |
| 05/12/08 | Conference call with SunGard regarding contract, billing, and possible ways to eliminate unnecessary items. Update check register. Search customer files for data requested by Navigant and attorneys. |  |  |  |  |
|  | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ | 525.00 |
| 05/13/08 | Telephone call and email correspondence with navigant regarding progress, reports needed, and allowable expenses; review information regarding Sungard filing for IRA accounts (498 filings) discussion with SunGard regarding same. |  |  |  |  |
|  | M.Z. Gurland | 0.40 hrs. | 475.00 /hr | $ | 190.00 |
| 05/13/08 | Respond to Enterprise client inquiries. Review open issues with Gilbert. Telephone call with Levine. |  |  |  |  |
|  | P.L. Stern | 0.90 hrs. | 475.00 /hr | $ | 427.50 |
| 05/13/08 | Obtain customer account information and other attorney requests. Phone calls regarding pending assets. E-mails to Navigant regarding customer account questions. |  |  |  |  |
|  | A. Gilbert | 4.80 hrs. | 150.00 /hr | $ | 720.00 |
| 05/14/08 | Review and respond to telephone calls and e-mail from U.S. Bank re: bond liquidation. |  |  |  |  |

Enterprise Trust Company Receivership                        June 9, 2008
                                                             Invoice 122104
                                                             Page 5

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | S.S. Cohen | 0.70 hrs. | 460.00 /hr | $ 322.00 |
| 05/14/08 | Preparation for and meeting with P. Stern and S. Solomon and K. Swanson of Navigant; review updated contribution and withdrawal spreadsheets; discussions regarding allocation formulas. | M.Z. Gurland | 1.70 hrs. | 475.00 /hr | $ 807.50 |
| 05/14/08 | Meet with Navigant. Respond to ETC client communications. E-mail review. | P.L. Stern | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |
| 05/14/08 | Work verifying pending assets. Identify and compile information requested by Navigant and attorneys. Update customer files. | A. Gilbert | 4.00 hrs. | 150.00 /hr | $ 600.00 |
| 05/15/08 | Discussions with SunGard representatives and Navigant; review email correspondence regarding transactional detail suppressed in investor statements beginning in March 2006; review statements related to investor inquiry; review email correspondence from, telephone call with, SEC; review Legent records. | M.Z. Gurland | 0.90 hrs. | 475.00 /hr | $ 427.50 |
| 05/15/08 | Telephone calls with Levine and Enterprise clients. Respond to e-mails from client statements. Review of Enterprise e-mails. | P.L. Stern | 5.20 hrs. | 475.00 /hr | $ 2,470.00 |
| 05/15/08 | Organize and update customer files. Address requests by attorneys. | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ 1,200.00 |
| 05/16/08 | E-mail and telephone conference with S. Jamison re: bond liquidation. | S.S. Cohen | 0.20 hrs. | 460.00 /hr | $ 92.00 |
| 05/16/08 | Attendance at court on SEC motion and discussions with counsel for J. Lohmeier regarding cooperation, information issues and 5/22 proffer; draft status report/work summary for application to court; review Navigant analysis to date; email correspondence with Navigant; review transcript of 3/5/08 hearing; review subpoena response from Judiann Pyle. | M.Z. Gurland | 4.20 hrs. | 475.00 /hr | $ 1,995.00 |

