# EXHIBIT B



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

Phillip L. Stern, Esq.
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL  60602

June 11, 2008
Project Number: 134067
Invoice Number: 246519

Re:   Receiver for Enterprise Trust Company
        (May 1, 2008 -- May 31, 2008)

| Employee | Title | Hours | Fees |
|---|---|---:|---:|
| Swanson, Kristofer | Managing Director | 20.20 | $  11,110.00 |
| Solomon, Gregory | Director | 110.40 | 50,784.00 |
| David Meadows | Director | 1.80 | 783.00 |
| Wegner, Troy | Associate Director | 164.80 | 67,568.00 |
| Richard Robinson | Managing Consultant | 4.00 | 1,300.00 |
| Freskos, David | Consultant | 3.60 | 846.00 |
| Grau, Andrew | Consultant | 14.90 | 3,501.50 |
| Kapp, Colin | Consultant | 110.90 | 26,061.50 |
| Robinson, Christopher | Consultant | 214.60 | 53,650.00 |
| Schneider, Brian | Consultant | 167.00 | 41,750.00 |
| Casey, Sarah | Summer Associate | 26.20 | 1,100.40 |
| **Total Fees** | | 838.40 | $ 258,454.40 |

Net: Due Upon Receipt
NCI Project No.: 134067
EIN: 36-4094854
Invoice #: 246519



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

## REMITTANCE
## PAGE

Please return this sheet with your payment.

Project Name:      Receiver for Enterprise Trust Company

Project #:          134067

Invoice #:          246519

Invoice Date:       June 11, 2008

Invoice Amount:     $258,454.40

**Please wire your**      **LaSalle Bank**
**payment to:**           **135 S. LaSalle**
                          **Chicago, IL 60674**
                          **ABA# 071000505**
                          **Acct# 5800151127**

or

Please mail or Fedex      Navigant Consulting, Inc.
payment to:               4511 Paysphere Circle
                          Chicago, IL  60674

We appreciate the opportunity to assist with this important matter.

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/1/2008 | SWANSON, KRISTOFER | 2.00 | Ongoing review of documents and data provided by Receiver. |
| 5/1/2008 | SWANSON, KRISTOFER | 1.20 | Meeting with SEC and Receiver. |
| 5/2/2008 | SWANSON, KRISTOFER | 1.50 | Meeting with Receiver. |
| 5/2/2008 | SWANSON, KRISTOFER | 1.20 | Ongoing review of documents and data provided by Receiver. |
| 5/6/2008 | SWANSON, KRISTOFER | 1.50 | Ongoing review of documents and data provided by Receiver. Teleconference with counsel. |
| 5/7/2008 | SWANSON, KRISTOFER | 2.30 | Ongoing review of documents and data provided by Receiver. |
| 5/9/2008 | SWANSON, KRISTOFER | 1.50 | Ongoing review of documents and data provided by Receiver. |
| 5/13/2008 | SWANSON, KRISTOFER | 1.30 | Ongoing review of documents and data provided by Receiver. |
| 5/14/2008 | SWANSON, KRISTOFER | 2.30 | Preparation for and participation in meeting with Receiver. |
| 5/15/2008 | SWANSON, KRISTOFER | 1.50 | Review of deliverables prior to transmission to Receiver. |
| 5/21/2008 | SWANSON, KRISTOFER | 0.80 | Ongoing review of documents and data provided by Receiver. |
| 5/23/2008 | SWANSON, KRISTOFER | 1.30 | Ongoing review of documents and data provided by Receiver; teleconference with Neal, Gerber & Eisenberg's Michael Gurland. |
| 5/29/2008 | SWANSON, KRISTOFER | 1.80 | Teleconference with Michael Gurland and analysis and transmittal to Receiver of Lohmeier/Desert Hills transactions and Lohmeier payments. |
| | **SWANSON, KRISTOFER Total** | **20.20** | |
| 5/1/2008 | SOLOMON, GREGORY | 3.60 | Meeting with SEC to review hard drives of Lohmeier, Townshend and Pyle. |
| 5/1/2008 | SOLOMON, GREGORY | 2.60 | Preparation and review of documentation for meeting with Receiver including summarizing findings to date. |
| 5/2/2008 | SOLOMON, GREGORY | 2.60 | Review and summarization of findings for meeting with Receiver. |
| 5/2/2008 | SOLOMON, GREGORY | 1.40 | Meeting with Receiver. |
| 5/2/2008 | SOLOMON, GREGORY | 1.10 | Production of documents at the request of the Receiver. |

