UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No: 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel : : : |
| Defendants. | : : |

**PLAINTIFF'S MOTION FOR ENTRY OF PERMANENT INJUNCTION
ORDER AGAINST DEFENDANT JOHN H. LOHMEIER, BY CONSENT**

Plaintiff, the United States Securities and Exchange Commission ("SEC"), pursuant to the Consent of Defendant John H. Lohmeier, respectfully moves the Court for the entry of an Order of Permanent Injunction Against John H. Lohmeier ("Order"), in the form attached hereto as Exhibit 1. The proposed Order permanently enjoins Lohmeier from violations of the charged provisions of the federal securities laws and provides procedures for the resolution of the Commission's claims against Lohmeier for disgorgement and civil penalties. In support of this motion, the SEC states as follows:

1.  This is a securities enforcement action brought by the SEC that arises from the defendants' fraudulent and unlawful conduct as alleged in the Complaint, Docket Entry 1.

2.  Defendant Lohmeier has consented to the entry of the proposed Order. *See* Consent of Defendant John H. Lohmeier, attached hereto as Ex. 2.

WHEREFORE, Plaintiff, the United States Securities and Exchange Commission respectfully requests that the Court enter the attached Order of Permanent Injunction Against Defendant John H. Lohmeier.

        Respectfully submitted,

        **FOR PLAINTIFF:**

        /s/ Steven J. Levine_____
        Steven J. Levine (IL Bar No. 6226921)
        Steven L. Klawans (IL Bar No. 6229593)
        Allison M. Fakhoury (IL Bar No.6281486)

        Securities and Exchange Commission
        175 W. Jackson Blvd., Suite 900
        Chicago, IL 60604
        Tel:  (312) 353-7390
        Fax: (312) 353-7398

Dated: June 18, 2008