UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : | Judge James B. Zagel |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare that on this 18th day of June, 2008 I caused copies of the following document:

1. Plaintiff's Motion for Entry of Permanent Injunction Order Against Defendant John H. Lohmeier, By Consent

to be served electronically via the court's ECF system to all persons who are E-filers in this case.

/s/ Steven Levine_____

Steven Levine