UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel : : : |
| Defendants. | : : |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 18th day of June, 2008 I caused copies of the following document:

1.   Plaintiff's Notice of Motion

to be served electronically via the court's ECF system to all persons who are E-filers in this case.

/s/  Steven Levine_____

Steven Levine