UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Securities and Exchange Commission
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01260
                                             Honorable James B. Zagel

Enterprise Trust Company, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

   MINUTE entry before the Honorable James B. Zagel:Status hearing held on 6/20/2008. Motion for order approving payment of Receiver fees [77] is granted. Motion for order of permanent injunction against John H. Lohmeier [78] is granted.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.