IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br><br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>              Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

### ORDER APPROVING PAYMENT OF RECEIVER'S FEES

Phillip L. Stern, who upon motion of plaintiff, the United States Securities and Exchange Commission, was appointed by this Court to act as Receiver of Enterprise Trust Company, has sought an order from this Court approving payment of his fees and expenses incurred in month of May 2008, to wit, $79,152.61, as well as fees and expenses incurred by Navigant Consulting Company for the month of May 2008 in the total amount of $258,454.40.

IT IS HEREBY ORDERED that the Receiver's motion is GRANTED and the Receiver's and Navigant's invoices submitted to the Court for fees and expenses incurred for the month of May 2008 shall be paid in full in the total amount of, $79,152.61 and $258,454.40, respectively.

_____
Honorable James B. Zagel
United States District Judge

Dated: 20 Jun 2008

NGEDOCS: 1540932.1