IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No.  08 CV 1260 |
| v. | Judge James B. Zagel |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A.TOWNSEND, Defendants. | |

**RECEIVER'S MOTION FOR AN ORDER FREEZING REAL PROPERTY
LOCATED AT 5149 GRAND AVENUE, DOWNERS GROVE**

Phillip L. Stern, as Receiver ("Receiver") for Enterprise Trust Company ("Enterprise" or the "Company"), moves this Court, for an Order Freezing Real Property Located at 5149 Grand Avenue, Downers Grove, Illinois 60515, Tax Parcel Number 0908411008 (the "Property").

In support of the motion, the Receiver states as follows:

1.    Upon information and belief, on or about October 1, 2005, the Property was purchased for $330,000 by Rebecca Townsend, co-founder and Vice-President of Enterprise. The purchase was financed by a loan in the amount of $264,000.

2.    Mortgage payments were made with income Ms. Townsend received from Enterprise.

3.    Based upon Enterprise records, including the Company's check register, account records in the name of Enterprise, John Lohmeier and Rebecca Townsend, and emails from September 2006 through February 2008, indicate that Rebecca Townsend withdrew from

Enterprise approximately $325,982.75 for home construction and renovation at the Property. The withdrawals that the Receiver believes were made for this purpose are detailed in Exhibit A hereto.

4.      Enterprise records also indicate that from August 2007 through February 2008, Rebecca Townsend withdrew an additional approximate amount of $49,200 in cash for unknown expenses some of which may have related to the Property. A summary of these withdrawals are set forth in Exhibit B hereto.

5.      Monies used by Rebecca Townsend to pay for the cost of maintaining and building the Property include funds that properly belong to Enterprise. Accordingly, the Receiver requests that Ms. Townsend be prohibited from selling, transferring or encumbering the property subject to further order of the Court.

By: /s/ Michael Z. Gurland

Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602-3801
(312) 269-8000
(312) 269-1747

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

          v.

ENTERPRISE TRUST COMPANY,
JOHN H. LOHMEIER, and
REBECCA A.TOWNSEND,
                Defendants.

No.  08 CV 1260

Judge James B. Zagel

## ORDER FREEZING REAL PROPERTY
## LOCATED AT 5149 GRAND AVENUE, DOWNERS GROVE

Phillip L. Stern, who upon motion of plaintiff, the United States Securities and Exchange Commission, was appointed by this Court to act as Receiver of Enterprise Trust Company, has sought an order from this Court.

IT IS HEREBY ORDERED that the Receiver's motion is GRANTED and Rebecca Townsend is prohibited from transferring, selling or encumbering in any way, Tax Real Estate Parcel No. 0908411008 located at 5149 Grand Avenue, Downers Grove, Illinois (the "Property") without prior approval of the Court.  It is further ordered that Ms. Townsend shall take no action designed to deplete or diminish the Property's value, and shall maintain the Property in its current condition until further order of the Court.

                _____
                Honorable James B. Zagel
                United States District Judge

Dated: _____

NGEDOCS: 1544251.1