# EXHIBIT A

Enterprise Trust Company
Withdrawals from Rebecca Townsend's Account - 006089
Potentially Relating to Home Construction [1] [2] [3]

| Date [4] | Payee | Check Amount |
|---|---|---:|
| 12/17/07 | CASCO HEATING & COOLING | $ (8,775.00) |
| 01/09/08 | CORK'S PLUMBING & HEATING, INC | (11,276.00) |
| 01/25/08 | KENROSE KITCHEN KABINETS | (18,067.30) |
| 11/16/07 | KUDA BUILDERS | (22,400.00) |
| 12/31/07 | KUDA BUILDERS | (1,142.25) |
| 12/31/07 | KUDA BUILDERS | (1,125.00) |
| 01/11/08 | KUDA BUILDERS | (16,800.00) |
| 01/11/08 | KUDA BUILDERS | (11,400.00) |
| 01/18/08 | KUDA BUILDERS | (14,595.00) |
| 01/18/08 | KUDA BUILDERS | (1,005.00) |
| 01/18/08 | KUDA BUILDERS | (8,308.07) |
| 01/18/08 | KUDA BUILDERS | (4,673.00) |
| 02/04/08 | KUDA BUILDERS | (3,700.00) |
| 02/04/08 | KUDA BUILDERS | (1,776.00) |
| 02/04/08 | KUDA BUILDERS | (4,253.00) |
| 02/04/08 | KUDA BUILDERS | (915.00) |
| 02/07/08 | KUDA BUILDERS | (7,149.00) |
| 02/14/08 | KUDA BUILDERS | (9,100.00) |
| 02/14/08 | KUDA BUILDERS | (1,575.00) |
| 02/25/08 | KUDA BUILDERS | (620.00) |
| 02/25/08 | KUDA BUILDERS | (1,001.00) |
| 02/25/08 | KUDA BUILDERS | (2,625.00) |
| 02/25/08 | KUDA BUILDERS | (2,107.38) |
| 10/30/07 | KUDA BUILDERS INC | (6,500.00) |
| 11/07/07 | KUDA BUILDERS INC | (1,225.00) |
| 11/07/07 | KUDA BUILDERS INC | (475.00) |
| 11/07/07 | KUDA BUILDERS INC | (10,200.00) |
| 11/07/07 | KUDA BUILDERS INC | (1,370.00) |
| 11/21/07 | KUDA BUILDERS INC | (6,850.00) |
| 12/14/07 | KUDA BUILDERS INC | (26,022.85) |
| 12/14/07 | KUDA BUILDERS INC | (9,850.00) |
| 12/14/07 | KUDA BUILDERS INC | (797.69) |
| 12/14/07 | KUDA BUILDERS INC | (15,418.00) |
| 01/09/08 | KUDA BUILDERS INC | (303.27) |
| 01/09/08 | KUDA BUILDERS, INC | (307.74) |
| 01/09/08 | KUDA BUILDERS, INC | (19,023.20) |
| 08/20/07 | MACK CONSTRUCTION | (15,000.00) |
| 10/19/07 | TONY MASTROLANARDO | (1,500.00) |
| 08/30/07 | TONY MASTROLONARDO | (5,000.00) |

Enterprise Trust Company
Withdrawals from Rebecca Townsend's Account - 006089
Potentially Relating to Home Construction [1] [2] [3]

| Date [4] | Payee | Check Amount |
|---|---|---|
| 08/31/07 | TONY MASTROLONARDO | (884.00) |
| 09/10/07 | TONY MASTROLONARDO | (3,500.00) |
| 09/20/07 | TONY MASTROLONARDO | (3,500.00) |
| 09/20/07 | TONY MASTROLONARDO | (2,000.00) |
| 09/20/07 | TONY MASTROLONARDO | (3,400.00) |
| 09/20/07 | TONY MASTROLONARDO | (1,000.00) |
| 10/01/07 | TONY MASTROLONARDO | (578.00) |
| 10/04/07 | TONY MASTROLONARDO | (5,000.00) |
| 10/22/07 | TONY MASTROLONARDO | (3,000.00) |
| 09/28/07 | TONY MASTROLONARDO | (500.00) |
| 08/07/07 | STEVE MACK CONSTRUCTION | (2,000.00) |
| 08/30/07 | STEVE MACK CONSTRUCTION | (13,000.00) |
| 11/20/07 | TSM CONCRETE CONTRACTOR INC | (5,590.00) |
| 08/17/07 | TSM CONCRETE CONTRACTOR, INC | (7,800.00) |
| | Total | $ (325,982.75) |

Notes:

1) The above list includes checks issued from Leader's Bank Account (debiting Rebecca Townsend's 006089 account) and made payable to persons/companies that may be related to the construction of Rebecca Townsend's home.

2) John Lohmeier purportedly loaned Rebecca Townsend $356,000 from August 7, 2007 through February 8, 2008. That loan has not been repaid to the knowledge of the Receiver.

3) The above list only includes checks issued on or after August 7, 2007.

4) The date is based on the posting date as reflected in Enterprise Trust's accounting system, which is approximately the date the check was written.