# EXHIBIT B

Enterprise Trust Company
Withdrawals from Rebecca Townsend's Account - 006089
Checks Made Payable to Rebecca Townsend on or after August 7, 2007 [1] [2] [3]

| Date [4] | Payee | Check Amount |
|---|---|---|
| 08/07/07 | REBECCA TOWNSEND | $ (4,000.00) |
| 08/15/07 | REBECCA TOWNSEND | (5,000.00) [5] |
| 08/20/07 | REBECCA TOWNSEND | (5,000.00) [5] |
| 08/20/07 | REBECCA TOWNSEND | (1,000.00) [5] |
| 08/29/07 | REBECCA TOWNSEND | (2,000.00) |
| 09/27/07 | REBECCA TOWNSEND | (14,000.00) |
| 10/04/07 | REBECCA TOWNSEND | (1,000.00) [5] |
| 10/09/07 | REBECCA TOWNSEND | (1,500.00) [5] |
| 10/19/07 | REBECCA TOWNSEND | (800.00) |
| 10/29/07 | REBECCA TOWNSEND | (2,000.00) [5] |
| 11/06/07 | REBECCA TOWNSEND | (1,000.00) |
| 11/14/07 | REBECCA TOWNSEND | (3,000.00) |
| 12/10/07 | REBECCA TOWNSEND | (600.00) |
| 12/21/07 | REBECCA TOWNSEND | (600.00) |
| 12/26/07 | REBECCA TOWNSEND | (500.00) |
| 12/31/07 | REBECCA TOWNSEND | (400.00) |
| 01/08/08 | REBECCA TOWNSEND | (400.00) |
| 01/11/08 | REBECCA TOWNSEND | (1,600.00) |
| 01/28/08 | REBECCA TOWNSEND | (500.00) |
| 01/28/08 | REBECCA TOWNSEND | (1,000.00) |
| 02/08/08 | REBECCA TOWNSEND | (2,000.00) |
| 02/08/08 | REBECCA TOWNSEND | (100.00) |
| 02/12/08 | REBECCA TOWNSEND | (500.00) |
| 02/20/08 | REBECCA TOWNSEND | (700.00) |
| | Total | $ (49,200.00) |

Notes:
1) The above list includes checks issued from Leader's Bank Account (debiting Rebecca Townsend's 006089 account) and made payable to Rebecca Townsend.

2) The above list only includes checks issued on or after August 7, 2007.

3) A $1,500 check made payable to Rebecca Townsend was cashed on 3/3/08. This check is not included in this analysis because it has not yet been determined which account to attribute the withdrawal. This check was not recorded in Enterprise Trust's accounting system.

4) The date is based on the posting date as reflected in Enterprise Trust's accounting system, which is approximately the date the check was written.

**Enterprise Trust Company**
**Withdrawals from Rebecca Townsend's Account - 006089**
**Checks Made Payable to Rebecca Townsend on or after August 7, 2007 [1] [2] [3]**

5) The checks made payable to Rebecca Townsend had language pertaining to construction expenses on the check.