IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>　　　　　　　　Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

　　To:　See Attached Service List

　　PLEASE TAKE NOTICE that on Tuesday, July 1, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or whomever may be designated to sit in his stead, in **Court Room 2503** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Receiver's Motion for an Order Freezing Real Property Located at 5149 Grand Avenue, Downers Grove, Illinois, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Michael Z. Gurland
　　　　　　　　　　　　　　　　　　　　Counsel to the Receiver Phillip L. Stern


Michael Z. Gurland, Esq.
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747

**SERVICE LIST**

Steven J. Levine, Esq.
Steven L. Klawans, Esq.
Allison M. Fakhoury, Esq.
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604

Pravin Rao, Esq.
Amy Lum, Esq.
Perkins Coie LLP
131 South Dearborn St, Suite 1700
Chicago, IL 60603-5559

Patrick William Blegen, Esq.
Blegen & Garvey
53 West Jackson, Suite 1437
Chicago, IL 60604-3932

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 27th day of June, 2008 he electronically filed Receiver's Motion for an Order Freezing Real Property Located at 5149 Grand Avenue, Downers Grove with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhoury@sec.gov |
| Pravin Rao | prao@perkinscoie.com |
| Amy Lum | alum@perkinscoie.com |
| Patrick William Blegen | pblegen@blegenlaw.com |

/s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern