U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 CV 1260

Securities & Exchange Commission

v.

Enterprise Trust Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Judiann Pyle

| | |
|---|---|
| NAME (Type or print)<br>Matthew P. Barrette | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew P. Barrette | |
| FIRM<br>Sullivan Hincks & Conway | |
| STREET ADDRESS<br>120 W. 22nd Street, Suite 100 | |
| CITY/STATE/ZIP<br>Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274523 | TELEPHONE NUMBER<br>630 573-5021 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |