IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 1260 |
| v. | ) ) | James B. Zagel |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) | |

To:  Steven Justin Levine
Allison Marie Fakhoury
Steven Lee Klawans
Securities & Exchange Commission
175 West Jackson Street, Suite 900
Chicago, Illinois 60604-2601

Patrick W. Blegen
Blegen & Garvey
53 West Jackson, Suite 1437
Chicago, Illinois 60604

Pravin B. Rao
Amy Gibson Lum
Perkins Coie LLP
131 S. Dearborn St., Ste. 1700
Chicago, Illinois 60603

Christopher M. Burky
Michael Z. Gurland
Neal, Gerber & Eisenberg
Two North LaSalle, Suite 2200
Chicago, Illinois 60602

**NOTICE OF MOTION**

Please take Notice that on July 15, 2008, at 10:15 a.m., we shall appear before the Honorable Judge James B. Zagel, in Courtroom 2503 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and present the attached Motion to Quash Subpoena.

/s/ Matthew P. Barrette

Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021

## CERTIFICATE OF SERVICE

 I, Matthew P. Barrette, an attorney, hereby certify that I caused this Notice and Motion to be mailed to the persons identified above by U.S. Mail by depositing same in the mailbox located at 120 W. 22nd Street, Oak Brook, Illinois before 4 pm on July 10, 2008, proper postage prepaid, and by filing same via the ECF Filing system which will notify participating persons by e-mail.

                /s/ Matthew P. Barrette