IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) ENTERPRISE TRUST COMPANY, ) JOHN H. LOHMEIER, and ) REBECCA A. TOWNSEND, ) ) Defendants. ) | Case No. 08 CV 1260 James B. Zagel Magistrate Judge Nolan |

To:  Steven Justin Levine  
     Allison Marie Fakhoury  
     Steven Lee Klawans  
     Securities & Exchange Commission  
     175 West Jackson Street, Suite 900  
     Chicago, Illinois 60604-2601  

     Patrick W. Blegen  
     Blegen & Garvey  
     53 West Jackson, Suite 1437  
     Chicago, Illinois 60604  

Pravin B. Rao  
Amy Gibson Lum  
Perkins Coie LLP  
131 S. Dearborn St., Ste. 1700  
Chicago, Illinois 60603  

Christopher M. Burky  
Michael Z. Gurland  
Neal, Gerber & Eisenberg  
Two North LaSalle, Suite 2200  
Chicago, Illinois 60602  

## NOTICE OF MOTION

Please take Notice that on July 15, 2008, at 10:15 a.m., we shall appear before the Honorable Judge James B. Zagel, in Courtroom 2503 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and present the attached Petition for Leave to Intervene as of Right.

                                                                  /s/ Matthew P. Barrette

Sullivan Hincks & Conway  
120 W. 22nd Street, Suite 100  
Oak Brook, Illinois 60523  
(630) 573-5021

## CERTIFICATE OF SERVICE

I, Matthew P. Barrette, an attorney, hereby certify that I caused this Notice and Motion to be mailed to the persons identified above by U.S. Mail by depositing same in the mailbox located at 120 W. 22nd Street, Oak Brook, Illinois before 4 pm on July 10, 2008, proper postage prepaid, and by filing same via the ECF Filing system which will notify participating persons by e-mail.

/s/ Matthew P. Barrette