# EXHIBIT A

LAW OFFICES

# NEAL, GERBER & EISENBERG LLP

PLEASE REMIT PAYMENT TO:
NEAL, GERBER & EISENBERG LLP
28987 NETWORK PLACE
CHICAGO, IL 60673-1289

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Enterprise Trust Company Receivership

July 14, 2008
Invoice 124336
Page 1

For Services Through June 30, 2008
Our Matter #   021196.0601
   SEC - Enterprise Trust Co. Receivership

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/08 | Review and organize documents; maintain files; respond to information requests from attorneys and accountants; route customer inquiries; make inquiries regarding missing banking and trading statements; review Enterprise invoices for payment; draft and serve subpoena on credit reporting agency. | A. Gilbert | 5.00 hrs. | 150.00 /hr | $ 750.00 |
| 06/01/08 | Enter and proof pricing data in spreadsheet of historic trades. | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 06/02/08 | Review subpoena response for Desert Hills; telephone call with S. Levine; meeting with S. Solomon regarding paper trail for AFC and non-AFC customers; review asset transfer summary for J. H. L.; meeting with P. Stern regarding collection of information for USAO: review Fort Valley loan documents; e-mail correspondence to P. Rao regarding same; follow-up meeting with Navigant; telephone call with K. Swanson. | M.Z. Gurland | 3.20 hrs. | 475.00 /hr | $ 1,520.00 |
| 06/02/08 | Telephone calls with Levine. Meet with Navigant. E-mail analysis. Prepare for meeting with government. | P.L. Stern | 2.30 hrs. | 475.00 /hr | $ 1,092.50 |
| 06/02/08 | Phone calls with brokers asking for supporting documents to trades; research historic trade pricing; organize and obtain documents requested by attorney. | | | | |

Enterprise Trust Company Receivership

July 14, 2008
Invoice 124336
Page 2

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | A. Gilbert | 7.00 hrs. | 150.00 /hr | $ 1,050.00 |
| 06/03/08 | Receive, review and respond to e-mail correspondence regarding Lohmeier's Brook & Co. account at Southwest Securities and DHCC loan; receive and review e-mails regarding termination of Plan sponsorship with Ascensus; telephone conference with Tricia Hold at Ascensus regarding obtaining Plan documents and draft e-mail to Phil Stern and M. Gurland regarding same. | C. M. Burky | 2.30 hrs. | 460.00 /hr | $ 1,058.00 |
| 06/03/08 | Telephone call with A. Lum; telephone call with Amaduri regarding loan repayment; discussion with A. Gilbert/P. Stern regarding loan collection; review information from SEC regarding AFC. | M.Z. Gurland | 0.50 hrs. | 475.00 /hr | $ 237.50 |
| 06/03/08 | Telephone calls with ETC clients and service provider. | P.L. Stern | 0.60 hrs. | 475.00 /hr | $ 285.00 |
| 06/03/08 | Research historic trade pricing; organize and obtain documents requested by attorney; update customer files. | A. Gilbert | 5.50 hrs. | 150.00 /hr | $ 825.00 |
| 06/04/08 | Telephone conference with Tricia Hold at Ascensus regarding sponsorship by Enterprise of client retirement plans; draft e-mail correspondence to Ms. Hold regarding court authority to act on behalf of Enterprise Trust Co. and attach copy of Order appointing Receiver; receive, review and analyze documents received from Steven Levine at SEC regarding Lohmeier's Brook & Co. accounts. | C. M. Burky | 1.90 hrs. | 460.00 /hr | $ 874.00 |
| 06/04/08 | Preparation for and meeting with USAO; meeting with Navigant regarding distribution analysis; finishing asset analysis and gaps in information; telephone call with P. Stern, S. Levine regarding status, traderight and Lohmeier; telephone call with S. Solomon; review and follow-up on information regarding traderight, Brooke and Company, Disraeli accounts, Lohmeier assets, ETC employees, Stecker, Judiann Pyle, Accutech, and Townsend. | M.Z. Gurland | 5.50 hrs. | 475.00 /hr | $ 2,612.50 |
| 06/04/08 | Telephone calls with ETC clients. Respond to ETC client written | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | inquires. Attend meeting with the government. Attend meeting with Navigant. Telephone call with Levine. Begin work on allocation plan. | | | |
| | P.L. Stern | 5.70 hrs. | 475.00 /hr | $ 2,707.50 |
| 06/04/08 | Write checks for ETC bills; update customer files; conference with accountants regarding outstanding requests. | | | |
| | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 06/05/08 | Draft and finalize correspondence to counsel for J. Lohmeier regarding service of Subpoena to DHCC regarding loan documents; draft e-mail correspondence to counsel for DHBB regarding production pursuant to Subpoena; telephone conference with counsel for Hinsbrook Bank regarding Brook & Co. Partnership and journaled funds from Hinsbrokk in connection with Partnership. | | | |
| | C. M. Burky | 1.10 hrs. | 460.00 /hr | $ 506.00 |
| 06/05/08 | Attendance in court; meeting with SEC (S. Levine and A. Fakhoury); meeting with P. Stern; telephone call with representative of Carson River Bank; review C.R.B. files; review correspondence from A. Lum regarding J. Lohmeier files; draft response; review/analysis of privilege issues; telephone call with K. Swanson and S. Solomon regarding analysis and court report; email correspondence with Accountant; follow-up on issues regarding Steckler; Disraeli; ETC employees; Lohmeier assets (location of physicals); preparation for and meeting with SEC (allocation analysis discussion); telephone call with C.R.B. | | | |
| | M.Z. Gurland | 5.80 hrs. | 475.00 /hr | $ 2,755.00 |
| 06/05/08 | Prepare for FINRA call. Work on allocation plan. ETC e-mail review. Telephone calls with ETC clients. Meet with SEC concerning allocation plan. Review correspondence. | | | |
| | P.L. Stern | 5.80 hrs. | 475.00 /hr | $ 2,755.00 |
| 06/05/08 | Update customer files; copy and organize documents for transmittal to accountants; review file and assemble documents requested by attorneys | | | |
| | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ 1,200.00 |
| 06/06/08 | Receive and review e-mail correspondence from S. Levine at SEC regarding additional documents regarding: DHCC, LPL and Lohmeier's residence; receive and review Supplemental Subpoena to Carson River Community Bank; draft e-mail to counsel for Hinsbrook Bank | | | |

