# EXHIBIT B



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

Phillip L. Stern, Esq.                                    July 18, 2008
Neal, Gerber & Eisenberg LLP                   Project Number: 134067
2 North LaSalle Street                          Invoice Number:  248528
Chicago, IL  60602

Re:   Receiver for Enterprise Trust Company
       (June 1, 2008 – June 30, 2008)

| Employee | Title | Hours | Rate | Fees |
|----------|-------|-------|------|------|
| Swanson, Kristofer | Managing Director | 24.00 | 550.00 | $  13,200.00 |
| Solomon, Gregory | Director | 132.60 | 460.00 | 60,996.00 |
| Wegner, Troy | Associate Director | 164.10 | 410.00 | 67,281.00 |
| Qiu, Lynn | Sr. Consultant | 51.80 | 250.00 | 12,950.00 |
| Peckler, Marc | Consultant | 69.50 | 250.00 | 17,375.00 |
| Robinson, Chris | Consultant | 192.90 | 250.00 | 48,225.00 |
| Schneider, Brian | Consultant | 197.40 | 250.00 | 49,350.00 |
| Sloss, Julia | Consultant | 85.40 | 250.00 | 21,350.00 |
| Riley, Patrick | Project Emp | 142.90 | 42.00 | 6,001.80 |
| Casey, Sarah | Summer Associate | 53.50 | 42.00 | 2,247.00 |
| | **Total Fees:** | 1,114.10 | | $ 298,975.80 |



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

## REMITTANCE
## PAGE

Please return this sheet with your payment.

| | |
|---|---|
| Project Name: | Receiver for Enterprise Trust Company |
| Project #: | 134067 |
| Invoice #: | 248528 |
| Invoice Date: | July 18, 2008 |
| Invoice Amount: | $298,975.80 |
| **Please wire your payment to:** | **LaSalle Bank**<br>**135 S. LaSalle**<br>**Chicago, IL 60674**<br>**ABA# 071000505**<br>**Acct# 5800151127** |
| or | |
| Please mail or Fedex payment to: | Navigant Consulting, Inc.<br>4511 Paysphere Circle<br>Chicago, IL  60674 |

We appreciate the opportunity to assist with this important matter.

Net: Due Upon Receipt
NCI Project No.: 134067
EIN: 36-4094854
Invoice #: 248528



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/2/2008 | SWANSON, KRISTOFER | 1.00 | Review of preliminary analyses in preparation for 6/4/08 meeting with Receiver. |
| 6/4/2008 | SWANSON, KRISTOFER | 1.50 | Preparation for and participation in meeting with Receiver to review preliminary analyses in support of potential allocation plan. |
| 6/5/2008 | SWANSON, KRISTOFER | 0.50 | Teleconference with Receiver re: ongoing development of potential allocation plan; preparations for upcoming deposition of Judianne Pyle. |
| 6/9/2008 | SWANSON, KRISTOFER | 0.50 | Ongoing development of accounting/data report in support of Receiver's proposed allocation plan. |
| 6/10/2008 | SWANSON, KRISTOFER | 0.50 | Ongoing development of accounting/data report in support of Receiver's proposed allocation plan. |
| 6/11/2008 | SWANSON, KRISTOFER | 1.50 | Ongoing development of accounting/data report in support of Receiver's proposed allocation plan; meeting with Counsel. |
| 6/13/2008 | SWANSON, KRISTOFER | 0.60 | Review of Disraeli account confirmation strategy; teleconferences with Counsel; review of proposed methodology for valuing contributions of fixed income securities. |
| 6/17/2008 | SWANSON, KRISTOFER | 1.50 | Preparation for and participation in teleconference with Receiver; review of Disraeli summaries and footnotes. |
| 6/18/2008 | SWANSON, KRISTOFER | 2.50 | Preparation of deposition questions for Judianne Pyle, and review of potential exhibits; preparation for meeting with Receiver to review and discuss. |
| 6/19/2008 | SWANSON, KRISTOFER | 2.30 | Meeting with Counsel to prepare for deposition of Judianne Pyle and to continue development of plan of distribution; ongoing review of customer and account data to provide the Receiver with analysis to further refine proposed plan of distribution. |
| 6/20/2008 | SWANSON, KRISTOFER | 2.50 | Ongoing assistance to Receiver in support of the development of Receiver's Report and Request for Preliminary Approval of a Plan of Distribution. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/21/2008 | SWANSON, KRISTOFER | 0.30 | Teleconference with Counsel. |
| 6/23/2008 | SWANSON, KRISTOFER | 3.00 | Ongoing review of analyses and assistance with development of proposed plan of distribution. |
| 6/24/2008 | SWANSON, KRISTOFER | 2.50 | Ongoing review of analyses and assistance with development of proposed plan of distribution. |
| 6/25/2008 | SWANSON, KRISTOFER | 1.50 | Ongoing review of analyses and assistance with development of proposed plan of distribution. |
| 6/26/2008 | SWANSON, KRISTOFER | 0.50 | Preparation for and participation in teleconference with Counsel. |
| 6/30/2008 | SWANSON, KRISTOFER | 1.30 | Ongoing analysis of customer contributions/withdrawls; preparation for and participation in discussions with Receiver. |
| | **SWANSON, KRISTOFER Total** | 24.00 | |
| 6/1/2008 | SOLOMON, GREGORY | 4.10 | Categorization of accounts at the request of the Receiver. |
| 6/1/2008 | SOLOMON, GREGORY | 5.30 | Categorization of accounts at the request of the Receiver. |
| 6/2/2008 | SOLOMON, GREGORY | 5.90 | Categorization of accounts at the request of the Receiver. |
| 6/2/2008 | SOLOMON, GREGORY | 1.70 | Meeting with Receiver to walkthrough account documentation and respond to specific questions. |
| 6/3/2008 | SOLOMON, GREGORY | 6.10 | Categorization of accounts at the request of the Receiver. |
| 6/4/2008 | SOLOMON, GREGORY | 2.40 | Discussions to questions from Steve Levine including providing various analysis at his request. |
