IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,<br><br>Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or whomever may be designated to sit in his stead, in **Court Room 2503** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Receiver's Motion for Approval and Payment of Fees, a copy of which is attached and served upon you.

Respectfully submitted,

/s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747

## SERVICE LIST

Steven J. Levine, Esq.
Steven L. Klawans, Esq.
Allison M. Fakhoury, Esq.
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
levines@sec.gov
klawansse@sec.gov
fakhoury@sec.gov

Pravin Rao, Esq.
Amy Lum, Esq.
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, Illinois 60603
prao@perkinscoie.com
alum@perkinscoie.com

Patrick William Blegen, Esq.
Blegen & Garvey
53 West Jackson, Suite 1437
Chicago, IL 60604-3932
Pblegen@blegenlaw.com

John J. Conway, Esq.
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523
johnconway@shlawfirm.com
mattbarrette@shlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 23rd day of July, 2008 he electronically filed Receiver's Motion for Approval and Payment of Fees, with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhoury@sec.gov |
| Pravin Rao | prao@perkinscoie.com |
| Amy Lum | alum@perkinscoie.com |
| Patrick William Blegen | pblegen@blegenlaw.com |
| John J. Conway | johnconway@shlawfirm.com |
| Matthew P. Barrette | mattbarrette@shlawfirm.com |

/s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern