UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>**ENTERPRISE TRUST COMPANY,** :<br>**JOHN H. LOHMEIER,** :<br>**and REBECCA A. TOWNSEND,** :<br>:<br>Defendants. :<br>: | Civil Action No: 08 CV 1260<br><br>Judge James B. Zagel |

**PLAINTIFF'S MOTION FOR ENTRY OF PERMANENT INJUNCTION**
**ORDER AGAINST DEFENDANT REBECCA A. TOWNSEND, BY CONSENT**

Plaintiff, the United States Securities and Exchange Commission ("SEC"), pursuant to the Consent of Defendant Rebecca A. Townsend ("Townsend"), respectfully moves the Court for the entry of an Order of Permanent Injunction Against Rebecca A. Townsend ("Order"), in the form attached hereto as Exhibit 1.  The proposed Order permanently enjoins Townsend from violations of the charged provisions of the federal securities laws and provides procedures for the resolution of the Commission's claims against Townsend for disgorgement and civil penalties.  In support of this motion, the SEC states as follows:

1. This is a securities enforcement action brought by the SEC that arises from the defendants' fraudulent and unlawful conduct as alleged in the Complaint, Docket Entry 1.

2. Defendant Townsend has consented to the entry of the proposed Order.  *See* Consent of Defendant Rebecca A. Townsend, a copy of which is attached hereto as Ex. 2.

WHEREFORE, Plaintiff, the United States Securities and Exchange Commission respectfully requests that the Court enter the attached Order of Permanent Injunction Against Defendant Rebecca A. Townsend.

        Respectfully submitted,

        **FOR PLAINTIFF:**

        /s/ Allison M. Fakhoury_____
        Steven J. Levine (IL Bar No. 6226921)
        Steven L. Klawans (IL Bar No. 6229593)
        Allison M. Fakhoury (IL Bar No.6281486)

        Securities and Exchange Commission
        175 W. Jackson Blvd., Suite 900
        Chicago, IL 60604
        Tel:  (312) 353-7390
        Fax: (312) 353-7398

Dated: July 24, 2008