UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ENTERPRISE TRUST COMPANY, : <br> JOHN H. LOHMEIER, : <br> and REBECCA A. TOWNSEND, : <br> : <br> Defendants. : | Civil Action No. 08 CV 1260 <br><br> Judge James B. Zagel |

### NOTICE OF MOTION

To:   All Counsel on the Attached Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008 at 10:15 a.m., or as soon thereafter as it may be heard, Plaintiff, the United States Securities and Exchange Commission ("SEC"), will appear in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present the attached *Plaintiff's Motion for Entry of Permanent Injunction Order Against Defendant Rebecca A. Townsend, By Consent*, in the above-captioned lawsuit, a copy of which document is hereby served upon you.

> Respectfully submitted,
>
> /s/ Allison M. Fakhoury_____
> Steven J. Levine (IL Bar No. 6226921)
> Steven L. Klawans (IL Bar No. 6229593)
> Allison M. Fakhoury (IL Bar No.6281486)

                          Attorneys for Plaintiff
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Dated: July 24, 2008