UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 08 CV 1260 : |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | : Judge James B. Zagel : : : |
| Defendants. | : : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare that on this 24th day of July, 2008 I caused copies of the following document:

  1.    Plaintiff's Notice of Motion

to be served electronically via the court's ECF system to all persons who are E-filers in this case.

    /s/  Allison M. Fakhoury_____
Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Tel:  (312) 353-7390
Fax: (312) 353-7398