**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Securities and Exchange Commission
                                    Plaintiff,

v.                                  Case No.: 1:08–cv–01260
                                    Honorable James B. Zagel

Enterprise Trust Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

 MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/29/2008. MOTION by Plaintiff Securities and Exchange Commission for permanent injunction against Defendant Rebecca A. Townsend, by Consent [101] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.