# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 1260

SECURITIES AND EXCHANGE COMMISSION, Plaintiff,
v.
ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER,
and
REBECCA A. TOWNSEND, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DONALD DECHRISTOPHER
MARTHA DECHRISTOPHER

| | |
|---|---|
| NAME (Type or print) Ray G. Rezner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ray G. Rezner | |
| FIRM Barack Ferrazzano Kirschbaum & Nagelberg LLP | |
| STREET ADDRESS 200 West Madison St., Suite 3900 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 02323605 | TELEPHONE NUMBER (312) 984-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |