U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                       Case Number: 08 CV 1260

SECURITIES AND EXCHANGE COMMISSION, Plaintiff,
v.
ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER,
and
REBECCA A. TOWNSEND, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DONALD DECHRISTOPHER
MARTHA DECHRISTOPHER

| NAME (Type or print) |
| --- |
| Shermin Kruse |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Shermin Kruse |

| FIRM |
| --- |
| Barack Ferrazzano Kirschbaum & Nagelberg LLP |

| STREET ADDRESS |
| --- |
| 200 West Madison St., Suite 3900 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06277702 | (312) 984-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ] |