IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>　　　　　　　　　Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

### RECEIVER'S MOTION FOR AN ORDER REQUIRING THE RETURN OF $18,973 FROM ACCUTECH SYSTEMS CORPORATION

Phillip L. Stern, as Receiver ("Receiver") for Enterprise Trust Company ("Enterprise" or the "Company"), moves this Court, for an Order requiring AccuTech Systems Corporation (ACS) to return $18,973 to Enterprise.

In support of the motion, the Receiver states as follows:

1.　ACS is a software company located at 2620 N. AccuTech Way, Muncie, Indiana. ACS provides financial accounting software and related services.

2.　Upon information and belief, on or about February 19, 2008, Enterprise entered into a contract with ACS under which ACS was to provide software to replace the SunGard trust accounting system used by Enterprise in its Oakbrook, Illinois office, and to assist in the conversion from SunGard to AccuTech.

3.　On or about February 19, 2008, ACS received funds in the amount of $18,973 as a down payment for services to be rendered under the contract. A copy of the check provided to

ACS is attached hereto as Exhibit A. The monies were transferred to ACS out of Enterprise's Leaders Bank Account No. 4001004672. The funds received by ACS belonged to Enterprise.

4. The Receiver is unaware of any services being performed by ACS. Indeed, because Enterprise ceased operations approximately 3 weeks after it entered into the contract with ACS, there was no reason for ACS to provide any services. Enterprise was still using the SunGard system when it ceased operations.

5. Upon information and belief, after the Receiver was appointed, Defendant John H. Lohmeier contacted ACS to obtain a refund of the monies Enterprise paid to ACS.

6. On or about, April 2, 2008, David Moore, a representative of ACS, contacted legal counsel for the Receiver and asked if it would be alright for ACS to refund the monies to Mr. Lohmeier's credit card. Mr. Moore was informed about the Court's Asset Freeze and Receivership Orders and asked to refund the monies to Enterprise.

7. On or about April 14, 2008, Bruce N. Munson, counsel for ACS indicated that ACS had no obligation to return the money and stated that ACS had in fact "earned" the money.

8. The undersigned asked Mr. Munson to provide evidence of the work purportedly performed by ACS. No such evidence has been provided.

9. ACS continues to claim without support that it has earned the money and refuses to return money that properly belongs to Enterprise.

By: /s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

### ORDER FREEZING AND REQUIRING THE RETURN OF $18,973 FROM ACCUTECH SYSTEMS CORPORATION

Phillip L. Stern, who upon motion of plaintiff, the United States Securities and Exchange Commission, was appointed by this Court to act as Receiver of Enterprise Trust Company, has sought an order from this Court.

IT IS HEREBY ORDERED that the Receiver's motion is GRANTED and AccuTech Systems Corporation is hereby ordered to return the sum of $18,973 to the Receiver for Enterprise Trust Company.

                                                                                                                 _____
                                                                                                                 Honorable James B. Zagel
                                                                                                                 United States District Judge

Dated: _____

NGEDOCS: 1554733.1