IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,<br><br>                    Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

## RECEIVER'S MOTION FOR APPROVAL AND PAYMENT OF FEES

Phillip L. Stern, as Receiver ("Receiver") for Enterprise Trust Company ("Enterprise" or the "Company"), moves this Court, pursuant to the Order Appointing Receiver Over Enterprise Trust Company dated March 5, 2008 (the "Order"), for an order approving payment of the Receiver's fees and expenses incurred for the month of July 2008, to wit, $75,920.60, as well as fees and expenses incurred by Navigant Consulting Company ("Navigant") for the month of July 2008 in the total amount of $186,719.40.

With respect to the fees and expenses incurred by the Receiver, the Order provides that "the Receiver . . . [is] entitled to reasonable compensation from the assets now held by or in the possession or control of or which may be received by Receiver; said amounts of compensation shall be commensurate with their duties and obligations under the circumstances, subject to the approval of the Court . . . ." The Receiver's fees are provided at a discounted rate and capped at an hourly rate not to exceed $475 per hour. The Receiver's fees and expenses, for the month of July 2008, at the discounted rate, totaled $75,920.60. A copy of the Receiver's discounted bill for services rendered in July 2008 is attached as Exhibit A.

During July, the Receiver spent a substantial amount of time completing the plan of allocation (the "Plan") to present to the Court, providing the Plan to Enterprise clients, and responding to inquiries, questions and objections from Enterprise clients about the Plan.

Upon completion of the Plan, the Receivership has focused on the investigation of other potentially available assets, including assets belonging to those who were in charge of Enterprise or who provided brokerage and clearing services to Enterprise. This analysis, and related legal research, is ongoing.

The Receiver also continued to spend considerable time during the month of July communicating with the various government agencies that are investigating Enterprise, as well as responding to inquiries from customers or their representatives.

With respect to the fees and expenses incurred by Navigant for the month of July 2008, for which reimbursement is being sought, the total amount of Navigant's bill is $186,719.40 (Exhibit B). In this regard, Navigant continued its review of customer contributions, withdrawals, and holdings recorded in Enterprise's accounting system. Navigant provided the Receiver with preliminary schedules detailing total contributions and withdrawals by customer for purposes of finalizing the Plan.

Work performed in July included completing testing to verify client contributions and withdrawals, including review of related records.

Under the proposed distribution methodology, the Receiver valued contributions and withdrawals on the approximate date of transfer. Consequently, the Receiver provided security prices to Navigant to value each contribution and withdrawal. Navigant reconciled these prices to Enterprise's accounting system. If the prices matched, no further work was performed. If the prices did not match or were not reflected in the accounting system, research was performed to

identify an appropriate price for valuing customer contributions and withdrawals. Where prices were unavailable, such as thinly traded fixed income securities, Navigant researched additional pricing sources to value contributions and withdrawals.

Navigant provided the Receiver with final schedules for total contributions, withdrawals, holdings, and gross allocations by customer for allocation purposes. Work performed by Navigant in July, also included any modifications to the allocation schedules based on the Receiver's changes to the proposed distribution methodology.

Navigant also provided assistance in reviewing sections of the Plan, and in obtaining information responsive to various customer inquiries.

Navigant also assisted the Receiver in providing information to the SEC during the month of July, including providing schedules detailing specific contributions for specific accounts, providing details for assets received by Enterprise but not allocated to any customer, responding to questions about specific accounts, and performing various analyses.

Finally, Navigant continued assisted in analyzing contributions and withdrawals for certain accounts belonging to Enterprise officers and employees, and in tracking monies paid to such individuals.

By: /s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>      v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A.TOWNSEND,<br>                      Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

**ORDER APPROVING PAYMENT OF RECEIVER'S FEES**

Phillip L. Stern, who upon motion of plaintiff, the United States Securities and Exchange Commission, was appointed by this Court to act as Receiver of Enterprise Trust Company, has sought an order from this Court approving payment of his fees and expenses incurred in month of July 2008, to wit, $75,920.60, as well as fees and expenses incurred by Navigant Consulting Company ("Navigant") for the month of July 2008 in the total amount of $186,719.40.

IT IS HEREBY ORDERED that the Receiver's motion is GRANTED and the Receiver's and Navigant's invoices submitted to the Court for fees and expenses incurred for the month of July 2008 shall be paid in full in the total amount of, $75,920.60 and $186,719.40, respectively.

                                                                               _____
                                                                               Honorable James B. Zagel
                                                                               United States District Judge

Dated: _____

NGEDOCS: 1556983.1