# EXHIBIT A

LAW OFFICES

# Neal, Gerber & Eisenberg LLP

**PLEASE REMIT PAYMENT TO:**
**NEAL, GERBER & EISENBERG** LLP
**28987 NETWORK PLACE**
**CHICAGO, IL 60673-1289**

TWO NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-3801
(312) 269-8000
F.E.I.N. 36-3532950

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 1

For Services Through July 31, 2008
Our Matter #   021196.0601
                    SEC - Enterprise Trust Co. Receivership

| Date | Description | Timekeeper | Hours | Rate | | Amount |
|------|-------------|-----------|-------|------|---|--------|
| 07/01/08 | Receive and review correspondence from Leader's Bank regarding valuation of bank shares. | | | | | |
| | | C. M. Burky | 0.20 hrs. | 460.00 /hr | $ | 92.00 |
| 07/01/08 | Attendance in Court for Motion to Freeze Assets of R. Townsend; discussions with counsel and SEC; review ETC email correspondence regarding R. Townsend. | | | | | |
| | | M.Z. Gurland | 0.80 hrs. | 475.00 /hr | $ | 380.00 |
| 07/01/08 | Delivered courtesy copies to judge's chamber for M. Gurland. | | | | | |
| | | K. J. Augusta | 0.40 hrs. | 75.00 /hr | $ | 30.00 |
| 07/02/08 | Receive, review and analyze Navigant's list of outstanding requests; review subpoena files, emails and correspondence files with respect to same, and draft emails to P. Stern, M. Gurland and Scott Solomon at Navigant with respect to information related to valuation of DHCC and Leaders Bank stock. | | | | | |
| | | C. M. Burky | 0.80 hrs. | 460.00 /hr | $ | 368.00 |
| 07/02/08 | Review correspondence from Navigant regarding outstanding issues; follow-up on J.P. Morgan Securities; email with P. Stern; correspondence with Dept. of Labor regarding ETC 401 (k)s. | | | | | |
| | | M.Z. Gurland | 0.40 hrs. | 475.00 /hr | $ | 190.00 |
| 07/02/08 | Reply to ETC client communications. | | | | | |

Enterprise Trust Company Receivership

| | | | | | |
|---|---|---|---|---|---|
| | P.L. Stern | 0.10  hrs. | 475.00  /hr | $ | 47.50 |

07/02/08 — Reviewed and indexed various documents.

| | | | | | |
|---|---|---|---|---|---|
| | D. D. Williams | 2.10  hrs. | 200.00  /hr | $ | 420.00 |

07/02/08 — Locate and scan documents requested by Navigant consulting; update customer files.

| | | | | | |
|---|---|---|---|---|---|
| | A. Gilbert | 4.00  hrs. | 150.00  /hr | $ | 600.00 |

07/03/08 — Worked on Allocation Plan revisions per directions from P. Stern; meeting with SEC regarding third parties; telephone call with Pacific N.W. Title; review records from Howrey; review P. Stern allocation chart/analysis; draft section regarding custodial/managed accounts.

| | | | | | |
|---|---|---|---|---|---|
| | M.Z. Gurland | 5.80  hrs. | 475.00  /hr | $ | 2,755.00 |

07/03/08 — Attend meeting at SEC. Conference call with Navigant concerning asset pricing issues.  Work on allocation plan. Communications with Enterprise clients.  Work on memorandum to court regarding allocation plan.

| | | | | | |
|---|---|---|---|---|---|
| | P.L. Stern | 3.60  hrs. | 475.00  /hr | $ | 1,710.00 |

07/03/08 — Reviewed and indexed various documents.

| | | | | | |
|---|---|---|---|---|---|
| | D. D. Williams | 4.00  hrs. | 200.00  /hr | $ | 800.00 |

07/04/08 — Review of testimony and e-mails in connection of analysis of possible causes of action.

| | | | | | |
|---|---|---|---|---|---|
| | P.L. Stern | 5.30  hrs. | 475.00  /hr | $ | 2,517.50 |

07/05/08 — Telephone call with Suskind regarding optionsXpress. Review transcripts in connection with analysis of possible causes of action.

| | | | | | |
|---|---|---|---|---|---|
| | P.L. Stern | 2.60  hrs. | 475.00  /hr | $ | 1,235.00 |

07/07/08 — Telephone calls with Navigant and Levine. Respond to ETC client inquiries.  Work on allocation plan.

| | | | | | |
|---|---|---|---|---|---|
| | P.L. Stern | 2.00  hrs. | 475.00  /hr | $ | 950.00 |

07/07/08 — Reviewed and indexed various documents.

| | | | | | |
|---|---|---|---|---|---|
| | D. D. Williams | 4.00  hrs. | 200.00  /hr | $ | 800.00 |

Enterprise Trust Company Receivership

| 07/07/08 | Update customer files; review customer files for data needed to respond to inquiry; requests to Leaders Bank for outstanding documentation for wire transfers and checks not-honored due to the asset freeze; discussion via e-mail with P. Stern and SEC regarding sale of ETC computer equipment. | | | | |
|---|---|---|---|---|---|
| | A. Gilbert | 3.00 hrs. | 150.00 /hr | $ | 450.00 |
| 07/08/08 | Receive and review email correspondence regarding possession of Enterprise Trust Company's computer equipment, and telephone conference with counsel for Rebecca Townsend regarding same. | | | | |
| | C. M. Burky | 0.30 hrs. | 460.00 /hr | $ | 138.00 |
| 07/08/08 | Work on allocation plan and respond to ETC client inquiries. | | | | |
| | P.L. Stern | 0.50 hrs. | 475.00 /hr | $ | 237.50 |
| 07/08/08 | Reviewed and indexed various documents. | | | | |
| | D. D. Williams | 3.60 hrs. | 200.00 /hr | $ | 720.00 |
| 07/08/08 | Update customer files; sort documents removed from ETC offices; integrate documents into customer files. | | | | |
| | A. Gilbert | 7.00 hrs. | 150.00 /hr | $ | 1,050.00 |
| 07/09/08 | Various telephone conferences with A. Gilbert, Pat Blegen and P. Stern regarding removal of computer equipment and claims of privilege regarding same; draft email to P. Stern regarding same. | | | | |
| | C. M. Burky | 1.10 hrs. | 460.00 /hr | $ | 506.00 |
| 07/09/08 | Review re-draft of Plan from P. Stern. | | | | |
| | M.Z. Gurland | 0.80 hrs. | 475.00 /hr | $ | 380.00 |
| 07/09/08 | Respond to client inquiries.  Work on allocation plan.  Telephone call with Levine. Revise allocation report to the Court. | | | | |
| | P.L. Stern | 3.80 hrs. | 475.00 /hr | $ | 1,805.00 |
| 07/09/08 | Reviewed and indexed various documents. | | | | |
| | D. D. Williams | 3.30 hrs. | 200.00 /hr | $ | 660.00 |
| 07/09/08 | Travel to Oak Brook to remove computers, servers, and other articles | | | | |

