IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>Defendants. | No.  08 CV 1260<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

To:   See Attached Service List

    PLEASE TAKE NOTICE that on Thursday, August 21, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or whomever may be designated to sit in his stead, in **Court Room 2503** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Receiver's Motion for Approval and Payment of Fees, a copy of which is attached and served upon you.

                                              Respectfully submitted,

                                              /s/ Michael Z. Gurland
                                              Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602-3801
(312) 269-8000
(312) 269-1747

- 2 -

## SERVICE LIST

Steven J. Levine, Esq.
Steven L. Klawans, Esq.
Allison M. Fakhoury, Esq.
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
levines@sec.gov
klawansse@sec.gov
fakhoury@sec.gov

Pravin Rao, Esq.
Amy Lum, Esq.
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, Illinois 60603
prao@perkinscoie.com
alum@perkinscoie.com

Patrick William Blegen, Esq.
Blegen & Garvey
53 West Jackson, Suite 1437
Chicago, IL 60604-3932
Pblegen@blegenlaw.com

John J. Conway, Esq.
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523
johnconway@shlawfirm.com
mattbarrette@shlawfirm.com

Bruce N. Munson
Attorney at Law
322 N. Walnut
Muncie, Indiana 47305
bmunson@aol.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 19th day of August, 2008 he electronically filed Receiver's Motion for Approval and Payment of Fees using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhoury@sec.gov |
| Pravin Rao | prao@perkinscoie.com |
| Amy Lum | alum@perkinscoie.com |
| Patrick William Blegen | pblegen@blegenlaw.com |
| John J. Conway | johnconway@shlawfirm.com |
| Matthew P. Barrette | mattbarrette@shlawfirm.com |

With a hard copy sent to:

Bruce N. Munson
Attorney at Law
322 N. Walnut
Muncie, Indiana 47305

/s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern

NGEDOCS: 1557250.1