**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-1260 |
|---|---|

SECURITIES AND EXCHANGE COMMISSION
v.
ENTERPRISE TRUST COMPANY, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEE ATTACHED

| | |
|---|---|
| NAME (Type or print)<br>Nicholas A. Gowen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Nicholas A. Gowen | |
| FIRM<br>Schopf & Weiss LLP | |
| STREET ADDRESS<br>One South Wacker Drive, 28th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280123 | TELEPHONE NUMBER<br>(312) 701-9300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

AN APPEARANCE IS HEREBY FILED AS ATTORNEY FOR:

INVESTORS:  Darrell Lohmeier, Helen Lohmeier, Daniel Townsend, Fredrick P. Heiss, William Dieker, Norma Dieker, Richard Kirschman, Denise Kirschman, Kimberly Campise, Earl Colwell, Corey Crowell, Joseph Feldman, Deborah Feldman, James Gove, Aleta Lynn, Carma Rukujzo, John Seales, Thomas McGrew, Michael Schields, Adel Greco, James Burke, Mary Dragel, Patricia Gleich, Daniel Toal, James Gibson, Patricia Kujawa, and Elizabeth Arni

Document2