## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1260 |
| | ) | |
| Enterprise Trust Company, John H. | ) | Judge James B. Zagel |
| Lohmeier and Rebecca A. Townsend, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUPPLEMENT MOTION TO INTERVENE

Nonparty movants Edward R. Hayes ("Edward") and Anna Hayes ("Anna"), by one of their attorneys, Andrew N. Plasz of Crowley Barrett & Karaba, Ltd. state as follows for their motion to supplement their motion to intervene:

1. Edward and Anna filed a motion to intervene on August 27, 2008.

2. Edward and Anna did not file the affidavits attached hereto as **Exhibits A and B,** respectively, as exhibits to their motion to intervene because they were not able to have them signed and notarized in time.

3. The attached affidavits support Edward and Anna's motion to intervene.

4. Edward and Anna request that they be able to supplement their motion to intervene with the attached affidavits.

Wherefore, Edward and Anna Hayes request that this Court grant them leave to supplement their motion to intervene with the attached affidavits.

Edward R. Hayes and Anna Hayes

By:    /s/Andrew N. Plasz
       Andrew N. Plasz, One of their Attorneys

Dated: August 28, 2008

Mr. Andrew N. Plasz, No. 6270442
Crowley Barrett & Karaba, Ltd.
20 South Clark Street
Suite 2310
Chicago, Illinois 60603
Phone: (312) 726-2468
Fax: (312) 726-2741

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the above and foregoing *Motion to Intervene* were served upon {see attached service list} by:

| | |
|---|---|
| _____ | Messenger; |
| _____ | Over-night express mail; |
| _____ | First Class U.S. mail (by placing copies in an envelope addressed to them and mailed in the United States mailbox located at 20 S. Clark Street, Chicago, Illinois 60603); |
| _____ | U.S. certified, return receipt requested; |
| _____ | Facsimile transmission (to the fax number listed above); |
| X | Electronic transmission through the CM/ECF system. |

on this day: August 28, 2008 at or before the hour of 5:00 p.m.


/s/ Andrew N. Plasz
Andrew N. Plasz

G:\CLIENTS\HAYES, EDWARD R. (2849)\ENTERPRISE DISPUTE (1)\MOTION TO SUPPLIMENT.DOC

# SERVICE LIST

| | | | |
|---|---|---|---|
| Matthew Paul Barrette<br>Sullivan Hincks & Conway<br>120 West 22nd Street<br>Suite 100<br>Oak Brook, IL 60523<br>(630) 573-5021<br>mattbarrette@shlawfirm.com | Allison Marie Fakhoury<br>Securities & Exchange<br>Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago, IL 60604-2601<br>(312) 353-7390<br>fakhourya@sec.gov | Shermin Kruse<br>Barack, Ferrazzano,<br>Kirschbaum, Perlman &<br>Nagelberg<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br>(312) 984-3100<br>shermin.kruse@bfkpn.com | Pravin B. Rao<br>Perkins Coie LLP<br>131 S. Dearborn St.<br>Suite 1700<br>Chicago, IL 60603<br>(312) 324-8592<br>prao@perkinscoie.com |
| Patrick W. Blegen<br>Blegen & Garvey<br>53 West Jackson Boulevard<br>Suite 1437<br>Chicago, IL 60604<br>(312)957-0100<br>pblegen@blegenlaw.com | Nicholas A Gowen<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606<br>(312) 701-9300<br>gowen@sw.com | Steven Justin Levine<br>Securities & Exchange<br>Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago, IL 60604-2601<br>(312) 886-1774<br>levines@sec.gov | Ray G. Rezner<br>Barack Ferrazzano<br>Kirschbaum & Nagelberg<br>LLP<br>200 West Madison Street<br>Suite 3900<br>Chicago, IL 60606<br>(312) 984-3100<br>ray.rezner@bfkn.com |
| Christopher Michael Burky<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602<br>(312) 269-8000<br>cburky@ngelaw.com | Michael Z. Gurland<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602<br>(312) 269-8440<br>(312) 269-1747 (fax)<br>mgurland@ngelaw.com | Jose A. Lopez<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606<br>(312) 701-9300<br>lopez@sw.com | |
| John J. Conway<br>Sullivan Hincks & Conway<br>120 West 22nd Street<br>Suite 100<br>Oak Brook, IL 60523<br>(630) 573-5021<br>johnconway@shlawfirm.com | Steven Lee Klawans<br>U.S. Securities & Exchange<br>Commission (IL)<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604<br>312 353 7390<br>klawanss@sec.gov | Amy Gibson Lum<br>Perkins Coie LLP<br>131 S. Dearborn St.<br>Suite 1700<br>Chicago, IL 60603<br>(312) 324-8662<br>alum@perkinscoie.com | |

