IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1260 |
| | ) | |
| Enterprise Trust Company, John H. | ) | Judge James B. Zagel |
| Lohmeier and Rebecca A. Townsend, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:     See Attached Service List

On September 4, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any Judge sitting in his stead in Courtroom 2503, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the enclosed *Motion to Supplement Motion to Intervene.*

Edward R. Hayes and Anna Hayes

By:     /s/Andrew N. Plasz
        Andrew N. Plasz, One of their Attorneys

Dated: August 28, 2008

Mr. Andrew N. Plasz, No. 6270442
Crowley Barrett & Karaba, Ltd.
20 South Clark Street
Suite 2310
Chicago, Illinois 60603
Phone: (312) 726-2468
Fax: (312) 726-2741

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that true and correct copies of the above and foregoing *Notice of Motion* were served upon {see attached service list} by:

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| _____ | Messenger;                                                      |
| _____ | Over-night express mail;                                        |
| _____ | First Class U.S. mail (by placing copies in an envelope addressed to them and mailed in the United States mailbox located at 20 S. Clark Street, Chicago, Illinois 60603); |
| _____ | U.S. certified, return receipt requested;                       |
| _____ | Facsimile transmission (to the fax number listed above);        |
| X     | Electronic transmission through the CM/ECF system.              |

on this day: August 28, 2008 at or before the hour of 5:00 p.m.


              /s/ Andrew N. Plasz
              Andrew N. Plasz

G:\CLIENTS\HAYES, EDWARD R. (2849)\ENTERPRISE DISPUTE (1)\NOTICE OF MOTION TO SUPP.DOC

## SERVICE LIST

| | | | |
|---|---|---|---|
| Matthew Paul Barrette<br>Sullivan Hincks & Conway<br>120 West 22nd Street<br>Suite 100<br>Oak Brook, IL 60523<br>(630) 573-5021<br>mattbarrette@shlawfirm.com | Allison Marie Fakhoury<br>Securities & Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago, IL 60604-2601<br>(312) 353-7390<br>fakhourya@sec.gov | Shermin Kruse<br>Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br>(312) 984-3100<br>shermin.kruse@bfkpn.com | Pravin B. Rao<br>Perkins Coie LLP<br>131 S. Dearborn St.<br>Suite 1700<br>Chicago, IL 60603<br>(312) 324-8592<br>prao@perkinscoie.com |
| Patrick W. Blegen<br>Blegen & Garvey<br>53 West Jackson Boulevard<br>Suite 1437<br>Chicago, IL 60604<br>(312)957-0100<br>pblegen@blegenlaw.com | Nicholas A Gowen<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606<br>(312) 701-9300<br>gowen@sw.com | Steven Justin Levine<br>Securities & Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago, IL 60604-2601<br>(312) 886-1774<br>levines@sec.gov | Ray G. Rezner<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street<br>Suite 3900<br>Chicago, IL 60606<br>(312) 984-3100<br>ray.rezner@bfkn.com |
| Christopher Michael Burky<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602<br>(312) 269-8000<br>cburky@ngelaw.com | Michael Z. Gurland<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602<br>(312) 269-8440<br>(312) 269-1747 (fax)<br>mgurland@ngelaw.com | Jose A. Lopez<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606<br>(312) 701-9300<br>lopez@sw.com | |
| John J. Conway<br>Sullivan Hincks & Conway<br>120 West 22nd Street<br>Suite 100<br>Oak Brook, IL 60523<br>(630) 573-5021<br>johnconway@shlawfirm.com | Steven Lee Klawans<br>U.S. Securities & Exchange Commission (IL)<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago, IL 60604<br>312 353 7390<br>klawanss@sec.gov | Amy Gibson Lum<br>Perkins Coie LLP<br>131 S. Dearborn St.<br>Suite 1700<br>Chicago, IL 60603<br>(312) 324-8662<br>alum@perkinscoie.com | |

G:\CLIENTS\HAYES, EDWARD R. (2849)\ENTERPRISE DISPUTE (1)\SERVICE LIST 08.26.08.DOC