IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE TRUST COMPANY,<br>JOHN H. LOHMEIER, and<br>REBECCA A. TOWNSEND,<br>　　　　　　Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

### NOTICE OF FILING

To:　See Attached Service List

PLEASE TAKE NOTICE that on the 11th day of September, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, via electronic mail, **Receiver's Response to the Objections of Certain Enterprise Clients and Request for Approval of the Final Plan of Allocation**, a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Michael Z. Gurland
　　　　　　　　　　　　　　　　　　　　Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747

## SERVICE LIST

Steven J. Levine, Esq.
Steven L. Klawans, Esq.
Allison M. Fakhoury, Esq.
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
levines@sec.gov
klawansse@sec.gov
fakhoury@sec.gov

Pravin Rao, Esq.
Amy Lum, Esq.
Perkins Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, Illinois 60603
prao@perkinscoie.com
alum@perkinscoie.com

Patrick William Blegen, Esq.
Blegen & Garvey
53 West Jackson, Suite 1437
Chicago, IL 60604-3932
Pblegen@blegenlaw.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 11th day of September, 2008 he electronically filed **Receiver's Response to the Objections of Certain Enterprise Clients and Request for Approval of the Final Plan of Allocation** with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Steven J. Levine | levines@sec.gov |
| Steven L. Klawans | klawansse@sec.gov |
| Allison M. Fakhoury | fakhoury@sec.gov |
| Pravin Rao | prao@perkinscoie.com |
| Amy Lum | alum@perkinscoie.com |
| Patrick William Blegen | pblegen@blegenlaw.com |

/s/ Michael Z. Gurland
Counsel to the Receiver Phillip L. Stern

NGEDOCS: 1549574.1