IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND,<br><br>　　　　　　　　　Defendants. | No. 08 CV 1260<br><br>Judge James B. Zagel |

**<u>APPENDIX TO RECEIVER'S RESPONSE TO THE OBJECTIONS OF CERTAIN ENTERPRISE CLIENTS AND REQUEST FOR APPROVAL OF THE FINAL PLAN OF ALLOCATION</u>**

**DUE TO THE VOLUMINOUS NATURE OF THIS FILING, AN ELECTRONIC VERSION IS NOT AVAILABLE. A HARD COPY IS ON FILE WITH THE CLERK'S OFFICE.**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Michael Z. Gurland
　　　　　　　　　　　　　　　　　　　Counsel to the Receiver Phillip L. Stern

Michael Z. Gurland, Esq.
Christopher M. Burky, Esq.
Samuel S. Cohen, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000
(312) 269-1747