IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA TOWNSEND, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 08 CV 1260 <br> ) <br> ) Judge James B. Zagel <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING HOWREY LLP'S MOTION FOR $75,000 IN FEES AND COSTS**

Howrey LLP has moved this Court for payment of $75,000 in fees and costs from Enterprise Trust Company. Phillip L. Stern, who, upon motion of plaintiff United States Securities and Exchange Commission (SEC), was appointed by this Court to act as Receiver of Enterprise Trust Company and the SEC do not oppose this Court approving payment of fees and costs in that amount.

IT IS HEREBY ORDERED that Howrey LLP's motion is GRANTED. Howrey LLP shall be paid $75,000 from Enterprise Trust Company, and Howrey LLP shall make no further requests for payment from Enterprise Trust Company and shall be entitled to no further monies from Enterprise Trust Company. Pursuant to Fed R. Civ. P. 54(b), this Court finds and determines that there is no just reason for delay and directs the Clerk to enter a final judgment on Howrey LLP's motion in the amount of $75,000.

Honorable James B. Zagel
United States District Judge

Dated: September 25, 2008

DM_US:21501678_1