UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No: 08 CV 1260 |
| ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, | Judge James B. Zagel |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JOHN H. LOHMEIER, BY CONSENT

Plaintiff, the United States Securities and Exchange Commission ("SEC"), pursuant to the Consent of Defendant John H. Lohmeier, respectfully moves the Court for the entry of this Final Judgment Against John H. Lohmeier ("Final Judgment"), in the form attached hereto as Exhibit 1. In support of this motion, the SEC states as follows:

1. This is a securities enforcement action brought by the SEC that arises from the defendants' fraudulent and unlawful conduct as alleged in the Complaint, Docket Entry 1.

2. Defendant Lohmeier has consented to the entry of the proposed Final Judgment. *See* Consent of Defendant John H. Lohmeier, attached hereto as Ex. 2.

WHEREFORE, Plaintiff, the United States Securities and Exchange Commission respectfully requests that the Court enter the attached Final Judgment Against Defendant John H. Lohmeier.

Respectfully submitted,

**FOR PLAINTIFF:**

/s/ Allison M. Fakhoury_____
Steven J. Levine (IL Bar No. 6226921)
Steven L. Klawans (IL Bar No. 6229593)
Allison M. Fakhoury (IL Bar No.6281486)

Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
Tel: (312) 353-7390
Fax: (312) 353-7398

Dated: April 21, 2009