# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : : Plaintiff, : : v. : : ENTERPRISE TRUST COMPANY, JOHN H. LOHMEIER, and REBECCA A. TOWNSEND, : : : Defendants. : | Civil Action No. 08 CV 1260<br><br>Judge: James B. Zagel |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT REBECCA A. TOWNSEND

The Securities and Exchange Commission ("Commission"), pursuant to the Consent of Defendant Rebecca A. Townsend, respectfully moves this Court for the entry of this Final Judgment Against Rebecca A. Townsend ("Final Judgment"), in the form attached hereto as Exhibit 1. In support of this motion, the Commission states as follows:

1. This is a securities enforcement action brought by the Commission that arises from the defendants' fraudulent and unlawful conduct as alleged in the Complaint (Docket Entry 1).

2. Defendant Townsend has consented to the entry of the proposed Final Judgment. *See* Consent of Defendant Rebecca A. Townsend to Final Judgment, attached hereto as Exhibit 2.

WHEREFORE, the Commission respectfully requests that the Court enter the attached Final Judgment Against Rebecca A. Townsend.

    Respectfully submitted,

    For Plaintiff:

    /s/ Allison M. Fakhoury_____
    Allison M. Fakhoury (IL Bar No. 6281486)
    Steven L. Klawans (IL Bar No. 6229593)
    Securities and Exchange Commission
    175 W. Jackson Blvd., Suite 900
    Chicago, Illinois 60604
    Tel: (312) 353-7390
    Fax: (312) 353-7398