Enterprise Trust Company Receivership

June 9, 2008
Invoice 122104
Page 6

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/08 | Review of ETC e-mails. Review and respond to client inquiries. Telephone call with ETC client. Telephone calls with Levine. | P.L. Stern | 4.50 hrs. | 475.00 /hr | $ 2,137.50 |
| 05/16/08 | Work verifying pending assets. Obtain account informationn relating to ETC customers' accounts and other data retrieval tasks as requested; begin work researching securities' historical closing prices. | A. Gilbert | 2.80 hrs. | 150.00 /hr | $ 420.00 |
| 05/16/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | C.H. Frey | 1.40 hrs. | 115.00 /hr | $ 161.00 |
| 05/17/08 | Research to obtain securities' historical closing prices. | A. Gilbert | 2.00 hrs. | 150.00 /hr | $ 300.00 |
| 05/19/08 | Review all files and collected materials for discussion relating to Lohmeier for 5/22 meeting; preparation for 5/22 meeting; review emails from Enterprise server regarding handling of client accounts; review pending asset analysis; review correspondence from I.B. and SEC. | M.Z. Gurland | 3.40 hrs. | 475.00 /hr | $ 1,615.00 |
| 05/19/08 | Telephone call with a client. Review and respond to client correspondence. Review e-mails and data from Navigant. Review e-mail data base. | P.L. Stern | 4.60 hrs. | 475.00 /hr | $ 2,185.00 |
| 05/19/08 | Obtain account informationn relating to ETC customers' accounts and other data retrieval tasks as requested; Research securities' historical closing prices. | A. Gilbert | 4.80 hrs. | 150.00 /hr | $ 720.00 |
| 05/19/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | C.P. Hernandez | 4.50 hrs. | 115.00 /hr | $ 517.50 |
| 05/19/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | A.A. Kelly | 4.30 hrs. | 115.00 /hr | $ | 494.50 |
| 05/19/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |
|  | C.H. Frey | 6.80 hrs. | 115.00 /hr | $ | 782.00 |
| 05/20/08 | Telephone conference with A. Gilbert regarding ETC offices and search for relevant materials. | | | | |
|  | C. M. Burky | 0.30 hrs. | 460.00 /hr | $ | 138.00 |
| 05/20/08 | Telephone call with P. Rao (counsel for J. Lohmeier) regarding missing ETC records and proffer; telephone call with SEC regarding 5/22 meeting and strategy; continued preparation for 5/22 meeting; discussion with A. Gilbert regarding missing ETC records; email correspondence to P. Rao. | | | | |
|  | M.Z. Gurland | 1.20 hrs. | 475.00 /hr | $ | 570.00 |
| 05/20/08 | ETC e-mail review. Review of certain client account activity. Review and respond to e-mail. | | | | |
|  | P.L. Stern | 2.20 hrs. | 475.00 /hr | $ | 1,045.00 |
| 05/20/08 | To/from Enterprise Oak Brook office to review files in office. Pack up 4 boxes and 8 bags of documents and transport selected documents to NGE office. Calls to P. Stern and C. Burky to determine document needs. | | | | |
|  | A. Gilbert | 6.50 hrs. | 150.00 /hr | $ | 975.00 |
| 05/20/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |
|  | C.P. Hernandez | 1.50 hrs. | 115.00 /hr | $ | 172.50 |
| 05/20/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |
|  | A.A. Kelly | 4.00 hrs. | 115.00 /hr | $ | 460.00 |
| 05/20/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |
|  | C.H. Frey | 0.90 hrs. | 115.00 /hr | $ | 103.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05/20/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | B.A. Driscoll | 2.00 hrs. | 115.00 /hr | $ 230.00 |
| 05/21/08 | Prepare account transfer to move bonds from IR to US Bank; e-mail S. Jameson re: same. | S.S. Cohen | 0.60 hrs. | 460.00 /hr | $ 276.00 |
| 05/21/08 | Telephone call with S. Solomon regarding information needed from J. Lohmeier to assist in allocation/distribution analysis; review Navigant materials regarding same; preparation for 5/22 meeting. | M.Z. Gurland | 0.90 hrs. | 475.00 /hr | $ 427.50 |
| 05/21/08 | Telephone calls with Levine and ETC clients. Review e-mail data base. Review information from Navigant. Review and respond to client written inquiries. Prepare for Lohmeier meeting. | P.L. Stern | 4.10 hrs. | 475.00 /hr | $ 1,947.50 |
| 05/21/08 | Obtained security posting date pricing and charted same. | D. D. Williams | 4.00 hrs. | 200.00 /hr | $ 800.00 |
| 05/21/08 | Research historical trade pricing. Arrange to pick up US Bank documents from the SEC and copy for Navigant. Research customer files as requested by attorneys. | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ 1,200.00 |
| 05/21/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | C.P. Hernandez | 1.50 hrs. | 115.00 /hr | $ 172.50 |
| 05/21/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | A.A. Kelly | 3.00 hrs. | 115.00 /hr | $ 345.00 |
| 05/21/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | C.H. Frey | 10.40 hrs. | 115.00 /hr | $ 1,196.00 |
| 05/21/08 | Research and retrieve three thousand security stock values from specific | | | | |

Enterprise Trust Company Receivership                                June 9, 2008
                                                                     Invoice 122104
                                                                     Page  9