**NAVIGANT**
**C O N S U L T I N G**

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/6/2008 | SOLOMON, GREGORY | 4.00 | Meeting with Steve Levine from the SEC to review emails. |
| 5/6/2008 | SOLOMON, GREGORY | 0.50 | Review of documentation provided by the SEC. |
| 5/6/2008 | SOLOMON, GREGORY | 2.10 | Review of work performed by Brian Schneider and Chris Robinson. |
| 5/7/2008 | SOLOMON, GREGORY | 2.20 | Review of work performed by Brian Schneider and Chris Robinson. |
| 5/7/2008 | SOLOMON, GREGORY | 0.80 | Communications with the SEC regarding documentation at their office. |
| 5/7/2008 | SOLOMON, GREGORY | 3.40 | Continued review of work product and documentation. |
| 5/8/2008 | SOLOMON, GREGORY | 4.10 | Review of specific account to confirm contributions and distributions. |
| 5/8/2008 | SOLOMON, GREGORY | 0.30 | Discussion with Steve Levine regarding trading losses. |
| 5/9/2008 | SOLOMON, GREGORY | 1.20 | Communication to Kris Swanson and Phil Stern regarding required documentation from the receiver. |
| 5/12/2008 | SOLOMON, GREGORY | 3.60 | Reviewed accounts including those with tax withholdings and transfers. |
| 5/13/2008 | SOLOMON, GREGORY | 4.10 | Reviewed accounts including those with tax withholdings and transfers. |
| 5/13/2008 | SOLOMON, GREGORY | 0.90 | Meeting with SunGard at their request to discuss Navigant's requests going forward. |
| 5/14/2008 | SOLOMON, GREGORY | 0.80 | Discussion with Steve Levine and provided Royal Asset holdings at his request. |
| 5/14/2008 | SOLOMON, GREGORY | 3.20 | Preparation for meeting with Receiver. |
| 5/14/2008 | SOLOMON, GREGORY | 1.60 | Review of contributions and distribution quantification by customer and meeting with Phil Stern to discuss findings to date. |
| 5/15/2008 | SOLOMON, GREGORY | 2.30 | Review of specific account activity at request of receiver. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/15/2008 | SOLOMON, GREGORY | 0.70 | Follow up with Receiver regarding Bernard Hoffman and Constance Hoffman's account // Review documents provided by the Receiver. |
| 5/15/2008 | SOLOMON, GREGORY | 1.20 | Follow up with Receiver regarding pending asset and vault documents. |
| 5/16/2008 | SOLOMON, GREGORY | 1.20 | Investigate wire transfer from Legent to unknown company in Las Vegas. |
| 5/16/2008 | SOLOMON, GREGORY | 1.20 | Review of pricing services to recommend to the receiver. |
| 5/16/2008 | SOLOMON, GREGORY | 2.10 | Review of work performed by staff while quantifying contributions and distributions. |
| 5/16/2008 | SOLOMON, GREGORY | 2.80 | Review of actively managed accounts to quantify distributions and contributions. |
| 5/19/2008 | SOLOMON, GREGORY | 0.80 | Responding to Receiver regarding requested documentation relating to Pending Assets. |
| 5/19/2008 | SOLOMON, GREGORY | 4.20 | Reviewed contributions and distributions quantifications prepared by consultants. |
| 5/20/2008 | SOLOMON, GREGORY | 1.30 | Review of documents provided by the SEC. |
| 5/20/2008 | SOLOMON, GREGORY | 3.70 | Reviewed contributions and distributions quantifications prepared by consultants. |
| 5/21/2008 | SOLOMON, GREGORY | 0.50 | Review index of files provided to receiver including managing extraction process. |
| 5/21/2008 | SOLOMON, GREGORY | 5.10 | Review of Related accounts. |
| 5/21/2008 | SOLOMON, GREGORY | 0.40 | Response to receiver regarding Sugar Grove holdings and Infinity Bank Stock. |
| 5/22/2008 | SOLOMON, GREGORY | 3.90 | Reviewed contributions and distributions quantifications prepared by consultants. |
| 5/22/2008 | SOLOMON, GREGORY | 0.20 | Response to Receiver relating to location of certain documents. |
| 5/23/2008 | SOLOMON, GREGORY | 1.40 | Review related party transactions with Lohmeier. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/23/2008 | SOLOMON, GREGORY | 0.50 | Provide Receiver documents for the John Lohmeier meeting. |
| 5/23/2008 | SOLOMON, GREGORY | 4.20 | Reviewed contributions and distributions quantifications prepared by consultants. |
| 5/27/2008 | SOLOMON, GREGORY | 3.90 | Reconcile Southwest Securities Statements to SunGard |
| 5/27/2008 | SOLOMON, GREGORY | 2.80 | Reviewed contributions and distributions quantifications prepared by consultants. |
| 5/27/2008 | SOLOMON, GREGORY | 2.90 | Provide Receiver with analysis of sales from Legent on 7/26/07 and 7/27/07. |
| 5/28/2008 | SOLOMON, GREGORY | 0.20 | Look up account holder for Michael Gurland. |
| 5/28/2008 | SOLOMON, GREGORY | 0.80 | Provide listing of Non-Customer accounts to SEC. |
| 5/28/2008 | SOLOMON, GREGORY | 1.20 | Review asset transfer documentation from US Bank. |
| 5/29/2008 | SOLOMON, GREGORY | 2.90 | Reviewed contributions and distributions quantifications prepared by consultants. |
| 5/29/2008 | SOLOMON, GREGORY | 0.20 | Response to receiver regarding holdings for specific accounts. |
| 5/29/2008 | SOLOMON, GREGORY | 4.10 | Reconcile Southwest Securities Statements to SunGard. |
| 5/29/2008 | SOLOMON, GREGORY | 0.60 | Call with Michael Gurland and Steven Levine to discuss additional requests. |
| 5/30/2008 | SOLOMON, GREGORY | 0.80 | Follow up with Receiver regarding pending documentation. |
| 5/30/2008 | SOLOMON, GREGORY | 4.20 | Provide Receiver with a categorization of accounts for purposes of distribution. |
| 5/30/2008 | SOLOMON, GREGORY | 0.70 | Pull together documentation for Michael Gurland to walk through process. |
| 5/31/2008 | SOLOMON, GREGORY | 3.30 | Classify accounts into categories for purposes of distribution for Receiver's review. |
| | **SOLOMON, GREGORY Total** | 110.40 | |