| | | | | | |
|---|---|---|---|---|---|
| | regarding Brook & Co. documents and transactions made in connection with Partnership. | | | | |
| | C. M. Burky | 1.50 hrs. | 460.00 /hr | $ | 690.00 |
| 06/06/08 | Review/revise letter to investors; review box of documents from office of J. Lohmeier; discussion regarding above with A. Gilbert; draft subpoena for Carson River Bank; review list of unlocated physicals; review email correspondence regarding securities pricing issues; review correspondence from SEC regarding Desert Hills, Legent and others. | | | | |
| | M.Z. Gurland | 1.90 hrs. | 475.00 /hr | $ | 902.50 |
| 06/06/08 | Telephone call with ETC client. Work on letter to ETC clients. Review e-mail data base. | | | | |
| | P.L. Stern | 1.90 hrs. | 475.00 /hr | $ | 902.50 |
| 06/06/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation. | | | | |
| | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ | 525.00 |
| 06/06/08 | Research and retrieve posting date values on various stock and equity funds for Paralegal Gilbert. | | | | |
| | C.H. Frey | 4.00 hrs. | 115.00 /hr | $ | 460.00 |
| 06/07/08 | Research historic pricing of trades and assemble scream shots of pricing as documentation. | | | | |
| | A. Gilbert | 2.00 hrs. | 150.00 /hr | $ | 300.00 |
| 06/09/08 | Receive, review, analyze and index documents produced by Desert Hills Capital Corp. pursuant to subpoena and pertaining to Lohmeier's ownership of stock and personal loan pledged with Hinsbrook Bank stock. | | | | |
| | C. M. Burky | 2.70 hrs. | 460.00 /hr | $ | 1,242.00 |
| 06/09/08 | Preparation for J. Pyle deposition (collection of documents); analysis of J. Pyle involvement in ETC processes; review information/analysis and email correspondence from SEC regarding Desert Hills; LPL and D.S.; analysis of assets for outline of distribution plan. | | | | |
| | M.Z. Gurland | 5.40 hrs. | 475.00 /hr | $ | 2,565.00 |
| 06/09/08 | Review documents from OptionsXpress. Telephone calls with Levine. | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Telephone calls with ETC clients. Respond to ETC client e-mails. Revise client update letter. Review material from Levine. Review e-mail data base. | | | | |
|  | P.L. Stern | 3.00 hrs. | 475.00 /hr | $ | 1,425.00 |
| 06/09/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation; research bank account balances. | | | | |
|  | A. Gilbert | 6.00 hrs. | 150.00 /hr | $ | 900.00 |
| 06/09/08 | Research and retrieve posting date values on various stock and equity funds for Paralegal Gilbert. | | | | |
|  | C.H. Frey | 1.80 hrs. | 115.00 /hr | $ | 207.00 |
| 06/10/08 | Receive, review and analyze email correspondence from Steven Levine at SEC regarding views on Desert Hills Capital Corp. production and Lohmeier's transaction in bank shares; continued review and analysis of yesterday's DHCC production with respect to loan transactions and payoffs. | | | | |
|  | C. M. Burky | 0.80 hrs. | 460.00 /hr | $ | 368.00 |
| 06/10/08 | Commence review of documents produced by Options Express to the SEC related to Enterprise Trust's Account. | | | | |
|  | S.S. Berkeley | 2.50 hrs. | 460.00 /hr | $ | 1,150.00 |
| 06/10/08 | Review and respond to e-mail from S. Jamison re: asset transfer; meet with S. Berkeley re: potential claims against Options Express. | | | | |
|  | S.S. Cohen | 0.50 hrs. | 460.00 /hr | $ | 230.00 |
| 06/10/08 | Telephone call with S. Levine regarding non-customer accounts and South Suburban Bank; review spreadsheets; email correspondence with P. Rao; follow-up and email correspondence with Navigant regarding open items and C.R.B.; vault document review. | | | | |
|  | M.Z. Gurland | 0.40 hrs. | 475.00 /hr | $ | 190.00 |
| 06/10/08 | Review and respond to inquires from ETC clients. Review e-mails from Levine and Navigant. Review e-mail data base. | | | | |
|  | P.L. Stern | 3.50 hrs. | 475.00 /hr | $ | 1,662.50 |
| 06/10/08 | Request documents needed by accountants; conference with consultants regarding outstanding requests; update customer files; conference with | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | SEC staff to identify document deficiencies; travel to/from ETC offices to pick up mail and to remove business records. | | | | |