| 6/4/2008 | SOLOMON, GREGORY | 2.70 | Preparation for meeting with the Receiver. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/5/2008 | SOLOMON, GREGORY | 2.40 | Preliminary quantification of distribution and contribution amounts. |
| 6/5/2008 | SOLOMON, GREGORY | 3.60 | Categorization of accounts at the request of the Receiver including Disraeli and AFC. |
| 6/6/2008 | SOLOMON, GREGORY | 0.50 | Assist in electronic discover request from counsel. |
| 6/6/2008 | SOLOMON, GREGORY | 3.10 | Summarizing findings into a worksheet at the request of Phil Stern. |
| 6/9/2008 | SOLOMON, GREGORY | 1.30 | Categorization of accounts at the request of the Receiver. |
| 6/9/2008 | SOLOMON, GREGORY | 2.10 | Categorization of accounts at the request of the Receiver. |
| 6/10/2008 | SOLOMON, GREGORY | 0.90 | Categorization of accounts at the request of the Receiver. |
| 6/10/2008 | SOLOMON, GREGORY | 3.10 | Review of Disraeli account holdings. |
| 6/10/2008 | SOLOMON, GREGORY | 2.30 | Prepare draft written report for the Receiver to issue to the court relating to accounting issues. |
| 6/11/2008 | SOLOMON, GREGORY | 2.60 | Review of preliminary numbers sent to Receiver. |
| 6/11/2008 | SOLOMON, GREGORY | 0.70 | Preparation for meeting with the Receiver. |
| 6/12/2008 | SOLOMON, GREGORY | 1.20 | Response to question from Steven Levine relating to account 6017 and 6037, including providing additional analysis. |
| 6/12/2008 | SOLOMON, GREGORY | 3.40 | Preliminary quantification of distribution and contribution amounts. |
| 6/12/2008 | SOLOMON, GREGORY | 4.60 | Categorization of accounts at the request of the Receiver including Disraeli and AFC. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/13/2008 | SOLOMON, GREGORY | 1.70 | Prepare schedules at request of Receiver. |
| 6/16/2008 | SOLOMON, GREGORY | 3.10 | Review numbers of Disraeli Accounts. |
| 6/16/2008 | SOLOMON, GREGORY | 2.10 | Respond to questions from Receiver regarding private equity stock. |
| 6/17/2008 | SOLOMON, GREGORY | 5.10 | Review of contributions and distributions analysis. |
| 6/17/2008 | SOLOMON, GREGORY | 3.40 | Review of contribution and distribution analysis. |
| 6/18/2008 | SOLOMON, GREGORY | 3.60 | Review of categorizations by account. |
| 6/18/2008 | SOLOMON, GREGORY | 1.10 | Discussion with Receiver about pricing of Private Equity securities. |
| 6/19/2008 | SOLOMON, GREGORY | 4.10 | Analysis of Disraeli accounts. |
| 6/19/2008 | SOLOMON, GREGORY | 3.20 | Response to request from Receiver regarding work performed and results of work performed. |
| 6/19/2008 | SOLOMON, GREGORY | 4.30 | Review of contributions and distribution analysis. |
| 6/20/2008 | SOLOMON, GREGORY | 1.10 | Respond to Receiver regarding pending documentation. |
| 6/20/2008 | SOLOMON, GREGORY | 3.30 | Review numbers incorporated in distribution methodology. |
| 6/20/2008 | SOLOMON, GREGORY | 1.20 | Respond to requests from Receiver. |
| 6/23/2008 | SOLOMON, GREGORY | 3.10 | Analysis of suspense accounts to identify unknown payments. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/23/2008 | SOLOMON, GREGORY | 0.90 | Respond to Phil Stern's request to update certain classifications for categorizing customers. |
| 6/24/2008 | SOLOMON, GREGORY | 0.90 | Respond to Receiver's questions about Disraeli. |
| 6/24/2008 | SOLOMON, GREGORY | 1.90 | Review work product of contributions and distributions analysis. |
| 6/24/2008 | SOLOMON, GREGORY | 2.70 | Prepare schedule relating to Rebecca Townsend's withdrawals. |
| 6/24/2008 | SOLOMON, GREGORY | 0.90 | Respond to questions from Michael Gurland relating to Rebecca Townsends withdrawals. |
| 6/25/2008 | SOLOMON, GREGORY | 1.50 | Follow up and review documents relating to Allianz Funds. |
| 6/25/2008 | SOLOMON, GREGORY | 2.10 | Prepare schedules at the request of the Receiver relating to Rebecca Townsend's withdrawals relating to the construction of her home. |
| 6/26/2008 | SOLOMON, GREGORY | 2.80 | Provide Detail analysis of 3 holdings never attributed to ETC customers; including Old Republic International Stock, Ishares DJ US Basic and Helix Energy Solutions. |
| 6/26/2008 | SOLOMON, GREGORY | 1.10 | Review pricing for Hinsbrook Bank Private stock. |
| 6/26/2008 | SOLOMON, GREGORY | 2.80 | Review Townsend mortgage analysis and address questions asked by Michael Gurland. |
| 6/27/2008 | SOLOMON, GREGORY | 4.60 | Review accounts for SEC: Townsend, Lohmeier and Pyle. |
| 6/27/2008 | SOLOMON, GREGORY | 1.60 | Follow up with Receiver regarding outstanding requests. |
| 6/27/2008 | SOLOMON, GREGORY | 3.10 | Review Townsend mortgage analysis and address questions asked by Michael Gurland. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/30/2008 | SOLOMON, GREGORY | 3.20 | Reconcile John Lohmeier's Withdrawal schedule to Navigant Consulting's analysis. |
| 6/30/2008 | SOLOMON, GREGORY | 2.10 | Update classification of specific accounts at the request of Phil Stern. |
| | **SOLOMON, GREGORY Total** | **132.60** | |
| 6/2/2008 | WEGNER, TROY | 10.90 | Reconciliation of US Bank distribution / contribution documentation with SunGard account support and updating tracking system in database. |
| 6/3/2008 | WEGNER, TROY | 1.90 | Design and development of SQL queries and excel schedules reflecting contributions and distributions in multiple scenarios and categories. |
| 6/3/2008 | WEGNER, TROY | 8.10 | Design and development of SQL queries to update pricing, categorization, transactions not recorded in SunGard and normalization of data entry. |