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| with resale value; inventory and organize; update customer files. | | | | | |
| A. Gilbert | 8.00 hrs. | 150.00 /hr | $ | 1,200.00 |

07/10/08   Telephone conference with A. Gilbert regarding removal of computer equipment, and receive and respond to email correspondence regarding same.

| C. M. Burky | 0.20 hrs. | 460.00 /hr | $ | 92.00 |

07/10/08   Draft comments and email correspondence to P. Stern regarding Plan revisions.

| M.Z. Gurland | 0.40 hrs. | 475.00 /hr | $ | 190.00 |

07/10/08   Respond to ETC client inquires.  Telephone calls with SEC and Navigant. Work on allocation memo to the court. Review Pyle motion and gather documents in response.

| P.L. Stern | 4.80 hrs. | 475.00 /hr | $ | 2,280.00 |

07/10/08   Travel to Oak Brook to remove remaining computer, printer and other items with resale value.

| A. Gilbert | 7.00 hrs. | 150.00 /hr | $ | 1,050.00 |

07/11/08   Review comments/changes to plan from S. Levine; review comments/changes to plan from A. Fakhoury (SEC); review comments/changes to plan from Navigant; discussions with P. Stern regarding finalizing preliminary plan; redrafted plan and updated based on percentage allocations; review/revise Exhibits to plan; telephone call with P. Stern; review motions by J. Pyle to quash subpoena; motion to intervene and intervening counterclaim and Exhibits; telephone call with S. Levine; review Pyle checks; review final contribution and withdrawal charts and revisions to same.

| M.Z. Gurland | 6.60 hrs. | 475.00 /hr | $ | 3,135.00 |

07/11/08   Respond to client inquiry. Prepare for and participate in conference call with counsel for optionsXpress. Work on allocation plan memo. Telephone call with Baldwin.

| P.L. Stern | 2.70 hrs. | 475.00 /hr | $ | 1,282.50 |

07/14/08   Respond to ETC client inquiries.  Discuss Pyle motion with Gurland. Explore possible causes of action against third parties.

| P.L. Stern | 1.40 hrs. | 475.00 /hr | $ | 665.00 |

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 5

| 07/14/08 | Reviewed and indexed various documents. | | | | | |
|---|---|---|---|---|---|---|
| | D. D. Williams | 1.00 | hrs. | 200.00 | /hr | $ 200.00 |

| 07/15/08 | Preparation for attendance in court on motions by J. Pyle to Intervene and Quash Subpoena; discussion with counsel regarding deposition; draft letter/subpoena; review updated information and corrections from Navigant on Allocation Plan; discussions with Navigant regarding work in progress and completion of same. | | | | | |
|---|---|---|---|---|---|---|
| | M.Z. Gurland | 1.40 | hrs. | 475.00 | /hr | $ 665.00 |

| 07/15/08 | Communications with ETC clients. | | | | | |
|---|---|---|---|---|---|---|
| | P.L. Stern | 0.60 | hrs. | 475.00 | /hr | $ 285.00 |

| 07/15/08 | Reviewed and indexed various documents. | | | | | |
|---|---|---|---|---|---|---|
| | D. D. Williams | 1.70 | hrs. | 200.00 | /hr | $ 340.00 |

| 07/16/08 | Review of all outstanding bills payable by Enterprise and discussions regarding same; draft application to Court; work related to allocation plan; review information regarding SunGard. | | | | | |
|---|---|---|---|---|---|---|
| | M.Z. Gurland | 0.90 | hrs. | 475.00 | /hr | $ 427.50 |

| 07/16/08 | Respond to ETC client inquiries.  Review FINRA testimony. | | | | | |
|---|---|---|---|---|---|---|
| | P.L. Stern | 1.30 | hrs. | 475.00 | /hr | $ 617.50 |

| 07/17/08 | Respond to ETC cline inquiries.  Work on client letter regarding allocation plan.  Telephone calls with Levine and Solomon.  Meet with Swanson.Prepare for and appear before Judge Zagel.  Review of e-mails and FINRA testimony in connection with investigation of others who may be responsible for the losses. | | | | | |
|---|---|---|---|---|---|---|
| | P.L. Stern | 5.60 | hrs. | 475.00 | /hr | $ 2,660.00 |

| 07/17/08 | Edit and perfect mailing list database to be used for mailing receiver's report. | | | | | |
|---|---|---|---|---|---|---|
| | A. Gilbert | 0.30 | hrs. | 150.00 | /hr | $ 45.00 |

| 07/18/08 | Finalized Plan for filing per comments with P. Stern and Court; updated Plan based on current bank/securities figures; worked on letter to investors regarding Allocation Plan. | | | | | |
|---|---|---|---|---|---|---|

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 6

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| M.Z. Gurland | 0.80 hrs. | 475.00 /hr | $ | 380.00 |

07/18/08 Work on allocation plan memo.  Telephone calls with Levine, Navigant and ETC clients. Document review in connection with analysis of possible causes of action. Telephone calls with counsel for Legent and optionsXpress.  Work on letter to ETC clients concerning allocation plan.

|  |  |  |  |  |
|---|---|---|---|---|
| P.L. Stern | 6.70 hrs. | 475.00 /hr | $ | 3,182.50 |

07/21/08 Receive voicemail from Republic Bank AZ regarding ETC holdings of bank stock and strategy conference with A. Gilbert regarding distribution of same to customers; receive and review email from Navigant confirming same.

|  |  |  |  |  |
|---|---|---|---|---|
| C. M. Burky | 0.60 hrs. | 460.00 /hr | $ | 276.00 |

07/21/08 Research regarding illegal contracts.

|  |  |  |  |  |
|---|---|---|---|---|
| J.R. Derbis | 4.00 hrs. | 460.00 /hr | $ | 1,840.00 |

07/21/08 Edit letter to investors regarding Allocation Plan.

|  |  |  |  |  |
|---|---|---|---|---|
| M.Z. Gurland | 0.20 hrs. | 475.00 /hr | $ | 95.00 |

07/21/08 Telephone calls with SEC, counsel for TradeRight, and Larson from Republic Bank. Work on allocation letter to ETC clients. Continue analysis of possible causes of action.  Review testimony.

|  |  |  |  |  |
|---|---|---|---|---|
| P.L. Stern | 5.30 hrs. | 475.00 /hr | $ | 2,517.50 |

07/21/08 Reviewed and indexed various documents.

|  |  |  |  |  |
|---|---|---|---|---|
| D. D. Williams | 2.60 hrs. | 200.00 /hr | $ | 520.00 |

07/21/08 Edit documents; prepare reports and compile enclosures for mailing to Enterprise customers.

|  |  |  |  |  |
|---|---|---|---|---|
| A. Gilbert | 8.50 hrs. | 150.00 /hr | $ | 1,275.00 |

07/22/08 Research regarding illegal contracts, authority of receiver, and possible causes of action against third-parties.

|  |  |  |  |  |
|---|---|---|---|---|
| J.R. Derbis | 4.00 hrs. | 460.00 /hr | $ | 1,840.00 |

07/22/08 Telephone calls with ETC clients.  Testimony review. Telephone call with Levine.