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1260 |
| | ) | |
| Enterprise Trust Company, John H. | ) | Judge James B. Zagel |
| Lohmeier and Rebecca A. Townsend, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF EDWARD R. HAYES

Edward R. Hayes, being first duly sworn on oath, states that she has personal knowledge of the information in this affidavit, and if called as witness, she could competently testify as follows:

1. I jointly own with my wife Anna Hayes two accounts with Enterprise Trust Company ("Enterprise"), accounts nos. 6228 and 7003.

2. I also own an individual account with Enterprise, account no. 7181.

3. I do not have, and have never had, any ownership interest in Enterprise.

4. I am not related to John Lohmeier, Rebecca A. Townsend, Judiann Pyle or Ruthe Gomez.

5. I do not have, and never have had, a personal friendship with John Lohmeier, Rebecca A. Townsend, Judiann Pyle or Ruthe Gomez.

6. I am not, and never have been, employed or involved in the management of Enterprise.

7. Until the Securities and Exchange Commission filed this action against Enterprise, I did not know, and had no reason to know, that Enterprise and John Lohmeier were involved in any improper activities.

8. Until the Securities and Exchange Commission filed this action against Enterprise, I did not know, and had no reason to know, that any funds had been stolen from any accounts at Enterprise.

9. On or about May 18, 2008 the Receiver or someone from his office called me on the telephone and informed me that he had found the certificates for all of the securities that I had deposited into account no. 7181.

**FURTHER AFFIANT SAYETH NAUGHT.**

EDWARD R. HAYES

SUBSCRIBED and SWORN to before me on August, 28, 2008.

Notary Public

**Julie Johnson**
Commission # DD518009
Expires February 18, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

2

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1260 |
| | ) | |
| Enterprise Trust Company, John H. | ) | Judge James B. Zagel |
| Lohmeier and Rebecca A. Townsend, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ANNA HAYES

Anna Hayes, being first duly sworn on oath, states that she has personal knowledge of the information in this affidavit, and if called as witness, she could competently testify as follows:

1.    I jointly own with my husband Edward R. Hayes two accounts with Enterprise Trust Company ("Enterprise"), accounts nos. 6228 and 7003.

2.    I do not have, and have never had, any ownership interest in Enterprise.

3.    I am not related to John Lohmeier, Rebecca A. Townsend, Judiann Pyle or Ruthe Gomez.

4.    I do not have, and never have had, a personal friendship with John Lohmeier, Rebecca A. Townsend, Judiann Pyle or Ruthe Gomez.

5.    I am not, and never have been, employed or involved in the management of Enterprise.

6.    Until the Securities and Exchange Commission filed this action against Enterprise, I did not know, and had no reason to know, that Enterprise and John Lohmeier were involved in any improper activities.

7. Until the Securities and Exchange Commission filed this action against Enterprise, I did not know, and had no reason to know, that any funds had been stolen from any accounts at Enterprise.

**FURTHER AFFIANT SAYETH NAUGHT.**

ANNA HAYES

SUBSCRIBED and SWORN to before
me on August , 28 , 2008.

Notary Public

**Julie Johnson**
Commission # DD518009
Expires February 18, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

G:\CLIENTS\HAYES, EDWARD R. (2849)\ENTERPRISE DISPUTE (1)\AFFIDAVIT OF ANNA HAYES.DOC