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | dates for Paralegal Gilbert. |  |  |  |  |
|  | B.A. Driscoll | 4.40 hrs. | 115.00 /hr | $ | 506.00 |
| 05/22/08 | Telephone conference with S. Jameson re: asset transfer; finalize paperwork re: same. |  |  |  |  |
|  | S.S. Cohen | 0.40 hrs. | 460.00 /hr | $ | 184.00 |
| 05/22/08 | Meeting with J. Lohmeier, A. Fakhoury, S. Levine, P. Stern, A. Lum, K. B. and P.R. |  |  |  |  |
|  | M.Z. Gurland | 3.20 hrs. | 475.00 /hr | $ | 1,520.00 |
| 05/22/08 | Telephone calls with ETC clients and their representatives. Prepare for meeting with Lohmeier. Meet with SEC concerning Lohmeier meeting. Meet with Lohmeier. Review ETC e-mails. Review and respond to client e-mail. |  |  |  |  |
|  | P.L. Stern | 7.00 hrs. | 475.00 /hr | $ | 3,325.00 |
| 05/22/08 | Research historical trade pricing. Phone conference with Allianz Funds personnel regarding confirmation that certain transactions were never completed. Research customer files as requested by attorneys. |  |  |  |  |
|  | A. Gilbert | 4.00 hrs. | 150.00 /hr | $ | 600.00 |
| 05/23/08 | Finalize account transfer paperwork; e-mail S. Jamison re: same. |  |  |  |  |
|  | S.S. Cohen | 0.20 hrs. | 460.00 /hr | $ | 92.00 |
| 05/23/08 | Telephone call with P. Stern and K. Swanson regarding breakdown of related party transfers and potential action against Lohmeier; telephone call with investors and/or counsel for investors; analysis/review of trade right and legal information. |  |  |  |  |
|  | M.Z. Gurland | 1.80 hrs. | 475.00 /hr | $ | 855.00 |
| 05/23/08 | Telephone call with Levine, Enterprise client and Sunguard representative. Review e-mail database. |  |  |  |  |
|  | P.L. Stern | 1.10 hrs. | 475.00 /hr | $ | 522.50 |
| 05/23/08 | Research historical trade pricing. Request additional documents from Leaders Bank. Research customer files as requested by attorneys. |  |  |  |  |
|  | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ | 525.00 |

Enterprise Trust Company Receivership                                          June 9, 2008
                                                                               Invoice 122104
                                                                               Page 10

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/24/08 | Research historical trade pricing. Research customer files as requested by attorneys. | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 05/26/08 | Respond to e-mail from Enterprise client. Review e-mail database. | P.L. Stern | 1.50 hrs. | 475.00 /hr | $ 712.50 |
| 05/27/08 | Telephone call with counsel for Accutech Systems regarding contract refund; telephone call with R.V.B. regarding refund on investment in Metropolitan Bank; discussions regarding motions to seize above assets with P. Stern; telephone call with P.R., P.S. S.L. and A.L. regarding Lohmeier status; telephone calls with SEC and Navigant regarding work in progress; telephone call with P. Rao regarding Lohmeier issues; meeting with former counsel for Hinsbrook Bank and P.S. regarding Lohmeier. | M.Z. Gurland | 2.20 hrs. | 475.00 /hr | $ 1,045.00 |
| 05/27/08 | Telephone calls with Levine and Enterprise client. Review and respond to correspondence from ETC clients. Meet with an attorney for some ETC clients. Review case regarding standing to bring claims on behalf of Enterprise. Continue review and analysis of e-mail database. Participate in call with Lohmeier's counsel. | P.L. Stern | 5.00 hrs. | 475.00 /hr | $ 2,375.00 |
| 05/27/08 | Enter and proof pricing data in spreadsheet of historic trades. Research customer files as requested by attorneys. | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ 1,200.00 |
| 05/28/08 | Accounting details regarding Desert Hills payments and loan; telephone call with Navigant regarding Desert Hills; telephone call with SEC regarding Desert Hills. | M.Z. Gurland | 0.40 hrs. | 475.00 /hr | $ 190.00 |
| 05/28/08 | Review email correspondence from SEC, P. Stern and Navigant. | M.Z. Gurland | 0.30 hrs. | 475.00 /hr | $ 142.50 |
| 05/28/08 | Review and respond to e-mails. Prepare for meeting with government attorneys. Continue review of e-mail database. | P.L. Stern | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 05/28/08 | Enter and proof pricing data in spreadsheet of historic trades. Research customer files as requested by attorneys. | | | | |
| | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |
| 05/29/08 | Strategy conference with M. Gurland regarding Desert Hills Bank subpoena; telephone conference with Chris Coury, counsel for Bank, regarding documents and information responsive to subpoena; review materials and information previously provided by Bank in response to subpoena and draft new subpoena on bank holding company, Desert Hills Capital Corporation; draft, receive and review emails to M. Gurland and P. Stern regarding additional information related to loan to Lohmeier and specific information related to Lohmeier holdings; draft correspondence to Mr. Coury transmitting subpoena and telephone conference with Mr. Coury regarding same. | | | | |
| | C. M. Burky | 3.50 hrs. | 460.00 /hr | $ | 1,610.00 |
| 05/29/08 | Review and respond to e-mail with U.S. Bank re: asset transfer. | | | | |
| | S.S. Cohen | 0.20 hrs. | 460.00 /hr | $ | 92.00 |
| 05/29/08 | Review spreadsheets from Navigant regarding Desert Hills; review correspondence from Desert Hills; discussion with C. Burky regarding above and telephone call with counsel for Desert Hills regarding subpoena, document requests and outstanding issues; telephone calls with SEC(S.L.) and Navigant (S.S.) regarding trade right; telephone call with Legent regarding outstanding amounts; discussion with P. Stern regarding legal/trade right; review emails regarding Townsend and spreadheets regarding money transfers; review information from Navigant regarding Lohmeier transactions in July 2007; email correspondence with S.S. regarding trade right and Legent assets; review ETC fee analysis regarding managed v. custodial accounts; follow-up regarding investor questions. | | | | |
| | M.Z. Gurland | 3.20 hrs. | 475.00 /hr | $ | 1,520.00 |
| 05/29/08 | Telephone call with SunGard representative. Telephone calls with GE Capital representatives. Communications with ETC clients. Telephone call with FINRA. Review, prepare and respond to e-mails regarding others with potential liability. Continue review of e-mail database. Prepare for meeting with government attorneys. | | | | |
| | P.L. Stern | 4.70 hrs. | 475.00 /hr | $ | 2,232.50 |
| 05/29/08 | Enter and proof pricing data in spreadsheet of historic trades. Research | | | | |