# NAVIGANT
### C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/1/2008 | MEADOWS, DAVID | 0.20 | Coordination and communication regarding SEC review of Encase images and recovery of deleted items. |
| 5/7/2008 | MEADOWS, DAVID | 0.20 | Discussion to understand deleted files from the hard drives and the timing to determine next steps. |
| 5/7/2008 | MEADOWS, DAVID | 0.30 | Review of final deleted items recovery results to validate findings. |
| 5/7/2008 | MEADOWS, DAVID | 0.30 | Review of deleted items analysis for SEC and evaluation of approach for analyzing deleted file dates. |
| 5/8/2008 | MEADOWS, DAVID | 0.30 | Review and updates to email status to Michael Gurland related to the deleted file analysis. |
| 5/8/2008 | MEADOWS, DAVID | 0.20 | Discussion with team regarding the deleted files and the likelihood of other files being deleted after the TRO was in effect. |
| 5/29/2008 | MEADOWS, DAVID | 0.30 | File server data structure information gathering for response to Neal, Gerber & Eisenberg. |
| | **MEADOWS, DAVID Total** | **1.80** | |
| 5/1/2008 | WEGNER, TROY | 1.10 | Development of excel model quantifying SunGard distribution transactions by posting description. |
| 5/1/2008 | WEGNER, TROY | 0.90 | Review of SunGard posting transaction descriptions in books online. |
| 5/1/2008 | WEGNER, TROY | 1.40 | Development of SunGard data queries and analysis of transaction history data. |
| 5/1/2008 | WEGNER, TROY | 1.10 | Analysis of posting transaction descriptions in SunGard via sql queries. |
| 5/2/2008 | WEGNER, TROY | 1.20 | Analysis of SunGard data code documentation for relevance to contribution and distribution analysis. |
| 5/2/2008 | WEGNER, TROY | 0.80 | Review of SunGard distribution data and scenarios with S. Solomon. |
| 5/2/2008 | WEGNER, TROY | 1.20 | Analysis of SunGard contribution data and development of classifications and scenarios. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/2/2008 | WEGNER, TROY | 1.30 | Project strategy meeting discussing efficient approaches to contribution and distribution analysis. |
| 5/6/2008 | WEGNER, TROY | 0.40 | Research of SunGard data posting descriptions. |
| 5/6/2008 | WEGNER, TROY | 0.80 | Meetings discussing work paper methodology and support resources. |
| 5/6/2008 | WEGNER, TROY | 2.80 | Reconciliation of month end customer statements to SunGard contribution and distribution data. |
| 5/6/2008 | WEGNER, TROY | 1.20 | Design and development of MS Access data queries for reconciliation of transaction detail to customer statements. |
| 5/6/2008 | WEGNER, TROY | 0.60 | Call with SunGard regarding month end statements and transaction suppressions. |
| 5/6/2008 | WEGNER, TROY | 2.20 | Reconciliation of month end customer statements to SunGard contribution and distribution data. |
| 5/7/2008 | WEGNER, TROY | 0.60 | Meeting discussing reconciliation of quarterly SunGard statement with transaction detail. |
| 5/7/2008 | WEGNER, TROY | 0.50 | Development of SunGard model reflecting a summary of non cash withdrawal transactions. |
| 5/7/2008 | WEGNER, TROY | 1.30 | Development of MS Access data queries for identification of related non cash transfers by account. |
| 5/7/2008 | WEGNER, TROY | 0.40 | Meeting discussing non cash withdrawal summary. |
| 5/7/2008 | WEGNER, TROY | 1.20 | Review of SunGard transaction detail for non cash withdrawal trends. |
| 5/7/2008 | WEGNER, TROY | 2.30 | Design and development of MS Access data queries for isolation of non cash withdrawal transfers. |
| 5/8/2008 | WEGNER, TROY | 1.20 | Development of financial model representing cash transfer details and account relationships. |