|  | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |
| 06/11/08 | Legal research regarding claims for Aiding and Abetting Liability for Breach of Fiduciary Duty; research case law addressing in pari delicto and in. | | | | |
|  | S.S. Berkeley | 4.30 hrs. | 460.00 /hr | $ | 1,978.00 |
| 06/11/08 | E-mail S. Jamison re: status; meet with S. Berkeley re: trading strategy and red flags placing Options Experts on notice. | | | | |
|  | S.S. Cohen | 0.40 hrs. | 460.00 /hr | $ | 184.00 |
| 06/11/08 | Preparation for and meeting with Navigant; review Navigant services summary; outline of Receivership history and explanation of accounting decisions; review LPL information; review Navigant updated spreadsheets regarding account classifications and customer contributions/withdrawals; review sample distribution plan; correspondence with accountant; outlined plan. | | | | |
|  | M.Z. Gurland | 6.70 hrs. | 475.00 /hr | $ | 3,182.50 |
| 06/11/08 | Communications with ETC clients. Continue review of e-mail data base. Work on allocation plan. Telephone alls with Levine. | | | | |
|  | P.L. Stern | 2.60 hrs. | 475.00 /hr | $ | 1,235.00 |
| 06/11/08 | Conference with SEC staff regarding files; assemble information on 401k accounts at ETC for M. Gurland; research historic pricing of trades and assemble screen shots of pricing as documentation. | | | | |
|  | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |
| 06/12/08 | Receive and review email correspondence from Steven Levine at SEC and review Desert Hills Capital Corp. production with respect to redactions; draft email correspondence to Mr. Levine responding to same. | | | | |
|  | C. M. Burky | 0.50 hrs. | 460.00 /hr | $ | 230.00 |
| 06/12/08 | Continue research regarding in Pari delicto and standing; Prepare notes and time line regarding Enterprise Trust's account with Optionsxpress. | | | | |
|  | S.S. Berkeley | 2.70 hrs. | 460.00 /hr | $ | 1,242.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/12/08 | Telephone call with M. Carollo; discussion with P. Stern regarding retention of accountant for ETC filing; telephone call with counsel for South Suburban Bank; telephone call with A. Lum regarding tracing of Lohmeier investment; review account categorization spreadsheet from Navigant; review email correspondence regarding pricing of fixed income securities; review correspondence from J. Lohmeier to SEC; review LPL brokerage emails. | M.Z. Gurland | 0.90 hrs. | 475.00 /hr | $ 427.50 |
| 06/12/08 | Telephone calls with Levine, ETC clients and Navigant. Work on allocation plan. | P.L. Stern | 4.30 hrs. | 475.00 /hr | $ 2,042.50 |
| 06/12/08 | Request transaction documentation missing from previous bank production; research historic pricing of trades and assemble screen shots of pricing as documentation. | A. Gilbert | 8.00 hrs. | 150.00 /hr | $ 1,200.00 |
| 06/12/08 | Research and retrieve posting date values on various stock and equity funds for Paralegal Gilbert. | C.H. Frey | 0.60 hrs. | 115.00 /hr | $ 69.00 |
| 06/13/08 | Telephone conference with Chris Coury, counsel for Desert Hills Capital Corp., regarding scope of production and redactions; draft email correspondence to Steven Levine at SEC regarding same and need to obtain waiver from John Lohmeier through counsel to seek unredacted DHCC production; receive, review and analyze email correspondence from Mr. Levine regarding his analysis of DHCC production to date and outstanding issues with respect to same; review and analyze DHCC production. | C. M. Burky | 2.20 hrs. | 460.00 /hr | $ 1,012.00 |
| 06/13/08 | Review account status and e-mail MIke Gurland re: same. | S.S. Cohen | 0.20 hrs. | 460.00 /hr | $ 92.00 |
| 06/13/08 | Review draft reports from Navigant and Navigant bills; discussion with P. Stern regarding report; began drafting of preliminary report to Court regarding accounting history, results and possible distribution plans; telephone call with S. Solomon and K. Swanson; follow-up telephone call with K. Swanson regarding accounting results; discussion with P. Stern regarding client categorizations for distribution plan; review bank | | | | |