| 6/4/2008 | WEGNER, TROY | 5.50 | Design and development of SQL queries and excel schedules reflecting contributions and distributions in multiple scenarios and categories. |
| 6/4/2008 | WEGNER, TROY | 1.40 | Meeting with Neal, Gerber & Eisenberg LLP to discuss contributions and distributions analyses and outstanding issues. |
| 6/5/2008 | WEGNER, TROY | 0.70 | Design and development of SQL queries and excel schedules for the identification of securities needing prices not previously provided to Neal, Gerber & Eisenberg LLP. |
| 6/5/2008 | WEGNER, TROY | 1.50 | Design and development of SQL queries and excel schedules to perform a reconciliation of security prices in SunGard with that provided by Neal, Gerber & Eisenberg LLP. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/5/2008 | WEGNER, TROY | 1.30 | Design and development of SQL queries and excel schedules to perform a reconciliation of security prices in SunGard with that provided by Neal, Gerber & Eisenberg LLP. |
| 6/6/2008 | WEGNER, TROY | 0.30 | Performing updates to SunGard contribution and withdrawal data based on data mining analysis. |
| 6/6/2008 | WEGNER, TROY | 0.50 | Preparation of pricing analysis depicting additional securities needing prices, securities previously provided for which no price was available and securities with a price variance related to SunGard. |
| 6/6/2008 | WEGNER, TROY | 1.60 | Development of work paper referencing methodology, flowcharts and example work papers with referencing. |
| 6/6/2008 | WEGNER, TROY | 2.10 | Data mining analysis of SunGard contribution and withdrawal details through complex SQL query design and development. |
| 6/9/2008 | WEGNER, TROY | 1.60 | Development of pricing analysis SQL queries and excel work papers. |
| 6/9/2008 | WEGNER, TROY | 2.60 | Review of contribution and withdrawal work paper quality control referencing. |
| 6/9/2008 | WEGNER, TROY | 1.30 | Analysis of pricing information provided by Neal, Gerber & Eisenberg LLP. |
| 6/10/2008 | WEGNER, TROY | 0.90 | Review of contribution and withdrawal work paper quality control referencing. |
| 6/10/2008 | WEGNER, TROY | 6.80 | Development of pricing analysis SQL queries and excel work papers. |
| 6/11/2008 | WEGNER, TROY | 0.90 | Review of contribution and withdrawal work paper quality control referencing. |
| 6/11/2008 | WEGNER, TROY | 1.20 | Design and development of SQL queries and excel schedules reflecting contributions and distributions in multiple scenarios and categories. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/11/2008 | WEGNER, TROY | 7.30 | Development of pricing analysis SQL queries and excel work papers. |
| 6/11/2008 | WEGNER, TROY | 0.50 | Review of contributions and distributions in multiple scenarios and categories. |
| 6/12/2008 | WEGNER, TROY | 0.20 | Review of fixed income pricing analyses. |
| 6/12/2008 | WEGNER, TROY | 6.10 | Development of pricing analysis SQL queries and excel work papers. |
| 6/13/2008 | WEGNER, TROY | 1.60 | Testing of pricing excel work papers. |
| 6/13/2008 | WEGNER, TROY | 1.40 | Data mining and quality control of contributions and withdrawals database tables. |
| 6/13/2008 | WEGNER, TROY | 1.40 | Development of pricing analysis summary and communication to attorneys. |
| 6/13/2008 | WEGNER, TROY | 0.50 | Review of fixed income pricing analyses. |
| 6/13/2008 | WEGNER, TROY | 0.20 | Call with attorneys regarding pricing analyses. |
| 6/13/2008 | WEGNER, TROY | 0.60 | Review of Disraeli accounts and quality control of pricing details. |
| 6/16/2008 | WEGNER, TROY | 0.60 | Review of pricing provided by Neal, Gerber & Eisenberg LLP. |
| 6/16/2008 | WEGNER, TROY | 0.40 | Development of quality control schedules for Disraeli account pricing. |
| 6/16/2008 | WEGNER, TROY | 0.90 | Analysis of vault document pricing. |
| 6/16/2008 | WEGNER, TROY | 3.30 | Quality control of Disraeli account pricing. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/16/2008 | WEGNER, TROY | 1.50 | Review of fixed income pricing analyses. |
| 6/16/2008 | WEGNER, TROY | 2.10 | Analysis of contribution and distribution pricing data. |
| 6/17/2008 | WEGNER, TROY | 4.80 | Designed and developed SQL queries to summarize contributions and withdrawals per attorneys request. |
| 6/17/2008 | WEGNER, TROY | 0.40 | Performed fixed income pricing updates with in the Access database via SQL query development. |
| 6/17/2008 | WEGNER, TROY | 0.30 | Review of fixed income pricing analyses. |
| 6/17/2008 | WEGNER, TROY | 0.50 | Call with attorneys regarding vault document valuations. |
| 6/17/2008 | WEGNER, TROY | 0.30 | Uploaded fixed income pricing schedules into the Access database. |
| 6/17/2008 | WEGNER, TROY | 0.50 | Review of contribution and withdrawal work paper quality control referencing. |
| 6/17/2008 | WEGNER, TROY | 1.20 | Quality control of Disraeli account pricing. |
| 6/18/2008 | WEGNER, TROY | 1.30 | Analysis of private equity securities pricing. |
| 6/18/2008 | WEGNER, TROY | 1.60 | Quality control of contributions and withdrawal summary queries and excel schedules. |
| 6/18/2008 | WEGNER, TROY | 4.50 | Designed and developed advanced SQL queries to summarize contributions, withdrawals, holdings, asset classification and account classification per attorneys request. |
| 6/18/2008 | WEGNER, TROY | 0.60 | Review of pricing provided by Neal, Gerber & Eisenberg LLP. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/19/2008 | WEGNER, TROY | 2.10 | Quality control of SunGard data tables uploaded into MS Access. |