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 7

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | P.L. Stern | 1.60 | hrs. | 475.00 | /hr | $ | 760.00 |
| 07/22/08 | Prepare reports, compile enclosures, and edit mailing list of Enterprise customers in advance of mailing. |  |  |  |  |  |  |
|  | A. Gilbert | 11.50 | hrs. | 150.00 | /hr | $ | 1,725.00 |
| 07/22/08 | Delivered courtesy copies to Judge Zagel in case no. 08 C 1260 for M. Gurland. |  |  |  |  |  |  |
|  | R. S. Johnson | 0.40 | hrs. | 100.00 | /hr | $ | 40.00 |
| 07/23/08 | Research regarding possible causes of action against third-parties. |  |  |  |  |  |  |
|  | J.R. Derbis | 5.00 | hrs. | 460.00 | /hr | $ | 2,300.00 |
| 07/23/08 | Telephone conference with SEC; discussion with P. Stern regarding R. Townsend and regarding allocation/distribution plan process; draft letter to P. Blegen. |  |  |  |  |  |  |
|  | M.Z. Gurland | 0.30 | hrs. | 475.00 | /hr | $ | 142.50 |
| 07/23/08 | Telephone calls with Levine and Larson. Testimony review.  Review TradeRight related documents. |  |  |  |  |  |  |
|  | P.L. Stern | 3.20 | hrs. | 475.00 | /hr | $ | 1,520.00 |
| 07/23/08 | Organize and compile individualized mailing to Enterprise customers communicating Receiver's Plan for Allocation. |  |  |  |  |  |  |
|  | A. Gilbert | 8.50 | hrs. | 150.00 | /hr | $ | 1,275.00 |
| 07/24/08 | Respond to ETC client inquiries.  Telephone call with Levine.  Prepare for meeting with TradeRight attorneys. |  |  |  |  |  |  |
|  | P.L. Stern | 2.80 | hrs. | 475.00 | /hr | $ | 1,330.00 |
| 07/24/08 | Organize and compile individualized mailing to Enterprise customers communicating Receiver's Plan for Allocation. |  |  |  |  |  |  |
|  | A. Gilbert | 5.00 | hrs. | 150.00 | /hr | $ | 750.00 |
| 07/24/08 | Delivered courtesy copies to Judge Zagel in case no. 08 C 1260 for M. Gurland. |  |  |  |  |  |  |
|  | R. S. Johnson | 0.40 | hrs. | 100.00 | /hr | $ | 40.00 |

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 8

| 07/25/08 | Research regarding standing and regarding possible causes of action against third-parties. | | | | |
|---|---|---|---|---|---|
| | J.R. Derbis | 3.80 hrs. | 460.00 /hr | $ | 1,748.00 |
| 07/25/08 | Respond to inquiries from ETC clients and their representatives. | | | | |
| | P.L. Stern | 0.90 hrs. | 475.00 /hr | $ | 427.50 |
| 07/28/08 | Telephone calls with Levine and ETC clients. Prepare for meeting with TradeRight counsel. | | | | |
| | P.L. Stern | 4.10 hrs. | 475.00 /hr | $ | 1,947.50 |
| 07/28/08 | Reviewed and indexed various documents. | | | | |
| | D. D. Williams | 3.00 hrs. | 200.00 /hr | $ | 600.00 |
| 07/28/08 | Gather documents requested by attorneys representing ETC customers; organize, scan and e-mail; gather other documents and supporting materials as requested. | | | | |
| | A. Gilbert | 4.50 hrs. | 150.00 /hr | $ | 675.00 |
| 07/29/08 | Research regarding standing, possible causes of action, and rescission of contracts. | | | | |
| | J.R. Derbis | 3.60 hrs. | 460.00 /hr | $ | 1,656.00 |
| 07/29/08 | Telephone calls with ETC clients.  Respond to ETC client e-mail. Prepare for and meet with TradeRight attorneys.  Telephone calls with Shapiro and Lesniak. | | | | |
| | P.L. Stern | 3.90 hrs. | 475.00 /hr | $ | 1,852.50 |
| 07/29/08 | Reviewed and indexed various documents. | | | | |
| | D. D. Williams | 3.50 hrs. | 200.00 /hr | $ | 700.00 |
| 07/29/08 | Gather documents requested by attorneys representing ETC customers; Organize, scan and e-mail; gather other documents and supporting materials as requested. | | | | |
| | A. Gilbert | 5.50 hrs. | 150.00 /hr | $ | 825.00 |
| 07/30/08 | Respond to ETC client inquiries.Research regarding possible causes of action. | | | | |

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 9

| | | | | | | |
|---|---|---|---|---|---|---|
| | P.L. Stern | 2.70 hrs. | 475.00 /hr | $ | 1,282.50 |

07/30/08  Meet with P. Stern regarding research possible courses of action.
H.L. Freiburger  0.10 hrs.  280.00 /hr  $  28.00

07/30/08  Respond to requests from Receiver; organize scan and e-mail; gather documents and other supporting materials as requested; answer calls from ETC customers and respond to their inquiries; make inquiries with consultants regarding individual customer concerns.
A. Gilbert  4.00 hrs.  150.00 /hr  $  600.00

07/30/08  Research and retrieve Individual Retirement Account regulations and explanatory treatises.
C.H. Frey  1.20 hrs.  115.00 /hr  $  138.00

07/31/08  Respond to ETC client inquiries.
P.L. Stern  0.80 hrs.  475.00 /hr  $  380.00

07/31/08  Begin reviewing documents for IRA/commingling research.
H.L. Freiburger  0.30 hrs.  280.00 /hr  $  84.00

07/31/08  Respond to requests by Receiver; research customer claims; e-mail to consultants regarding customer objections.
A. Gilbert  2.00 hrs.  150.00 /hr  $  300.00

Total Fees For Professional Services............................................................... $    69,028.50


Reimbursable Costs

| | |
|---|---|
| Parking/Mileage - Vendor: Petty Cash - mileage to ETC Oak Brook Office per AOG 7/9-10/08 | 55.93 |
| Witness Fees - Vendor: Neal Gerber & Eisenberg, LLP Docket Account - Judiann Pyle-subpoena witness fee & mileage reimbursement 7/16/08 per MZG | 77.21 |
| Outside Copy Service - Vendor: Landmark Document Services - 1,300 copies of Receiver's Proposed Plan for Allocation of Assets of Enterprise Trust Company | 3,564.00 |
| Reproduction of Documents | 914.55 |
| Facsimile Transmission | 19.00 |
| Legal Research - other databa | 17.61 |
| Lexis Research | 461.57 |