Enterprise Trust Company Receivership							June 9, 2008
											Invoice 122104
											Page  12

|  |  |  |  |  |
|---|---|---|---|---|
|  | customer files as requested by attorneys. |  |  |  |
|  | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 05/30/08 | Review and analyze Western Surety Dishonesty Bond regarding extent of and limitations to coverage; draft email correspondence to P. Stern regarding same. |  |  |  |
|  | C. M. Burky | 0.50 hrs. | 460.00 /hr | $ 230.00 |
| 05/30/08 | Review email correspondence from SEC and P. Stern regarding Northern Trust; telephone call with counsel for Northern Trust; email correspondence and telephone call with P. Stern regarding above; revise letter from P. Stern to Northern Trust. |  |  |  |
|  | M.Z. Gurland | 1.20 hrs. | 475.00 /hr | $ 570.00 |
| 05/30/08 | Telephone calls with FINRA and ETC client. Review and respond to email from ETC client. Review and respond to email from SEC and Navigant.  Continue review of email database. |  |  |  |
|  | P.L. Stern | 3.20 hrs. | 475.00 /hr | $ 1,520.00 |
| 05/31/08 | Enter and proof pricing data in spreadsheet of historic trades. |  |  |  |
|  | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |

Total Fees For Professional Services...................................................................... $       74,752.00

Reimbursable Costs

| | |
|---|---|
| Outside Copy Service - Vendor: Landmark Document Services - 2 sets of US Bank document production 6 boxes( | 3,719.28 |
| Reproduction of Documents | 239.25 |
| Facsimile Transmission | 9.00 |
| Federal Express Charges | 10.35 |
| Long Distance Telephone | 32.89 |
| Legal Research - other databa | 1.04 |
| Meals | 54.65 |
| Postage | 334.15 |

ID: 021196

Total Reimbursable Costs ................................................................................. $   4,400.61

## Totals For This Matter

Current Amount Due .......................................................................................... $  79,152.61
Balance Forward ................................................................................................ $  73,832.64
Total Due ............................................................................................................ $ 152,985.25

Enterprise Trust Company Receivership                                              June 9, 2008
                                                                                   Invoice 122104


## INVOICE SUMMARY

For Services Through May 31, 2008
Our Matter #   021196.0601
           SEC - Enterprise Trust Co. Receivership

Current Amount Due............................................................................ $   79,152.61
Balance Forward ................................................................................. $   73,832.64

Total Due ............................................................................................. $  152,985.25


|  | Summary Of Fees | | |
|---|---|---|---|
|  | Hours | Rate/Hr | Dollars |
| C. M. Burky | 4.80 | 460.00 | 2,208.00 |
| S.S. Cohen | 2.60 | 460.00 | 1,196.00 |
| M.Z. Gurland | 43.10 | 475.00 | 20,472.50 |
| P.L. Stern | 64.00 | 475.00 | 30,400.00 |
| D. D. Williams | 4.00 | 200.00 | 800.00 |
| A. Gilbert | 96.90 | 150.00 | 14,535.00 |
| C.P. Hernandez | 7.50 | 115.00 | 862.50 |
| A.A. Kelly | 11.30 | 115.00 | 1,299.50 |
| C.H. Frey | 19.50 | 115.00 | 2,242.50 |
| B.A. Driscoll | 6.40 | 115.00 | 736.00 |
| TOTAL | 260.10 |  | 74,752.00 |