NAVIGANT
CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/8/2008 | WEGNER, TROY | 1.80 | Development of SEC SunGard financial analyses requests involving select accounts and short positions. |
| 5/8/2008 | WEGNER, TROY | 1.70 | Review and testing of SunGard data for account relationship integrity. |
| 5/8/2008 | WEGNER, TROY | 2.20 | Development of MS Access data queries for analysis of cash transfers. |
| 5/8/2008 | WEGNER, TROY | 1.30 | Development of financial model representing accounts and associated transactions with no trade activity. |
| 5/8/2008 | WEGNER, TROY | 1.00 | Design and development of SunGard data queries for identification of accounts with no trade activity. |
| 5/8/2008 | WEGNER, TROY | 0.80 | Meeting to discuss cash and non cash transfer analyses. |
| 5/9/2008 | WEGNER, TROY | 1.30 | Development of financial model summarizing the security pricing reconciliation and identification of the assets for which additional research is needed. |
| 5/9/2008 | WEGNER, TROY | 0.40 | Review of SunGard transfer account relationships and development of data queries to isolate associated accounts. |
| 5/9/2008 | WEGNER, TROY | 0.80 | Review and extraction of SunGard underlying security pricing data held in SQL Server and upload into MS Access database. |
| 5/9/2008 | WEGNER, TROY | 2.20 | Design and development of data queries to reconcile SunGard transaction level data with security pricing data. |
| 5/12/2008 | WEGNER, TROY | 0.10 | Call with SunGard regarding a price by cusip and posting date data extract. |
| 5/12/2008 | WEGNER, TROY | 0.20 | Development of SunGard data queries reflecting market value by customer accounts. |
| 5/12/2008 | WEGNER, TROY | 0.30 | Development of a unique list of accounts involving transfers via data queries. |
| 5/12/2008 | WEGNER, TROY | 0.20 | Development of summary schedule reflecting customer account market value. |

**NAVIGANT**
**C O N S U L T I N G**

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/12/2008 | WEGNER, TROY | 4.10 | Review of complex account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/12/2008 | WEGNER, TROY | 0.10 | Review of customer statements from 2006 and 2007. |
| 5/12/2008 | WEGNER, TROY | 0.90 | Research of account transaction detail via SunGard data queries in order to quantify contribution and distribution amounts. |
| 5/12/2008 | WEGNER, TROY | 0.60 | Analysis of customer vs non customer accounts via data queries. |
| 5/12/2008 | WEGNER, TROY | 1.80 | Development of data queries for accounts with transfers and tax withholding amounts. |
| 5/12/2008 | WEGNER, TROY | 0.30 | Review of contributions analysis. |
| 5/12/2008 | WEGNER, TROY | 0.20 | Review of accounts with out trade activity schedules. |
| 5/12/2008 | WEGNER, TROY | 0.70 | Documentation of account transaction history with supporting 3rd party documents for contribution and distribution quantification. |
| 5/12/2008 | WEGNER, TROY | 0.50 | Development of summary schedule reflecting accounts with transfers and tax withholdings. |
| 5/13/2008 | WEGNER, TROY | 6.00 | Review account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/13/2008 | WEGNER, TROY | 0.40 | Call with SunGard requesting CD-ROMs for Q1-3 for 2006 and 2007 containing customer statements. |
| 5/13/2008 | WEGNER, TROY | 0.50 | Call with SunGard regarding objectives of analyses. |
| 5/13/2008 | WEGNER, TROY | 0.70 | Generation of SunGard account detail reports and conversion to PDF for contribution and distribution documentation binders. |
| 5/13/2008 | WEGNER, TROY | 1.10 | Review of Year end CD-Rom provided by SunGard containing customer statements and reports. |
| 5/13/2008 | WEGNER, TROY | 0.30 | Quality Control of SunGard year end CD-Rom copies sent to Neal, Gerber & Eisenberg. |