|          |                                                                                                                                                                                                                                                                                |                |              |           |
|----------|----------|----------|----------|----------|
|          | holdings. |  |  |  |
|          | M.Z. Gurland | 8.40 hrs. | 475.00 /hr | $ 3,990.00 |
| 06/13/08 | Telephone calls with Levine. Telephone call with ETC client and FINRA. Work on allocation plan. Telephone call with Solomon. |  |  |  |
|          | P.L. Stern | 3.10 hrs. | 475.00 /hr | $ 1,472.50 |
| 06/13/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation. |  |  |  |
|          | A. Gilbert | 3.50 hrs. | 150.00 /hr | $ 525.00 |
| 06/13/08 | Research and retrieve posting date values on various stock and equity funds for Paralegal Gilbert. |  |  |  |
|          | C.H. Frey | 1.80 hrs. | 115.00 /hr | $ 207.00 |
| 06/16/08 | Continue to prepare time line of events related to Enterprise Trust's account with Optionsxpress |  |  |  |
|          | S.S. Berkeley | 3.40 hrs. | 460.00 /hr | $ 1,564.00 |
| 06/16/08 | Worked on plan of allocation and distribution; discussion regarding same with P. Stern; analysis of vault documents and draft letters to account holders regarding physical certificates; telephone call with FINRA; review Enterprise emails; review Navigant analysis. |  |  |  |
|          | M.Z. Gurland | 6.20 hrs. | 475.00 /hr | $ 2,945.00 |
| 06/16/08 | Work on memo in support of allocation plan. Communications with Enterprise clients. Document review. |  |  |  |
|          | P.L. Stern | 3.90 hrs. | 475.00 /hr | $ 1,852.50 |
| 06/17/08 | Receive, review and analyze documents from Navigant with respect to fund transfers to Allianz funds; conference with A. Gilbert regarding same. |  |  |  |
|          | C. M. Burky | 0.50 hrs. | 460.00 /hr | $ 230.00 |
| 06/17/08 | Review and respond to e-mail from M. Ward and S. Jamison re: status of asset transfer. |  |  |  |
|          | S.S. Cohen | 0.20 hrs. | 460.00 /hr | $ 92.00 |
| 06/17/08 | Analysis of Navigant findings and draft of report to court regarding fees |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | and status; review database of J. Pyle emails for deposition preparation; telephone call with J. Conway regarding Pyle deposition. | | | | |
| | M.Z. Gurland | 6.80 hrs. | 475.00 /hr | $ | 3,230.00 |
| 06/17/08 | Telephone calls with ETC clients, Navigant, Levine, Newkirk and Suskind. Meet with Fakhoury. Review and analysis of e-mail data base. Work on allocation plan. Prepare for meeting with Steckler. | | | | |
| | P.L. Stern | 6.70 hrs. | 475.00 /hr | $ | 3,182.50 |
| 06/17/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation. | | | | |
| | A. Gilbert | 9.00 hrs. | 150.00 /hr | $ | 1,350.00 |
| 06/17/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation; travel to/from ETC offices to remove business records. | | | | |
| | A. Gilbert | 0.50 hrs. | 150.00 /hr | $ | 75.00 |
| 06/17/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |
| | C.P. Hernandez | 3.00 hrs. | 115.00 /hr | $ | 345.00 |
| 06/17/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. | | | | |
| | A.A. Kelly | 4.50 hrs. | 115.00 /hr | $ | 517.50 |
| 06/18/08 | Draft e-mail correspondence to Scott Solomon and Navigant regarding stock valuation and receive and review e-mail correspondence in response to same; telephone conference with G. Coury regarding follow-up on DHCC valuation; telephone conference with Ed Lesniak, counsel for Lenders Bank regarding valuation of stock; draft e-mail following up conversation. | | | | |
| | C. M. Burky | 0.90 hrs. | 460.00 /hr | $ | 414.00 |
| 06/18/08 | Review emails and Enterprise documents regarding Disraeli; review Navigant analysis; spreadsheets; and memoranda. | | | | |
| | M.Z. Gurland | 0.60 hrs. | 475.00 /hr | $ | 285.00 |
| 06/18/08 | Review of e-mil data base. Prepare for meeting with Steckler. Telephone calls with the SEC. Review material from the SEC and | | | | |