| 6/19/2008 | WEGNER, TROY | 0.90 | Generation of SunGard data table reports for quality control purposes. |
| 6/19/2008 | WEGNER, TROY | 1.80 | Review of contribution and distribution summary data. |
| 6/19/2008 | WEGNER, TROY | 0.80 | Development of pricing documentation methodology. |
| 6/19/2008 | WEGNER, TROY | 1.60 | Development of updated summary of contributions, withdrawals, holdings, asset classification and account classification per attorneys request. |
| 6/19/2008 | WEGNER, TROY | 1.10 | Updates to SunGard data regarding transaction type via SQL queries. |
| 6/19/2008 | WEGNER, TROY | 0.70 | Analysis of private equity securities pricing. |
| 6/20/2008 | WEGNER, TROY | 5.50 | Designed and developed advanced SQL queries to summarize contributions, withdrawals, holdings, asset classification and account classification per attorneys request. |
| 6/20/2008 | WEGNER, TROY | 0.80 | Performed pricing updates in MS access via SQL queries. |
| 6/20/2008 | WEGNER, TROY | 1.90 | Review of pricing work papers. |
| 6/23/2008 | WEGNER, TROY | 1.10 | At the request of Receiver, development of schedules showing total contribution / withdrawal amounts. |
| 6/23/2008 | WEGNER, TROY | 2.10 | Review of pricing work papers and provided direction on quality control process. |
| 6/23/2008 | WEGNER, TROY | 0.40 | Analysis of private equity securities pricing. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/23/2008 | WEGNER, TROY | 1.90 | Organization of pricing support via electronic file aggregation of multiple pricing schedules provided by Neal, Gerber & Eisenberg LLP. |
| 6/23/2008 | WEGNER, TROY | 0.80 | Performed updates to contribution and withdrawal data regarding pricing schedules. |
| 6/23/2008 | WEGNER, TROY | 1.60 | At the request of Receiver, updated categories via SQL query design and development. |
| 6/24/2008 | WEGNER, TROY | 1.90 | Performed updates to contribution and withdrawal data regarding pricing schedules. |
| 6/24/2008 | WEGNER, TROY | 1.20 | Review of contribution and withdrawal data for anomalies and performed updates where necessary. |
| 6/24/2008 | WEGNER, TROY | 0.10 | Call with attorneys on contribution and withdrawal summary schedules. |
| 6/24/2008 | WEGNER, TROY | 0.70 | Review of contribution and distribution summary data. |
| 6/24/2008 | WEGNER, TROY | 0.80 | Review of contribution and withdrawal schedules for aggregation per Receivers request. |
| 6/24/2008 | WEGNER, TROY | 2.90 | Development of updated summary of contributions, withdrawals, holdings, asset classification and account classification per attorneys request. |
| 6/24/2008 | WEGNER, TROY | 2.30 | Review of pricing work papers and provided direction on quality control process. |
| 6/25/2008 | WEGNER, TROY | 2.40 | Performed updates to contribution and withdrawal data regarding pricing schedules. |
| 6/25/2008 | WEGNER, TROY | 0.90 | Review of pricing work papers. |
| 6/25/2008 | WEGNER, TROY | 2.10 | Development of summary schedule including net contributions, withdrawals, holdings, asset classification and account classification per Receivers request. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/25/2008 | WEGNER, TROY | 0.20 | Call with attorneys on contribution and withdrawal summary schedules. |
| 6/25/2008 | WEGNER, TROY | 1.30 | Performed updates to contribution and withdrawal data regarding pricing schedules. |
| 6/25/2008 | WEGNER, TROY | 0.90 | Analysis of securities missing prices to determine pricing needs. |
| 6/25/2008 | WEGNER, TROY | 1.20 | Review of contribution and withdrawal data for anomalies and performed updates where necessary. |
| 6/26/2008 | WEGNER, TROY | 0.50 | At the request of the Receiver, developed transaction detail schedules for accounts with an unknown category. |
| 6/26/2008 | WEGNER, TROY | 0.70 | Quality control of net contribution / withdrawal schedule at the request of the Receiver. |
| 6/26/2008 | WEGNER, TROY | 0.50 | Design and development of SQL queries to identify securities missing prices. |
| 6/26/2008 | WEGNER, TROY | 3.20 | Development of summary schedule including net contributions, withdrawals, holdings, asset classification and account classification per Receivers request. |
| 6/26/2008 | WEGNER, TROY | 0.40 | Documentation of pricing update queries. |
| 6/26/2008 | WEGNER, TROY | 1.20 | Execution of pricing update queries and review of updated contribution / withdrawal data. |
| 6/26/2008 | WEGNER, TROY | 1.40 | Design and development of SQL update queries reflecting quality control prices. |
| 6/26/2008 | WEGNER, TROY | 0.50 | Upload of quality control pricing schedules into MS Access. |
| 6/26/2008 | WEGNER, TROY | 1.50 | Developed query mapping document to facilitate report generation and track updates to the data. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/26/2008 | WEGNER, TROY | 1.20 | Analysis of securities missing prices to determine pricing needs. |
| 6/26/2008 | WEGNER, TROY | 0.40 | Review of black scholes pricing model. |
| 6/26/2008 | WEGNER, TROY | 0.10 | Call with attorneys on contribution and withdrawal summary schedules. |
| 6/26/2008 | WEGNER, TROY | 0.40 | Review of ticked and tied pricing binder. |
| 6/27/2008 | WEGNER, TROY | 2.10 | Research of pricing discrepancies. |
| 6/27/2008 | WEGNER, TROY | 1.20 | Execution of pricing update queries and review of updated contribution / withdrawal data. |
| 6/27/2008 | WEGNER, TROY | 0.80 | Design and development of SQL queries to identify securities missing prices. |