Enterprise Trust Company Receivership

August 12, 2008
Invoice 126562
Page 10

| | |
|---|---:|
| Meals | 49.97 |
| Messenger Services | 41.26 |
| Postage | 1,691.00 |
| Total Reimbursable Costs ............................................................................... $ | 6,892.10 |

### Totals For This Matter

| | |
|---|---:|
| Current Amount Due ...................................................................................... $ | 75,920.60 |
| Total Due ....................................................................................................... $ | 75,920.60 |

Enterprise Trust Company Receivership                                    August 12, 2008
                                                                         Invoice 126562

## INVOICE SUMMARY

For Services Through July 31, 2008
Our Matter #   021196.0601
               SEC - Enterprise Trust Co. Receivership

Current Amount Due.................................................................................................. $      75,920.60

Total Due .................................................................................................................. $      75,920.60

|                   | Summary Of Fees |         |           |
|-------------------|--------|---------|-----------|
|                   | Hours  | Rate/Hr | Dollars   |
| C. M. Burky       | 3.20   | 460.00  | 1,472.00  |
| J.R. Derbis       | 20.40  | 460.00  | 9,384.00  |
| M.Z. Gurland      | 18.40  | 475.00  | 8,740.00  |
| P.L. Stern        | 66.30  | 475.00  | 31,492.50 |
| H.L. Freiburger   | 0.40   | 280.00  | 112.00    |
| D. D. Williams    | 28.80  | 200.00  | 5,760.00  |
| A. Gilbert        | 78.80  | 150.00  | 11,820.00 |
| K. J. Augusta     | 0.40   | 75.00   | 30.00     |
| R. S. Johnson     | 0.80   | 100.00  | 80.00     |
| C.H. Frey         | 1.20   | 115.00  | 138.00    |
| TOTAL             | 218.70 |         | 69,028.50 |

# EXHIBIT B



Kristofer Swanson, CPA, CFE, CAMS
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

August 7, 2008

Phillip L. Stern, Esq.
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL  60602

RE: Receiver for Enterprise Trust Company

Dear Mr. Stern:

Enclosed is Navigant Consulting's Invoice No. 250975 in the amount of $186,719.40 for professional fees and expenses incurred from July 1, 2008 through July 31, 2008.  All payments for professional services are to be made payable to Navigant Consulting, Inc. (please see attached Remittance Page).

Should you have any questions, please do not hesitate to contact me.  We appreciate the opportunity to be of assistance in this important matter.

Regards,

Enclosure



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784 direct
312.583.6904 fax

Phillip L. Stern, Esq.                                          August 7, 2008
Neal, Gerber & Eisenberg LLP                      Project Number: 134067
2 North LaSalle Street                              Invoice Number: 250975
Chicago, IL  60602

Re:   Receiver for Enterprise Trust Company
         (July 1, 2008 – July 31, 2008)

| Employee | Title | Hours | Fees |
|---|---|---|---|
| Swanson, Kristofer | Managing Director | 13.70 | $   7,535.00 |
| Solomon, Scott | Director | 51.90 | 23,874.00 |
| Wegner, Troy | Associate Director | 66.20 | 27,142.00 |
| Qiu, Lynn | Sr. Consultant | 69.00 | 17,250.00 |
| Peckler, Marc | Consultant | 95.90 | 23,975.00 |
| Robinson, Christopher | Consultant | 131.90 | 32,975.00 |
| Schneider, Brian | Consultant | 115.20 | 28,800.00 |
| Sloss, Julia | Consultant | 72.50 | 18,125.00 |
| Riley, Patrick | Summer Associate | 89.00 | 3,738.00 |
| Casey, Sarah | Summer Associate | 78.70 | 3,305.40 |
| **Total Fees:** | | 784.00 | $ 186,719.40 |



**Kristofer Swanson, CPA, CFE, CAMS**
Managing Director
30 South Wacker Drive
Suite 3100
Chicago, IL 60606
kswanson@navigantconsulting.com
312.583.5784  direct
312.583.6904  fax

## REMITTANCE
## PAGE

Please return this sheet with your payment.

| | |
|---|---|
| Project Name: | Receiver for Enterprise Trust Company |
| Project #: | 134067 |
| Invoice #: | 250975 |
| Invoice Date: | August 7, 2008 |
| Invoice Amount: | $186,719.40 |
| **Please wire your payment to:** | **LaSalle Bank** |
| | **135 S. LaSalle** |
| | **Chicago, IL 60674** |
| | **ABA# 071000505** |
| | **Acct# 5800151127** |

or

| | |
|---|---|
| Please mail or Fedex payment to: | Navigant Consulting, Inc. |
| | 4511 Paysphere Circle |
| | Chicago, IL  60674 |

We appreciate the opportunity to assist with this important matter.

Net: Due Upon Receipt
NCI Project No.: 134067
EIN: 36-4094854
Invoice #: 250975

**NAVIGANT**
CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/1/2008 | SWANSON, KRISTOFER | 1.50 | Review and analysis of personal/business withdrawals from Lohmeier's account (per Lohmeier) v. withdrawals per SunGard/Leaders DDA statements. Review and analysis of contribution and withdrawal activity from other accounts. |
| 7/3/2008 | SWANSON, KRISTOFER | 1.00 | Preparation for and participation in teleconference with Receiver. |
| 7/7/2008 | SWANSON, KRISTOFER | 1.50 | Preparation for and participation in teleconference with Receiver. Ongoing review of analyses in support of proposed plan of distribution. |
| 7/8/2008 | SWANSON, KRISTOFER | 1.00 | Ongoing review of Receiver's Report in support of proposed plan of distribution. |
| 7/9/2008 | SWANSON, KRISTOFER | 3.00 | Review and analysis of draft 'Receiver's Report and Request for Preliminary Approval of a Plan of Allocation. |
| 7/14/2008 | SWANSON, KRISTOFER | 0.80 | Preliminary preparations for upcoming meeting with Receiver and Judge Zagel on July 17. |
| 7/16/2008 | SWANSON, KRISTOFER | 1.30 | Ongoing preparations for upcoming meeting with Receiver and Judge Zagel on July 17. |
| 7/17/2008 | SWANSON, KRISTOFER | 2.80 | Preparation for and participation in meeting with Receiver and hearing with Judge Zagel; updates to net contribution schedules for customers. |
| 7/29/2008 | SWANSON, KRISTOFER | 0.80 | Review of customer enquiries regarding mailings. |
| | **SWANSON, KRISTOFER Total** | **13.70** | |
| 7/1/2008 | SOLOMON, SCOTT | 3.80 | Review of schedule to provide to the court and review of distribution methodology. |
| 7/2/2008 | SOLOMON, SCOTT | 4.20 | Review of schedule to provide to the court and review of distribution methodology. |
| 7/3/2008 | SOLOMON, SCOTT | 0.50 | Call with Receiver to discuss outstanding items. |
| 7/7/2008 | SOLOMON, SCOTT | 1.20 | Discussion with Receiver including work performed about categorization of specific accounts. |
| 7/7/2008 | SOLOMON, SCOTT | 0.50 | Discussion with Receiver about Proposed Distribution Methodology. |