**NAVIGANT**
**CONSULTING**

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/14/2008 | WEGNER, TROY | 1.20 | Review of contribution and distribution quantification process and development of project plan outline. |
| 5/14/2008 | WEGNER, TROY | 6.40 | Review of complex account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/14/2008 | WEGNER, TROY | 2.10 | Generation of SunGard transaction detail reports by account and conversion to PDF for contribution and distribution documentation binders. |
| 5/15/2008 | WEGNER, TROY | 7.70 | Review of complex account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/15/2008 | WEGNER, TROY | 0.30 | Research of account ownership details in SunGard reporting system. |
| 5/15/2008 | WEGNER, TROY | 0.90 | Management of documentation process for construction of contribution and distribution work papers. |
| 5/15/2008 | WEGNER, TROY | 1.10 | Design and development of sql data queries for the identification of securities and posting dates in SunGard data needing a price. |
| 5/16/2008 | WEGNER, TROY | 0.50 | Review of CD-ROMs for Q1-3 for 2006 and 2007 containing customer statements. |
| 5/16/2008 | WEGNER, TROY | 6.50 | Review of complex account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/21/2008 | WEGNER, TROY | 8.90 | Quality Control of account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/22/2008 | WEGNER, TROY | 8.40 | Quality Control of account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/23/2008 | WEGNER, TROY | 6.90 | Quality Control of account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/27/2008 | WEGNER, TROY | 9.10 | Quality Control of account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/27/2008 | WEGNER, TROY | 2.50 | Development of sql queries and excel schedule to identify transfers to and from John L. Accounts. |
| 5/28/2008 | WEGNER, TROY | 11.90 | Quality Control of account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 5/29/2008 | WEGNER, TROY | 0.50 | Design and development of SQL data queries and subsequent Excel file reflecting Desert Hills transactions. |
| 5/29/2008 | WEGNER, TROY | 9.70 | Quality Control of account transaction history and reconciliation with 3rd party documents in order to quantify contribution and distribution amounts. |
| 5/30/2008 | WEGNER, TROY | 11.10 | Reconciliation of US Bank distribution / contribution documentation with SunGard account support and updating database tracking system. |
| 5/31/2008 | WEGNER, TROY | 12.10 | Reconciliation of US Bank distribution / contribution documentation with SunGard account support and updating database tracking system. |
| | **WEGNER, TROY Total** | **164.80** | |
| 5/6/2008 | ROBINSON, RICHARD | 1.50 | Assisted with the analysis of deleted files and last accessed dates on Enterprise Trust's file servers and Lohmeier's computer. Reviewed Andy Grau's work and conclusions. |
| 5/7/2008 | ROBINSON, RICHARD | 2.50 | Responded to questions from Kris Swanson regarding the dates of collection related to hard drives as well as specific questions about last modified dates and deleted files. |
| | **ROBINSON, RICHARD Total** | **4.00** | |
| 5/1/2008 | FRESKOS, DAVID | 0.50 | Prepare evidence drives and set up case files for the SEC to review hard drives. |
| 5/1/2008 | FRESKOS, DAVID | 0.40 | Set up conference room with hard drives and prepare for meeting with SEC. |
| 5/1/2008 | FRESKOS, DAVID | 2.70 | Meeting with SEC to go over contents of Townsend/Pyle/Lohmeier/File Server forensic images. |
| | **FRESKOS, DAVID Total** | **3.60** | |
| 5/5/2008 | GRAU, ANDREW | 2.10 | Recovering of deleted items from 6 forensic image (3 custodians and 3 servers) in preparation for SEC review. |
| 5/6/2008 | GRAU, ANDREW | 3.90 | Meeting with the SEC to allow them to review custodial hard drives. |
| 5/6/2008 | GRAU, ANDREW | 0.90 | Preparation and delivery of relevant deleted files as determined by SEC. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 5/7/2008 | GRAU, ANDREW | 4.20 | Analysis of last accessed dates for select deleted files - investigation of possible deletion dates. |
| 5/7/2008 | GRAU, ANDREW | 0.50 | Preparation of report to discuss findings of last accessed date analysis. |
| 5/23/2008 | GRAU, ANDREW | 2.70 | Full file listing and culled file listing for active and recovered files from Enterprise Trust Group file server data drive. |
| 5/29/2008 | GRAU, ANDREW | 0.60 | Analysis of scanned client communications on Enterprise Trust file server at request of counsel (locate an attachment related to an email reviewed by the Receiver). |
| | **GRAU, ANDREW Total** | 14.90 | |
| 5/15/2008 | KAPP, COLIN | 9.50 | Compiling work product to support contributions/withdrawals analysis from SunGard to third party documentation. |
| 5/16/2008 | KAPP, COLIN | 9.00 | Building work product to support contributions/withdrawals from SunGard to third party documentation. |
| 5/19/2008 | KAPP, COLIN | 9.00 | Building work product to support contributions/withdrawals from SunGard to third party documentation. |
| 5/20/2008 | KAPP, COLIN | 9.80 | Building work product to support contributions/withdrawals from SunGard to third party documentation |
| 5/21/2008 | KAPP, COLIN | 11.30 | Building work product to support contributions/withdrawals from SunGard to third party documentation. |
| 5/22/2008 | KAPP, COLIN | 11.80 | Gathering third party support for contributions/withdrawals from SunGard. |
| 5/23/2008 | KAPP, COLIN | 6.90 | Gathering third party support for contributions/withdrawals from SunGard. |
| 5/27/2008 | KAPP, COLIN | 6.70 | Gathering third party support for contributions/withdrawals from SunGard. |
| 5/27/2008 | KAPP, COLIN | 5.30 | Prepare documentation verifying account contributions and distributions. |
| 5/28/2008 | KAPP, COLIN | 4.20 | Reconcile contributions/distributions with 3rd party statements. |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/28/2008 | KAPP, COLIN | 7.80 | Gathering third party support for contributions/withdrawals from SunGard. |
| 5/29/2008 | KAPP, COLIN | 6.00 | Gathering third party support for contributions/withdrawals from SunGard. |
| 5/29/2008 | KAPP, COLIN | 2.80 | Reconcile contributions/distributions with 3rd party statements. |
| 5/30/2008 | KAPP, COLIN | 6.60 | Gathering third party support for contributions/withdrawals from SunGard. |
| 5/30/2008 | KAPP, COLIN | 4.20 | Reconcile contributions/distributions with 3rd party statements. |
| | **KAPP, COLIN Total** | 110.90 | |
| 5/1/2008 | ROBINSON, CHRISTOPHER | 5.40 | Prepare Contribution & Withdrawal Analysis based on SunGard data for meeting with Neal, Gerber & Eisenberg. |
| 5/1/2008 | ROBINSON, CHRISTOPHER | 3.30 | Prepare a request for Neal, Gerber & Eisenberg to summarize Holdings by Fee Type Schedule as of 2/29/2008. |
| 5/1/2008 | ROBINSON, CHRISTOPHER | 0.80 | Prepare a schedule for Neal, Gerber & Eisenberg using examples using proposed disbursement methodology. |
| 5/2/2008 | ROBINSON, CHRISTOPHER | 4.50 | Finalize the following schedules requested by the receiver: Contributions and Withdrawal Analysis, Holdings by Fee Type Schedule as of 2/29/2008 & Proposed Disbursement Methodology. |
| 5/2/2008 | ROBINSON, CHRISTOPHER | 3.50 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/5/2008 | ROBINSON, CHRISTOPHER | 5.40 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/5/2008 | ROBINSON, CHRISTOPHER | 4.20 | Create work product for request from Phil at Neal, Gerber & Eisenberg regarding transaction history for all closed accounts and contributions/ withdrawals after Feb 1, 2008. |
| 5/6/2008 | ROBINSON, CHRISTOPHER | 3.80 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/6/2008 | ROBINSON, CHRISTOPHER | 1.50 | Meet with Troy Wegner to discuss progress on work product related to contributions and withdrawals. |