Enterprise Trust Company Receivership                                July 14, 2008
                                                                     Invoice 124336
                                                                     Page 10

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Navigant. |  |  |  |  |
|  | P.L. Stern | 3.50 hrs. | 475.00 /hr | $ | 1,662.50 |
| 06/18/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation. |  |  |  |  |
|  | A. Gilbert | 9.00 hrs. | 150.00 /hr | $ | 1,350.00 |
| 06/18/08 | Delivered courtesy copies to judge's chambers for M. Gurland. |  |  |  |  |
|  | K. J. Augusta | 0.40 hrs. | 75.00 /hr | $ | 30.00 |
| 06/18/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. |  |  |  |  |
|  | C.P. Hernandez | 2.00 hrs. | 115.00 /hr | $ | 230.00 |
| 06/18/08 | Research and retrieve three thousand security stock values from specific dates for Paralegal Gilbert. |  |  |  |  |
|  | A.A. Kelly | 2.00 hrs. | 115.00 /hr | $ | 230.00 |
| 06/19/08 | Receive, review and respond to e-mails regarding production of documents by JPMorgan with respect to Townsend and Lohmeier's financial records. |  |  |  |  |
|  | C. M. Burky | 0.30 hrs. | 460.00 /hr | $ | 138.00 |
| 06/19/08 | Work with US Bank and IR to create asset transfer of corporate bonds to US Bank; meet with S. Berkeley to identify causes of action against Options Express and likely affirmative defenses. |  |  |  |  |
|  | S.S. Cohen | 1.30 hrs. | 460.00 /hr | $ | 598.00 |
| 06/19/08 | Meeting with Navigant to discuss outstanding issues; securities valuations; Judiann Pyle; calculations needed for preliminary plan and application to court; review correspondence regarding Howrey claim; worked on draft plan; review Navigant analysis and revise plan/allocation analysis. |  |  |  |  |
|  | M.Z. Gurland | 6.40 hrs. | 475.00 /hr | $ | 3,040.00 |
| 06/19/08 | Review and respond to ETC client communications. Work on allocation plan. Analysis of possible causes of action. Review e-mail data base. Review and respond to Howrey concerning demand for payment of legal fees. |  |  |  |  |