| 6/27/2008 | WEGNER, TROY | 3.30 | Review of pricing work papers and provided direction on quality control process. |
| 6/30/2008 | WEGNER, TROY | 0.50 | Review of work papers and categorization of work papers. |
| 6/30/2008 | WEGNER, TROY | 0.80 | Review of pricing updates and associated support provided by Receiver. |
| 6/30/2008 | WEGNER, TROY | 1.70 | Review of pricing work papers and provided direction on quality control process. |
| 6/30/2008 | WEGNER, TROY | 0.40 | Integration of pricing updates and associated support provided by Receiver into quality control process. |
| 6/30/2008 | WEGNER, TROY | 1.60 | Review of pricing data and quality control of source documentation. |
| | **WEGNER, TROY Total** | 164.10 | |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/23/2008 QIU, LYNN | | 0.80 | Cross referencing of account categorization appendices. |
| 6/24/2008 QIU, LYNN | | 10.90 | Cross referencing of account categorization appendices. |
| 6/25/2008 QIU, LYNN | | 10.30 | Cross referencing of account categorization appendices. |
| 6/26/2008 QIU, LYNN | | 10.30 | Cross referencing of account categorization appendices. |
| 6/27/2008 QIU, LYNN | | 8.90 | Cross referencing of account categorization appendices quality control of pricing work papers. |
| 6/30/2008 QIU, LYNN | | 10.60 | Cross referencing of account categorization appendices quality control of pricing work papers. |
| **QIU, LYNN Total** | | **51.80** | |
| 6/20/2008 PECKLER, MARC | | 1.70 | Reviewed support for securities not in SunGard and in Neal, Gerber & Eisenberg LLP. |
| 6/20/2008 PECKLER, MARC | | 4.40 | Reviewed support for securities not in SunGard and in Neal, Gerber & Eisenberg LLP. |
| 6/22/2008 PECKLER, MARC | | 3.60 | Reviewed support for securities not in SunGard and in Neal, Gerber & Eisenberg LLP. |
| 6/23/2008 PECKLER, MARC | | 1.40 | Reviewed support for securities not in SunGard and in Neal, Gerber & Eisenberg LLP. |
| 6/23/2008 PECKLER, MARC | | 2.20 | Reviewed support for quality control purposes. |
| 6/23/2008 PECKLER, MARC | | 3.00 | Reviewed support for quality control purposes. |
| 6/23/2008 PECKLER, MARC | | 1.30 | Reviewed support for quality control purposes. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/23/2008 | PECKLER, MARC | 1.40 | Researched and pulled weekend quote information for use in support binder. |
| 6/23/2008 | PECKLER, MARC | 0.50 | Compiled list of securities with missing support and those with weekend quote information. |
| 6/24/2008 | PECKLER, MARC | 2.40 | Reviewed price information to verify correct price was provided. |
| 6/24/2008 | PECKLER, MARC | 1.00 | Compiled list of securities for which no pricing support is currently present. |
| 6/24/2008 | PECKLER, MARC | 4.50 | Locating and printing out Becky Townsend checks and wires. |
| 6/24/2008 | PECKLER, MARC | 0.70 | Reviewed price information to verify correct price was provided. |
| 6/24/2008 | PECKLER, MARC | 2.50 | Located contribution and withdrawal checks for account numbers ending in 6174. |
| 6/25/2008 | PECKLER, MARC | 3.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail (Essex accounts). |
| 6/25/2008 | PECKLER, MARC | 6.00 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail (remainder of 'Unconfirmed' accounts). |
| 6/25/2008 | PECKLER, MARC | 1.30 | Placed account activity detail into its respective binder. |
| 6/26/2008 | PECKLER, MARC | 3.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail (Essex). |
| 6/26/2008 | PECKLER, MARC | 6.00 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail (all other unconfirmed items). |
| 6/26/2008 | PECKLER, MARC | 1.40 | Placed individual checks and wires into binders. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/27/2008 | PECKLER, MARC | 5.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/27/2008 | PECKLER, MARC | 1.50 | Reviewed checks payable to Rebecca Townsend. |
| 6/27/2008 | PECKLER, MARC | 1.20 | Reviewed work product concerning US Bank transaction details. |
| 6/30/2008 | PECKLER, MARC | 6.40 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/30/2008 | PECKLER, MARC | 2.40 | Review US Bank transaction detail for specific cash amounts. |
| | **PECKLER, MARC Total** | **69.50** | |
| 6/1/2008 | ROBINSON, CHRISTOPHER | 1.40 | Verify the quantity and individual using 2008 US Bank documentation received from the Receiver to transactions posted within SunGard. |
| 6/1/2008 | ROBINSON, CHRISTOPHER | 3.60 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/2/2008 | ROBINSON, CHRISTOPHER | 3.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/2/2008 | ROBINSON, CHRISTOPHER | 3.70 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/3/2008 | ROBINSON, CHRISTOPHER | 0.20 | Create work product for meeting with Receiver. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/3/2008 | ROBINSON, CHRISTOPHER | 2.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/3/2008 | ROBINSON, CHRISTOPHER | 2.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/4/2008 | ROBINSON, CHRISTOPHER | 2.50 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/4/2008 | ROBINSON, CHRISTOPHER | 1.60 | Reconcile 2008 Leaders Bank Statements to transactions recorded in SunGard. |
| 6/5/2008 | ROBINSON, CHRISTOPHER | 4.10 | Finalize work product related to 2008 Leaders Bank Reconciliation. |
| 6/5/2008 | ROBINSON, CHRISTOPHER | 4.30 | Reconcile 2008 Leaders Bank transactions to entries booked in SunGard. |