NAVIGANT
C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/7/2008 | SOLOMON, SCOTT | 0.80 | Follow up with Receiver about certain account transactions and receiving necessary documentation. |
| 7/7/2008 | SOLOMON, SCOTT | 0.60 | Discussion with Steven Levine addressing various questions including follow up regarding $300,000 wire to Bank of Nevada. |
| 7/7/2008 | SOLOMON, SCOTT | 3.80 | Review of preliminary account contributions and withdrawals. |
| 7/8/2008 | SOLOMON, SCOTT | 1.80 | Perform additional work to verify 2008 transactions and propose valuation for outstanding prices from the Receiver. |
| 7/8/2008 | SOLOMON, SCOTT | 2.30 | Analyze closed accounts and categorize those accounts based on direction from the Receiver. |
| 7/8/2008 | SOLOMON, SCOTT | 0.30 | Discussion about Distribution methodology with Steven Levine. |
| 7/8/2008 | SOLOMON, SCOTT | 0.70 | Discussion with Receiver about Proposed Distribution Methodology. |
| 7/8/2008 | SOLOMON, SCOTT | 0.20 | Follow up with Receiver regarding outstanding documentation. |
| 7/9/2008 | SOLOMON, SCOTT | 2.30 | Analyze closed accounts and categorize those accounts based on direction from the Receiver. |
| 7/9/2008 | SOLOMON, SCOTT | 1.80 | Provide Receiver with detail for several accounts. |
| 7/10/2008 | SOLOMON, SCOTT | 3.70 | Review outstanding/issues regarding contributions and withdrawals with the Receiver and document related findings. |
| 7/10/2008 | SOLOMON, SCOTT | 1.90 | Update database with edits from Receiver. |
| 7/11/2008 | SOLOMON, SCOTT | 1.10 | Review of Receiver's report to the court. |
| 7/11/2008 | SOLOMON, SCOTT | 0.50 | Discussion about Distribution methodology with Steven Levine. |
| 7/11/2008 | SOLOMON, SCOTT | 3.10 | Review of preliminary numbers provided to the Receiver. |
| 7/14/2008 | SOLOMON, SCOTT | 0.70 | Discussion with Steven Levine to address his questions. |
| 7/14/2008 | SOLOMON, SCOTT | 0.90 | Discussion with Michael Gurland to address his questions. |

**NAVIGANT**
C O N S U L T I N G

Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/14/2008 | SOLOMON, SCOTT | 0.90 | Review of numbers and content in Receiver's Report. |
| 7/15/2008 | SOLOMON, SCOTT | 3.10 | Final review of workpapers. |
| 7/15/2008 | SOLOMON, SCOTT | 1.40 | Respond to questions from Aidan Gilbert and Michael Gurland. |
| 7/16/2008 | SOLOMON, SCOTT | 1.10 | Coordination of mailing with Aidan Gilbert. |
| 7/16/2008 | SOLOMON, SCOTT | 0.90 | Review of numbers and content in Receiver's Report. |
| 7/17/2008 | SOLOMON, SCOTT | 0.80 | Discussion with Aidan Gilbert and Receiver about mailing. |
| 7/17/2008 | SOLOMON, SCOTT | 0.30 | Discussion with Kris Swanson to coordinate requests on behalf of Judge Zagel and Receiver. |
| 7/18/2008 | SOLOMON, SCOTT | 0.30 | Discussion with Steven Levine to address various questions. |
| 7/18/2008 | SOLOMON, SCOTT | 2.80 | Reviewing the reports for mailing. |
| 7/18/2008 | SOLOMON, SCOTT | 1.10 | Addressing and preparing Kris Swanson for meeting with Judge Zagel. |
| 7/23/2008 | SOLOMON, SCOTT | 0.40 | Discussion with Steven Levine to address his questions. |
| 7/24/2008 | SOLOMON, SCOTT | 0.30 | Discussion with Steven Levine to address his questions. |
| 7/28/2008 | SOLOMON, SCOTT | 0.20 | Respond to questions about Dan Dykes account. |
| 7/28/2008 | SOLOMON, SCOTT | 0.30 | Respond to questions about Nancy Bacon's account. |
| 7/29/2008 | SOLOMON, SCOTT | 0.20 | Respond to questions about Linda Eberz's account. |
| 7/29/2008 | SOLOMON, SCOTT | 0.30 | Respond to questions about various Hoffman accounts. |
| 7/30/2008 | SOLOMON, SCOTT | 0.40 | Respond to questions about Terrence Queenan accounts. |
| 7/31/2008 | SOLOMON, SCOTT | 0.40 | Respond to questions from Allan Disraeli. |
| | **SOLOMON, SCOTT Total** | **51.90** | |
| 7/1/2008 | WEGNER, TROY | 1.20 | Review of updated contribution and withdrawal data post pricing updates. |
| 7/1/2008 | WEGNER, TROY | 0.30 | Upload of pricing schedules into MS Access. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/1/2008 | WEGNER, TROY | 0.60 | Development of updated control tables in MS Access reflecting current state of the data. |
| 7/1/2008 | WEGNER, TROY | 2.30 | Performed updates to contribution and withdrawal data regarding new pricing schedules. |
| 7/1/2008 | WEGNER, TROY | 1.20 | Research of pricing discrepancies and review of name change support. |
| 7/1/2008 | WEGNER, TROY | 2.10 | Review of pricing work papers and provided direction on price verification process. |
| 7/1/2008 | WEGNER, TROY | 0.30 | Design and development of SQL queries to identify securities with missing prices. |
| 7/1/2008 | WEGNER, TROY | 0.20 | Documentation of pricing update queries. |
| 7/7/2008 | WEGNER, TROY | 0.70 | Upload of pricing schedules into MS Access. |
| 7/7/2008 | WEGNER, TROY | 1.40 | At the request of the Receiver, updated category schedules in MS Access and documentation of work papers. |
| 7/7/2008 | WEGNER, TROY | 0.30 | Review and verification of proposed distribution methodology summary schedule. |
| 7/7/2008 | WEGNER, TROY | 3.40 | Development of updated proposed distribution methodology summary schedule reflecting current updates at the Receiver's request. |
| 7/7/2008 | WEGNER, TROY | 3.10 | Review and verification of category updates via electronic methods. |
| 7/7/2008 | WEGNER, TROY | 1.10 | Performed updates to pricing schedules and recalculated proposed distribution methodology summary schedule. |
| 7/7/2008 | WEGNER, TROY | 2.10 | Review and verification of pricing work papers. |
| 7/7/2008 | WEGNER, TROY | 2.90 | Verified proposed distribution methodology summary schedule through design and development of SQL data queries. |
| 7/8/2008 | WEGNER, TROY | 4.20 | Review and verification of categorization through SQL data queries. |
| 7/8/2008 | WEGNER, TROY | 4.70 | Review of pricing updates via electronic methods. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/8/2008 | WEGNER, TROY | 3.30 | Performed updates to proposed distribution methodology summary schedule. |
| 7/8/2008 | WEGNER, TROY | 2.30 | At the request of the Receiver, updated category schedules in MS Access and documentation of work papers. |
| 7/8/2008 | WEGNER, TROY | 0.70 | Upload of pricing schedules into MS Access. |
| 7/9/2008 | WEGNER, TROY | 3.90 | Design and development of SQL data queries for the verification of pricing schedules. |
| 7/9/2008 | WEGNER, TROY | 1.10 | Review and verification of category updates via electronic methods. |
| 7/10/2008 | WEGNER, TROY | 3.40 | Researched variances in prices used in proposed distribution methodology summary schedule to those maintained in SunGard. |
| 7/10/2008 | WEGNER, TROY | 3.90 | Analysis of stock splits and respective prices. |
| 7/11/2008 | WEGNER, TROY | 1.20 | Performed updates to proposed distribution methodology summary schedule. |
| 7/11/2008 | WEGNER, TROY | 1.30 | Verified updates to proposed distribution methodology summary schedule. |
| 7/11/2008 | WEGNER, TROY | 1.50 | Review of work papers and final schedules provided to the Receiver. |
| 7/11/2008 | WEGNER, TROY | 1.10 | Review and verification of categorization  through SQL data queries. |
| 7/11/2008 | WEGNER, TROY | 2.00 | Researched variances in prices used in proposed distribution methodology summary schedule to those maintained in SunGard. |
| 7/15/2008 | WEGNER, TROY | 2.60 | Development of work product reflecting a summary of pricing methodology by category. |
| 7/15/2008 | WEGNER, TROY | 3.30 | Review of category documentation. |
| 7/16/2008 | WEGNER, TROY | 2.50 | Review of pricing documentation. |
|  | **WEGNER, TROY Total** | **66.20** |  |