**NAVIGANT**
C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/6/2008 | ROBINSON, CHRISTOPHER | 2.10 | Create work product for Aidan Gilbert at Neal, Gerber & Eisenberg related to transaction history and current holdings for Enterprise Trust account number 066174. |
| 5/6/2008 | ROBINSON, CHRISTOPHER | 2.30 | Finalize and updated work product for request from Phil at Neal, Gerber & Eisenberg regarding transaction history for all closed accounts and contributions/withdrawals after Feb 1, 2008. |
| 5/7/2008 | ROBINSON, CHRISTOPHER | 1.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/7/2008 | ROBINSON, CHRISTOPHER | 4.80 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/7/2008 | ROBINSON, CHRISTOPHER | 3.40 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/8/2008 | ROBINSON, CHRISTOPHER | 5.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/8/2008 | ROBINSON, CHRISTOPHER | 2.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/8/2008 | ROBINSON, CHRISTOPHER | 2.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/9/2008 | ROBINSON, CHRISTOPHER | 4.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/9/2008 | ROBINSON, CHRISTOPHER | 3.60 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/10/2008 | ROBINSON, CHRISTOPHER | 3.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/12/2008 | ROBINSON, CHRISTOPHER | 4.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/12/2008 | ROBINSON, CHRISTOPHER | 5.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/13/2008 | ROBINSON, CHRISTOPHER | 4.50 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/13/2008 | ROBINSON, CHRISTOPHER | 5.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/14/2008 | ROBINSON, CHRISTOPHER | 6.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/14/2008 | ROBINSON, CHRISTOPHER | 3.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/15/2008 | ROBINSON, CHRISTOPHER | 2.10 | Create work product for Aidan Gilbert at Neal, Gerber & Eisenberg involving transaction history for all accounts with holdings in Allianz Funds. |
| 5/15/2008 | ROBINSON, CHRISTOPHER | 0.90 | Finalize work product for Aidan Gilbert at Neal, Gerber & Eisenberg involving transaction history for all accounts with holdings in Allianz Funds. |
| 5/15/2008 | ROBINSON, CHRISTOPHER | 4.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/15/2008 | ROBINSON, CHRISTOPHER | 3.80 | Prepare schedule involving transaction history of individual customer accounts by Phil Stern at Neal, Gerber & Eisenberg. |
| 5/15/2008 | ROBINSON, CHRISTOPHER | 6.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/18/2008 | ROBINSON, CHRISTOPHER | 4.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/18/2008 | ROBINSON, CHRISTOPHER | 3.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/19/2008 | ROBINSON, CHRISTOPHER | 5.90 | Create and populate database to track progress on account contributions and distributions verified to date. |
| 5/19/2008 | ROBINSON, CHRISTOPHER | 6.40 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/20/2008 | ROBINSON, CHRISTOPHER | 2.90 | Create and populate database to track progress on account contributions and distributions verified to date. |
| 5/20/2008 | ROBINSON, CHRISTOPHER | 7.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 5/21/2008 | ROBINSON, CHRISTOPHER | 5.90 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/21/2008 | ROBINSON, CHRISTOPHER | 6.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/21/2008 | ROBINSON, CHRISTOPHER | 0.70 | Respond to a request from Aiden Gilbert at Neal, Gerber & Eisenberg involving the existence of several securities. |
| 5/22/2008 | ROBINSON, CHRISTOPHER | 6.30 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/22/2008 | ROBINSON, CHRISTOPHER | 7.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/23/2008 | ROBINSON, CHRISTOPHER | 0.70 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/23/2008 | ROBINSON, CHRISTOPHER | 2.00 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/23/2008 | ROBINSON, CHRISTOPHER | 1.30 | Create summary schedule to include accounts posted after February 14, 2008 and all accounts that have at least one short sale transaction. |
| 5/28/2008 | ROBINSON, CHRISTOPHER | 6.80 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/28/2008 | ROBINSON, CHRISTOPHER | 6.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/29/2008 | ROBINSON, CHRISTOPHER | 6.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 5/29/2008 | ROBINSON, CHRISTOPHER | 0.90 | Create Summary schedule to include transaction history for ETC account 6066 and 6092. |
| 5/29/2008 | ROBINSON, CHRISTOPHER | 5.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/30/2008 | ROBINSON, CHRISTOPHER | 4.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/30/2008 | ROBINSON, CHRISTOPHER | 3.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 5/31/2008 | ROBINSON, CHRISTOPHER | 5.50 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| | **ROBINSON, CHRISTOPHER Total** | **214.60** | |
| 5/1/2008 | SCHNEIDER, BRIAN | 2.70 | Quality Control 2/29/08 bank reconciliation. |
| 5/1/2008 | SCHNEIDER, BRIAN | 3.60 | Verify 3rd party bank statements with SunGard as of 12/31/07. |
| 5/1/2008 | SCHNEIDER, BRIAN | 2.40 | Prepare work product for meeting with Receiver. |