Enterprise Trust Company Receivership

July 14, 2008
Invoice 124336
Page 11

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | P.L. Stern | 3.80 hrs. | 475.00 /hr | $ | 1,805.00 |
| 06/19/08 | Research historic pricing of trades and assemble screen shots of pricing as documentation; travel to/from ETC offices to remove business records. |  |  |  |  |
|  | A. Gilbert | 9.00 hrs. | 150.00 /hr | $ | 1,350.00 |
| 06/19/08 | To and from ETC offices to pack and remove documents. |  |  |  |  |
|  | S.M. Bethel | 3.50 hrs. | 80.00 /hr | $ | 280.00 |
| 06/20/08 | Draft e-mail to C. Coury, counsel for DHCC, regarding follow-up valuation of DHCC stock; receive and review e-mails with respect to outstanding information with respect to Allianz Funds. |  |  |  |  |
|  | C. M. Burky | 0.50 hrs. | 460.00 /hr | $ | 230.00 |
| 06/20/08 | Telephone conference with Phil Stern re: filing of lien against property. |  |  |  |  |
|  | I. I. Gzesh | 0.30 hrs. | 475.00 /hr | $ | 142.50 |
| 06/20/08 | Status conference and discussions with counsel in court; continued work on allocation plan; review correspondence/emails from D. Steckler; review correspondence from counsel for J. Pyle and draft response; review J. Pyle account history; review follow-up on outstanding requests from Navigant; review draft version of Plan spreadsheet and contributions/withdrawal summary. |  |  |  |  |
|  | M.Z. Gurland | 3.90 hrs. | 475.00 /hr | $ | 1,852.50 |
| 06/20/08 | Telephone calls with Disraeli attorney. Telephone call with Levine. Telephone call with ETC client. Work on possible causes of action. Review and respond to correspondence. Work on distribution plan. Review and analysis of e-mail data base. |  |  |  |  |
|  | P.L. Stern | 5.40 hrs. | 475.00 /hr | $ | 2,565.00 |
| 06/20/08 | Organize new files; identify and organize documents requested by attorneys. |  |  |  |  |
|  | A. Gilbert | 2.00 hrs. | 150.00 /hr | $ | 300.00 |
| 06/21/08 | Continued drafting of preliminary proposal for plan of allocation; telephone call with K. Swanson; respond to email correspondence from Navigant; review Bank data. |  |  |  |  |

Enterprise Trust Company Receivership

July 14, 2008
Invoice 124336
Page 12

|  |  |  |  |  |
|---|---|---|---|---|
|  | M.Z. Gurland | 2.40 hrs. | 475.00 /hr | $ 1,140.00 |
| 06/21/08 | Work on allocation plan. Review material from Navigant. Review material from FINRA. | | | |
|  | P.L. Stern | 3.10 hrs. | 475.00 /hr | $ 1,472.50 |
| 06/23/08 | Telephone conference with M. Gurland; review materials received re: lis pendens filings. | | | |
|  | I. I. Gzesh | 0.50 hrs. | 475.00 /hr | $ 237.50 |
| 06/23/08 | Work related to distribution plan, allocation analysis and valuing of client accounts; review information regarding lis pendens and R. Townsend property; review emails regarding R. Townsend property payments; review analysis regarding D. Disraeli accounts. | | | |
|  | M.Z. Gurland | 6.80 hrs. | 475.00 /hr | $ 3,230.00 |
| 06/23/08 | Respond to ETC client inquires. Telephone call with Levine. Review and respond to requests from Navigant. Review information from Navigant. Work on allocation plan. Continue analysis of possible causes of action. Prepare for Steckler meeting. | | | |
|  | P.L. Stern | 5.80 hrs. | 475.00 /hr | $ 2,755.00 |
| 06/23/08 | Attempts to contact annuity firm to confirm assets; draft letter to annuity firm; format and organize spreadsheets; write checks for accounts payable; email to Enterprise customer in response to inquiry. | | | |
|  | A. Gilbert | 3.00 hrs. | 150.00 /hr | $ 450.00 |
| 06/24/08 | Receive and review e-mail correspondence from S. Soloman regarding outstanding requests regarding Valley Capital Stock purchase. | | | |
|  | C. M. Burky | 0.40 hrs. | 460.00 /hr | $ 184.00 |
| 06/24/08 | Telephone conference and e-mail with S. Jamison and R. Yoder to confirm asset transfer and liquidation plan. | | | |
|  | S.S. Cohen | 0.20 hrs. | 460.00 /hr | $ 92.00 |
| 06/24/08 | Meeting with D. Steckler and P. Stern and review of LPL Accounts; revise plan of allocation per comments of P. Stern; finalized response to counsel for J. Pyle. | | | |
|  | M.Z. Gurland | 4.70 hrs. | 475.00 /hr | $ 2,232.50 |

Enterprise Trust Company Receivership                               July 14, 2008
                                                                   Invoice 124336
                                                                   Page  13