| 6/6/2008 | ROBINSON, CHRISTOPHER | 1.50 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/6/2008 | ROBINSON, CHRISTOPHER | 4.00 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/6/2008 | ROBINSON, CHRISTOPHER | 2.50 | Finalize Work Product related to Leaders bank 2008 Reconciliation to SunGard. |
| 6/9/2008 | ROBINSON, CHRISTOPHER | 5.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/9/2008 | ROBINSON, CHRISTOPHER | 4.30 | Create work product related to categorization of accounts at the direction of the Receiver. |
| 6/10/2008 | ROBINSON, CHRISTOPHER | 5.10 | Create work product related to categorization of accounts at the direction of the Receiver. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/10/2008 | ROBINSON, CHRISTOPHER | 4.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/11/2008 | ROBINSON, CHRISTOPHER | 5.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/11/2008 | ROBINSON, CHRISTOPHER | 3.90 | Create work product related to categorization of accounts at the direction of the Receiver. |
| 6/12/2008 | ROBINSON, CHRISTOPHER | 4.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/12/2008 | ROBINSON, CHRISTOPHER | 4.50 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/13/2008 | ROBINSON, CHRISTOPHER | 4.40 | Create work product related verifying contributions and withdrawals to accounts identified as Disraeli Accounts at the direction of the Receiver. |
| 6/13/2008 | ROBINSON, CHRISTOPHER | 3.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/14/2008 | ROBINSON, CHRISTOPHER | 4.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/14/2008 | ROBINSON, CHRISTOPHER | 4.70 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/16/2008 | ROBINSON, CHRISTOPHER | 4.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/16/2008 | ROBINSON, CHRISTOPHER | 5.30 | Creating work product related to the accounts associated with Disraeli at the request of the Receiver. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/17/2008 | ROBINSON, CHRISTOPHER | 2.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/17/2008 | ROBINSON, CHRISTOPHER | 3.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/17/2008 | ROBINSON, CHRISTOPHER | 3.50 | Creating work product related to the accounts associated with Disraeli at the request of the Receiver. |
| 6/18/2008 | ROBINSON, CHRISTOPHER | 4.70 | Create Work Product related to supplemental Analyses of accounts related to BackBay's related 401k accounts. |
| 6/18/2008 | ROBINSON, CHRISTOPHER | 4.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/19/2008 | ROBINSON, CHRISTOPHER | 4.50 | Create supplemental work product related to tax withholdings recorded in SunGard. |
| 6/19/2008 | ROBINSON, CHRISTOPHER | 4.40 | Create Supplemental Analyses related to Back bay 401K and its related accounts. |
| 6/20/2008 | ROBINSON, CHRISTOPHER | 2.60 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/20/2008 | ROBINSON, CHRISTOPHER | 1.10 | Produce transaction history for Judianne Pyle and her related accounts at the request of the Receiver. |
| 6/20/2008 | ROBINSON, CHRISTOPHER | 2.40 | Create work product at the request of the Receiver for profit and losses related to the Disraeli Accounts. |
| 6/20/2008 | ROBINSON, CHRISTOPHER | 2.90 | Create supplemental work product related to tax withholdings recorded in SunGard. |
| 6/22/2008 | ROBINSON, CHRISTOPHER | 2.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/22/2008 | ROBINSON, CHRISTOPHER | 1.70 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/23/2008 | ROBINSON, CHRISTOPHER | 4.30 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/23/2008 | ROBINSON, CHRISTOPHER | 4.50 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/24/2008 | ROBINSON, CHRISTOPHER | 4.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/24/2008 | ROBINSON, CHRISTOPHER | 3.90 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/25/2008 | ROBINSON, CHRISTOPHER | 5.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/25/2008 | ROBINSON, CHRISTOPHER | 4.20 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/26/2008 | ROBINSON, CHRISTOPHER | 5.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/26/2008 | ROBINSON, CHRISTOPHER | 4.30 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/27/2008 | ROBINSON, CHRISTOPHER | 2.20 | Review work product related to Becky Townsend involving withdrawals from her account. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/27/2008 | ROBINSON, CHRISTOPHER | 2.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/27/2008 | ROBINSON, CHRISTOPHER | 3.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 6/28/2008 | ROBINSON, CHRISTOPHER | 4.50 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/28/2008 | ROBINSON, CHRISTOPHER | 3.50 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| | **ROBINSON, CHRISTOPHER Total** | **192.90** | |
| 6/3/2008 | SCHNEIDER, BRIAN | 2.60 | Reconcile pending line item contributions in SunGard. |
| 6/3/2008 | SCHNEIDER, BRIAN | 1.40 | Update reconciliation of vault documents in SunGard. |
| 6/3/2008 | SCHNEIDER, BRIAN | 1.60 | Update pending assets in SunGard as of 3/5/08. |
| 6/3/2008 | SCHNEIDER, BRIAN | 2.90 | Reconcile 2008 US Bank contributions and distributions. |
| 6/3/2008 | SCHNEIDER, BRIAN | 0.70 | Prepare documentation for meeting with Receiver. |
| 6/4/2008 | SCHNEIDER, BRIAN | 0.50 | Prepare documentation for meeting with Receiver. |
| 6/4/2008 | SCHNEIDER, BRIAN | 3.90 | Reconcile 2008 US Bank contributions and distributions. |