NAVIGANT
CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/1/2008 | QIU, LYNN | 2.70 | Performed research and provided supports for mergers and acquisitions and priced securities accordingly via Yahoo Finance. |
| 7/1/2008 | QIU, LYNN | 6.80 | Reconciled missing prices to support received from Receiver. Documented variances where appropriate and created updated pricing lists. |
| 7/2/2008 | QIU, LYNN | 4.40 | Created work product summarizing updated pricing data. |
| 7/2/2008 | QIU, LYNN | 3.60 | Reconciled prices received from Receiver to that recorded in the database. |
| 7/7/2008 | QIU, LYNN | 1.80 | Documentation of updated category work product. |
| 7/7/2008 | QIU, LYNN | 5.80 | Created work product summarizing updated categories. |
| 7/7/2008 | QIU, LYNN | 2.20 | Reviewed and verified updated categories at the request of the Receiver. |
| 7/8/2008 | QIU, LYNN | 4.30 | Verified accuracy of prices in SunGard. |
| 7/8/2008 | QIU, LYNN | 4.20 | Verified accuracy of prices in SunGard. |
| 7/8/2008 | QIU, LYNN | 2.80 | Performed research to provide support for missing prices or price discrepancies. |
| 7/9/2008 | QIU, LYNN | 3.70 | Verified pricing data on contribution and withdrawal schedule sent to Receiver. |
| 7/9/2008 | QIU, LYNN | 3.80 | Verified category data on updated contribution and withdrawal schedule sent to Receiver. |
| 7/9/2008 | QIU, LYNN | 2.30 | Verified account category updates. |
| 7/10/2008 | QIU, LYNN | 1.80 | Documentation of pricing work product. |
| 7/10/2008 | QIU, LYNN | 4.40 | Tested and verified price procedures. |
| 7/11/2008 | QIU, LYNN | 3.10 | Assisted Receiver categorize accounts for distribution. |
| 7/14/2008 | QIU, LYNN | 3.60 | Documented workpapers to support testing of security valuations. |
| 7/15/2008 | QIU, LYNN | 3.20 | Documented workpapers to support testing of security valuations. |
| 7/16/2008 | QIU, LYNN | 2.80 | Documented workpapers to support testing of security valuations. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/17/2008 | QIU, LYNN | 1.70 | Documented workpapers to support testing of security valuations. |
| | **QIU, LYNN Total** | **69.00** | |
| 7/1/2008 | PECKLER, MARC | 9.80 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/2/2008 | PECKLER, MARC | 6.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/3/2008 | PECKLER, MARC | 7.40 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/7/2008 | PECKLER, MARC | 7.30 | Reviewed and verified of Southwest Securities information. |
| 7/7/2008 | PECKLER, MARC | 2.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/8/2008 | PECKLER, MARC | 11.70 | Reviewed and verified Southwest Securities information. |
| 7/9/2008 | PECKLER, MARC | 8.30 | Reviewed and verified Southwest Securities information. |
| 7/10/2008 | PECKLER, MARC | 10.20 | Reviewed and verified Southwest Securities information. |
| 7/10/2008 | PECKLER, MARC | 1.80 | Reviewed and verified BackBay Shutter Company supplemental analysis. |
| 7/11/2008 | PECKLER, MARC | 3.80 | Reviewed and verified BackBay Shutter Company Supplemental Analysis binder. |
| 7/11/2008 | PECKLER, MARC | 4.20 | Reviewed and verified Southwest Securities information. |
| 7/14/2008 | PECKLER, MARC | 9.30 | Reviewed and verified Southwest Securities information. |
| 7/15/2008 | PECKLER, MARC | 2.40 | Reviewed and verified Southwest Securities information. |
| 7/15/2008 | PECKLER, MARC | 4.20 | Reviewed and verified Essex/Chicago/Orland Supplemental Analysis binder. |
| 7/15/2008 | PECKLER, MARC | 1.90 | Completed Chicago and Orland accounts and verified summary analyses. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|---|---|---|---|
| 7/16/2008 | PECKLER, MARC | 3.80 | Reviewed and documented outstanding Essex accounts. |
| | **PECKLER, MARC Total** | **95.90** | |
| 7/1/2008 | ROBINSON, CHRISTOPHER | 4.90 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/1/2008 | ROBINSON, CHRISTOPHER | 4.60 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/2/2008 | ROBINSON, CHRISTOPHER | 5.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/2/2008 | ROBINSON, CHRISTOPHER | 4.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/3/2008 | ROBINSON, CHRISTOPHER | 5.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/3/2008 | ROBINSON, CHRISTOPHER | 4.10 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/4/2008 | ROBINSON, CHRISTOPHER | 4.30 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/4/2008 | ROBINSON, CHRISTOPHER | 3.70 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/5/2008 | ROBINSON, CHRISTOPHER | 5.60 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/5/2008 | ROBINSON, CHRISTOPHER | 4.20 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/7/2008 | ROBINSON, CHRISTOPHER | 5.40 | Creating Work Product related to a supplemental analysis of 401k accounts as recorded in SunGard. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/7/2008 | ROBINSON, CHRISTOPHER | 3.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/8/2008 | ROBINSON, CHRISTOPHER | 5.10 | Created schedule of internal transfers of short positions relating to Gleich and Cochran accounts. |
| 7/8/2008 | ROBINSON, CHRISTOPHER | 4.30 | Create proposed distribution methodology summary schedule. |
| 7/9/2008 | ROBINSON, CHRISTOPHER | 4.30 | Finalize Work Product related to Supplemental Analyses for 401k accounts as recorded in SunGard. |
| 7/9/2008 | ROBINSON, CHRISTOPHER | 4.60 | Finalize Work Product related to the allocation of customer account contributions and withdrawals. |
| 7/10/2008 | ROBINSON, CHRISTOPHER | 4.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/10/2008 | ROBINSON, CHRISTOPHER | 4.40 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/11/2008 | ROBINSON, CHRISTOPHER | 3.70 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/11/2008 | ROBINSON, CHRISTOPHER | 4.30 | Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/14/2008 | ROBINSON, CHRISTOPHER | 4.30 | Finalize Work Product related to contributions and withdrawals as recorded in SunGard. |
| 7/14/2008 | ROBINSON, CHRISTOPHER | 3.80 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |
| 7/15/2008 | ROBINSON, CHRISTOPHER | 3.90 | Finalize Work Product related to contributions and withdrawals as recorded in SunGard. |
| 7/15/2008 | ROBINSON, CHRISTOPHER | 4.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/16/2008 | ROBINSON, CHRISTOPHER | 3.90 | Create report for customer mailings that displays contributions, withdrawals, and private holdings based on final contribution and withdrawal amounts as they relate to each account. |
| 7/16/2008 | ROBINSON, CHRISTOPHER | 4.40 | Create summary tables and queries to summarize contribution, withdrawal, and holdings information for customer mailings. |
| 7/17/2008 | ROBINSON, CHRISTOPHER | 4.20 | Finalize and verify summary tables and queries related to customer mailings. |
| 7/17/2008 | ROBINSON, CHRISTOPHER | 3.80 | Finalize summary reports for customer mailings. |
| 7/29/2008 | ROBINSON, CHRISTOPHER | 3.80 | Updated allocation spreadsheets related to the closing of two accounts related to the Queenan accounts. |
| 7/29/2008 | ROBINSON, CHRISTOPHER | 3.60 | Reviewed pricing issue related to Nancy Bacon's account. Updated necessary schedules in order to reflect the pricing change. |
| 7/30/2008 | ROBINSON, CHRISTOPHER | 1.20 | Provided transaction detail and analyzed specific transactions for Hoffman accounts |
| | **ROBINSON, CHRISTOPHER Total** | **131.90** | |
| 7/1/2008 | SCHNEIDER, BRIAN | 1.20 | Reconcile 2008 US Bank contributions and distributions. |
| 7/1/2008 | SCHNEIDER, BRIAN | 3.70 | Reconcile account contribution and withdrawal detail. |
| 7/1/2008 | SCHNEIDER, BRIAN | 5.70 | Prepare Lohmeier, Townsend, and Pyle contributions and withdrawals analysis. |
| 7/2/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile account contribution and withdrawal detail. |
| 7/2/2008 | SCHNEIDER, BRIAN | 4.90 | Reconcile 2008 US Bank contributions and distributions. |
| 7/3/2008 | SCHNEIDER, BRIAN | 3.50 | Reconcile 2008 US Bank contributions and distributions. |
| 7/3/2008 | SCHNEIDER, BRIAN | 3.20 | Reconcile 2008 Interactive Brokers contributions and distributions. |
| 7/3/2008 | SCHNEIDER, BRIAN | 1.50 | Prepare customer detail for 2008 US Bank request. |
| 7/7/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile 2008 Interactive Brokers contributions and distributions. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/7/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile customer detail of 2008 US Bank statements. |
| 7/7/2008 | SCHNEIDER, BRIAN | 2.70 | Verified accuracy of proposed distribution methodology summary schedule. |
| 7/7/2008 | SCHNEIDER, BRIAN | 1.70 | Reconcile account contribution and withdrawal detail. |
| 7/7/2008 | SCHNEIDER, BRIAN | 1.60 | Locate month end and adjusted SunGard prices for securities with missing prices. |
| 7/7/2008 | SCHNEIDER, BRIAN | 2.50 | Reconcile pending 2008 US Bank transactions. |
| 7/8/2008 | SCHNEIDER, BRIAN | 1.70 | Locate month end and adjusted SunGard prices for securities with missing prices. |
| 7/8/2008 | SCHNEIDER, BRIAN | 3.40 | Reconcile account contribution and withdrawal detail. |
| 7/8/2008 | SCHNEIDER, BRIAN | 1.50 | Reconcile account contribution and withdrawal detail. |
| 7/8/2008 | SCHNEIDER, BRIAN | 2.10 | Reconcile customer detail of 2008 US Bank statements. |
| 7/8/2008 | SCHNEIDER, BRIAN | 4.30 | Verified accuracy of proposed distribution methodology summary schedule. |
| 7/8/2008 | SCHNEIDER, BRIAN | 1.40 | Analyze documentation received regarding Desert Hills Capital Stock. |
| 7/9/2008 | SCHNEIDER, BRIAN | 2.30 | Reconcile account contribution and withdrawal detail. |
| 7/9/2008 | SCHNEIDER, BRIAN | 2.10 | Verified accuracy of proposed distribution methodology summary schedule. |
| 7/9/2008 | SCHNEIDER, BRIAN | 1.40 | Organize documentation for 2008 Broker reconciliation. |
| 7/9/2008 | SCHNEIDER, BRIAN | 3.40 | Verified accuracy of account contribution and distribution detail. |
| 7/10/2008 | SCHNEIDER, BRIAN | 2.00 | Update 12/31/07 SunGard reconciliation for income and principal cash and private equity. |
| 7/10/2008 | SCHNEIDER, BRIAN | 1.80 | Update 2/29/08 SunGard reconciliation for income and principal cash and private equity. |
| 7/10/2008 | SCHNEIDER, BRIAN | 1.30 | Update 3/5/08 SunGard reconciliation for income and principal cash and private equity. |