| 5/2/2008 | SCHNEIDER, BRIAN | 3.70 | Reconcile contributions in SunGard with US Bank Statement. |
| 5/2/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile contributions in SunGard with US Bank Statement. |
| 5/2/2008 | SCHNEIDER, BRIAN | 0.90 | Discussions with Scott Solomon and Chris Robinson on engagement work product and goals. |
| 5/2/2008 | SCHNEIDER, BRIAN | 1.10 | Quality Control 2/29/08 bank reconciliation. |
| 5/2/2008 | SCHNEIDER, BRIAN | 1.20 | Quality Control 12/31/07 bank reconciliation. |
| 5/5/2008 | SCHNEIDER, BRIAN | 0.60 | Compile list of all contributions and distributions in 2008 for Dorman Trading. |
| 5/5/2008 | SCHNEIDER, BRIAN | 1.00 | Compile list of all contributions and distributions in 2008 for Legent Clearing. |
| 5/5/2008 | SCHNEIDER, BRIAN | 2.40 | Quality Control list of all contributions and distributions in 2008 for all 3rd Party Brokers. |
| 5/5/2008 | SCHNEIDER, BRIAN | 1.30 | Compile list of all contributions and distributions in 2008 for Interactive Brokers. |
| 5/5/2008 | SCHNEIDER, BRIAN | 0.80 | Compile list of all contributions and distributions in 2008 for US Bank. |
| 5/5/2008 | SCHNEIDER, BRIAN | 0.70 | Compile list of all contributions and distributions in 2008 for LPL Financial. |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/5/2008 | SCHNEIDER, BRIAN | 2.90 | Compile list of all contributions and distributions in 2008 for Option Express. |
| 5/6/2008 | SCHNEIDER, BRIAN | 3.50 | Prepare month end income statements for LPL Financial. |
| 5/6/2008 | SCHNEIDER, BRIAN | 1.80 | Prepare month end income statements for Interactive Brokers. |
| 5/6/2008 | SCHNEIDER, BRIAN | 0.60 | Discussions with Scott Solomon and Chris Robinson on project deliverables. |
| 5/6/2008 | SCHNEIDER, BRIAN | 1.30 | Quality Control list of all contributions and distributions in 2008 for all 3rd Party Brokers. |
| 5/6/2008 | SCHNEIDER, BRIAN | 1.60 | Discussions with Scott Solomon of all contributions and distributions in 2008 for 3rd Party Brokers. |
| 5/6/2008 | SCHNEIDER, BRIAN | 1.80 | Prepare month end income statements for Options Express. |
| 5/7/2008 | SCHNEIDER, BRIAN | 4.50 | Prepare documentation verifying account contributions and distributions. |
| 5/7/2008 | SCHNEIDER, BRIAN | 1.50 | Prepare account activity detail for all accounts. |
| 5/7/2008 | SCHNEIDER, BRIAN | 3.70 | Prepare documentation verifying account contributions and distributions. |
| 5/7/2008 | SCHNEIDER, BRIAN | 0.40 | Prepare account activity detail for all accounts. |
| 5/8/2008 | SCHNEIDER, BRIAN | 4.50 | Prepare documentation verifying account contributions and distributions. |
| 5/8/2008 | SCHNEIDER, BRIAN | 1.50 | Prepare account activity detail for all accounts. |
| 5/8/2008 | SCHNEIDER, BRIAN | 2.80 | Prepare documentation verifying account contributions and distributions. |
| 5/8/2008 | SCHNEIDER, BRIAN | 0.80 | Prepare account activity detail for all accounts. |
| 5/9/2008 | SCHNEIDER, BRIAN | 4.60 | Prepare documentation verifying account contributions and distributions. |
| 5/9/2008 | SCHNEIDER, BRIAN | 3.60 | Prepare account activity detail for all accounts. |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/10/2008 | SCHNEIDER, BRIAN | 3.10 | Prepare documentation verifying account contributions and distributions. |
| 5/12/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile contributions/distributions with 3rd party statements. |
| 5/12/2008 | SCHNEIDER, BRIAN | 2.40 | Prepare documentation verifying account contributions and distributions. |
| 5/12/2008 | SCHNEIDER, BRIAN | 3.60 | Prepare documentation verifying account contributions and distributions. |
| 5/12/2008 | SCHNEIDER, BRIAN | 1.90 | Reconcile contributions/distributions with 3rd party statements. |
| 5/13/2008 | SCHNEIDER, BRIAN | 2.40 | Prepare documentation verifying account contributions and distributions. |
| 5/13/2008 | SCHNEIDER, BRIAN | 4.20 | Reconcile contributions/distributions with 3rd party statements. |
| 5/13/2008 | SCHNEIDER, BRIAN | 3.70 | Reconcile contributions/distributions with 3rd party statements. |
| 5/14/2008 | SCHNEIDER, BRIAN | 3.70 | Prepare documentation verifying account contributions and distributions. |
| 5/14/2008 | SCHNEIDER, BRIAN | 6.90 | Reconcile contributions/distributions with 3rd party statements. |
| 5/15/2008 | SCHNEIDER, BRIAN | 1.60 | Prepare documentation verifying account contributions and distributions. |
| 5/15/2008 | SCHNEIDER, BRIAN | 2.80 | Reconcile contributions/distributions with 3rd party statements. |
| 5/15/2008 | SCHNEIDER, BRIAN | 3.10 | Reconcile vault documents in SunGard for February 29, 2008. |
| 5/15/2008 | SCHNEIDER, BRIAN | 2.70 | Reconcile pending contributions in SunGard for February 29, 2008. |
| 5/16/2008 | SCHNEIDER, BRIAN | 4.40 | Reconcile pending contributions in SunGard for February 29, 2008. |
| 5/16/2008 | SCHNEIDER, BRIAN | 3.70 | Prepare documentation verifying account contributions and distributions. |
| 5/16/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile contributions/distributions with 3rd party statements. |
| 5/19/2008 | SCHNEIDER, BRIAN | 4.60 | Reconcile pending contributions in SunGard for February 29, 2008. |