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/08 | Prepare for and meet with Steckler. Telephone calls with Levine, Newkirk, Solomon and Alianz. Respond to client inquiries. Work on allocation plan. | P.L. Stern | 7.30 hrs. | 475.00 /hr | $ 3,467.50 |
| 06/24/08 | Organize documents recently removed from ETC offices; begin task of updating customer files; assemble documents requested by Receiver for use in interview of ETC customer; numerous phone calls and faxes to Allianz Life for purposes of locating ETC assets; write checks for ETC accounts payable. | A. Gilbert | 8.30 hrs. | 150.00 /hr | $ 1,245.00 |
| 06/24/08 | Organizing documents into folders. | S.M. Bethel | 5.50 hrs. | 80.00 /hr | $ 440.00 |
| 06/25/08 | Telephone conference with Kevin Stevenson, Chief Operating Officer of Valley Capital Bank regarding evidence of payments for bank stock; review and analyze e-mail from S. Solomon regarding missing information; draft e-mail correspondence to S. Solomon regarding recollection of payments and investigation into same; receive, review and analyze e-mail from Kevin Stevenson and attachment regarding transfer agent records and source of payments from ETC in connection with bank stocks; receive, review and analyze e-mail correspondence from DHCC counsel regarding outstanding issues and forward same to P. Stern. | C. M. Burky | 2.20 hrs. | 460.00 /hr | $ 1,012.00 |
| 06/25/08 | Work on allocation report and allocation plan. Telephone calls with Allianz and Navigant. Review material from Allianz. Prepare for optionXpress call. Telephone call with Troy. Respond to ETC client inquiries. | P.L. Stern | 6.60 hrs. | 475.00 /hr | $ 3,135.00 |
| 06/25/08 | Reviewed and indexed various documents. | D. D. Williams | 2.80 hrs. | 200.00 /hr | $ 560.00 |
| 06/25/08 | Create and update customer files; copy electronic documents to be indexed; archive documents; file maintenance. | A. Gilbert | 4.00 hrs. | 150.00 /hr | $ 600.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/08 | Telephone call with K. Swanson regarding loss percentage and finalizing numbers; review red-line version of plan from P. Stern; review email correspondence regarding allocation analysis. | M.Z. Gurland | 0.70 hrs. | 475.00 /hr | $ 332.50 |
| 06/26/08 | Prepare for and participate in call with optionsXpress. Telephone call with Newkirk regarding optionsXpress. Telephone call with Troy. Review information from Navigant. Work on allocation plan. E-mail data base review. | P.L. Stern | 5.30 hrs. | 475.00 /hr | $ 2,517.50 |
| 06/26/08 | Update customer files; review file for documents requested by SEC; assemble collection of Legent e-mail. | A. Gilbert | 2.20 hrs. | 150.00 /hr | $ 330.00 |
| 06/27/08 | Receive, review and analyze e-mail correspondence and attachments from Steven Levine at SEC regarding Northern Trust production and documents. | C. M. Burky | 0.50 hrs. | 460.00 /hr | $ 230.00 |
| 06/27/08 | Continue to review and organize email regarding account with optionsxpress. | S.S. Berkeley | 1.20 hrs. | 460.00 /hr | $ 552.00 |
| 06/27/08 | Conference call with Phil Stern and optionsxpress regarding Enterprise trust account and timing of optionsexpress knowledge of events. Commence review and organization of optionsxpress e-mails; call with Allison Fakhoury of the SEC regarding margin balance. | S.S. Berkeley | 2.70 hrs. | 460.00 /hr | $ 1,242.00 |
| 06/27/08 | Revise/redraft Settlement Agreement and Release for D. Disraeli; discussions regarding same with counsel for D. Disraeli; discussions with P. Stern; revise Agreement per comments with P. Stern; telephone call with J. Lohmeier; draft Motion to Freeze Townsend Home; review Account/payment analysis of R. Townsend accounts and construction expenditure; continued work related to distribution plan. | M.Z. Gurland | 5.80 hrs. | 475.00 /hr | $ 2,755.00 |
| 06/27/08 | Telephone calls with Levine and Libowsky. Respond to ETC client | | | | |

| | | | | | |
|---|---|---|---:|---:|---:|
| | inquiries.  Work on allocation plan.  Telephone calls with Troy and US Bank.  E-mail data base review.  Telephone call with Disraeli and his attorney.  Telephone calls with Steckler's attorney.  Review documents from Steckler. | | | | |
| | P.L. Stern | 4.00 hrs. | 475.00 /hr | $ | 1,900.00 |
| 06/27/08 | Reviewed and indexed various documents. | | | | |
| | D. D. Williams | 4.30 hrs. | 200.00 /hr | $ | 860.00 |
| 06/27/08 | Respond to requests for data and documentation. | | | | |
| | A. Gilbert | 0.50 hrs. | 150.00 /hr | $ | 75.00 |
| 06/27/08 | Research and retrieve posting date values on various stock and equity funds for Paralegal Gilbert. | | | | |
| | C.H. Frey | 1.50 hrs. | 115.00 /hr | $ | 172.50 |
| 06/28/08 | Review FINRA testimony. | | | | |
| | P.L. Stern | 1.10 hrs. | 475.00 /hr | $ | 522.50 |
| 06/29/08 | Assemble documents requested by Receiver; update files. | | | | |
| | A. Gilbert | 1.00 hrs. | 150.00 /hr | $ | 150.00 |
| 06/30/08 | Telephone conversation with SEC regarding trading losses, Investors and Firms holding private equity securities for which ETC was the custodian; follow-up on outstanding issues needed to present plan; telephone conference with counsel at J.P. Morgan; review comments from P. Stern regarding Plan; handled issues regarding settlement agreement with D. Disraeli. | | | | |
| | M.Z. Gurland | 0.90 hrs. | 475.00 /hr | $ | 427.50 |
| 06/30/08 | Telephone call with Swanson.  Reply to ETC client communications.  Telephone calls with ETC client and vendor. | | | | |
| | P.L. Stern | 1.00 hrs. | 475.00 /hr | $ | 475.00 |
| 06/30/08 | Reviewed and indexed various documents. | | | | |
| | D. D. Williams | 0.80 hrs. | 200.00 /hr | $ | 160.00 |
| 06/30/08 | Research and retrieve posting date values on various stock and equity funds for Paralegal Gilbert. | | | | |