| 6/4/2008 | SCHNEIDER, BRIAN | 1.70 | Reconcile pending line item contributions in US Bank. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/5/2008 | SCHNEIDER, BRIAN | 1.70 | Reconcile pending line item contributions in US Bank. |
| 6/5/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile 2008 Options Express contributions and distributions. |
| 6/5/2008 | SCHNEIDER, BRIAN | 1.90 | Reconcile 2008 US Bank contributions and distributions. |
| 6/6/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile 2008 Options Express contributions and distributions. |
| 6/6/2008 | SCHNEIDER, BRIAN | 1.30 | Reconcile pending line item contributions in US Bank. |
| 6/6/2008 | SCHNEIDER, BRIAN | 1.20 | Quality control account contribution and distribution detail. |
| 6/6/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile contribution and distribution account documentation. |
| 6/9/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile pending line item contributions in US Bank. |
| 6/9/2008 | SCHNEIDER, BRIAN | 1.30 | Quality control account contribution and distribution detail. |
| 6/9/2008 | SCHNEIDER, BRIAN | 5.60 | Reconcile 2008 US Bank contributions and distributions. |
| 6/10/2008 | SCHNEIDER, BRIAN | 6.90 | Quality control account contribution and distribution detail. |
| 6/10/2008 | SCHNEIDER, BRIAN | 2.50 | Reconcile 2008 US Bank contributions and distributions. |
| 6/11/2008 | SCHNEIDER, BRIAN | 4.60 | Quality control account contribution and distribution detail. |
| 6/11/2008 | SCHNEIDER, BRIAN | 3.50 | Reconcile 2008 US Bank contributions and distributions. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/11/2008 | SCHNEIDER, BRIAN | 2.00 | Quality control account contribution and distribution detail. |
| 6/12/2008 | SCHNEIDER, BRIAN | 4.60 | Reconcile fixed income pricing. |
| 6/12/2008 | SCHNEIDER, BRIAN | 7.20 | Quality control account contribution and distribution detail. |
| 6/13/2008 | SCHNEIDER, BRIAN | 3.70 | Reconcile 2008 Options Express contributions and distributions. |
| 6/13/2008 | SCHNEIDER, BRIAN | 3.20 | Reconcile fixed income pricing. |
| 6/13/2008 | SCHNEIDER, BRIAN | 2.40 | Reconcile Disraeli account contributions and withdrawals. |
| 6/16/2008 | SCHNEIDER, BRIAN | 3.80 | Reconcile fixed income prices. |
| 6/16/2008 | SCHNEIDER, BRIAN | 2.90 | Quality control account contribution and distribution detail. |
| 6/16/2008 | SCHNEIDER, BRIAN | 3.60 | Quality control account contribution and distribution detail. |
| 6/17/2008 | SCHNEIDER, BRIAN | 3.40 | Reconcile private equity, real estate and other fixed income prices. |
| 6/17/2008 | SCHNEIDER, BRIAN | 4.20 | Quality control account contribution and distribution detail. |
| 6/17/2008 | SCHNEIDER, BRIAN | 2.50 | Reconcile fixed income prices. |
| 6/18/2008 | SCHNEIDER, BRIAN | 2.10 | Quality control account contribution and distribution detail. |
| 6/18/2008 | SCHNEIDER, BRIAN | 1.80 | Quality control account contribution and distribution detail. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/18/2008 | SCHNEIDER, BRIAN | 6.40 | Reconcile private equity, real estate and other fixed income prices. |
| 6/19/2008 | SCHNEIDER, BRIAN | 3.80 | Reconcile private equity, real estate and other fixed income prices. |
| 6/19/2008 | SCHNEIDER, BRIAN | 1.70 | Quality control account contribution and distribution detail. |
| 6/19/2008 | SCHNEIDER, BRIAN | 4.00 | Reconcile private equity, real estate and other fixed income prices. |
| 6/20/2008 | SCHNEIDER, BRIAN | 3.30 | Reconcile private equity, real estate and other fixed income prices. |
| 6/20/2008 | SCHNEIDER, BRIAN | 1.90 | Quality control account contribution and distribution detail. |
| 6/20/2008 | SCHNEIDER, BRIAN | 4.10 | Reconcile private equity, real estate and other fixed income prices. |
| 6/23/2008 | SCHNEIDER, BRIAN | 3.60 | Reconcile private equity, real estate and other fixed income prices. |
| 6/23/2008 | SCHNEIDER, BRIAN | 2.70 | Quality control account contribution and distribution detail. |
| 6/23/2008 | SCHNEIDER, BRIAN | 2.80 | Reconcile account contribution and withdrawal detail. |
| 6/23/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile private equity, real estate and other fixed income prices. |
| 6/24/2008 | SCHNEIDER, BRIAN | 6.50 | Reconcile account contribution and withdrawal detail. |
| 6/24/2008 | SCHNEIDER, BRIAN | 2.70 | Reconcile private equity, real estate and other fixed income prices. |
| 6/24/2008 | SCHNEIDER, BRIAN | 1.70 | Quality control account contribution and distribution detail. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/25/2008 | SCHNEIDER, BRIAN | 3.70 | Reconcile account contribution and withdrawal detail. |
| 6/25/2008 | SCHNEIDER, BRIAN | 2.70 | Reconcile private equity, real estate and other fixed income prices. |
| 6/25/2008 | SCHNEIDER, BRIAN | 3.80 | Reconcile account contribution and withdrawal detail. |
| 6/26/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile pricing request for Receiver. |
| 6/26/2008 | SCHNEIDER, BRIAN | 2.70 | Reconcile account contribution and withdrawal detail. |
| 6/26/2008 | SCHNEIDER, BRIAN | 2.30 | Quality control account contribution and distribution detail. |
| 6/26/2008 | SCHNEIDER, BRIAN | 3.80 | Reconcile account contribution and withdrawal detail. |
| 6/27/2008 | SCHNEIDER, BRIAN | 1.30 | Quality control account contribution and distribution detail. |
| 6/27/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile pricing request for Receiver. |