# NĀVIGANT
### CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/10/2008 | SCHNEIDER, BRIAN | 3.40 | Verified accuracy of account contribution and distribution detail. |
| 7/10/2008 | SCHNEIDER, BRIAN | 1.30 | Verified accuracy of proposed distribution methodology summary schedule. |
| 7/11/2008 | SCHNEIDER, BRIAN | 3.50 | Reconcile customer statements in SunGard to 12/31/2007 bank reconciliation. |
| 7/11/2008 | SCHNEIDER, BRIAN | 2.90 | Reconcile prices in SunGard to 12/31/2007 bank reconciliation. |
| 7/11/2008 | SCHNEIDER, BRIAN | 2.20 | Verified accuracy of account contribution and distribution detail. |
| 7/14/2008 | SCHNEIDER, BRIAN | 2.90 | Reconcile remaining 2008 contributions and withdrawals. |
| 7/14/2008 | SCHNEIDER, BRIAN | 3.50 | Verified accuracy of account contribution and distribution detail. |
| 7/15/2008 | SCHNEIDER, BRIAN | 2.30 | Prepare broker account summary schedule. |
| 7/15/2008 | SCHNEIDER, BRIAN | 3.40 | Prepare pricing category outline schedule. |
| 7/15/2008 | SCHNEIDER, BRIAN | 2.60 | Verified accuracy of account contribution and distribution detail. |
| 7/16/2008 | SCHNEIDER, BRIAN | 3.60 | Prepare pricing category outline schedule. |
| 7/16/2008 | SCHNEIDER, BRIAN | 2.50 | Prepare final account detail documentation. |
| 7/16/2008 | SCHNEIDER, BRIAN | 2.10 | Verified accuracy of account contribution and distribution detail. |
| 7/17/2008 | SCHNEIDER, BRIAN | 2.40 | Prepare final account detail documentation. |
| 7/17/2008 | SCHNEIDER, BRIAN | 1.80 | Update bank reconciliations. |
| 7/17/2008 | SCHNEIDER, BRIAN | 2.00 | Update pricing category outline schedule. |
| 7/18/2008 | SCHNEIDER, BRIAN | 3.40 | Updated and verified accuracy of customer mailings. |
| 7/29/2008 | SCHNEIDER, BRIAN | 1.60 | Resolved pricing issue for TXP Corp relating to Acct # 006022 Linda Eberz. |
| | **SCHNEIDER, BRIAN Total** | **115.20** | |