**NAVIGANT**
**C O N S U L T I N G**

Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/19/2008 | SCHNEIDER, BRIAN | 2.90 | Reconcile contributions/distributions with 3rd party statements. |
| 5/19/2008 | SCHNEIDER, BRIAN | 2.70 | Prepare documentation verifying account contributions and distributions. |
| 5/20/2008 | SCHNEIDER, BRIAN | 3.00 | Reconcile pending contributions in SunGard for February 29, 2008. |
| 5/20/2008 | SCHNEIDER, BRIAN | 2.90 | Prepare documentation verifying account contributions and distributions. |
| 5/20/2008 | SCHNEIDER, BRIAN | 4.50 | Reconcile contributions/distributions with 3rd party statements. |
| 5/21/2008 | SCHNEIDER, BRIAN | 2.80 | Reconcile 3/5/08 bank holdings to SunGard. |
| 5/21/2008 | SCHNEIDER, BRIAN | 3.60 | Compile list of pending assets of 3/5/08. |
| 5/21/2008 | SCHNEIDER, BRIAN | 3.70 | Roll forward 2/29/08 bank statements to 3/5/08. |
| 5/22/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile 3/5/08 pending assets to bank statements. |
| 5/22/2008 | SCHNEIDER, BRIAN | 4.80 | Prepare 3rd party documentation for 3/5/08 pending assets in SunGard. |
| 5/22/2008 | SCHNEIDER, BRIAN | 3.40 | Compile list of pending assets of 3/5/08. |
| 5/23/2008 | SCHNEIDER, BRIAN | 2.70 | Prepare documentation verifying account contributions and distributions. |
| 5/23/2008 | SCHNEIDER, BRIAN | 3.20 | Reconcile contributions/distributions with 3rd party statements. |
| 5/23/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile 3/5/08 pending assets to bank statements. |
| **SCHNEIDER, BRIAN Total** | | **167.00** | |
| 5/27/2008 | CASEY, SARAH | 2.10 | Received instruction to extract customer information from SunGard and extracted specific customer files at the request of Consultants. |
| 5/28/2008 | CASEY, SARAH | 8.10 | Assisted Consultants locate and verify check and wire detail provided by Leaders Bank. |
| 5/29/2008 | CASEY, SARAH | 7.90 | Assisted Consultants locate and verify check and wire detail provided by Leaders Bank. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: May 1, 2008 - May 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 5/30/2008 | CASEY, SARAH | 8.10 | Compile final work product by account for final review. |
| | **CASEY, SARAH Total** | 26.20 | |
| | **Grand Total** | 838.40 | |