Enterprise Trust Company Receivership                                July 14, 2008
                                                                     Invoice 124336
                                                                     Page 16

| | | | | |
|---|---|---|---|---|
| C.H. Frey | 5.00 hrs. | 115.00 /hr | $ | 575.00 |

Total Fees For Professional Services ............................................................... $   123,902.00

## Reimbursable Costs

| | |
|---|---:|
| Outside Copy Service - Vendor: Landmark Document Services - Black and White copies | 1,050.90 |
| Outside Copy Service - Vendor: Landmark Document Services - Black and White copies | 1,491.05 |
| Outside Copy Service - Vendor: Landmark Document Services - Black & White copies | 1,275.84 |
| Service of Summons/Subpoena - Vendor: Monroe Legal - fee for document production pursuant to subpoena | 35.56 |
| Parking/Mileage - Vendor: Petty Cash - mileage to/from Enterprise Office per AOG 6/10/08 | 27.42 |
| Service of Summons/Subpoena - Vendor: It's Your Serve - rush service on Judiann Pyle 6/5/08 | 85.00 |
| Outside Copy Service - Vendor: Landmark Document Services - Level D black and white | 309.36 |
| Outside Copy Service - Vendor: Landmark Document Services - Level D black and white | 3,692.88 |
| Reproduction of Documents | 1,371.15 |
| Facsimile Transmission | 72.00 |
| Federal Express Charges | 22.58 |
| Legal Research - other databa | 21.59 |
| Lexis Research | 210.31 |
| Messenger Services | 65.24 |
| Postage | 358.00 |

Total Reimbursable Costs ........................................................................... $   10,088.88

## Totals For This Matter

| | |
|---|---:|
| Current Amount Due .................................................................................. $ | 133,990.88 |
| Balance Forward ........................................................................................ $ | 4,400.61 |
| Total Due ................................................................................................... $ | 138,391.49 |

Enterprise Trust Company Receivership                                July 14, 2008
                                                                     Invoice 124336


## INVOICE SUMMARY

For Services Through June 30, 2008
Our Matter #   021196.0601
               SEC - Enterprise Trust Co. Receivership

| | |
|---|---:|
| Current Amount Due............................................................................ $ | 133,990.88 |
| Balance Forward ................................................................................. $ | 4,400.61 |
| Total Due ............................................................................................ $ | 138,391.49 |

### Summary Of Fees

| | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| C. M. Burky | 18.30 | 460.00 | 8,418.00 |
| I. I. Gzesh | 0.80 | 475.00 | 380.00 |
| S.S. Berkeley | 16.80 | 460.00 | 7,728.00 |
| S.S. Cohen | 2.80 | 460.00 | 1,288.00 |
| M.Z. Gurland | 83.90 | 475.00 | 39,852.50 |
| P.L. Stern | 90.30 | 475.00 | 42,892.50 |
| D. D. Williams | 7.90 | 200.00 | 1,580.00 |
| A. Gilbert | 120.00 | 150.00 | 18,000.00 |
| S.M. Bethel | 9.00 | 80.00 | 720.00 |
| K. J. Augusta | 0.40 | 75.00 | 30.00 |
| C.P. Hernandez | 5.00 | 115.00 | 575.00 |
| A.A. Kelly | 6.50 | 115.00 | 747.50 |
| C.H. Frey | 14.70 | 115.00 | 1,690.50 |
| **TOTAL** | **376.40** | | **123,902.00** |