| 6/27/2008 | SCHNEIDER, BRIAN | 4.60 | Reconcile account contribution and withdrawal detail. |
| 6/30/2008 | SCHNEIDER, BRIAN | 3.50 | Prepare Lohmeier, Townsend, and Pyle contributions and withdrawals analysis. |
| 6/30/2008 | SCHNEIDER, BRIAN | 0.90 | Reconcile 2008 US Bank contributions and distributions. |
| 6/30/2008 | SCHNEIDER, BRIAN | 2.20 | Reconcile account contribution and withdrawal detail. |
| 6/30/2008 | SCHNEIDER, BRIAN | 4.60 | Reconcile 2008 US Bank contributions and distributions. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/30/2008 | SCHNEIDER, BRIAN | 2.20 | Reconcile account contribution and withdrawal detail. |
| 6/30/2008 | SCHNEIDER, BRIAN | 4.60 | Reconcile 2008 US Bank contributions and distributions. |
| 6/30/2008 | SCHNEIDER, BRIAN | 0.90 | Reconcile 2008 US Bank contributions and distributions. |
| 6/30/2008 | SCHNEIDER, BRIAN | 3.50 | Prepare Lohmeier, Townsend, and Pyle contributions and withdrawals analysis. |
| | **SCHNEIDER, BRIAN Total** | **197.40** | |
| 6/11/2008 | SLOSS, JULIA | 1.60 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/12/2008 | SLOSS, JULIA | 11.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Review account activity detail to determine the price of taxable bonds. |
| 6/16/2008 | SLOSS, JULIA | 3.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail.  Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/17/2008 | SLOSS, JULIA | 7.50 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail.  Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/18/2008 | SLOSS, JULIA | 8.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail.  Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/19/2008 | SLOSS, JULIA | 6.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail.  Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/20/2008 | SLOSS, JULIA | 4.80 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail.  Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/23/2008 | SLOSS, JULIA | 8.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/24/2008 | SLOSS, JULIA | 11.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/25/2008 | SLOSS, JULIA | 11.40 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 6/26/2008 | SLOSS, JULIA | 10.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| | **SLOSS, JULIA Total** | 85.40 | |
| 6/2/2008 | CASEY, SARAH | 6.10 | Vouched payments for accounts. |
| 6/3/2008 | CASEY, SARAH | 5.40 | Compiled and prepared work paper documentation. |
| 6/4/2008 | CASEY, SARAH | 4.60 | Vouched payments for accounts. |
| 6/5/2008 | CASEY, SARAH | 6.10 | Analyzed documents provided by AFC and John Lohmeier to identify AFC accounts. |
| 6/6/2008 | CASEY, SARAH | 5.50 | Analyzed documents provided by AFC and John Lohmeier to identify AFC accounts. |
| 6/9/2008 | CASEY, SARAH | 6.00 | Analyzed documents provided by AFC and John Lohmeier to identify AFC accounts. |
| 6/10/2008 | CASEY, SARAH | 4.70 | Cross-referenced accounts to verify the support and information that was collected for each account. |
| 6/11/2008 | CASEY, SARAH | 6.50 | Worked on cross referencing accounts to verify the support and information that was already collected and organized binders. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 6/12/2008 | CASEY, SARAH | 5.80 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/13/2008 | CASEY, SARAH | 5.60 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/16/2008 | CASEY, SARAH | 8.40 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/17/2008 | CASEY, SARAH | 8.50 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/18/2008 | CASEY, SARAH | 8.10 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/19/2008 | CASEY, SARAH | 8.40 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/20/2008 | CASEY, SARAH | 7.00 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/23/2008 | CASEY, SARAH | 8.40 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/24/2008 | CASEY, SARAH | 8.10 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/25/2008 | CASEY, SARAH | 8.00 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/26/2008 | CASEY, SARAH | 8.20 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/27/2008 | CASEY, SARAH | 6.00 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/30/2008 | CASEY, SARAH | 7.50 | Cross referenced accounts to verify the support and information was documented appropriately. |
| | **CASEY, SARAH Total** | 142.90 | |



Receiver for Enterprise Trust Company

Summary of Professional Fees: June 1, 2008 - June 30, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 6/19/2008 | RILEY, PATRICK | 8.40 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/20/2008 | RILEY, PATRICK | 7.60 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/23/2008 | RILEY, PATRICK | 8.20 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/24/2008 | RILEY, PATRICK | 5.30 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/25/2008 | RILEY, PATRICK | 5.70 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/26/2008 | RILEY, PATRICK | 6.30 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/27/2008 | RILEY, PATRICK | 5.90 | Cross referenced accounts to verify the support and information was documented appropriately. |
| 6/30/2008 | RILEY, PATRICK | 6.10 | Cross referenced accounts to verify the support and information was documented appropriately. |
| | **RILEY, PATRICK Total** | 53.50 | |
| | **Grand Total** | 1,114.10 | |