# NAVIGANT
### CONSULTING

Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/2/2008 | SLOSS, JULIA | 4.00 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/3/2008 | SLOSS, JULIA | 8.00 | Reconciliation of broker accounts. |
| 7/7/2008 | SLOSS, JULIA | 11.20 | Reconciliation of broker accounts. |
| 7/8/2008 | SLOSS, JULIA | 6.70 | Reconciliation of broker accounts. |
| 7/8/2008 | SLOSS, JULIA | 8.40 | Created proposed distribution methodology summary schedule sent to Receiver. |
| 7/9/2008 | SLOSS, JULIA | 7.30 | Reconciliation of broker accounts. |
| 7/10/2008 | SLOSS, JULIA | 8.90 | Reconciliation of broker accounts. Verified account statements with contributions and withdrawals found within each account. |
| 7/11/2008 | SLOSS, JULIA | 6.00 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/14/2008 | SLOSS, JULIA | 7.10 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| 7/15/2008 | SLOSS, JULIA | 4.90 | Review account activity detail to determine the existence of contributions and withdrawals within SunGard transaction history detail. Create work product related to verifying contributions and withdrawals as recorded in SunGard to transactions recorded on various bank or broker statements. |
| | SLOSS, JULIA Total | 72.50 | |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/1/2008 | RILEY, PATRICK | 7.90 | Cross-referenced accounts by verifying account documentation and support. |
| 7/2/2008 | RILEY, PATRICK | 8.10 | Cross-referenced accounts by verifying account documentation and support. |
| 7/3/2008 | RILEY, PATRICK | 8.40 | Cross-referenced accounts by verifying account documentation and support. |
| 7/7/2008 | RILEY, PATRICK | 7.60 | Cross-referenced accounts by verifying account documentation and support. |
| 7/8/2008 | RILEY, PATRICK | 7.70 | Cross-referenced accounts by verifying account documentation and support. |
| 7/9/2008 | RILEY, PATRICK | 7.90 | Cross-referenced accounts by verifying account documentation and support. |
| 7/10/2008 | RILEY, PATRICK | 8.30 | Cross-referenced accounts by verifying account documentation and support. |
| 7/11/2008 | RILEY, PATRICK | 2.10 | Verified procedures for various account reconciliations. |
| 7/14/2008 | RILEY, PATRICK | 8.80 | Verified procedures for various account reconciliations. |
| 7/15/2008 | RILEY, PATRICK | 8.20 | Verified and reviewed BackBay account analysis. |
| 7/16/2008 | RILEY, PATRICK | 6.30 | Completed review of all customer accounts. Finalized documentation for account detail binders. |
| 7/18/2008 | RILEY, PATRICK | 7.70 | Completed review of all customer accounts. Finalized documentation for account detail binders. |
| | **RILEY, PATRICK Total** | **89.00** | |
| 7/1/2008 | CASEY, SARAH | 8.10 | Cross-referenced accounts by verifying account documentation and support, including pricing information. |
| 7/2/2008 | CASEY, SARAH | 6.60 | Cross-referenced accounts by verifying account documentation and support. |
| 7/3/2008 | CASEY, SARAH | 8.00 | Cross-referenced accounts by verifying account documentation and support. |



Receiver for Enterprise Trust Company

Summary of Professional Fees: July 1, 2008 - July 31, 2008

| Date | Employee | Hours | Narrative |
|------|----------|-------|-----------|
| 7/7/2008 | CASEY, SARAH | 8.10 | Cross-referenced accounts by verifying account documentation and support. |
| 7/8/2008 | CASEY, SARAH | 7.90 | Cross-referenced accounts by verifying account documentation and support, including verifying prices for various short sale securities. |
| 7/9/2008 | CASEY, SARAH | 8.10 | Cross-referenced accounts by verifying account documentation and support. |
| 7/10/2008 | CASEY, SARAH | 8.10 | Cross-referenced accounts by verifying account documentation and support. |
| 7/11/2008 | CASEY, SARAH | 1.50 | Cross-referenced accounts by verifying account documentation and support. |
| 7/14/2008 | CASEY, SARAH | 7.80 | Cross-referenced accounts by verifying account documentation and support. |
| 7/15/2008 | CASEY, SARAH | 8.10 | Cross-referenced accounts by verifying account documentation and support. |
| 7/16/2008 | CASEY, SARAH | 6.40 | Organized binders, printed covers, and finalized project deliverables. |
| | **CASEY, SARAH Total** | **78.70** | |
| | **Grand Total** | **784.00** | |